# EXHIBIT
# A

# AGREEMENT

## STEWARD HEALTHCARE SYSTEM

## &

## 1199SEIU UNITED HEALTHCARE WORKERS EAST

OCTOBER 1, 2013 - OCTOBER 31, 2016

(Extended through October 31, 2019 by the addition of the MOA signed by the parties on May 17, 2016 - see page 200)

 

Dear 1199SEIU Steward Employee:

The following contract book includes both the Master Agreement and individual facility agreements between Steward Health Care System and 1199SEIU United Healthcare Workers East covering Carney Hospital, Good Samaritan Medical Center, Holy Family Hospital, Merrimack Valley Hospital, Morton Hospital, Norwood Hospital, Quincy Medical Center and St. Elizabeth's Medical Center. During the summer and fall of 2013, the 1199SEIU Bargaining Committee, comprised of members from eight hospitals, and Steward Management, met to bargain a contract that addressed the concerns and requests of 1199SEIU members.

The Union and Management team focused on three key issues facing 1199SEIU members. They were:

- Health Insurance:  Management and the Union agreed on health care insurance for the next three years providing 1199SEIU members with robust health insurance benefits as well as meaningful protections from high health care costs.  The emphasis in the agreement on Steward's EPO creates strong incentives for members to utilize the Steward community-care model, including Steward hospitals.

- Wage Increases:  The Union and Management negotiated wage increases for each year of the three year contract.  The increases and the health insurance benefits result in substantial improvements for all 1199SEIU Steward Employees.

- Job Security:  1199SEIU and Management recognize, and discussed at length, the increasingly complex and competitive nature of health care.  Management and the Union clarified and enhanced layoff and job security language in the contract.  The parties agreed to address future training needs as job duties evolve, and to work together to improve the quality of care through continued labor-management cooperation.

These are challenging times in health care.  Steward Management and 1199SEIU members believe that this contract improves the working conditions of all members.  And the contract goes further, opening up new areas for advanced labor-management cooperation which will strengthen the System and the health care services it offers to Massachusetts residents.

David Morales, Executive Vice President
& Chief Strategy Officer
Steward Health Care System

Enid Eckstein, Vice President, Health Systems
1199SEIU United Healthcare
Workers East

**TABLE OF CONTENTS**

Article I. Recognition Of The Union ..... 1
Section 1.01 St. Elizabeth's Medical Center Bargaining Units ..... 1
Section 1.02 Carney Hospital Bargaining Units ..... 2
Section 1.03 Good Samaritan Medical Center Bargaining Units ..... 2
Section 1.04 Norwood Hospital Bargaining Units ..... 3
Section 1.05 Holy Family Hospital Bargaining Units ..... 4
Section 1.06 Merrimack Valley Hospital Bargaining Units ..... 4
Section 1.07 Morton Hospital Bargaining Units ..... 5
Article II. Non-Discrimination ..... 6
Article III. Notifications ..... 6
Article IV. Union Security ..... 6
Article V. Dues Deduction ..... 7
Section 5.01 Check-Off/Dues Deduction ..... 7
Section 5.02 Check-Off/Political Action Committee (PAC) Funds Deduction ..... 8
Section 5.03 Check-off Deduction and Remittance ..... 8
Article VI. Categories Of Workers ..... 9
Section 6.01 Permanent Workers: ..... 9
Section 6.02 Per Diem (Contingency Pool): ..... 9
Section 6.03 Flexible Scheduled Workers ..... 10
Article VII. Probation ..... 10
Article VIII. Management Rights ..... 11
Article IX. Subcontracting/Outsourcing and Transfer of Work ..... 11
Section 9.01 Subcontracting/Outsourcing of Steward ..... 11
Section 9.02 Transfer of work from barg unit to non-barg unit within Steward ..... 11
Article X. Hours Of Work ..... 12
Section 10.01 Normal Workweek ..... 12
Section 10.02 Schedules ..... 12
Section 10.03 Weekends ..... 12
Section 10.04 Meal Periods ..... 13
Section 10.05 Breaks ..... 13
Section 10.06 Work Week ..... 13
Section 10.07 Floating ..... 13
Section 10.08 Flex Down ..... 13
Article XI. Discipline And Discharge ..... 14
Section 11.01 Just Cause/Notification ..... 14
Section 11.02 Personnel Files ..... 14
Article XII. Compensation & Overtime ..... 14
Section 12.01 Wages ..... 14
Section 12.02 Overtime Rate. ..... 15
Section 12.03 Mandatory Overtime ..... 15
Section 12.04 Differentials ..... 15
Section 12.05 Amounts & Hours ..... 16
Section 12.06 No Pyramiding ..... 16

Section 12.07 On-Call & Call-In ... 16
Section 12.08 Relief in Higher Classification ... 16
Section 12.09 Pay After Job Change ... 16
Section 12.10 Start Pay ... 16
Section 12.11 Weather Emergency ... 16
Section 12.12 Paid Uniforms ... 16
Section 12.13 Preceptor Pay ... 17
Article XIII. Holidays ... 17
Section 13.01 Pay for Holidays Worked ... 17
Section 13.02 Holiday Rotation ... 17
Section 13.03 Holiday Sharing ... 17
Section 13.04 Shift Differentials ... 17
Article XIV. Paid Time Off ... 17
Section 14.01 Paid Time Off Accrual Schedule ... 17
Section 14.02 Maximum Accrual ... 18
Section 14.03 PTO Cash Out ... 18
Section 14.04 Extended Sick Leave Bank ... 18
Section 14.05 Pay at Termination ... 18
Article XV. Insurance And Retirement ... 18
Section 15.01 Health Insurance ... 18
Section 15.02 Dental Insurance ... 21
Section 15.03 Long Term Disability Insurance ... 21
Section 15.04 Short Term Disability Insurance ... 21
Section 15.05 Insurance Policies and Contracts Govern ... 22
Section 15.06 Retirement ... 22
Article XVI. Leaves Of Absence ... 23
Section 16.01 Family and Medical Leave ... 23
Section 16.02 Maternity/Paternity Leave ... 24
Section 16.03 Small Necessities Leave ... 24
Section 16.04 Industrial Accident ... 24
Section 16.05 Bereavement Leave ... 25
Section 16.06 Military Leave ... 25
Section 16.07 Union Leave ... 25
Section 16.08 Jury Duty ... 25
Section 16.09 Discretionary Leave ... 26
Article XVII. Miscellaneous Benefits ... 26
Section 17.01 Subpoenaed Court Time ... 26
Section 17.02 Mileage Reimbursement ... 26
Article XVIII. Training & Upgrading Fund ... 26
Article XIX. Seniority/System Mobility ... 27
Section 19.01 Definitions ... 27
Section 19.02 Application of Seniority ... 27
Section 19.03 Loss of Seniority ... 27
Section 19.04 Seniority Date ... 27
Section 19.05 System Mobility ... 28

Article XX. Job Openings ... 28
Section 20.01 Posting ... 28
Section 20.02 Award ... 29
Section 20.03 Two Positions ... 29
Article XXI. Layoff/Recall ... 29
Section 21.01 Lists ... 30
Section 21.02 Seeking Volunteers ... 30
Section 21.03 Notice to Worker ... 30
Section 21.04 Options for Laid Off Workers ... 30
Section 21.05 PTO Payment ... 31
Section 21.06 Continuation of Benefits ... 31
Section 21.07 Recall List and Notice ... 31
Section 21.08 Recall Procedure ... 32
Section 21.09 Rights Upon Recall ... 32
Article XXII. Union Representative & Delegates ... 32
Section 22.01 Delegates ... 32
Section 22.02 Time for Administering the Contract ... 32
Section 22.03 Attendance at Meetings ... 32
Section 22.04 Processing Grievances ... 32
Section 22.05 Delegate Conduct ... 33
Section 22.06 Union Representatives ... 33
Section 22.07 Advocacy Day ... 33
Section 22.08 Bulletin Boards ... 33
Article XXIII. Labor-Management Committee ... 33
Section 23.01 System-Wide Committee ... 33
Section 23.02 Facility Labor Management Committee ... 33
Section 23.03 Quality Work Task Force (QWTF) ... 34
Article XXIV. Grievance and Arbitration ... 34
Section 24.01 Purposes ... 34
Section 24.02 Informal Process ... 34
Section 24.03 Formal Procedure ... 34
Section 24.04 Scope of the Arbitrator's Authority ... 35
Section 24.05 Arbitration Costs and Administration ... 36
Section 24.06 Time Limits ... 36
Article XXV. No Strikes And No Lockouts ... 36
Section 25.01 No Strikes ... 36
Section 25.02 Best Efforts to Stop Strike ... 36
Section 25.03 Discipline for Violations of this Article ... 36
Section 25.04 No Lockouts ... 36
Article XXVI. Successor ... 37
Article XXVII. Scope of the Agreement ... 37
Section 27.01 Entire Agreement ... 37
Section 27.02 Section 27.02 Modification of Agreement ... 37
Section 27.03 Past Practices ... 37
Article XXVIII. Health and Safety ... 38
Section 28.01 Commitment to Safety ... 38

Section 28.02 Hospital Health and Safety Committee .......... 38
Article XXIX. Duration/Reopener .......... 39
Section 29.01 Duration .......... 39
Section 29.02 Reopener .......... 39
EXHIBIT A – DUES AUTHORIZATION FORM .......... 50
EXHIBIT B – PAC AUTHORIZATION FORM .......... 51
EXHIBIT C – REMITTANCE FORMAT .......... 52
EXHIBIT D-1 – Carney Hospital Facility Supplement .......... 53
WAGES - Carney Hospital .......... 60
EXHIBIT D-2 – Good Samaritan Medical Center – SM – Facility Supplement .......... 68
WAGES - Good Samaritan Medical Center Skilled Maintenance .......... 74
EXHIBIT D-3 – Good Samaritan Medical Center – TSC – Facility Supplement .......... 75
WAGES - Good Samaritan Medical Center Technical and Service/Clerical .......... 85
EXHIBIT D-4 – Holy Family Hospital – Facility Suppliment .......... 94
WAGES - Holy Family Hospital .......... 106
EXHIBIT D-5 – Merrimack Valley Hospital – Facility Supplement .......... 113
WAGES - Merrimack Valley Hospital .......... 124
EXHIBIT D-6 – Morton Hospital – Facility Supplement .......... 127
WAGES - Morton Hospital .......... 144
EXHIBIT D-7 – Norwood Hospital – Facility Supplement .......... 150
WAGES - Norwood Hospital .......... 157
EXHIBIT D-8 – St. Elizabeth's Medical Center – Facility Supplement .......... 166
WAGES - St. Elizabeth's Medical Center .......... 174
EXHIBIT E – Fact Sheet #28: The Family and Medical Leave Act of 1993 .......... 186
EXHIBIT F-1 – Training & Upgrading Fund .......... 191
EXHIBIT F-2 – Training & Upgrading Fund for Holy Family Hospital .......... 193
EXHIBIT G – Steward Health Care System Severance Policy .......... 195
MEMORANDUM OF AGREEMENT – November 1, 2016 -- October 31, 2019 .......... 200
INDEX .......... 202

***AGREEMENT*** made between Carney Hospital, Good Samaritan Medical Center, Holy Family Hospital, Merrimack Valley Hospital, Morton Hospital, Norwood Hospital, Quincy Medical Center and St. Elizabeth's Medical Center on the one hand and 1199 SEIU United Healthcare Workers East on the other, with its principle offices at 310 West 43rd St., New York, New York, 10036 (herein referred to as the "Union").

**PREAMBLE**

The employers covered by this Agreement and the Union agree to cooperate with one another in efforts to assure that the employers' operations are efficient, to serve the needs of the Community, and to meet the highest standards in such service.

The parties agree to act at all times in a manner that is consistent with the letter and spirit of their Strategic Alliance and to treat each other, all workers covered by this Agreement and the management of Steward Health Care System and its affiliated institutions with proper dignity and mutual respect.

The employers covered by this Agreement and the Union agree to act at all times in such a manner as to maintain and encourage the professional character and standing of all workers in the bargaining unit.

## Article I. Recognition Of The Union

### Section 1.01 St. Elizabeth's Medical Center Bargaining Units

(a) The Technical Unit

St. Elizabeth's Medical Center agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-22310, dated April 20, 2009:

All regular full time, part time or per diem technical employees employed by the Employer at its Steward Health Care System St. Elizabeth's Medical Center of Boston, Inc. facilities located at 736 Cambridge Street, Brighton, Massachusetts and Hanscom AFB, Massachusetts, but excluding all other employees, managers, confidential employees, guards and supervisors as defined in the Act.

(b) The Service Unit

St. Elizabeth's Medical Center agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-22309 dated April 20, 2009:

All regular full time, part time or per diem service employees employed by the Employer at its Steward Health Care System St. Elizabeth's Medical Center of Boston, Inc. facilities located at 736 Cambridge Street, Brighton, Massachusetts and Hanscom AFB, Massachusetts, but excluding all other employees, managers, confidential employees, guards and supervisors as defined in the Act.

(c) The Business Office Clerical Unit

St. Elizabeth's Medical Center agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-22308 dated April 20, 2009:

All regular full time, part time or per diem business office clerical employees employed by the Employer at its Steward Health Care System St. Elizabeth's Medical Center of Boston, Inc. facilities located at 736 Cambridge Street, Brighton, Massachusetts and Hanscom AFB, Massachusetts, but excluding all other employees, managers, confidential employees, guards and supervisors as defined in the Act.

**Section 1.02 Carney Hospital Bargaining Units**

(a) The Technical Unit
Carney Hospital agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-22324, dated June 22, 2009:

All regular full time, part time or per diem technical employees employed by the Employer at its Steward Health Care System Carney Hospital facilities located at 2100 Dorchester Ave., Dorchester, Massachusetts and any adjacent Steward Health Care System Carney Hospital buildings (excluding Labouré College), but excluding all other employees, managers, confidential employees, guards and supervisors as defined in the Act.

(b) The Service Unit
Carney Hospital agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-22326 dated June 22, 2009:

All regular full time, part time or per diem service employees employed by the Employer at its Steward Health Care System Carney Hospital facilities located at 2100 Dorchester Ave., Dorchester, Massachusetts and any adjacent Steward Health Care System Carney Hospital buildings (excluding Labouré College), but excluding all other employees, managers, confidential employees, guards and supervisors as defined in the Act.

(c) The Business Office Clerical Unit
Carney Hospital agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-22325 dated June 22, 2009:

All regular full time, part time or per diem business office clerical employees employed by the Employer at its Steward Health Care System Carney Hospital facilities located at 2100 Dorchester Ave., Dorchester, Massachusetts and any adjacent Steward Health Care System Carney Hospital buildings (excluding Labouré College), but excluding all other employees, managers, confidential employees, guards and supervisors as defined in the Act.

**Section 1.03 Good Samaritan Medical Center Bargaining Units**

(a) The Technical Unit
Good Samaritan Medical Center agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-20484, dated September 17, 1996:

All regular full time, part time or per diem technical employees employed by the Employer at Good Samaritan Medical Center and its off site facilities including but not limited to, Norcap Lodge, Surgi Center, Occupational Health, and Services, but excluding all other employees, managers, confidential employees, guards and supervisors as defined in the Act.

(a) The Service/Clerical Unit
Good Samaritan Medical Center agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-20994, dated May 24, 1999:

All regular full time, part time or per diem service/clerical employees employed by the Employer at Good Samaritan Medical Center and its off site facilities including but not limited to, Norcap Lodge, Surgi Center, Occupational Health, and Services, but excluding all other employees, managers, confidential employees, guards and supervisors as defined in the Act.

(b) The Skilled Maintenance Unit
Good Samaritan Medical Center recognizes the Union as the exclusive bargaining agent for all permanent full time, part time, and per diem power plant and maintenance workers at Good Samaritan Medical Center and its off site facilities including but not limited to, Norcap Lodge, Surgi Center, Occupational Health, and Services, but excluding all other employees, managers, confidential employees, guards and supervisors as defined in the Act.

**Section 1.04 Norwood Hospital Bargaining Units**

(a) The Technical Unit
Norwood Hospital agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-22366, dated October 16, 2009:

All regular full time, part time or per diem technical employees employed by the Employer at its Steward Health Care System Norwood Hospital, Inc. facilities located at 800 Washington Street, Norwood, Massachusetts and 70 Walnut Street, Foxboro, Massachusetts, but excluding all other employees, managers, confidential employees, guards and supervisors as defined in the Act.

(b) The Service Unit
Norwood Hospital agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-22367, dated October 16, 2009:

All regular full time, part time or per diem service employees employed by the Employer at its Steward Health Care System Norwood Hospital, Inc. facilities located at 800 Washington Street, Norwood, Massachusetts and 70 Walnut Street, Foxboro, Massachusetts, but excluding all other employees, managers, confidential employees, guards and supervisors as defined in the Act.

(c) The Business Office Clerical Unit
Norwood Hospital agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-22385, dated December 16, 2009:

All regular full time, part time or per diem business office clerical employees employed by the Employer at its Steward Health Care System Norwood Hospital, Inc. facilities located at 800 Washington Street, Norwood, Massachusetts, but excluding all other employees, managers, confidential employees, guards and supervisors as defined in the Act.

**Section 1.05   Holy Family Hospital Bargaining Units**

(a) The Technical Unit
Holy Family Hospital agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-22490, dated November 29, 2010:

All regular full time, part time or per diem technical employees employed by the Employer at its Steward Holy Family Hospital, Inc. facility located at 70 East Street, Methuen, Massachusetts, but excluding all other employees, managers, confidential employees, guards and supervisors as defined in the Act.

(b) The Service Unit
Holy Family Hospital agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-22489, dated November 29, 2010:

All regular full time, part time or per diem service employees employed by the Employer at its Steward Holy Family Hospital, Inc. facility located at 70 East Street, Methuen, Massachusetts, but excluding all other employees, managers, confidential employees, guards and supervisors as defined in the Act.

(c) The Business Office Clerical Unit
Holy Family Hospital agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-22491, dated November 29, 2010:

All regular full time, part time or per diem business office clerical employees employed by the Employer at its Steward Holy Family Hospital, Inc. facility located at 70 East Street, Methuen, Massachusetts, but excluding all other employees, managers, confidential employees, guards and supervisors as defined in the Act.

**Section 1.06   Merrimack Valley Hospital Bargaining Units**

(a) Licensed Practical Nurse Unit
The Hospital hereby recognizes the Union as the sole and exclusive bargaining representative for the purposes of collective bargaining with respect to wages, hours, and other conditions of employment for all full-time, regular part-time, limited part-time and per diem (who worked an average of eight (8) hours per week during the preceding thirteen (13) weeks) licensed practical nurses ("LPNs") employed by the Hospital, but excluding confidential employees, managerial employees , supervisors and guards as defined in the National Labor Relations Act.

(b) Business Office Clerical Unit
The Hospital agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-068470.

All full time, regular part time, or per diem (who worked an average of eight (8) hours per week during the preceding thirteen (13) weeks) business office clerical employees employed by the Employer at its Merrimack Valley Hospital facility located at 140 Lincoln Avenue, Haverhill, Massachusetts, but excluding all other employees, already represented employees, managers, confidential employees, guards and supervisors as defined in the Act.

(c) Service (Non-Professional) Unit
The Hospital agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-068462.

All full time, regular part time, or per diem (who worked an average of eight (8) hours per week during the preceding thirteen (13) weeks) service (nonprofessional) employees employed by the Employer at its Merrimack Valley Hospital facility located at 140 Lincoln Avenue, Haverhill, Massachusetts, but excluding all other employees, already represented employees, managers, confidential employees, guards and supervisors as defined in the Act.

(d) Technical Unit
The Hospital agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-069195.

All full time, regular part time, or per diem (who worked an average of eight (8) hours per week during the preceding thirteen (13) weeks) technical employees employed by the Employer at its Merrimack Valley Hospital facility located at 140 Lincoln Avenue, Haverhill, Massachusetts, but excluding all other employees, already represented employees, managers, confidential employees, guards and supervisors as defined in the Act.

**Section 1.07   Morton Hospital Bargaining Units**

(a) Business Office Clerical Unit
The Hospital agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-090477.
All full time, regular part time, or per diem (who worked an average of eight (8) hours per week during the preceding thirteen (13) weeks) business office clerical employees employed by the Employer at its Morton Hospital facility located at 88 Washington Street, Taunton, Massachusetts, and a facility located at Home Care Office at Northwoods, 2005 Bay Street, Taunton, Massachusetts, but excluding all other employees, already represented employees, managers, confidential employees, guards and supervisors as defined in the Act.

(b) Service (Non-Professional) Unit
The Hospital agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-090471.

All full time, regular part time, or per diem (who worked an average of eight (8) hours per week during the preceding thirteen (13) weeks) service (nonprofessional) employees employed by the Employer at its Morton Hospital facility located at 88 Washington Street, Taunton, Massachusetts, and a facility located at Home Care Office at Northwoods, 2005 Bay Street, Taunton, Massachusetts, but excluding all other employees, already represented employees, managers, confidential employees, guards and supervisors as defined in the Act.

(c) Technical Unit
The Hospital agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-090470.

All full time, regular part time, or per diem (who worked an average of eight (8) hours per week during the preceding thirteen (13) weeks) technical employees employed by the

Employer at its Morton Hospital facility located at Morton Hospital facility located at 88 Washington Street, Taunton, Massachusetts, and a facility located at Home Care Office at Northwoods, 2005 Bay Street, Taunton, Massachusetts, but excluding all other employees, already represented employees, managers, confidential employees, guards and supervisors as defined in the Act.

**Section 1.09 Moving to New Facilities**

If a Steward Health Care System institution identified in this Article moves to another facility or opens a new facility, this Agreement will continue to apply to the bargaining units recognized in this Article.

## Article II. Non-Discrimination

Equal Employment Opportunity

Neither the Employers covered by this Agreement nor the Union shall discriminate against any worker on the basis of race, color, religious creed, national origin, age, sex, sexual orientation, ancestry, physical or mental disability, political affiliation, or marital status. If a worker files a claim covered by this Article with a state or federal agency or court, the parties agree that the worker and the Union waive their respective rights to arbitrate any grievance based on a claim of a violation of this Article. If the worker withdraws his or her claim, other than in the case of a mutually agreeable settlement, the grievance shall be arbitrable if otherwise timely and appropriate. If a grievance has already been arbitrated before or at the time the claim is filed with a state or federal agency or court, any remedy already granted is waived.

## Article III. Notifications

Each employer covered by this Agreement will advise new workers at the time of employment that the Union is their collective bargaining representative and will notify the Union and designated delegate in writing, quarterly (monthly when it becomes feasible for management to produce this information that frequently), of the name, address, classification, home phone, number of hours and shift, rate of pay of each newly-hired worker in a bargaining unit position and the name, address and classification unit of each worker terminated from a bargaining unit position. Each employer covered by this Agreement will provide the Union quarterly (monthly when it becomes feasible for management to produce this information that frequently), with a list of the names of the workers in bargaining unit positions, their addresses, classification, phone numbers, hours and shift, as well as those workers not having dues or agency fee Check-off.

During the introduction of new workers at their orientation, a Union Representative shall be provided reasonable time to address such new workers. The Union Representative will not make any statements that disparage any employer covered by this Agreement, Steward Health Care System, or their management when addressing the new workers.

## Article IV. Union Security

Upon completion of thirty (30) days of employment, an employee in the bargaining unit shall, as a condition of employment, either become a member of the union which represents him/her or pay to the designated union an agency service fee as provided by law. Upon completion of thirty (30) days of employment and receipt of an authorization card for union dues or agency service fee deduction, the employee's employer shall begin the payroll deduction. An

employee may revoke such payroll authorization any time by giving thirty (30) days' written notice to his/her employer. In any event, an employee hired into the bargaining unit must pay either an agency service fee or union dues.

No employer will be obliged to make dues deductions of any kind from any employee who, during the dues month involved, shall have failed to receive sufficient wages to equal the dues deduction.

Within thirty (30) calendar days of receiving a request from the Union to discharge an employee for violating this Article, an employer covered by this Agreement must terminate a worker who has not become a member of the union or begun paying an agency service fee.

## Article V. Dues Deduction

**Section 5.01 Check-Off/Dues Deduction**

Upon receipt of a written authorization from an Employee in the form annexed hereto as Exhibit A, or in any other form designated by the Union and necessary to accommodate any changes in the 1199SEIU dues or initiation fee structure, the employee's employer shall, pursuant to such authorization, deduct regular dues and/or initiation fees as established from time to time by the Union, from the wages due said Employee. Such deduction shall start no later than the first pay period following the completion of the Employee's first thirty (30) days of employment.

The employee's employer shall remit to the Union all deductions for dues and/or initiation fees made from the wages of all Employees on or before the fifteenth (15th) day of the month following the month in which the paycheck was dated from which those dues and initiation fees were deducted.

This remittance shall be accompanied monthly by a list of all Employees on whose behalf dues and initiation fees are being paid. Such list shall include, for each Employee, the following information: Institution, Employee's name, home address, home phone number, job classification, amount of dues remitted, amount of initiation fees remitted, last four (4) digits of social security number, hours worked, gross pay and total pay subject to dues deduction.

This list shall also include members of the bargaining unit who have not signed a card authorizing payroll deduction for dues or fees. This list shall include the following information as well: Institution, Employee's name, home address, home phone number, last four (4) digits of social security number, job classification, amount of dues remitted, amount of initiation fees remitted, hours worked and gross pay.

Remittance of Dues and Initiation Fees shall be made payable to 1199SEIU, and mailed to:

1199SEIU United Healthcare Workers East
PO Box 2665
New York, NY 10108

**Section 5.02 Check-Off/Political Action Committee (PAC) Funds Deduction**

Upon receipt of a written authorization from an Employee in the form annexed hereto as Exhibit B, or in any other form designated by the Union and necessary to accommodate political action deductions, the employee's employer shall, pursuant to such authorization, deduct from the wages due said Employee once a month the sum specified in said authorization and remit the funds to the 1199SEIU Massachusetts Political Action Committee Fund, in the same manner and at the same time as the Employer shall remit dues and initiation fees as described above. This remittance shall be paid by separate check from any payment made for membership dues and once every quarter (monthly when it becomes feasible for management to produce this information that frequently) shall be accompanied by a list of all Employees on whose behalf deductions are being submitted. Such list shall include, for each Employee, the following information: Institution, Employee's name, home address, home phone number, last four (4) digits of social security number, and amount remitted.

Remittance of Political Action Funds shall be made payable to 1199SEIU Massachusetts Political Action Committee Fund, and mailed to:

1199SEIU United Healthcare Workers East
PO Box 2665
New York, NY 10108

**Section 5.03 Check-off Deduction and Remittance**

Employers covered by this Agreement shall be relieved from making such dues or PAC "check-off" deductions upon (a) termination of employment, or (b) transfer to a job other than one covered by this Agreement, or (c) lay-off from work, or (d) an agreed unpaid leave of absence, or (e) revocation of the check-off authorization in accordance with its terms or with applicable law. Notwithstanding the foregoing, upon the return of an Employee to work from any of the foregoing enumerated absences in sections (b) through (d), the Employer will immediately resume the obligation of making said deductions, except that deductions for terminated Employees shall be governed by section 5.1 of this Agreement. This provision, however, shall not relieve any Employee of the obligation to make the required dues and initiation fee payment pursuant to the Union constitution in order to remain a member in good standing of the Union.

No employer covered by this Agreement shall be obliged to make deductions of any kind from any Employee who, during any dues month involved, shall have failed to receive sufficient wages to equal the dues deductions.

Each facility covered by this Agreement will furnish the Union once every quarter (monthly when it becomes feasible for management to produce this information that frequently), within fifteen (15) days after the end of the month, a listing of the names of all bargaining unit Employees paid at any time in the prior month, their address, home phone number, last four (4) digits of social security number, classification of work, their date of hire, and, if terminated during the month, their date of termination; and the names of bargaining unit Employees on leave of absence together with their beginning dates of leave of absence and type of leave.

It is specifically agreed that no employer covered by this Agreement assumes any obligation, financial or otherwise, arising out of compliance with the provisions of this Article,

and the Union hereby agrees that it will indemnify and hold each of those employers harmless from any claims, actions or proceedings by any Employee arising from deductions made by their employer hereunder. The Union further indemnifies and holds those employers harmless from any claims, actions or proceedings by any government agency or by any groups so long as such groups are not funded directly or indirectly by an employer covered by this Agreement or an 1199SEIU Political Action Committee Fund. Once funds are remitted to the Union, their disposition thereafter shall be the sole and exclusive obligation and responsibility of the Union.

Lists shall be transmitted electronically in the format annexed hereto as Exhibit C. The employers covered by this Agreement shall provide to the Union the name, title, email address, and telephone number of one person responsible for each remittance list to be submitted pursuant to this Article who can directly authorize and produce such electronic transmissions.

The employers covered by this Agreement and the Union agree that no worker covered by this Agreement shall be discriminated against because of membership in, or lack of membership in, the Union, or because of activities on behalf of, or against, the Union.

## Article VI. Categories Of Workers

Every worker covered by this Agreement is hired into one of the following categories:

**Section 6.01 Permanent Workers:**

Regular Full Time:

Those workers who are hired to work thirty (30) or more scheduled hours per week.

Regular Part Time:

Those workers who are hired to work a minimum of twenty (20) to a maximum of twenty-nine (29) scheduled hours per week.

Limited Part Time:

Those workers who are hired to work less than twenty (20) scheduled hours per week, but shall not be eligible for any employee benefits unless they were eligible for benefits as a limited part time worker on October 1, 2009.

**Section 6.02 Per Diem (Contingency Pool):**

Those workers who do not have a regular schedule and do not work regular hours. Per diems shall be used to augment the regular staff. They shall be covered by the contract on wages and wage related articles, but shall not be eligible for any employee benefits. The parties agree that a quarterly review of the previous ninety (90) days of the utilization of per diems will be a standing agenda item at the Staffing Task Force meetings to discuss the conversion of per diem hours to permanent positions.

The parties agree that each Hospital will have a Per Diem requirement policy which will include the following elements:

1. Orientation will be provided to per diems based on the specific needs of the department and the experience level of the per diem staff member.
2. All per diem staff will be expected to fully function in the job description for the position they are filling.

3. Per diems shall be oriented to the floors/areas prior to their working there.
4. All per diem staff must be available to work equivalent of:
   - At least a defined number of weekend shifts per year
   - At least a defined number of holidays per year. A defined number of additional shifts per month, which may include weekend shifts
5. Per diems will be called on a rotating basis to fill slots according to the skills required for the actual job category.
6. Per diem staff may not agree to work at the request of a regular staff member without supervisor approval
7. Per diem staff that are unavailable to work for a defined period will be sent a letter to determine if they wish to remain on the per diem list. If they remain unavailable for the last defined month, they will automatically be terminated. Any request for additional employment must be made through the formal reapplication process, except those who are utilized as seasonal help.
8. The schedules of regular workers shall not be changed (including shifts) to accommodate the availability of a per diem except as necessary and with the consent of the employee regular worker.

The Parties will meet and negotiate the per diem commitment for each individual hospital within sixty (60) days of ratification of the agreement.

**Section 6.03 Flexible Scheduled Workers**

Flexible scheduled workers are hired within a range of work hours - typically between twenty (20) to thirty (30) hours per week. Flexible scheduled workers are guaranteed the minimum number of hours within the hired range (e.g., a 20-30 hour worker is guaranteed 20 hours of scheduled time) and are committed to work on any shift as assigned, up to a specified number of hours. If low census or other operational requirement dictates, the employer may cancel flexible scheduled worker shifts/hours. Cancellations are limited to hours that are scheduled in excess of the employees guaranteed hours.

Employees in this classification are covered by this Agreement and shall receive Medical and Dental insurance benefits based upon the higher hours of the flex position. PTO accruals will be based on actual number of hours paid. The number of flexible scheduled workers employed by any of the employers covered by this Agreement at any time shall not exceed five percent (5%) of the total FTEs in that employer's bargaining units. It is not the intent of any of the covered employers to create a pool of flexible scheduled workers that replaces all regular full and part-time employees, but to meet the operational needs of the hospitals.

## Article VII. Probation

There will be a ninety calendar day probationary period for new hires. During his/her ninety (90)-day probationary period a worker shall not be considered a regular worker where that status is required as a condition of eligibility to receive the benefits provided by this Agreement, except that paid time off shall accrue and be credited at the end of the ninety (90)-day period. During the ninety (90)-day probationary period of employment, a worker may be discharged without resort to the grievance and arbitration procedure hereunder. An employer covered by this Agreement can extend the probationary period by up to an additional thirty (30) days by mutual agreement.

## Article VIII. Management Rights

The Union recognizes the right of Steward Health Care System to operate and manage Steward Health Care System and each of its member institutions. This right includes all rights, functions and prerogatives formerly exercised by Steward Health Care System and any of its member institutions, which will remain vested exclusively in Steward Health Care System and its member institutions. Without limiting the generality of the foregoing, Steward Health Care System and its member institutions reserve to themselves subject only to any express provisions of this Agreement, the following rights, whether exercised or not: all rights and powers given Steward Health Care System and each of its member institutions by law; the management of Steward Health Care System and each of its institutions; the right to open, close, consolidate and relocate its operations in whole or in part; the right to direct and control its property, facilities, and equipment; the right to determine the methods and procedures; the direction of the employees and the assignment of work; the right to determine appropriate staffing and coverage; the right to establish, change, or discontinue duties including the right to introduce change, or discontinue methods, operations, processes, services, and techniques; the right to establish and change job descriptions; the right to schedule and change the scheduling of working days, hours and assignments of work; the right to layoff because of lack of work or other reasons; the right to maintain standards of performance; the right to discipline, demote, suspend, and discharge workers for just cause; the right to require overtime work; the right to scale operations in accordance with the needs of Steward Health Care System and its member institutions, as determined in management's sole discretion; the right to maintain order and efficiency; the right to determine medical and nursing care standards; the right to determine employee competency; the right to evaluate employee performance; the right to transfer employees; the right to determine patient care issues and safety measures; and the right to determine operational or other policies.

## Article IX. Subcontracting/Outsourcing and Transfer of Work

**Section 9.01 Subcontracting/Outsourcing of Steward**

The employers covered by this Agreement will endeavor not to outsource work in a manner that would result in the layoff of workers. Before engaging in such outsourcing the covered employer will provide the Union with forty-five (45) days notice and the parties will meet within this period to discuss alternatives to outsourcing and the impact of any decision to outsource. However, if work is outsourced that would result in the layoff of workers, the employer shall require the new employer to: (a) retain the workers employed at the time of outsourcing, (b) recognize the Union as the collective bargaining representative of those workers, and (c) agree to be bound by this Agreement. This clause shall not be interpreted to prohibit the sale or transfer of a service. Nor shall this clause be interpreted to prohibit the use of subcontractors or agency staff to supplement the workforce or for special projects or unanticipated additional volume.

**Section 9.02 Transfer of work from bargaining unit to non-bargaining unit employees within Steward**

Before engaging in a transfer of work from bargaining unit members to non-bargaining unit employees within Steward, the covered employer will provide the Union with forty-five (45) days notice and the parties will meet within that period to discuss whether current bargaining

unit members can be trained to meet these tasks, the time necessary, the cost and whether the work should remain in the bargaining unit.

### Article X. Hours Of Work

**Section 10.01 Normal Workweek**

The workweek will begin at 12:01 a.m. on Sunday and go through midnight on Saturday. The parties acknowledge that the employers covered by this Agreement may alter this normal workweek at their discretion to better accommodate electronic timekeeping systems, so long as the normal workweek continues to be a seven (7)-day, one hundred sixty-eight (168) hour workweek.

**Section 10.02 Schedules**

Employers covered by this Agreement shall post working schedules for workers (including per diems) the first business day of the week at least two (2) weeks in advance of the start of the period to which they are to apply.

Once a schedule is posted, regular part-time workers shall have one week to sign up for gaps in the posted schedule. Subject to operating needs, employers covered by this Agreement will endeavor to fill gaps in the posted schedule by first awarding requests to regular employees by seniority so long as no overtime costs are incurred and then to per diems. Once a worker signs up for a shift that worker must work that shift absent management approval that will not be unreasonably withheld. A worker holding dual positions cannot sign up for hours exceeding forty (40) in the total workweek without receiving the approval of both supervisors.

Subject to operating needs and management approval, workers will be allowed to switch shifts with other workers in the classification or get another worker to replace him/her as long as it doesn't lead to overtime. The manager will not unreasonably withhold approval of such switches or replacements.

Except in emergency situations or unforeseen circumstances, workers must request time off two (2) weeks prior to the posting of the schedule. The supervisor's response will generally be forthcoming within one (1) week of the request.

Employees shall have regular work schedules. A regular work schedule may include any combination of hours and/or days to be worked on a regular basis. Prior to changing an employee's regular work schedule (other than a temporary or occasional shift change), the Employer shall give the employee reasonable notice of not less than thirty (30) calendar days. When the schedule of an employee needs to be changed pursuant to this section, the Employer, where possible, shall solicit qualified volunteers for the changed work schedule(s). If there are no qualified volunteers, the Hospital shall consider qualifications, seniority, and individual employee circumstances.

By mutual agreement, supervisors and workers may alter the schedule with shorter notice.

**Section 10.03 Weekends**

The Employer may require workers to work weekends. In those departments where weekend work is required, the Employer will endeavor to rotate weekends on an equitable basis.

**Section 10.04 Meal Periods**

Each worker shall be entitled to an unpaid one half (½)-hour meal period during each shift of six (6) hours or more. The time during which all meal periods are taken shall be subject to management approval. Employers covered by this Agreement recognize that unpaid meal time is the worker's own time.

Subject to department staffing needs, and with management approval, the combining of breaks and/or lunches is allowed.

**Section 10.05 Breaks**

The various departments shall continue their various break and meal policies, although each worker will be entitled to a minimum of a ten (10)-minute paid break for each four (4) hours worked. The time during which all breaks are taken shall be subject to management approval.

**Section 10.06 Work Week**

Generally, the regular workweek for full-time workers is either a five (5) day, forty (40) hour week, or a four (4) day, forty (40) hour week. The employers covered by this Agreement may create eight (8), ten (10), and/or twelve (12) hour shift positions, or any combination thereof, within its discretion, and will post any such newly created positions/shifts.

**Section 10.07 Floating**

Workers with permanent positions will not float before a per diem. All floating will be done by (a) asking for volunteers, (b) per diems, (c) and then assigning workers to float on a rotating basis starting with the least senior person.

**Section 10.08 Flex Down**

The parties recognize that staffing needs are subject to change during the course of any given day for reasons beyond the control of the employers covered by this Agreement including, but not limited to, low census and patient acuity. The parties further recognize that the financial condition of those employers does not permit them to pay workers when there is no work available for them to perform. For these reasons, the parties recognize that when the employers covered by this Agreement find that there are more workers scheduled to work than necessary to perform the available work, management may:

(a) Assign a worker to perform duties that he or she is qualified to perform elsewhere in the facility;
(b) Allow a worker to voluntarily take time off with pay from his or her PTO bank; or
(c) Allow a worker to voluntarily take unpaid time off; or
(d) Send a per diem worker home or direct a per diem worker not to report for his or her scheduled shift without pay. Management will give per diem workers two (2) hours prior notice when directing them not to report for a scheduled shift.

No action taken in accordance with this section will be considered a layoff. This section is not subject to grievance or arbitration under this Agreement.

## Article XI. Discipline And Discharge

**Section 11.01 Just Cause/Notification**

Any employer covered by this Agreement has the right to discipline, suspend or discharge a worker for Just Cause only, except in the case of a probationary worker who may be terminated without recourse to the Grievance Procedure.

Before a meeting is held to discipline a worker, such worker shall be informed of the purpose of such meeting. He/she shall be informed of his/her right to have a delegate present.

**Section 11.02 Personnel Files**

Employers covered by this Agreement will give workers a copy of all reports dealing with disciplinary action or performance evaluation. Workers may submit a written rebuttal to any such documents which will be placed in the worker's personnel file.

A worker may inspect her/his personnel file, during normal Human Resources Department hours. Inspection of the worker's file shall be made in the presence of a member of the Human Resources Department. The workers may make any notes they wish and may request a copy of their personnel file, but no data may be removed or borrowed from the file.

## Article XII. Compensation & Overtime

**Section 12.01 Wages**

(a) Effective December 1, 2013, the minimum hourly rate for every job covered by this agreement for all hospitals shall be:

Group 1: SEMC, GSMC, Norwood, Carney and QMC $12.87
Group 2: Morton, Merrimack, and HF: $11.75

Effective December 1, 2013, all employees except QMC shall receive a two percent (2%) across the board increase to their regular hourly rate of pay, except that employees in Groups 1 and 2 above will receive the greater of the increase in the minimum hourly rate or the two percent (2%) increase only. The maximum rate for each grade shall reflect the increases.

(b) Effective December 1, 2014, all workers shall receive an increase of two percent (2%) to their regular rate of pay. The maximum rate for each grade shall reflect the increases.

(c) Effective December 1, 2015, all workers shall receive an increase of two percent (2%) to their regular rate of pay. The maximum rate for each grade shall reflect the increases.

(d) The minimum hourly rate, the maximum hourly rate and the midpoint between them at each facility covered by this Agreement for every job covered by this agreement, is stated in Appendix D of this Agreement. During the life of this agreement, the maximum hourly rates shall not prevent any worker from receiving any of the pay increases set forth in this Article.

(e) The parties recognize that Steward's ability to continue to meet pay increases is dependent on multiple factors including but not limited to increase in patient volume,

improvement in HCAHPS, and other quality measures, and changes in reimbursement. 1199SEIU is committed to joint labor management work at each hospital, to achieve the following goals:

- Joint agreement on quality and patient satisfaction measures through the labor management/quality task force at each facility.
- Joint work plan that is in the scope of 1199SEIU members.
- Quarterly review of progress on quality and patient satisfaction measures.
- The parties will develop individual hospital plans by July 1, 2014.
- Joint commitment of resources to implement the plan.

**Section 12.02 Overtime Rate.**

A worker shall be compensated at the rate of time and one-half (including applicable premiums as required by law) for all authorized work performed in excess of forty (40) hours in a workweek or in excess of a scheduled shift of at least eight (8) hours when he or she works beyond the end of that scheduled shift at the employer's request.

Paid time off shall not count as time worked for the purposes of calculating overtime.

**Section 12.03 Mandatory Overtime**

If management mandates overtime, the worker at the bottom of a rotating seniority list shall be notified of the need to work the mandated shift. Absent extenuating circumstances, management will give a worker at least one (1) hour advance notice of a mandated shift. The worker will receive time and one half for the mandated shift. Once a worker has been mandated, his/her name shall go to the top of the list and mandatory overtime then continues to be assigned to the worker at the bottom of the list. Management may relieve a worker on a mandated shift from duty. If a worker volunteers to work in place of another mandated worker, the worker who volunteers and actually works the mandatory overtime in place of another mandated worker will receive time and one-half and his/her name shall be moved on the list. A worker who is mandated to work shall not be required to work more than four (4) hours of mandatory overtime, absent extenuating circumstances. Only workers on the premises and those "on-call" can be mandated to work.

Notwithstanding the foregoing, any worker who was employed by Good Samaritan Medical Center who is mandated to work more than two (2) times in any given quarter shall be paid double time for any additional mandated overtime.

**Section 12.04 Differentials**

Shift differential is paid to a worker who works at least four (4) consecutive hours during any shift designated below.

When a worker's work schedule carries over into the next shift, the worker must work a minimum of four (4) hours into the following shift in order to receive the differential of the next shift. When less than four (4) hours is worked into the following shift, the worker continues to receive the differential of the former shift, if any.

A worker who is regularly scheduled to work the evening or night shift shall receive that differential on all paid time off. Weekend shift differential, however is paid only on hours actually worked, unless regularly scheduled to work every weekend.

**Section 12.05 Amounts & Hours**
See Exhibit D.

**Section 12.06 No Pyramiding**
Except as expressly provided elsewhere in this Agreement, there shall be no pyramiding of overtime, holiday, or premium pay.  For example:  If in the same workweek an employee works an eight (8) hour holiday and also works total of forty-eight (48) hours in that same week, the employee would receive only eight (8) hours of premium pay for overtime over forty (40) hours in a week and would not receive premium pay for the eight (8) hour holiday.

**Section 12.07 On-Call & Call-In**
See Exhibit D.

**Section 12.08 Relief in Higher Classification**
A worker who management assigns to fill-in for a worker in a higher graded classification (whether in or out of the bargaining unit) for more than one day shall receive two dollars ($2.00) per hour for such time in addition to his/her regular rate of pay. Management will not rotate this assignment among workers for the purpose of avoiding its obligation to make this payment.

Workers who management assigns to a charge role for four (4) or more hours in a shift shall be paid two dollars ($2.00) an hour for each hour of charge.

**Section 12.09 Pay After Job Change**
A worker receiving a promotion to a job in a higher job grade shall receive the greater of a five percent (5%) raise, or placement at the minimum of the new range.

A worker who is demoted to a job in a lower job grade shall be paid at the rate that represents a five percent (5%) reduction to his or her pay in the former job or the maximum of the new range, whichever represents the lesser decrease in pay.

A worker who moves from one job to another in the same job grade will not experience any change in pay as a result of that job change.

**Section 12.10 Start Pay**
Start pay for new workers will not be above fifty percent (50%) of the existing range. Any exceptions to this clause shall require mutual agreement of the Hospital and the Union.

**Section 12.11 Weather Emergency**
A worker who indicates he/she has made an effort to arrive to work on time during a Hospital-declared weather emergency will be reimbursed his/her full scheduled shift provided he/she arrives within one (1) hour of his/her scheduled start time.

**Section 12.12 Paid Uniforms**
The Hospital shall initially provide three (3) uniforms for full-time employees and two (2) for part-time employees who are required to wear a uniform at no cost to the employee. Thereafter, each year, one (1) additional uniforms will be provided to employees upon request.

**Section 12.13 Preceptor Pay**
Except for those Hospitals where it already occurs (Carney, GSMC, Norwood, Holy Family and SEMC), effective January 1, 2015, workers who are assigned by their manager to precept a new employee for at least four (4) hours shall be paid a preceptor bonus of ten dollars ($10.00) a day for each day assigned.  Ninety (90) days prior to January 1, 2015, the Parties at each hospital will meet to define positions that are eligible for preceptor pay.

## Article XIII.   Holidays

**Section 13.01 Pay for Holidays Worked**
For those hospitals under the PTO program (SEMC, Norwood, Quincy, Carney, GSMC), a worker will be paid one and one-half (1½) times his or her regular rate of pay for time worked on the following holidays during any calendar year.

| | |
|---|---|
| New Year's Eve | Labor Day |
| New Year's Day | Columbus Day |
| Martin Luther King Day | Veterans' Day |
| President's Day | Thanksgiving |
| Memorial Day | Christmas Eve |
| Independence Day | Christmas |

Local Holiday options:  Within sixty (60) days of ratification, union representatives at each hospital will meet with local management to decide whether, based on operational needs, the hospital should substitute a currently non-recognized holiday for a currently recognized holiday.  Such substitution shall be made by mutual agreement between the parties, and in no event shall the decision to substitute a holiday cause any hospital to recognize any more holidays than currently exist at each hospital.

**Section 13.02 Holiday Rotation**
Subject to the needs of the Department, management will endeavor to rotate holidays as equally as possible among workers.

**Section 13.03 Holiday Sharing**
Workers may split a holiday assignment with fellow employees by each working half (½) the shift with the approval of the Department Head, which shall not be unreasonably withheld. Reasonable grounds for denial include staffing and overtime considerations.

**Section 13.04 Shift Differentials**
Workers who are otherwise eligible for shift differential shall be paid that differential as part of Holiday pay.

## Article XIV.   Paid Time Off

**Section 14.01 Paid Time Off Accrual Schedule**
On January 1, 2010 all existing vacation and banked holiday time will be converted to PTO hours.  Effective on January 1, 2010, Paid Time Off is accrued on all hours paid as follows:

| Length of Service | Maximum Hours Accrued Per Year | Approximate Maximum Days Accrued Per Year |
|---|---|---|
| 0–5 yrs | 288 hours | 36 days |
| >5-10 yrs | 304 hours | 38 days |
| >10-15 yrs | 320 hours | 40 days |
| >15 yrs | 360 hours | 45 days |

**Section 14.02 Maximum Accrual**

An employee may accrue up to a maximum of one year of his/her annual accrual plus an additional one hundred twenty (120) hours. When a worker reaches the maximum accrual amount any additional accruals will be placed in the Extended Sick Leave Bank until the employee's PTO bank falls below the maximum accrual.

**Section 14.03 PTO Cash Out**

Each year during the month in which a worker's anniversary of employment falls, a worker may cash out up to forty (40) hours of unused accrued PTO in eight (8)-hour increments.

**Section 14.04 Extended Sick Leave Bank**

On January 10, 2010, all unused accrued sick time will be placed in an Extended Sick Leave Bank. The Extended Sick Leave Bank is used only for illnesses and injuries which exceed three (3) consecutive days. In the event of an absence qualifying for workers compensation, an employee may use ESL hours from the first day of absence forward. Effective at the beginning of the first pay period following ratification of this Agreement, the employers covered under this Agreement will load forty (40) hours into each regular full-time and regular part-time worker's ESL. Workers may supplement their ESL Bank as follows

| Years of Service | Hours Donated by Worker | Employer Match |
|---|---|---|
| 0-5 years | Up to 40 hours/year | Employer donates 1 hour for each hour donated by the worker |
| >5-10 years | Up to 40 hours/year | No employer match |

**Section 14.05 Pay at Termination**

Workers will be paid all unused accrued PTO hours upon termination; except that workers who are terminated for cause will only receive fifty percent (50%) of their unused accrued PTO hours. ESL time is not payable at termination.

## Article XV. Insurance And Retirement

**Section 15.01 Health Insurance**

1. The Steward Health Care System DPO and EPO shall be the health insurance plan for all SHCS employees represented by the SEIU.
2. Full time rates shall apply to employees committed to working thirty (30) or more scheduled hours per week.
3. Part-Time rates shall apply to employees committed to working twenty (20) to twenty-nine (29) scheduled hours per week.

4. Emergency Room co-payment under the EPO shall be fifty dollars ($50.00).
5. Employees shall continue to participate in the Steward mail-in program for pharmacy benefits effective upon ratification and following any notice period required by federal law. Features of this plan include:

   a) Non maintenance medications can still be filled, at the member's option, at retail pharmacies.
   b) Controlled substances continue to be filled at retail pharmacies.
   c) The first fill of a new maintenance medication can still be filled, at the member's option, at retail pharmacies (with the same co-pays as defined under subparagraph "e", below.) All other fills of maintenance medications must be filled via the Steward mail order pharmacy except for certain excluded drugs types described in this agreement.
   d) The Steward mail order pharmacy does not currently dispense birth control prescriptions, so birth control prescriptions can be filled at retail pharmacies unless and until such time as birth control prescriptions are available via mail order.
   e) Mail order rates are as follows: ninety (90) day supply: thirty dollars ($30) generic / sixty dollars ($60) preferred brand / ninety dollars ($90) non-preferred brand.
   f) No change to retail rates (when retail is still permitted per the above).
   g) The pharmacy plan, both retail and mail order, will adopt the "member pay the difference" program. Effective in plan year 2014, the out of pocket maximum for DPO shall be increased for Tiers 1 – 3 to two thousand dollars ($2,500) per individual.

6. Effective January 1, 2014, Steward Employee Health Plans will implement a tiered provider network for all members under the age of nineteen (19) in the EPO and DPO. Most providers will continue to be in Tier 1, however a limited number of providers/facilities shall become Tier 2 providers. Benefit levels for services provided to members under age nineteen (19) will be determined by the provider's tier. See table below for provider tier details.

   For the highest level of benefits, all members in both the EPO and DPO must see a Tier 1 provider. If a member chooses to see a Tier 2 network provider, that member will be subject to higher out of pocket expenses. Note that members under the age of nineteen (19), enrolled in the EPO, must select a Tier 1 network PCP.

| Tier | Providers (facilities and affiliated providers unless noted otherwise) |
|---|---|
| Tier 1 | All THP providers except those in Tier 2 |
| Tier 2 | Children's Hospital<br>*Brockton Hospital<br>Charlton Memorial Hospital<br>Lawrence General Hospital<br>Lowell General Hospital<br>Milton Hospital<br>Saints Memorial Medical Center<br>St. Luke's Hospital<br>Sturdy Memorial Hospital<br>Tobey Hospital |

*Brockton Hospital (hospital only) has been tiered. Physicians will remain in tier 1.

7. The total value of the EPO out of pocket costs (meaning co-pays and deductibles) will

not materially change during the period of this agreement, however, if the SEIU participation drops below eighty percent (80%), prior to implementing any changes, the system agrees to meet with the union to discuss.

8. Both parties recognize and understand that network participation/classification/ composition by physicians and facilities changes from time to time. If a tier 1 specialist leaves the Steward Employee Choice network, but stays with-in the Tufts Health Plan network, a tier 1 exception would be considered on a case by case basis for a member who is in treatment with the specialist. There is no guarantee that a member will be allowed to stay with a provider for the entire plan year. Such determination will depend on the provider (specialty), care the member is receiving, and would only cover the episode of care – not entire plan year. Maternity care for patients more than twenty-five (25) weeks pregnant (in third (3rd) trimester) shall be considered a standard exception to the above.

9. 2013 Employee contribution rates will remain in effect through December 31, 2014. Rates for plan year 2015 and 2016 will adjust annually based on market trend and utilization. Members will be notified of new rates no later than October 1st. Although the working rate may increase over the term of this agreement, and therefore employee contributions may, the employee contribution percentages for the SEIU will not change over the period of this agreement.

10. Rates for the EPO and DPO in 2014 will be as follows:

| DPO | | 2014 DPO Rates | | | | | |
|---|---|---|---|---|---|---|---|
| | | FULL TIME | | | PART TIME | | |
| Entity | Wage Band | IND | IND +1 | FAM | IND | IND +1 | FAM |
| Carney | No Salary Bands | $58.80 | $134.31 | $220.38 | $147.00 | $335.77 | $440.77 |
| Good Samaritan | | $73.50 | $167.88 | $220.38 | $147.00 | $335.77 | $440.77 |
| Holy Family | | $88.20 | $201.46 | $264.46 | $176.40 | $402.92 | $528.92 |
| Merrimack | | $58.80 | $134.31 | $176.31 | $102.90 | $235.04 | $308.54 |
| Morton | | $73.50 | $167.88 | $220.38 | $147.00 | $335.77 | $440.77 |
| Norwood | | $73.50 | $167.88 | $220.38 | $88.20 | $201.46 | $264.46 |
| Quincy | | $58.80 | $134.31 | $220.38 | $147.00 | $335.77 | $440.77 |
| St. Elizabeth's | | $88.20 | $201.46 | $264.46 | $147.00 | $335.77 | $440.77 |

| EPO | | 2104 EPO Rates | | | | | |
|---|---|---|---|---|---|---|---|
| | | FULL TIME | | | PART TIME | | |
| Entity | Wage Band | IND | IND +1 | FAM | IND | IND +1 | FAM |
| All Entities | <$14.42 | $1.85 | $8.31 | $15.69 | $3.69 | $16.62 | $31.38 |
| | $14.43 - $28.85 | $7.38 | $16.15 | $23.08 | $14.77 | $32.31 | $46.15 |
| | >28.86 | $11.54 | $20.77 | $30.00 | $23.08 | $41.54 | $60.00 |

11. The Employee Percentage Contribution of the working rate for the EPO and DPO at each Hospital will be as follows:

| EPO | | 2014 Contribution Percentages | | | | | |
|---|---|---|---|---|---|---|---|
| | | Full Time | | | Part Time | | |
| | Wage Band | EE Only | EE + 1 | EE + Fam | EE Only | EE + 1 | EE + Fam |
| All Entities | <$14.42 | 0.68% | 1.54% | 1.94% | 1.37% | 3.07% | 3.87% |
| | $14.42 - $28.85 | 2.73% | 2.99% | 2.85% | 5.47% | 5.98% | 5.69% |
| | $28.86+ | 4.27% | 3.84% | 3.70% | 8.54% | 7.69% | 7.40% |

| DPO | | 2014 Contribution Percentages | | | | | |
|---|---|---|---|---|---|---|---|
| | | Full Time | | | Part Time | | |
| Hospital | Wage Band | EE Only | EE + 1 | EE + Fam | EE Only | EE + 1 | EE + Fam |
| Merrimack | No Salary Bands | 18% | 21% | 18% | 32% | 36% | 32% |
| Norwood | | 23% | 26% | 23% | 27% | 31% | 27% |
| Carney | | 18% | 21% | 23% | 46% | 52% | 46% |
| Good Samaritan | | 23% | 26% | 23% | 46% | 52% | 46% |
| Holy Family | | 27% | 31% | 27% | 55% | 63% | 55% |
| Quincy | | 18% | 21% | 23% | 46% | 52% | 46% |
| St. Elizabeth's | | 27% | 31% | 27% | 46% | 52% | 46% |
| Morton | | 23% | 26% | 23% | 27% | 31% | 27% |

12. For the life of this agreement regular part time workers who have completed ten (10) years of continuous service, with one or more of the employers covered by this agreement will pay the same premium contribution to the EPO as full time worker.

The employers covered by this Agreement shall have the right to eliminate or substitute insurance carriers, plans, and /or administrators and change the premium contribution rate as long as health insurance is offered. Any employer covered by this agreement shall notify the union as soon as possible but not later than October 1 of any such proposed change (s) and shall meet to discuss any such change(s) regarding health insurance offerings for the coming fiscal year.

**Section 15.02 Dental Insurance**

Workers who are authorized to regularly work twenty (20) hours or more per week may participate in Steward Health Care System's dental insurance plans on the same terms and conditions as generally offered to other workers as amended from time to time.

**Section 15.03 Long Term Disability Insurance**

Workers who are authorized to regularly work thirty (30) hours or more per week may participate in Steward Health Care System's long term disability insurance plans on the same terms and conditions as generally offered to other workers as amended from time to time.

**Section 15.04 Short Term Disability Insurance**

Workers may participate in Steward Health Care System's short term disability insurance plans on the same terms and conditions as generally offered to other workers as amended from

time to time. During the period from October 1, 2009 through September 30, 2010, Steward Health Care System will offer the same short term disability benefit at each facility covered by this Agreement that was in effect at that facility on September 30, 2009.

**Section 15.05 Insurance Policies and Contracts Govern**

It is understood that the employers covered by this Agreement may not themselves operate the insurance programs in the preceding sections of this Article but may maintain policies or contracts with third parties to administer said program. Any dispute concerning eligibility for or payment of benefits under such policies or contracts shall be resolved in accordance with the terms of the plan or contract documents and is not subject to the grievance and arbitration provisions of this Agreement.

**Section 15.06 Retirement**

Workers are eligible to participate in the Steward Health Care System pension/ retirement program on the same terms and conditions as it is generally offered to other workers as outlined in the Summary Plan Description as amended from time to time. For the life of this Agreement, the employers covered by this Agreement will not reduce the benefits offered to workers under the Steward Health Care System Retirement Savings Plan. The preceding sentence shall expire automatically and become null and void upon the expiration of this Agreement per Article XXVIII. Benefit eligibility under Steward's pension/retirement plan shall be subject to such conditions and limitations as may be set forth in such plan. Any dispute concerning eligibility for, or payment of, benefits under Steward's pension/retirement plan shall be resolved in accordance with the terms thereof and shall not be subject to the grievance and arbitration procedure of this Agreement. However, any dispute over Steward's contribution or failure to contribute for an eligible worker in accordance with the pension/retirement plan shall be subject to the grievance and arbitration procedure of this Agreement.

The employers covered by this Agreement agree that upon the request of the Union, they will meet and discuss alternatives to Steward's pension/retirement program that are consistent with retirement benefits offered by Steward or those offered by other hospitals in the same markets as the employers covered by this Agreement. The Union will have the opportunity to review the defined benefit plan that is currently being negotiated between Steward and the Massachusetts Nurses Association once that plan is finalized.

The employer shall offer an early retirement package at each hospital. Prior to offering the ERP, the employer shall meet with the union to discuss implementation of the ERP.

Steward agreed to assume responsibility for the Steward Health Care System Retirement Plan effective November 6, 2010. In accordance with the Pension Transfer Agreement between Steward, Trustees of the Steward Health Care System Retirement Plan and the Roman Catholic Archdiocese of Boston (RCAB) and the commitments made to the Massachusetts Attorney General with respect to the transfer of Steward Health Care System pension obligations to Steward, Steward represents that it has made payments to the Steward Health Care System Retirement Plan as required and shall provide the Union with documentation of such payments. Steward shall demonstrate to the Union that it is pursuing all necessary steps to ensure that its obligations to retirees under the Steward Health Care System Retirement Plan are guaranteed to the maximum extent provided by law by the Pension Benefit Guaranty Corporation (PBGC).

## Article XVI. Leaves Of Absence

**Section 16.01 Family and Medical Leave**

(a) FMLA Applies

The Union acknowledges that the employers covered by this Agreement are subject to the provisions of the federal Family Medical Leave Act ("the FMLA"). Workers who have been employed by their current employer for at least twelve (12) months and have worked at least one thousand two hundred fifty (1,250) hours in the twelve (12)-month period preceding the date they are requesting as FMLA leave may take up to twelve (12) weeks of unpaid FMLA leave in a twelve (12)-month period for the following reasons:

1. for placement with the employee of a son or daughter for adoption or foster care;
2. to care for a spouse, son, daughter, or parent with a serious health condition;
3. to take medical leave when the employee is unable to work because of a serious health condition; or
4. for qualifying exigencies arising out of the fact that the employee's spouse, son, daughter, or parent is on active duty or call to active duty status as a member of the National Guard or Reserves in support of a contingency operation.

Eligible workers whose spouse, son, daughter, parent, or next of kin of is a current member of the Armed Forces, including a member of the National Guard or Reserves, with a serious injury or illness, may take up to a total of twenty-six (26) workweeks of unpaid leave during a single twelve (12)-month period to care for the service member.

A summary of the FMLA published by the United States Department of Labor is attached to this Agreement as Exhibit E for informational purposes.

(b) Qualifying Absences Will be Designated as FMLA Leave

Where a worker takes a leave under the provisions of this Agreement for a reason which would entitle a worker to leave under the FMLA, such leave will be designated as FMLA leave and will be deducted from the worker's statutory twelve (12)-week FMLA leave entitlement. FMLA leave is not cumulative and is not in addition to leaves currently available to the extent such leaves are for reasons covered by the FMLA.

(c) Use of PTO Required During FMLA Leave

Workers taking FMLA leave must use all available accrued paid time off during their FMLA leave. Workers who use all of their available accrued paid time off before the end of their FMLA leave must use available ESL for the remainder of the FMLA leave. In the event that a worker has no available accrued paid time off or ESL, the FMLA leave will be unpaid. Notwithstanding the foregoing, a female employee may choose to take the first eight weeks of any FMLA leave taken for the birth, adoption, or placement of a child in foster care as an unpaid leave of absence.

(d) Notice of FMLA Leave

Where the need for FMLA leave is foreseeable, a worker must request the time off at least thirty (30) days in advance. Where the need for the FMLA is not foreseeable, the worker must request the time off as soon as practicable.

**Section 16.02 Maternity/Paternity Leave**

Full-time workers who have completed their probation period, but are not eligible for leave under the Family and Medical Leave Act, will be entitled to eight (8) weeks of unpaid maternity/paternity leave on the terms and conditions set forth in Mass. Gen. L. ch. 149, §105D. Eligible workers may use their paid time off during this leave.

**Section 16.03 Small Necessities Leave**

(a) Small Necessities Leave Act Applies

The Union acknowledges that the employers covered by this Agreement are subject to the provisions of the Massachusetts Small Necessities Leave Act ("SNLA"). Workers who have been employed by their current employer for at least twelve (12) months and have worked at least one thousand two hundred fifty (1,250) hours in the twelve (12)-month period preceding the date they are requesting as SNLA leave may take up to twenty-four (24) hours of unpaid SNLA leave in a twelve (12)-month period to:

1. Participate in school activities directly related to the educational advancement of a son or daughter of the employee, such as parent-teacher conferences or interviewing for a new school.

2. Accompany the son or daughter of the employee to routine medical or dental appointments, such as check-ups or vaccinations.

3. Accompany an elderly relative of the employee to routine medical or dental appointments or appointments for other professional services related to the elder's care, such as interviewing at nursing or group homes.

(b) Qualifying Absences Will be Designated as SNLA Leave

Where a worker takes a leave under the provisions of this Agreement for a reason which would entitle a worker to leave under the SNLA, such leave will be designated as SNLA leave and will be deducted from the worker's statutory SNLA twenty-four-hour leave entitlement. SNLA leave is not cumulative and is not in addition to leaves currently available to the extent such leaves are for reasons covered by the SNLA.

(c) Use of PTO Required During SNLA Leave

Workers taking SNLA leave must use all available accrued paid time off during their SNLA leave. In the event that a worker has no available accrued paid time off, the SNLA leave will be unpaid.

(d) Notice of SNLA Leave

Workers taking SNLA leave must provide seven (7) days notice if the reason for the leave is foreseeable, and must submit a certification form to their supervisor within three (3) days of the leave. The certification form may be obtained from supervisors. If the need for the leave is not foreseeable, the worker must provide notice as soon as practicable.

**Section 16.04 Industrial Accident**

A leave of absence will be granted to a worker who is receiving workers' compensation benefits and is absent due to a work-related injury or accident. This leave of absence is unpaid, but workers on industrial accident leave may use paid time off, including their ESL bank, to

supplement any workers' compensation benefits they receive in order to receive their full regular biweekly pay. A worker who is on industrial accident leave will continue to be covered under the health and dental insurance plans provided in this Agreement on the same terms and conditions as active employees. If the worker returns from such leave within eight (8) pay periods, he/she will be returned to his/her former position and department if vacant or an equivalent position. A worker who returns from such leave but not within eight (8) pay periods shall not have the right to return to his/her former position but shall have the following rights:

If the worker is fit for duty and is ready to return to work, she/he will notify his/her department manager, who will inform the worker of the then vacant positions. If the worker applies for a vacancy for which he/she is qualified, he/she shall have preference over other applicants for such position.

**Section 16.05 Bereavement Leave**

Workers will receive up to a total of five (5) consecutive days off with pay at the worker's regular compensation rate, including applicable differentials, provided they are scheduled to work on those days, for the death of the worker's spouse, parent, child, brother, sister or other member of the immediate household not mentioned in this section. Bereavement leave must be used within seven (7) consecutive days following notification of the death absent management approval.

Workers will receive up to a total of three (3) consecutive days off with pay at the worker's regular compensation rate, including applicable shift differential, provided they are scheduled to work on those days, for the death of the worker's grandparent, brother/sister in-laws, parent-in-laws, or grandchild. Bereavement leave must be used within seven (7) consecutive days following notification of the death absent management approval.

Management may require reasonable verification of residence or death.

The Department Head may approve the use of accrued paid time off to supplement the bereavement time allotted or grant an unpaid personal leave of absence, which may not be unreasonably denied.

**Section 16.06 Military Leave**

Workers called for military duty will be provided leave in accordance with state and federal laws.

**Section 16.07 Union Leave**

An unpaid leave of absence may be granted to up to one worker per facility at a time at the joint request of the Union and said worker for up to three (3) months, subject to management approval. If approved, the worker is eligible to return to the same position or substantially similar position.

**Section 16.08 Jury Duty**

(a) General Provisions

If a worker is called for jury duty, any employer covered by this Agreement shall pay the worker's wages in full for the first three (3) days of jury duty, provided the worker is scheduled to work on the day or evening shift on those days. After three (3) days, any employer covered by

this Agreement shall pay the difference between the worker's regular wages and his/her payment as a juror for up to the remainder of jury duty. All benefits continue while on jury duty. To be eligible for pay under this Article, a worker must furnish documentary evidence from the court which set forth the amount of such fees received by her/him as a juror.

(b) Night Shift Provisions

Subject to the limitations in Section 15.08(a) above, workers regularly scheduled for the 11:00 p.m. to 7:00 a.m. shift are eligible for jury duty pay for the shifts on the night before and the night of jury duty, provided they are scheduled to work those shifts.

**Section 16.09 Discretionary Leave**

(a) Procedure for Requesting and Granting Discretionary Leave

A worker seeking a leave of absence for reasons not covered above or to extend a leave of absence covered above beyond the time frame provided in this Agreement must submit a written request to the Director of Human Resources at the facility where he or she works. This request must state the reason(s) for the request and the beginning and ending date of the requested leave. The employers covered by this Agreement have the sole discretion to determine whether to grant a leave of absence and to determine under what conditions and for what length of time the worker's position will remain open. The granting and length of such leave of absence shall not be subject to the grievance and arbitration procedure.

(b) Benefits During Discretionary Leave

The worker's fringe benefits will not accrue during an unpaid leave of absence, but will resume at the same level on the employee's return to work. Workers will be eligible for continued health and dental insurance coverage during this leave, but will be responsible for the entire premium cost and may be required to pay an administrative fee in accordance with COBRA.

**Article XVII. Miscellaneous Benefits**

**Section 17.01 Subpoenaed Court Time**

Workers who are subpoenaed to appear as a non-party witness at a State or Federal court hearing or trial regarding a work-related matter may do so on paid time (less applicable witness fee) provided that they have given notice of the subpoena to their Supervisor as soon as practicable after service of process. Day and evening shift workers shall be excused from duty on the day of the court appearance and night shift workers shall be excused from duty on the night prior to the court appearance without loss of pay or benefits upon production of the receipt for the witness fee, if any. In the event that the court appearance is cancelled, the worker shall so notify his/her Supervisor as soon as possible and stand ready for duty. All compensation pursuant to this Section shall be at straight time.

**Section 17.02 Mileage Reimbursement**

Any worker who uses his/her car for business with the approval of his or her employer shall be reimbursed for mileage at the current IRS rate.

**Article XVIII. Training & Upgrading Fund**

The Parties will participate in the Training and Upgrading Fund as outlined in Exhibits F-1 and F-2.

**Article XIX. Seniority/System Mobility**

**Section 19.01 Definitions**

A. "Hospital" seniority means length of continuous employment in a bargaining unit position, excluding per diem employment, from the most recent date of hire at the facility where the worker is currently employed. A worker shall acquire Hospital seniority after completing the probationary period at the facility at which he or she was most recently hired and Hospital seniority will then be credited retroactive that date of hire.

B. "Health System" seniority is defined as length of continuous employment in a bargaining unit position, excluding per diem employment, from the first date of hire within the Health System. A worker shall acquire Health System seniority after completing the probationary period at the facility at which he or she was first hired within the Health System and Health System seniority will then be credited retroactive that date of hire.

C. Health System seniority shall apply in the computation and determination of eligibility for all benefits where length of service is a factor.

D. "Home facility" is defined as the Steward Health Care System facility at which a worker is employed immediately prior to moving to a position at another Steward Health Care System facility.

Lead

**Section 19.02 Application of Seniority**

The employers covered by this Agreement and the Union recognize the need to provide consistent patient care and customer service and that balanced skill mix and/or competency maintenance are some of the elements that are required to provide such care and service. Subject to the needs of the covered employers and unless otherwise specified elsewhere in this Agreement, schedules, holidays, coverage for unscheduled absences, scheduled extra non-overtime hours and scheduled overtime hours within the unit/department will be distributed equitably by rotation beginning with the most senior worker. – Advertised

**Section 19.03 Loss of Seniority**

A. Termination of employment will result in loss of seniority and attendant rights.

B. A worker should give two (2) weeks written notice of termination to the Department Head.

C. Workers who are absent from work and fail to call in to their Supervisor for one (1) working day and who have not been granted a Leave of Absence for the period of that absence or who do not present evidence satisfactory to their employer showing they were unable to report or proof of their inability to report back due to genuine emergency beyond the control of the worker (the burden of such proof shall be upon the worker) will be deemed to have quit with resultant loss of seniority.

**Section 19.04 Seniority Date**

Where workers have the exact same seniority date and are in conflict over a particular issue based on seniority, a random determination shall be made each time in front of the affected workers. A coin toss shall be used when only two (2) workers are involved.

**Section 19.05 System Mobility**

(a) Bargaining Unit Job Openings Within the System: All job openings in the bargaining units covered by this Agreement will be posted system-wide in accordance with Section 20.01. Job openings will be awarded to applicants in accordance with Section 20.02.

When a worker is awarded a position within the system but outside of his or her facility, wage placement of the worker will be based on the applicable wage rates for the facility and benefit eligibility and accrual will be based on the worker's Health System seniority. Health System seniority will govern all bumping and bidding rights under this Agreement (however, bumping rights are limited to the facility where the layoff has occurred).

(b) Consolidation of Services Within the System: The parties recognize that Steward Health Care System may consolidate services offered at more than one of the facilities covered by this Agreement or move services offered at a facility covered by this Agreement to another facility. In the event of such a consolidation, the employers affected by this consolidation will give the Union sixty (60) days notice of the consolidation and will meet to discuss alternatives to layoffs. If such a consolidation or movement of services results in services no longer being offered at one of the facilities covered by this Agreement and those services continue to be offered at another facility covered by this Agreement, then workers affected by this consolidation or movement of services will have the following rights:

(1) Management will create an integrated seniority list identifying all workers in positions that will be utilized under the new structure for the consolidated or moved services. All positions in this new structure will be posted and will be awarded in accordance with Section 19.02, using the integrated seniority list.

(2) After all of the positions in the consolidated or moved service have been awarded, all workers who were awarded positions in this service will retain their system seniority and the integrated seniority list will have no effect. Wage placement of the workers who are awarded positions in the new structure will be based on the applicable wage rates for the facility; however, no worker will have his or her wages reduced if he or she is working in the same job title in the new facility.

(3) A worker who is not awarded a position in the new structure for the consolidated or moved service will be considered to have been laid off and may exercise his or her rights under Article 21.

## Article XX. Job Openings

**Section 20.01 Posting**

All job openings will be posted for seven (7) days. This posting period will begin on the day the job is posted electronically. Workers may bid on jobs by submitting a bid to the Human Resources Department.

Postings shall include job title, grade, shift rotation, weekend rotation, minimum qualifications, and preferred skills and experience (posting of this information does not change the general rule that schedules are subject to change.)

**Section 20.02 Award**

When candidates for an opening are relatively equally qualified as determined by the hiring manager, the most senior of the applicants will be selected. Whether an applicant is qualified will be determined by the employer at its sole discretion.

**Section 20.03 Two Positions**

Workers may hold two (2) positions in one (1) or two (2) departments and receive benefits based on the total number of authorized hours. Effective between January 1, and March 31, 2014, or as soon as the technology to track this is available, a worker holding positions in more than one (1) Steward facility will receive benefits on the total number of hours worked combined at all Steward Facilities at which they hold regular hours. The total authorized and scheduled hours of a worker holding two (2) positions in one (1) or more facilities may not exceed forty (40) hours per week and there may not be a conflict in the regular scheduled hours of the two (2) positions. The worker is responsible for informing the respective supervisors if extra hours will lead to overtime; generation of overtime shall be considered a reasonable basis for denying access to extra hours. The worker shall not receive overtime for over eight (8) hours in a day if it is the result of the schedules of the two (2) jobs. The worker may only bump within the hospital for which the position they hold has been eliminated, reduced, or re-organized.

## Article XXI. Layoff/Recall

Procedure: The goal of the employers covered by this Agreement is to strive to provide job security for their workers whenever possible by retraining, reassignment and/or other alternatives when organizational change is necessary. Therefore, the following procedure will be followed:

The Union recognizes that the right to relieve workers from duty due to lack of work or for economic reasons is among the prerogatives of management. Similarly, management reserves the right to structure the layoff by classification consistent with the needs of management and in the best interests of patient care. One goal of the employers covered by this Agreement is to strive to provide job security for its workers whenever possible by retraining, reassignment and/or other alternatives when organizational change is necessary. Therefore, the following procedure will be followed in the event of a reduction in force that involves the elimination of one or more positions, and/or a reduction in hours in the event of a department re-organization, which is defined as a complete change in department schedules resulting in all positions being posted and rebid by seniority:

For a reduction in force or a department reorganization, the employers covered by this Agreement will notify the Union as soon as possible, but in no event less than three (3) weeks prior to the intended layoff and will meet to discuss alternatives to layoffs or reorganization. Affected workers will be notified at least two (2) weeks prior to the reduction in force or shall receive up to two (2) weeks pay in lieu of notice.

The Union acknowledges that there are instances where advance disclosure of a reduction in force to workers or third parties could result in financial harm to Steward Health Care System or the employers covered by this Agreement. When the possibility of such harm exists, the employers covered by this Agreement are not required to give the Union the three (3) weeks advance notice of a reduction in force described above, but must still provide workers with either two (2) weeks prior notice or two (2) weeks pay in lieu of notice. In an arbitration where a

covered employer relies upon this paragraph as a defense, the Arbitrator's review of the matter shall be limited to determining whether advance disclosure of a reduction in force to workers or third parties could result in financial harm to Steward Health Care System or the employers covered by this Agreement and issuing an appropriate remedy.

**Section 21.01 Lists**

At the time of notification, the employers covered by this Agreement will provide an electronic packet containing the following documents to the Union and the affected workers. An affected worker may choose to have such documents provided in a paper format:

1. A seniority list including title, department, unit, hours and shift.
2. Access to vacancies within the system will be made available online.

**Section 21.02 Seeking Volunteers**

After the meeting with the Union, and prior to the reduction in force, the employers covered by this Agreement will first ask for volunteers, and will next lay off all probationary and temporary workers in affected classifications. The use of Per Diems in the jobs category shall be reviewed for possible conversion and any Per Diems shall not be allowed to fill the hours vacated by the affected worker(s).

**Section 21.03 Notice to Worker**

Management will determine the specific position(s) for reduction on each shift within a unit or department. When there is more than one (1) worker in the same position (same shift and hours), the least senior worker will be notified of a layoff.

**Section 21.04 Options for Laid Off Workers**

A worker whose position has been eliminated may:

A. Accept the layoff; or

B. Fill any vacant posted position, if any, for which he/she is qualified with preference to affected individuals within the department; or

C. Displace any less senior worker in the unit, the department, or the bargaining unit, whichever applies as long as the displacing worker is qualified.

For the purposes of exercising rights in "B" and/or "C" above, "qualified" shall mean both 1 and 2 below:

1. The apparent ability to fill the position in an acceptable manner within four (4) weeks with reasonable supervision and training. Should the employee not be successful, which determination shall not be made arbitrarily or capriciously, he or she shall be allowed to:

a) Return to a position equivalent to his/her former position if available
b) Return to a lower graded position if available
c) Return to layoff status

2. Possesses the required certification or registration or meets the minimal qualifications for the position. Workers affected by a reduction in force are limited to two (2) bump applications, i.e., can apply for two (2) positions in order to total their current number of hours, not bump into one position and then another.

A worker who is notified of his/her layoff or who is displaced by another laid off worker shall make a decision about his/her option under "A," "B," or "C" above within forty-eight (48) hours of first being notified of such action.

A worker who bumps or takes an open position shall be placed at a rate in accordance with Section 12.09. In order to maintain internal equity the employer and the union may mutually agree on a different rate due to the worker's experience.

All employees, who have been displaced, shall transfer as soon as possible into the new position but no later than three (3) weeks from completion of the bumping process.

Whenever feasible, a displaced employee shall not be responsible for training or orientating another displaced employee as a result of a layoff.

**Section 21.05 PTO Payment**

A laid off worker will be paid all of his or her unused accrued PTO on a biweekly basis as salary continuation at the worker's regular biweekly rate of pay on the regular payroll cycle until such unused accrued PTO is exhausted.

**Section 21.06 Continuation of Benefits**

Workers who are laid off as part of a reduction in force shall be eligible for the severance package offered by Steward Health Care System as outlined in Exhibit G, and go on the recall list for twelve (12) months. Following the execution of this contract the employer and the Union will meet to discuss the use of the severance period to train for hard to fill jobs.

**Section 21.07 Recall List and Notice**

Workers who have been laid off:

A. A recall list will be established consisting of individuals who have been laid off, and an individual will have recall rights for departmental positions for twelve (12) months subsequent to the layoff date. When a position becomes available, it will be offered to the most senior individual on the recall list from that department who is qualified. The Employer shall contact employees on the recall list for all vacant positions within the department. Workers will be notified by phone and certified letter to last known address.

B. Notice of a position will be provided at the worker's last known telephone number as reported by the worker to the employer covered by this Agreement. If the employer covered by this Agreement is unable to contact the worker by telephone, the employer covered by this Agreement will notify the worker of a position via overnight mail at the worker's last known address. In the event he/she fails to accept a position which is the same classification and department within forty-eight (48) hours after delivery of notification, he/she forfeits all recall rights and the position will be offered to the most senior qualified individual on the recall list from that department.

Workers who accept a position who are currently employed elsewhere may defer starting work in the recalled position for two weeks after accepting the position, in order to give notice to their current employer. Workers who accept a position who

are currently not employed must be ready to start work in the recalled position within one week after accepting the position.

**Section 21.08 Recall Procedure**

A. If offered the same classification, shift, and number of hours that the worker held pre-layoff, the worker MUST GO BACK if he/she is in a position he/she bumped into.

B. If the worker is in a position he/she bid into (after having been bumped out of a position), the worker may have the option to return to their previously held position should it become available. The employers covered by this Agreement will ask the worker if he/she wishes to maintain those rights and if the worker does not, he/she will be asked to sign off on them.

C. If the worker is in a position he/she bid into (after having bumped into a position), the he/she will maintain his/her recall rights to his/her original position for twelve (12) months. The employers covered by this Agreement will ask the worker if he/she wishes to maintain those rights and if the worker does not, he/she will be asked to sign off on them.

**Section 21.09 Rights Upon Recall**

Workers who are recalled will be re-credited with their pre-layoff seniority and that portion of their accrued paid time off (or vacation/holiday/personal time, whichever applies) that was not paid to them when they were laid off, and their extended sick leave.

## Article XXII. Union Representative & Delegates

**Section 22.01 Delegates**

The employers covered by this Agreement agree to recognize the Union delegates, duly appointed by and acting as agents of the Union, who will represent the Union in dealings with Management. The Union will furnish the Employer with a list of delegates within one (1) week of the regular delegate election and will promptly notify management of any changes in delegates.

**Section 22.02 Time for Administering the Contract**

Named delegates shall be granted a reasonable amount of time, subject to the Employer's operating needs, for the purpose of administering the contract. Such time will be confined to the Employer's premises and within the normal workday, without loss of pay.

**Section 22.03 Attendance at Meetings**

Subject to operating considerations, the Hospital will endeavor to accommodate the request of a Union delegate to attend meetings or trainings sponsored by the Union by releasing her/him from a scheduled work day without pay and without being required to use her/his paid time off for the purpose of attending a meeting or training sponsored by the Union.

**Section 22.04 Processing Grievances**

Subject to Section 22.06 and the operating needs of an employer covered by this Agreement, a Union Representative will be permitted to meet with Union delegates and grievants (without loss of pay) for the purpose of processing a grievance in designated locations for a

reasonable period of time, and, providing it does not interfere with or disrupt operations of the covered employer.

**Section 22.05 Delegate Conduct**

Union delegates are prohibited from attempting to direct the work force, countermanding Management orders or in any way interfering with the orderly operation of any Department.

**Section 22.06 Union Representatives**

Duly authorized Union Representatives may visit the premises of an Employer covered by this Agreement at reasonable times to discharge the Union's duties as the worker's collective bargaining representative. Duly authorized union representatives shall attempt to give reasonable advance notice to the Director of Human Resources at whichever facility they intend to visit or his/her authorized representative and will check in when arriving at the premises (with the Nursing Supervisor on nights and weekends). Such visits shall not disrupt the normal operation of the employer and in no event may meetings take place in patient care areas.

**Section 22.07 Advocacy Day**

Subject to their operating needs employers covered by this Agreement shall release recognized delegates one (1) day per year with pay to attend an advocacy day to advocate for causes that are consistent with the purposes of the parties' Strategic Alliance and Steward Health Care System's mission.

**Section 22.08 Bulletin Boards**

Employers covered by this Agreement will provide one locked bulletin board and keys in a mutually agreed upon location(s) in all buildings in which workers work for posting of Union notices relating to the Union's duties as the worker's collective bargaining representative.

## Article XXIII. Labor-Management Committee

**Section 23.01 System-Wide Committee**

The parties shall create and maintain a standing system-wide Labor-Management Committee with mutually agreed numbers of representatives. The system-wide Labor Management Committee shall meet quarterly for the purposes of creating and overseeing system-wide initiatives, sharing best practices across the hospitals, system-wide compliance issues, and addressing matters of mutual concern. The committee shall also review educational initiatives and utilization of the 1199SEIU Training and Upgrading Fund. Committee members shall meet with without loss of pay. The committee shall be responsible for overseeing and implementation of training and orientation of hospital labor management committees.

**Section 23.02 Facility Labor Management Committee**

The parties shall create and maintain a standing Labor-Management Committee at each represented facility with mutually agreed numbers of representatives. The Labor Management Committees shall meet monthly for the purposes of addressing matters of mutual concern. The monthly meeting will not be cancelled unless both parties mutually agree to cancel the meeting, or one party cancels the meeting for a compelling reason such as an agency visit, etc.. In the event of a cancellation not mutually agreed on, the parties will reschedule the meeting as soon as possible. The Labor-Management Committee at each facility will adopt or amend current bylaws to include a provision for a mutually agreed upon standing agenda which shall include a review of the mission, quality scores, compliance matters, and ongoing fiscal issues including

updates on specific industry and funding challenges as well as current topics. The parties shall endeavor to schedule meetings to insure participation. In the event a member is scheduled to be off, and his/her designee is unavailable, the attending employee shall be compensated.

The parties shall jointly communicate to the hospital the progress and ongoing work of the committee following each meeting.

**Section 23.03 Quality Work Task Force (QWTF)**

The parties recognize the importance of joint labor management work in improving the quality of care and increasing the financial success of the individual hospitals and Steward System. 1199SEIU and Hospital management will explore the viability of establishing task forces in each of the hospitals on an as needed basis.

The parties shall endeavor to schedule meetings to insure participation. In the event a member is scheduled to be off, and his/her designee is unavailable, the attending employee shall be compensated.

## Article XXIV.Grievance and Arbitration

**Section 24.01 Purposes**

The purpose of this Article is to establish a procedure for the settlement of grievances. The parties recognize that most disputes will be discussed and resolved between the worker and the worker's immediate Supervisor. The matters so handled will not be deemed to be grievances. If a dispute is not resolved in this informal manner, the formal procedure outlined below will be initiated.

**Section 24.02 Informal Process**

Workers are encouraged to bring concerns/issues to their immediate supervisor to see if the matter can be resolved informally. The immediate supervisor may seek the help of the Department Head, Union Delegate, or a member of Human Resources to help resolve the matter without the need for a formal grievance process. If the issue is not resolved informally, the following process should be followed for formal grievances, and the timelines for the grievance process shall begin.

**Section 24.03 Formal Procedure**

In the event of a controversy concerning the meaning or application of any provision of this Agreement, such controversy shall be treated by the Union and the Employer as a grievance and shall be settled, if possible, by the Union, the worker and the Employer as set forth hereafter. At all Steps of the Grievance Procedure, the worker or delegate will submit the grievance, in writing, explaining as specifically as possible, the nature of the complaint and identify the contract provision(s) affected. Group grievances may be submitted at Step 2.

Step 1 – Department Head/Manager

The worker or Delegate will present a grievance in writing to the Manager or Department Head within twenty (20) working days from the date of the alleged violation of the contract. The grievance must include the facts, dates, applicable provision(s) of the contract and the remedy requested. Within twenty (20) working days of receipt of the grievance, the Manager or Department Head will arrange to meet with the Delegate and the worker and hear the grievance/ discuss the issues. If the grievance is not settled at the grievance hearing the Manager or

Department Head will respond to the grievance in writing within ten (10) working days from the date of the grievance meeting.

Step 2 – Senior Management and Human Resources

If the matter is not resolved through the process for the Step 1 grievance, the Delegate will present a Step 2 grievance in writing to the Human Resources Department within ten (10) working days of receipt of the Step 1 response. The Director of Human Resources and the appropriate Vice President (CNO or other member of SLT) will set up a meeting with the Delegate and the grievant to hear the grievance, within ten (10) days of receipt of the Step 2 grievance. If the grievance is not resolved at this meeting, the Director of Human Resources will have ten (10) working days to respond to the grievance in writing.

Step 3 – Vice President of Human Resources

If the matter is not resolved through the Step 2 grievance process, the Union Representative will file a Step 3 Grievance with the appropriate Vice President of Human Resources or his or her designee. Upon receipt of the Step 3 Grievance, the Vice President of Human Resources or his or her designee will contact the Union Representative to discuss the matter and gain an understanding of the outstanding concerns. If upon discussion with the Union and investigation of the matter, the Vice President of Human Resources or his or her designee and the Union Representative are unable to structure a satisfactory resolution, the parties will meet to hear the Step 3 grievance within twenty (20) days of receipt of the Step 3 grievance. If the matter is not resolved at the Step 3 grievance hearing, the Vice President of Human Resources or his or her designee will respond to the grievance in writing within twenty (20) days of the date of the Step 3 hearing.

Optional Step 4

By mutual agreement the parties may apply to the Federal Mediation & Conciliation Service to mediate the grievance and, at any time during the process or within five (5) days of terminating the process, the grievance may be moved to arbitration.

Employer Grievance

The Employer shall have the right to initiate a grievance at the second step by a written letter to the Union Representative.

Arbitration

In the event that the parties are unable to settle a grievance after the Step 3 or Step 4 process is complete, then either party may request arbitration of said grievance by serving written request for arbitration upon the other party, no later than thirty (30) days following the date of the written answer under Step 3 or within 5 days of terminating the optional Step 4 mediation process. If either party fails to make a written request for arbitration in this manner within this thirty (30) day period the grievance shall be deemed to have been settled in accordance with the most recent written answer which shall be final and binding on the parties.

**Section 24.04 Scope of the Arbitrator's Authority**

The arbitrator's authority shall be limited to interpreting and applying the provisions of the relevant Agreement to the grievance as submitted to him or her for arbitration in accordance with the grievance submitted at Step 3, and he or she shall have no authority directly or indirectly to modify, amend, add to or subtract from, change or disregard any of the provisions of the relevant Agreement.

The decision of the Arbitrator, if within the scope of his or her authority and power, shall be final and binding upon the parties, subject to the parties' rights under applicable State and Federal law.

**Section 24.05 Arbitration Costs and Administration**

The costs associated with the Arbitration shall be borne equally by the parties to the Arbitration, unless there is a postponement or delay caused by one (1) party or the other, in which case the party causing the delay shall bear the costs of such delay solely.

It is agreed to use the Labor Relations Connection and if any party is dissatisfied with the Labor Relations Connection, after notice to the other, to begin using the American Arbitration Association.

**Section 24.06 Time Limits**

The time limits set upon each step of this process are counted in "working days" which excludes Saturdays, Sundays and Holidays. Any of the specified time limits may be extended by mutual (written) agreement.

If Management fails to answer a grievance or request extension of the time limits within the time frame set out for each step in the process, the grievance shall be deemed to have automatically been moved to the next step. If the Union fails to appeal, in writing, within the time limits set forth in each section, such grievance shall be deemed to have been settled in accordance with Management's most recent answer which shall be final and binding upon the aggrieved worker and the union.

## Article XXV. No Strikes And No Lockouts

**Section 25.01 No Strikes**

The Union agrees for itself and its members that during the term of this Agreement there will be no strikes (whether general, sympathetic, or otherwise) walkouts, stoppages of work, sitdowns, slowdowns, picketing, or any other direct or indirect interference with the operations of any Steward Health Care System entities.

**Section 25.02 Best Efforts to Stop Strike**

The Union agrees that if a worker or Union Representative violates this Article, the Union will use its best efforts to cause such violation to cease and to cause work to resume fully.

**Section 25.03 Discipline for Violations of this Article**

Any employer covered by this Agreement may impose any disciplinary action, including discharge, upon any or all workers who violate this Article. Discipline imposed because of a violation of this Article is not subject to the grievance and arbitration procedure in this Agreement, except to determine whether or not a worker participated in activities prohibited by this Article.

**Section 25.04 No Lockouts**

The employers covered by this Agreement agree not to conduct a lockout during the term of this Agreement.

## Article XXVI. Successor

If the ownership, operation or control of any of the employers covered by this Agreement, is changed through sale, acquisition, merger or other similar business transaction, such Employer will include a term in the agreement memorializing such transaction that states that any successor employer as that term is defined under federal labor law will recognize the Union within the same bargaining unit as existed before the transaction and be bound by the terms of this Agreement. The Employer's obligation to the Union will be satisfied upon the inclusion of this term in the agreement memorializing such transaction and the provision of proof to the Union by the Employer of the term's inclusion in such agreement. The parties acknowledge that the Employer shall not be a guarantor of the assumption of this Agreement by a successor employer and that the Employer shall not be liable for any breach by a successor employer as that term is defined under federal labor law of this Agreement or the agreement memorializing a transaction contemplated by this section. The parties agree that nothing herein shall operate to impose this Agreement on any employees not includable in the bargaining unit described in Article I hereof as a matter of law.

## Article XXVII. Scope of the Agreement

**Section 27.01 Entire Agreement**

This Agreement incorporates the entire understanding of the Union and the employers covered by this Agreement on all issues which were or could have been the subject of negotiations and disposes of all issues between the parties. The Union acknowledges that during the negotiations which resulted in this Agreement, it had the unlimited right and opportunity to make demands and proposals with respect to all proper subjects of collective bargaining, that all subjects have been discussed and negotiated, and that this Agreement was reached after free exercise of such rights and opportunities. The Union therefore, voluntarily and without qualification, waives any rights it may have had in this respect and agrees that during the term of this Agreement, no employer covered by this Agreement will be obligated to bargain collectively with regard to any subject or matter referred to or covered by this Agreement or with regard to any subject or matter not referred to or covered in this Agreement, whether or not the subject or matter was within the knowledge or contemplation of the Union at the time it negotiated or signed this Agreement.

**Section 27.02 Section 27.02 Modification of Agreement**

The parties agree that the relations between them will be governed by the terms of this Agreement only. No prior agreements or understandings, oral or written, will be controlling or have any effect on the relations between the parties unless and until such agreements or understandings have been put in writing and signed by the Union and any affected covered employer. No change or modification of this Agreement will be binding on either the Union or any employer covered by this Agreement unless it has been put in writing and signed by both the Union and any affected covered employer.

**Section 27.03 Past Practices**

The parties agree to meet at each facility and confer relative to reducing to writing actual contract language for all current past practices. The parties will identify a committee at each facility within sixty (60) days of ratification of this Agreement and begin meeting within seventy-five (75) days following ratification.

## Article XXVIII. Health and Safety

**Section 28.01 Commitment to Safety**

Steward Health Care is committed to providing and maintaining a safe and healthful work environment for all employees. Steward Health Care adheres to all applicable federal, state and local safety regulations as well as recognized safe work practices in the healthcare industry. Steward Health Care's business is conducted with the highest regard for the safety and well-being of all of its employees.

**Section 28.02 Hospital Health and Safety Committee**

Each Steward Health Care hospital has an established committee which serves as the forum to address health and safety issues. At each hospital, one seat on this committee shall be reserved for a designated bargaining unit member to serve as the membership's representative, or designee. The committee shall meet at the times currently established at each hospital, the schedule of which may be amended from time to time. The membership's designated committee representative shall be released to meet without loss of pay and the release of the committee member shall not be unreasonably withheld. The Union representative (or designee) from the committee shall be a liaison to the hospital Labor-Management Committee and attend LMC meetings to give regular updates.

The parties shall endeavor to schedule meetings to insure participation. In the event a member is scheduled to be off, and his/her designee is unavailable, the attending employee shall be compensated.

## Article XXIX. Duration/Reopener

**Section 29.01 Duration**

This Agreement will be in effect for the period from October 1, 2013 through October 31, 2016. This Agreement shall remain in full force and effect until it expires as set forth below. Thereafter, this Agreement shall be self-renewing for yearly periods unless notice of intention to terminate or modify this Agreement is given, in writing, by either party to the other not less than ninety (90) days prior to its expiration date. The parties agree that they will begin any negotiations for a successor contract no later than July 1, 2016.

**Section 29.02 Reopener**

Notwithstanding the provisions of section 28.01, the parties shall have the right to reopen the Agreement as follows:

(a) Either party may reopen the contract for the sole purpose of discussing the standardization of time off practices throughout the system. Changes to the time off practices, if there are any, shall become effective on or after January 1, 2016 as may be agreed by the Parties. In order to reopen, written notice of intention to reopen shall be given by either party to the other party, at least ninety (90) days prior to January 1, 2016 and the Parties will conclude their discussions by January 1, 2016. In the event that the Parties do not reach an agreement, the Hospitals will maintain the status quo.

(b) Either party may reopen the contract for the sole purpose of discussing the standardization of differentials throughout the system. Changes to the differentials, if there are any, shall become effective on or after January 1, 2016 as may be agreed by the Parties. In order to reopen, written notice of intention to reopen shall be given by either party to the other party, at least ninety (90) days prior to January 1, 2016 and the Parties will conclude their discussions by January 1, 2016. In the event that the Parties do not reach an agreement, the Hospitals will maintain the status quo.

(c) During the period of any reopener the No Strike And No Lockout provisions of Article XXV shall remain in full force and effect. Once discussions have been completed, the Parties will execute an amendment incorporating any negotiated changes or, if the Parties have agreed that there will be no changes, a memorandum stating so.

AGREED AND ACCEPTED:

| For the Covered Employers | For the Union |
|---|---|
| [signature] | [signature] 10/29/2014 |
| David Morales, Executive Vice President<br>& Chief Strategy Officer<br>Steward Health Care System | Maria Castaneda, Secretary-Treasurer<br>1199SEIU United Healthcare<br>Workers East |

**Side Letter Regarding Staffing Task Force**

The parties agree to meet within ninety (90) days to form a joint union management Staffing Task Force to discuss the following:

- Implementation of a system wide per diem pool. This task force shall determine what departments would be best benefited by a per diem pool and what the rate for those positions would be.
- The parties agree that cross-training shall be reviewed and evaluated.
- To discuss the combining of jobs to meet the flexibility needs of each hospital.
- The use of short term temporary and agency workers needed for spikes in workflow.
- The committee shall meet monthly to review the status and trends of outstanding short staffing forms. This committee shall establish a mechanism for the reporting of staffing concerns at each facility utilizing an agreed upon form.

**Side Letter Regarding Secondary Job Codes**

The parties agree to meet within sixty (60) days of ratification to review and properly code all secondary job codes.

**Side Letter Regarding Annual Workforce Summit**

Steward and 1199SEIU are committed to the development of a workforce that meets the future needs of healthcare. To this end, the parties will establish a working group of union delegates and management that commits to the following:

- The parties will hold an annual summit by July 2014, that anticipates future workforce needs of Steward.
- The parties will review changes and trends in the healthcare industry.
- The parties will review Steward's strategic plan.
- The parties will review Steward's existing strategy for future certification needs and cross training.
- The summit shall engage a cross section of union delegates, hospital management, corporate management, and outside experts.

**Side Letter Regarding Master Workforce Plan**

Within ninety days of ratification, the parties shall create a "master workforce plan" taskforce composed of union delegates, the 1199SEIU Training and Upgrading Fund, Corporate, and HR management. The taskforce is charged with:

- An inventory of hard-to-fill jobs
- A review hospital by hospital of demographics and potential retirements within the given year
- Interview industry experts as to anticipated changes in workforce needs

- An inventory of existing educational resources

The taskforce shall issue a report ninety days prior to the annual workforce summit.

**Side Letter Regarding Health and Safety Information/Reporting Mechanisms**

Each Hospital will prove a clear communication posted in a conspicuous area accessible to 1199SEIU members which identifies the hospital Safety Officer, the 1199SEIU Safety Committee delegate and information on mechanisms for reporting safety issues and where to access them (e.g., RL Solutions, compliance reporting, work order process, etc.)

**Side Letter Regarding Grievance and Arbitration Joint Education Program**

Within thirty (30) days of ratification of this collective bargaining agreement, 1199SEIU representatives will meet with Steward Representatives to develop a joint education program on contract changes and how to effectively work with union delegates. The parties will modify the joint grievance form to include a problem solving step prior to the first step of the grievance procedure.

**Side Letter Regarding Movement of Bargaining Unit Work to New Facility**

Sixty (60) days prior to implementation, Steward will meet with 1199SEIU to discuss any movement of bargaining unit work to a new facility within the Steward system and discuss the potential for 1199SEIU to organize those positions affected by the movement of work to a new facility.

**Steward Health Care System LLC**

**David Morales, Executive Vice President & Chief Strategy Officer**

**1199SEIU United Healthcare Workers East**

**Enid Eckstein**
**Vice President**

**MaryEllen Leveille**
**Administrative Organizer**

**Side Letter Regarding Joint Advocacy on Medicare Supplement**

Ms. Enid Eckstein
Vice President
1199SEIU United Healthcare Workers East
150 Mt. Vernon Street
Dorchester, MA

**Re: Side Letter On Potential Medicare Supplement for Retirees**

Dear Ms. Eckstein:

This will confirm our understanding reached during our 2013 negotiations for the renewal of the Master Agreement and between Steward Health Care System ('Steward") and 1199SEIU United Healthcare Workers East (the "Union") that Steward and the Union would jointly explore the possibility of, and advocate for, as necessary, a Medicare supplement for retirees.

The parties agree to work to offer this supplement in a plan that utilizes Steward facilities and practices.

Please acknowledge your acceptance of these terms by affixing your signature below.

Sincerely Yours,

David Morales

I accept:

Enid Eckstein
Vice President
1199SEIU United Healthcare Workers East

**Side Letter Regarding Working Supervisors**

The parties acknowledge that on the date that the foregoing collective bargaining agreement between them was ratified, each of the employers covered by that agreement utilized "working supervisors" who performed some of the same duties that members of the bargaining units covered by the collective bargaining agreement also perform. The parties acknowledge that nothing in the collective bargaining agreement restricts or in any way alters that practice.

**Side Letter Regarding Mission Critical Positions**

The parties acknowledge that from time-to-time certain positions may become so critical to Steward Health Care System's mission that management needs to fill those positions more quickly than the seven-day posting provision in Section 20.01 of their collective bargaining agreement would permit. In such instances, the parties agree that management may temporarily fill such "mission critical" positions for a period not to exceed 45 days immediately upon providing the Union with a written statement as to why the position is mission critical and why it believes the person selected for the job is appropriate to fill that position.

Memorandum of Agreement
Between
1199SEIU United healthcare Workers East
&
Caritas Christi Health Care
May 20, 2010

As an addendum to the Collective Bargaining Agreement Article XX Job Openings, the parties agree that the following language regarding "Trial Periods" shall apply at all facilities recognized within the Agreement.

Any worker who transfers will be subject to a transfer trial period of up to 14 calendar days, which may be extended upon the agreement of the Hospital and the Union. During such trial period, the worker will have all rights of the contract except the right to grieve transfer back to her/his former position. The worker also has the right to transfer back to her/his previous position during the 14-day period. If the worker transfers back to her/his previous position under either of the preceding sentences, other worker(s) who are serially displaced will also be transferred back to their previous positions.

For Caritas Christi Health Care

For the Union

Memorandum of Agreement
Between
1199SEIU United Healthcare Workers East
&
Caritas Christi Health Care
May 20, 2010

As an addendum to the Collective Bargaining Agreement Article XX Job Openings, the parties agree that the following language regarding "transfers during probation" shall apply to all facilities recognized within the Agreement.

A worker cannot apply for a position transfer while in his/her initial 90-day probationary period, except for positions within his/her classification. With management approval, which will not be unreasonably withheld, a worker may also apply for a transfer to a position outside his/her classification during the initial 90-day probationary period.

For Caritas Christi Health Care

For the Union

Memorandum of Understanding
Regarding Use of PTO and ESL During FMLA Leave

In order to accurately reflect the intent of the Parties when they drafted sections 14.04 and 16.01 of the contract, section 16.01(c) should be interpreted as permitting a worker who takes FMLA leave for his/her own serious health condition to use his/her ESL during that FMLA leave rather than first exhausting his/her PTO and then using ESL. If a worker does not elect to use his/her ESL (or has no available ESL) for an FMLA leave taken for his/her own serious health condition, then the worker's employer will charge that FMLA leave against the worker's PTO bank. When a worker takes FMLA leave for any reason other than his/her own serious health condition, the worker must use all available paid time off during the FMLA leave. Once a worker exhausts his/her PTO s/he must use ESL.

Agreed and accepted:

| 1199SEIU United Healthcare Workers East | Caritas Christi |
|---|---|
| By: | By: |
| Dated: 6/25/10 | Dated: 6/25/2010 |

Memorandum of Agreement
Between
1199SEIU United Healthcare Workers East
&
Caritas Christi Health Care
October 27, 2010

1199SEIU UHE and Caritas Christi Health Care agree for the life of the collective bargaining agreement between the Union and Carney Hospital, Good Samaritan Medical Center, St. Elizabeth's Medical Center and Norwood Hospital for the period October 1, 2009 to September 30, 2013 to modify Article XIX: Seniority/System Mobility Section 19.01 Definitions (A) & (B) in the following manner:

A. "Hospital" seniority means length of continuous employment in a bargaining unit position, from the most recent date of hire at the facility, excluding all per diem employment performed after January 1, 2010, where the worker is currently employed. A worker shall acquire Hospital seniority after completing the probationary period at the facility at which he or she was most recently hired and Hospital seniority will then be credited retroactive that date of hire.

B. Health system seniority is defined as length of continuous employment in a bargaining unit position from the first date of hire within the Health System, excluding all per diem employment performed after January 1, 2010. A worker shall acquire Health System seniority after completing the probationary period at the facility at which he or she was first hired within the Health System and Health System seniority will then be credited retroactive that date of hire.

All other language in this article shall remain in place, and unchanged.

[signature] 10/28/2010
For Caritas Christi Health Care
VP - Human Resources

[signature]
For the Union 10/28/10

Memorandum of Agreement
Between
1199SEIU United Healthcare Workers East
&
Caritas Christi Health Care
January 2, 2011

**For clarification purposes on the compensation for holidays worked the following shall pertain:**

*For payment purposes, the holiday period extends from 11:00 pm on the day prior to the holiday to 11:00 pm on the actual holiday, except for Christmas Eve, Christmas Day, New Year's Eve and New Year's Day which shall start at the start of the day shift on the "eve" and end at the finish of the night shift on the day of the holiday, as outlined below.*

*Christmas Eve – <u>All three shifts</u> beginning with the DAY shift on December 24 (i.e., 7am – 3pm, 3pm – 11pm & 11pm – 7am)*
*Christmas Day – <u>All three shifts</u> beginning with the DAY shift on December 25(i.e., 7am – 3pm, 3pm – 11pm & 11pm – 7am)*
*New Year's Eve – <u>All three shifts</u> beginning with the DAY shift on December 31 (i.e., 7am – 3pm, 3pm – 11pm & 11pm – 7am)*
*New Year's Day – <u>All three shifts</u> beginning with the DAY shift on January 1 (i.e., 7am – 3pm, 3pm – 11pm & 11pm – 7am)*

[signature] 1/2/2010
For Caritas Christi Health Care

[signature] 1/2/11
For the Union

**EXHIBIT A – DUES AUTHORIZATION FORM**

## UNION DUES CHECK-OFF AUTHORIZATION

You are hereby authorized and directed to deduct an initiation fee from my wages or salary as required by 1199SEIU United Healthcare Workers East as a condition of my membership; and in addition thereto, to deduct my membership dues from my wages or salary; and in addition thereto, to deduct each month an amount equal to monthly membership dues to be applied to past unpaid dues until the entire amount of unpaid past dues has been deducted and paid; and to remit all such deductions to 1199SEIU United Healthcare Workers East, 310 West 43rd Street, New York, NY 10036, no later than the tenth day of each month immediately following the date of deduction, or pursuant to the date provided in the Collective Bargaining Agreement.

This deduction is a voluntary act on my part and shall be irrevocable for a period of one (1) year or until the termination date of the Collective Bargaining Agreement, whichever is sooner, and shall, however, renew itself from year to year unless I give written notice of the revocation of this authorization addressed to the 1199SEIU Dues and Membership Department at 310 West 43rd Street, New York, NY 10036.

Signature: ______________________________ Date: ____________________

Print Name: ______________________________________________

Social Security No.: _____/_____/______ Email: _________________________

Address: ______________________________________________

City / State / Zip Code: ______________________________________________

**EXHIBIT B – PAC AUTHORIZATION FORM**

## POLITICAL ACTION FUND CHECK-OFF AUTHORIZATION

I hereby authorize 1199SEIU United Healthcare Workers East, Mass Political Action to file this payroll deduction form on my behalf with my employer to withhold ☐$5.00 per month or ☐$______ per month or ☐$1.00 per week or ☐$______ per week and forward that amount to the 1199SEIU Mass Political Action Fund, 310 West 43rd Street, New York, NY 10036.

This authorization is made voluntarily based on my specific understanding that:
1. The signing of this authorization form and the making of these voluntary contributions are not conditions of my employment by my Employer or membership in any Union;
2. I may refuse to contribute without any reprisal;
3. The $5.00 monthly contribution is only a suggestion, and I may contribute more or less without fear of favor or disadvantage from 1199SEIU or my Employer; and
4. The 1199SEIU Mass Political Action Fund uses the money it receives for political purposes, including but not limited to, making contributions to and expenditures on behalf of candidates for federal, state and local offices and addressing political issues of public importance.
5. Contributions to the 1199SEIU Mass Political Action Fund are not deductible as charitable contributions for federal income tax purposes. Federal law requires the Union to use its best efforts to collect and report the name, mailing address, occupation and name of employer of individuals whose contributions exceed $200 in a calendar year.
6. This authorization shall remain in full force and effect until revoked by me in writing to the 1199SEIU Mass Political Action Department at 330 West 42nd Street - 7th Floor, New York, NY 10036.

Signature: ______________________________ Date: ____________________

Print Name: ______________________________________________

Social Security No.: _____ (last four digits only) Email: ____________________

Address: ______________________________________________

City / State / Zip Code: ______________________________________________

EXHIBIT C

**Monthly Dues/PAC Data File – Record Layout**

**Format**: Comma delimited ASCII with double quote as text qualifier.

**Layout**: The fields must be in the same order as they appear in the table below.

**Field Names**: Include a header row with the field names as listed below.

**Job Status**: If you use job status codes other than those described below, please provide a description of the definition for each code.

**ALL employees in 1199SEIU bargaining units must be reported.**

| Field | Name | Format | Size | Description |
|---|---|---|---|---|
| 1 | Institution Name | Char | 50 | |
| 2 | Work Location Name | Char | 50 | |
| 3 | Work Location Code | Char | 15 | |
| 4 | Report Start Date | Char | 8 | MMDDYYYY Do not use non-numeric characters |
| 5 | Report End Date | Char | 8 | MMDDYYYY Do not use non-numeric characters |
| 6 | Member SSN | Char | 9 | Include leading zeros |
| 7 | Member Last Name | Char | 30 | |
| 8 | Member First Name | Char | 30 | |
| 9 | Street Address 1 | Char | 40 | Include apartment number |
| 10 | Street Address 2 | Char | 40 | Include apartment number |
| 11 | City | Char | 25 | |
| 12 | State | Char | 2 | |
| 13 | Zip Code | Char | 5 | |
| 14 | Zip Code Plus | Char | 4 | |
| 15 | Telephone Number | Char | 10 | 9999999999 Do not use non-numeric characters |
| 16 | Date of Birth | Char | 8 | MMDDYYYY Do not use non-numeric characters |
| 17 | Job Classification | Char | 35 | Same as Job Title |
| 18 | Job Class Code | Char | 15 | |
| 19 | Department | Char | 40 | |
| 20 | Department Code | Char | 15 | |
| 21 | RN Status | Char | 1 | Y/N Does the position require RN certification? |
| 22 | Shift | Char | 20 | |
| 23 | Dues Payment | Numeric | 7 | (999.99 monthly) |
| 24 | Initiation Fee | Numeric | 7 | (999.99 monthly) |
| 25 | PAC Payment | Numeric | 7 | (999.99 monthly) |
| 26 | Hours Worked | Numeric | 7 | (999.99 monthly) |
| 27 | Gross Pay | Numeric | 8 | (99999.99 monthly) |
| 28 | Total Subject Pay | Numeric | 8 | (99999.99 monthly) |
| 29 | Hire Date | Char | 8 | MMDDYYYY Do not use non-numeric characters |
| 30 | Termination/Leave Date | Char | 8 | MMDDYYYY Do not use non-numeric characters |
| 31 | Job Status | Char | 1 | Active (A), On Leave (L), Terminated (T) |
| 32 | Employee Number | Char | 8 | MMDDYYYY Do not use non-numeric characters |

**EXHIBIT D-1**

**Carney Hospital**

**Memorandum of Agreement**

November 2013

1199SEIU United Healthcare Workers East (the "Union") and Carney Hospital agree to adopt the collective bargaining agreement between the Union and Carney Hospital, Good Samaritan Medical Center, Norwood Hospital, and St. Elizabeth's Medical Center for the period October 1, 2013 through October 31, 2016 and to adopt this document as an appendix to that collective bargaining agreement.

**Shift Differentials**

Shift differential is paid to a worker who works at least four (4) consecutive hours during any shift designated below.

When a worker's work schedule carries over into the next shift, the worker must work a minimum of four (4) hours into the following shift in order to receive the differential of the next shift. When less than four (4) hours is worked into the following shift, the worker continues to receive the differential of the former shift, if any.

A worker who is regularly scheduled to work the evening or night shift shall receive that differential on all paid time off. Weekend shift differential, however is paid only on hours actually worked unless regularly scheduled to work every weekend.

| **Differentials**: | 10/1/12 |
|---|---|
| Evening Shift | $2.30 |
| Night Shift | $5.00 |
| Weekend days | $2.15 |
| Weekend evenings | $4.45 |
| Weekend nights | $7.15 |

**On-Call & Call-In** - Workers shall be paid $5.25 per hour for being on-call. Workers who are called in shall receive a minimum of two (2) hours of pay at a rate of time and one half pay plus any applicable differential for each time called in to work. On-call pay shall not continue while the worker is actually working, but will resume when the worker goes off active duty again. Workers shall not be scheduled for on-call during their scheduled vacations, unless by mutual consent. It is the worker's responsibility to bring such situations to the attention of their manager.

**Emergency Call-In** - When a worker who is not "on call" is called into work on an emergency basis, such worker shall receive a minimum of two (2) hours pay at the rate of time and one half. The preceding sentence shall not apply in situations where a worker is

called in to replace another scheduled worker, or where additional staffing is needed beyond the regular staffing level, or where a worker is called in, in a non-emergency situation.

Workers called in between the hours of 11:00 p.m. and 4:00 a.m. may, if the worker requests it and staffing permits as determined by the supervisor, be provided with unpaid hours off on the shift subsequent to the shift on which call was worked. The supervisor shall determine the number of hours off, if any, based on scheduling needs. The worker may also substitute paid time off for unpaid time.

**Preceptor Pay -** Workers who are assigned by their manager to precept a new employee for a least (4) hours shall be paid a preceptor bonus of ten dollars ($10.00) a day for each day assigned.

**Professional Advancement -** Any Technical worker who achieves ACLS certification and/or an advanced certification, registration or degree that is directly related to the worker's current position and, that is not required by the job description shall receive a fifty cents ($0.50)/hr differential upon providing documentation that the worker possesses such certification, registration, or degree.

The Hospital will provide paid professional days off for attending workshops, seminars and conferences which the Hospital approves, and is required by the Hospital.

**ETA Bank -** Effective on October 1, 2010, each year during the month in which a worker's anniversary of employment falls, a worker may cash out up to forty (40) hours of unused accrued time in his/her ETA Bank in eight-hour increments.

**Surgical Tech On-Call and Call-in Rate** – The four (4) currently employed OR Techs at Carney will have their On-Call rate frozen at the time of ratification at the rate they received as of November 30, 2013. All other OR Techs that are hired into and/or move into the department by any other means, whether they are internal employees or external candidates, will receive the On-Call rate that applies to the rest of the bargaining unit (currently five dollars and twenty-five cents ($5.25)).

## Carney Hospital Past Practices

**General**

1. Vacation Scheduling – separate agreement
2. Combining breaks and/or lunch is allowed subject to department staffing.
3. Those workers currently working a straight eight (8) hr shift (ten (10) or twelve (12) hr shift) with a paid lunch will continue with the signing of a legal waiver.
4. Subject to department staffing, operations or patient care issues workers may be allowed to combine the daily meal or other break allowance to arrive late or leave early. Late arrival or early departure without the use of break allowances cannot be made up on another day if it would result in overtime. The request must be made in advance of use.
5. Working supervisors who have been working weekends, on-call, and/or holidays shall continue the practice. (Refer to the complete list of working supervisors.)
6. The following practices shall continue as long as economically feasible. If the Hospital decides to discontinue any of these practices due to economic reasons they agree to bargain over the impact to affected workers.
   a. Coffee, juice, & milk available to OR staff
   b. Annual Employee BBQ
   c. Annual Employee Ice Cream Sundae Day
   d. Event and movie pass discounts
7. Workers who are rehired within thirty (30) days of resignation shall be eligible to regain their former seniority.
8. The Hospital shall identify all workers who currently are regularly scheduled for shifts exceeding twelve (12) hrs.

**Radiology**

1. Current techs who work two (2) back to back eight (8) hour shifts (total sixteen (16) consecutive hours), shall be allowed to continue the practice, to the same extent.

**Operating Room**

1. OR techs shall continue to receive the on call rate of their hourly rate, with the same terms and conditions. The OR Techs are:

   Ann Banks
   Armande Petit-Frere
   Dianne Ruck
   Eileen Sheehan
   Mary Tod

2. Agree to continue discussions about the existence and practice of "second call".

NURSING STUDENT PAY GRID: See next page.

For the Hospital

For the Union

WAGE GUIDELINES
FOR

NURSING SCHOOL STUDENTS

| **EXPERIENCE** | **WAGE** |
|---|---|
| New Student/No experience | $12.62* |
| **Students** | |
| • 1 clinical + up to 49 credits<br>• BSN up to 50% or more credits | $13.39* |
| • 2 clinicals + 50% or more credits | $14.42* |
| • BSN Senior Year | $15.00* |

*Notarized transcript from an accredited college or university must be submitted prior to an increase in rate and will effective on the next pay period after presentation of required document.

**Carney Hospital / 1199SEIU**
**Per Diem Commitment**

addition to the requirements set forth in Section 6.02 of the CBA, the following will serve as per diem quirements for all employees accepting Per Diem positions with Morton Hospital:

Availability shall be defined as the ability to work shifts that fulfill the needs of the Hospital.

All Per Diem staff must be available to work the equivalent of:

- Twelve (12) weekend shifts per year, which may be in the form of on-call upon the needs of the department, and;
- Two (2) holiday shifts per year, one summer (Memorial Day, Independence Day, or Labor Day), and one winter (Thanksgiving, Christmas, or New year's), and;
- Two (2) shifts per month

Per Diem staff will be called on a rotating basis to fill slots according to the skill required and actual job category within their department.

Per Diem staff may not agree to work at the request of a regular staff member without supervisor approval. Such requests shall not be arbitrarily denied.

Per Diems who are unavailable to work for two (2) months will be sent a letter from the Human Resourced Department to determine if they wish to remain on the per diem list. If they remain unavailable for the third (3rd) month they will automatically be terminated. Any request for additional employment must be made through the formal reapplication process.

The Hospital reserves the right to terminate any Per Diem staff member who has three (3) occurrences in a twelve (12) month period where they have canceled three (3) scheduled shifts. Should the Hospital terminate the Per Diem, any request for additional employment must be made through the formal reapplication process.

Notwithstanding paragraphs 2 and 5 above, Per Diem employees that will be unavailable to work for short term periods because of medical, personal or other similar reasons may remain on active Per Diem status so long as they keep the Hospital informed of their anticipated date of leave and date of return.

is agreement has been entered on this 12th day of May, 2014 by the parties titled above.

| | |
|---|---|
| [signature] | [signature] |
| arney Hospital | 1199SEIU |
| ATE: 6/25/14 | DATE: 6/25/14 |

Memorandum of Agreement
between
1199 SEIU United Healthcare Workers East
&
Caritas Carney Hospital
April 1, 2010

As a result of our "Past Practice" discussion the following policy and procedure for requesting and scheduling vacations shall be adopted:

1.Vacation Requests
Vacation requests shall be submitted to the Immediate Supervisor of the worker or designee in advance of the requested vacation in accordance with the following schedule:

| REQUEST FOR VACATION DURING | TO BE RECEIVED BY |
|---|---|
| January 2 through May 14 | November 15 |
| May 15 through September 15 | March 15 - (for 2010 April 15) |
| September 16 - January 1 | July 15 |

The Immediate Supervisor or designee shall respond to these requests within thirty (30) days after the above receipt dates. Worker requests submitted outside of the above time-frames shall be awarded on a first-come first-serve basis subject to departmental staffing needs.

2. Amount of Vacation
Generally, a worker may take no more than two weeks of vacation time. However, if workers desire to take more than two (2) weeks and their request for additional time does not interfere with requests of other workers, and is consistent with staffing and operating needs, they may be allowed additional time. Requests of weekly increments shall be considered before requests for single days.

3. Scheduling of Vacation
Subject to the reservations in (1) and (2) above, workers will be given preference in the scheduling of their vacation time based on seniority, unless the affected workers reach a mutual understanding agreeable to the Hospital, or an exception is made for a "special request".

Workers must submit their "special requests" preferences in writing five (5) weeks prior to posting the schedule. Such "special requests" must be submitted in writing to the applicable Department Director or designee. The Hospital will respond to such "special requests" within twenty-one (21) calendar days of receipt of the written

request, and the Hospital shall notify the Union of such "special requests" and its response.

The Hospital reserves the right to schedule vacations in accordance with its operating requirements and schedules and to determine the number of employees who may be off at any one time.

Approved vacations apply only to the job that the worker holds at the time of the request. Workers who transfer to other positions (temporary or permanent) must re-request vacation time, the granting of which is subject to any vacations that may already have been scheduled in that classification. Workers' ability to take more vacation time than accrued in a certain position (when entering a position in a new department or in a second department) is limited by the need to accommodate other workers' already granted legitimate requests for vacation time and operating needs of the Hospital. Workers may not be approved for vacation if they do not have sufficient PTO accrual to cover the time off.

4. Holiday During Vacation
If a worker is scheduled to work a holiday and requests that week off, in which the holiday occurs, they will still be responsible for coverage of the holiday. If a holiday off occurs during a vacation an additional day off will be scheduled by mutual agreement, subject to the scheduling needs of the Hospital.

For the Hospital

For the Union

## WAGES - Carney Hospital

### CARNEY WAGES EFFECTIVE 2013

| Labor Group | Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|---|
| Business Office Clerical | ADMITTING REP | CAR-004 | $12.87 | $16.47 | $20.06 |
| | SWITCHBOARD OPERATOR | CAR-004 | $12.87 | $16.47 | $20.06 |
| | BOOKING COORDINATOR | CAR-005 | $12.87 | $16.81 | $20.76 |
| | FINANCIAL COUNSELOR | CAR-005 | $12.87 | $16.81 | $20.76 |
| | PRE-ADMIT REVIEWER | CAR-006 | $12.87 | $17.29 | $21.71 |
| | COMMUNICATIONS DISPATCHER | CAR-007 | $12.87 | $18.86 | $24.85 |
| | MANAGED CARE COORDINATOR | CAR-007 | $12.87 | $18.86 | $24.85 |
| | PATIENT ACCESS LEAD | CAR-007 | $12.87 | $18.86 | $24.85 |
| | LEAD ADMISSIONS REP | CAR-008 | $14.20 | $19.67 | $24.85 |
| | MED. EXEC. SECRETARY | CAR-008 | $14.20 | $19.67 | $24.85 |
| | LEAD CASHIER | CAR-009 | $17.22 | $20.88 | $24.19 |
| | PSYCH ADMINISTRATIVE ASST | CAR-011 | $16.00 | $20.81 | $25.29 |
| Nonprofessional | FOOD SERVICES WORKER | CAR-001 | $12.87 | $14.68 | $16.48 |
| | HSKP WORKER | CAR-001 | $12.87 | $14.68 | $16.48 |
| | SALAD/DEST MAKER | CAR-001 | $12.87 | $14.68 | $16.48 |
| | UTILITY WORKER | CAR-001 | $12.87 | $14.68 | $16.48 |
| | DIET STORES CLERK | CAR-002 | $12.87 | $15.53 | $18.19 |
| | HOST/HOSTESS NUTRITION | CAR-002 | $12.87 | $15.53 | $18.19 |
| | HOUSEKEEP. PROJ WRKR | CAR-002 | $12.87 | $15.53 | $18.19 |
| | LAUNDRY GEN WKR | CAR-002 | $12.87 | $15.53 | $18.19 |
| | MESSENGER | CAR-002 | $12.87 | $15.53 | $18.19 |
| | PARKING ATTENDANT | CAR-002 | $12.87 | $15.53 | $18.19 |
| | PATIENT COURIER | CAR-002 | $12.87 | $15.53 | $18.19 |
| | CAFETERIA CASHIER | CAR-003 | $12.87 | $15.81 | $18.76 |
| | CHAUFFER | CAR-003 | $12.87 | $15.81 | $18.76 |
| | SHORT ORDER COOK | CAR-003 | $12.87 | $15.81 | $18.76 |
| | CLERK TYPIST | CAR-004 | $12.87 | $16.47 | $20.06 |
| | CSR TECHNICIAN | CAR-004 | $12.87 | $16.47 | $20.06 |
| | FILE CLERK | CAR-004 | $12.87 | $16.47 | $20.06 |
| | G I TECH | CAR-004 | $12.87 | $16.47 | $20.06 |
| | MEDICAL RECORDS CLRK | CAR-004 | $12.87 | $16.47 | $20.06 |
| | MRI TECH AIDE | CAR-004 | $12.87 | $16.47 | $20.06 |
| | NURSING ASSISTANT | CAR-004 | $12.87 | $16.47 | $20.06 |
| | OR ORDERLY | CAR-004 | $12.87 | $16.47 | $20.06 |
| | PACU NURSE ASSISTANT | CAR-004 | $12.87 | $16.47 | $20.06 |
| | RECEIVING CLERK | CAR-004 | $12.87 | $16.47 | $20.06 |
| | STORES CLERK | CAR-004 | $12.87 | $16.47 | $20.06 |
| | CLERICAL COORDINATOR | CAR-005 | $12.87 | $16.81 | $20.76 |
| | COOK | CAR-005 | $12.87 | $16.81 | $20.76 |
| | DIAGNOSTIC TECH AIDE II | CAR-005 | $12.87 | $16.81 | $20.76 |

### CARNEY WAGES EFFECTIVE 2013
continued

| Labor Group | Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|---|
| Nonprofessional | HSKP LEADER | CAR-005 | $12.87 | $16.81 | $20.76 |
| | INFUSION CLERICAL ASSISTANT | CAR-005 | $12.87 | $16.81 | $20.76 |
| | LAB CONTROL TECHNICIAN | CAR-005 | $12.87 | $16.81 | $20.76 |
| | MEDICAL ASSISTANT | CAR-005 | $12.87 | $16.81 | $20.76 |
| | REHAB OFFICE STAFF | CAR-005 | $12.87 | $16.81 | $20.76 |
| | UNIT SECRETARY | CAR-005 | $12.87 | $16.81 | $20.76 |
| | INFECTION CONTROL CLERK | CAR-006 | $12.87 | $17.29 | $21.71 |
| | LEAD CLERK TYPIST | CAR-006 | $12.87 | $17.29 | $21.71 |
| | REHAB AID | CAR-006 | $12.87 | $17.29 | $21.71 |
| | SR ANESTHESIA TECH | CAR-006 | $12.87 | $17.29 | $21.71 |
| | DISCHARGE ANALYST CL | CAR-007 | $12.87 | $18.86 | $24.85 |
| | MEDICAL SECRETARY | CAR-007 | $12.87 | $18.86 | $24.85 |
| | MEDICAL SECRETARY IV | CAR-007 | $12.87 | $18.86 | $24.85 |
| | MRI ADMINISTRATIVE ASSISTANT | CAR-007 | $12.87 | $18.86 | $24.85 |
| | NURSING HOME LIASON | CAR-007 | $12.87 | $18.86 | $24.85 |
| | PT COURIER DISPATCH | CAR-007 | $12.87 | $18.86 | $24.85 |
| | SECRETARY | CAR-007 | $12.87 | $18.86 | $24.85 |
| | CORRESPONDENCE CLERK | CAR-008 | $14.20 | $19.67 | $24.85 |
| | CSR TEAM LEADER | CAR-008 | $14.20 | $19.67 | $24.85 |
| | INTERPRETER | CAR-008 | $14.20 | $19.67 | $24.85 |
| | O/R SCHEDULING COORDINATOR | CAR-008 | $14.20 | $19.67 | $24.85 |
| | ED ADMINISTRATIVE ASST | CAR-011 | $16.00 | $20.81 | $25.29 |
| | ED OPERATIONS ASST | CAR-011 | $16.00 | $20.81 | $25.29 |
| | MEDICINE ADMIN ASST | CAR-011 | $16.00 | $20.81 | $25.29 |
| | MPI COORDINATOR | CAR-020 | $12.87 | $16.35 | $20.46 |
| | PHLEBOTOMIST | CAR-020 | $12.87 | $16.35 | $20.46 |
| | MEDICAL TRANSCRIBER | CAR-022 | $14.00 | $19.84 | $25.41 |
| | LEAD PHLEBOTOMIST | CAR-023 | $15.50 | $22.11 | $28.42 |
| | ORTHO TECH | CAR-023 | $15.50 | $22.11 | $28.42 |
| Technical | CARDIOLOGY TECH | CAR-005 | $12.87 | $16.81 | $20.76 |
| | MENTAL HEALTH COUNSELOR | CAR-008 | $14.20 | $19.67 | $24.85 |
| | PHARMACY TECHNICIAN | CAR-021 | $12.87 | $17.58 | $22.17 |
| | LEAD PHARMACY TECH | CAR-022 | $14.00 | $19.84 | $25.41 |
| | EEG TECHNICIAN | CAR-023 | $15.50 | $22.11 | $28.42 |
| | EEG SENIOR TECH | CAR-024 | $20.00 | $28.39 | $36.38 |
| | LPN | CAR-024 | $20.00 | $28.39 | $36.38 |
| | POLYSOMNOGRAM TECH | CAR-024 | $20.00 | $28.39 | $36.38 |
| | PSYCH U R COORDINATOR | CAR-024 | $20.00 | $28.39 | $36.38 |
| | RESPIRATORY TECH | CAR-024 | $20.00 | $28.39 | $36.38 |
| | SURGICAL TECH | CAR-024 | $20.00 | $28.39 | $36.38 |
| | CARDIO-PULMONARY TECH | CAR-025 | $21.00 | $29.47 | $37.51 |
| | RESP THERAPIST/REG | CAR-025 | $21.00 | $29.47 | $37.51 |
| | MED RECORDS CODER | CAR-026 | $22.00 | $31.68 | $40.92 |

## CARNEY WAGES EFFECTIVE 2013
continued

Labor Group
Technical

| Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|
| MRI TECH | CAR-026 | $22.00 | $31.68 | $40.92 |
| RAD TECHNOLOGIST | CAR-026 | $22.00 | $31.68 | $40.92 |
| CAT SCAN TECH/XRAY | CAR-027 | $23.00 | $33.90 | $44.33 |
| DRG COORDINATOR | CAR-027 | $23.00 | $33.90 | $44.33 |
| MAMMOGRAPHY TECH | CAR-027 | $23.00 | $33.90 | $44.33 |
| NUCLEAR MED TECH | CAR-027 | $23.00 | $33.90 | $44.33 |
| SPECIAL PROCEDURES TECH | CAR-027 | $23.00 | $33.90 | $44.33 |
| ULTRASOUND TECH | CAR-029 | $27.00 | $36.51 | $45.47 |
| ULTRASOUND TECH CARDIOLOGY | CAR-029 | $27.00 | $36.51 | $45.47 |
| MED TECH CLASS I | CAR-0L1 | $17.00 | $22.88 | $28.42 |
| CYTOLOGY TECH | CAR-0L2 | $21.00 | $27.76 | $34.10 |
| HISTOLOGIST | CAR-0L2 | $21.00 | $27.76 | $34.10 |
| MED LAB TECH CLASS 2 | CAR-0L2 | $19.00 | $25.04 | $30.69 |

## CARNEY WAGES EFFECTIVE 2014

Labor Group
Business Office Clerical

| Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|
| ADMITTING REP | CAR-004 | $12.87 | $16.80 | $20.47 |
| SWITCHBOARD OPERATOR | CAR-004 | $12.87 | $16.80 | $20.47 |
| BOOKING COORDINATOR | CAR-005 | $12.87 | $17.15 | $21.17 |
| FINANCIAL COUNSELOR | CAR-005 | $12.87 | $17.15 | $21.17 |
| PRE-ADMIT REVIEWER | CAR-006 | $12.87 | $17.64 | $22.15 |
| COMMUNICATIONS DISPATCHER | CAR-007 | $12.87 | $19.24 | $25.35 |
| MANAGED CARE COORDINATOR | CAR-007 | $12.87 | $19.24 | $25.35 |
| PATIENT ACCESS LEAD | CAR-007 | $12.87 | $19.24 | $25.35 |
| LEAD ADMISSIONS REP | CAR-008 | $14.20 | $20.06 | $25.35 |
| MED. EXEC. SECRETARY | CAR-008 | $14.20 | $20.06 | $25.35 |
| LEAD CASHIER | CAR-009 | $17.22 | $21.29 | $24.67 |
| PSYCH ADMINISTRATIVE ASST | CAR-011 | $16.00 | $21.22 | $25.80 |

Nonprofessional

| Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|
| FOOD SERVICES WORKER | CAR-001 | $12.87 | $14.97 | $16.81 |
| HSKP WORKER | CAR-001 | $12.87 | $14.97 | $16.81 |
| SALAD/DEST MAKER | CAR-001 | $12.87 | $14.97 | $16.81 |
| UTILITY WORKER | CAR-001 | $12.87 | $14.97 | $16.81 |
| DIET STORES CLERK | CAR-002 | $12.87 | $15.84 | $18.55 |
| HOST/HOSTESS NUTRITION | CAR-002 | $12.87 | $15.84 | $18.55 |
| HOUSEKEEP. PROJ WRKR | CAR-002 | $12.87 | $15.84 | $18.55 |
| LAUNDRY GEN WKR | CAR-002 | $12.87 | $15.84 | $18.55 |
| MESSENGER | CAR-002 | $12.87 | $15.84 | $18.55 |
| PARKING ATTENDANT | CAR-002 | $12.87 | $15.84 | $18.55 |
| PATIENT COURIER | CAR-002 | $12.87 | $15.84 | $18.55 |

## CARNEY WAGES EFFECTIVE 2014
continued

Labor Group
Nonprofessional

| Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|
| CAFETERIA CASHIER | CAR-003 | $12.87 | $16.13 | $19.13 |
| CHAUFFER | CAR-003 | $12.87 | $16.13 | $19.13 |
| SHORT ORDER COOK | CAR-003 | $12.87 | $16.13 | $19.13 |
| CLERK TYPIST | CAR-004 | $12.87 | $16.80 | $20.47 |
| CSR TECHNICIAN | CAR-004 | $12.87 | $16.80 | $20.47 |
| FILE CLERK | CAR-004 | $12.87 | $16.80 | $20.47 |
| G I TECH | CAR-004 | $12.87 | $16.80 | $20.47 |
| MEDICAL RECORDS CLRK | CAR-004 | $12.87 | $16.80 | $20.47 |
| MRI TECH AIDE | CAR-004 | $12.87 | $16.80 | $20.47 |
| NURSING ASSISTANT | CAR-004 | $12.87 | $16.80 | $20.47 |
| OR ORDERLY | CAR-004 | $12.87 | $16.80 | $20.47 |
| PACU NURSE ASSISTANT | CAR-004 | $12.87 | $16.80 | $20.47 |
| RECEIVING CLERK | CAR-004 | $12.87 | $16.80 | $20.47 |
| STORES CLERK | CAR-004 | $12.87 | $16.80 | $20.47 |
| CLERICAL COORDINATOR | CAR-005 | $12.87 | $17.15 | $21.17 |
| COOK | CAR-005 | $12.87 | $17.15 | $21.17 |
| DIAGNOSTIC TECH AIDE II | CAR-005 | $12.87 | $17.15 | $21.17 |
| HSKP LEADER | CAR-005 | $12.87 | $17.15 | $21.17 |
| INFUSION CLERICAL ASSISTANT | CAR-005 | $12.87 | $17.15 | $21.17 |
| LAB CONTROL TECHNICIAN | CAR-005 | $12.87 | $17.15 | $21.17 |
| MEDICAL ASSISTANT | CAR-005 | $12.87 | $17.15 | $21.17 |
| REHAB OFFICE STAFF | CAR-005 | $12.87 | $17.15 | $21.17 |
| UNIT SECRETARY | CAR-005 | $12.87 | $17.15 | $21.17 |
| INFECTION CONTROL CLERK | CAR-006 | $12.87 | $17.64 | $22.15 |
| LEAD CLERK TYPIST | CAR-006 | $12.87 | $17.64 | $22.15 |
| REHAB AID | CAR-006 | $12.87 | $17.64 | $22.15 |
| SR ANESTHESIA TECH | CAR-006 | $12.87 | $17.64 | $22.15 |
| DISCHARGE ANALYST CL | CAR-007 | $12.87 | $19.24 | $25.35 |
| MEDICAL SECRETARY | CAR-007 | $12.87 | $19.24 | $25.35 |
| MEDICAL SECRETARY IV | CAR-007 | $12.87 | $19.24 | $25.35 |
| MRI ADMINISTRATIVE ASSISTANT | CAR-007 | $12.87 | $19.24 | $25.35 |
| NURSING HOME LIASON | CAR-007 | $12.87 | $19.24 | $25.35 |
| PT COURIER DISPATCH | CAR-007 | $12.87 | $19.24 | $25.35 |
| SECRETARY | CAR-007 | $12.87 | $19.24 | $25.35 |
| CORRESPONDENCE CLERK | CAR-008 | $14.20 | $20.06 | $25.35 |
| CSR TEAM LEADER | CAR-008 | $14.20 | $20.06 | $25.35 |
| INTERPRETER | CAR-008 | $14.20 | $20.06 | $25.35 |
| O/R SCHEDULING COORDINATOR | CAR-008 | $14.20 | $20.06 | $25.35 |
| ED ADMINISTRATIVE ASST | CAR-011 | $16.00 | $21.22 | $25.80 |
| ED OPERATIONS ASST | CAR-011 | $16.00 | $21.22 | $25.80 |
| MEDICINE ADMIN ASST | CAR-011 | $16.00 | $21.22 | $25.80 |
| MPI COORDINATOR | CAR-020 | $12.87 | $16.68 | $20.87 |
| PHLEBOTOMIST | CAR-020 | $12.87 | $16.68 | $20.87 |
| MEDICAL TRANSCRIBER | CAR-022 | $14.00 | $20.24 | $25.91 |

## CARNEY WAGES EFFECTIVE 2014
continued

| Labor Group | Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|---|
| Nonprofessional | LEAD PHLEBOTOMIST | CAR-023 | $15.50 | $22.56 | $28.99 |
| | ORTHO TECH | CAR-023 | $15.50 | $22.56 | $28.99 |
| Technical | CARDIOLOGY TECH | CAR-005 | $12.87 | $17.15 | $21.17 |
| | MENTAL HEALTH COUNSELOR | CAR-008 | $14.20 | $20.06 | $25.35 |
| | PHARMACY TECHNICIAN | CAR-021 | $12.87 | $17.93 | $22.61 |
| | LEAD PHARMACY TECH | CAR-022 | $14.00 | $20.24 | $25.91 |
| | EEG TECHNICIAN | CAR-023 | $15.50 | $22.56 | $28.99 |
| | EEG SENIOR TECH | CAR-024 | $20.00 | $28.96 | $37.10 |
| | LPN | CAR-024 | $20.00 | $28.96 | $37.10 |
| | POLYSOMNOGRAM TECH | CAR-024 | $20.00 | $28.96 | $37.10 |
| | PSYCH U R COORDINATOR | CAR-024 | $20.00 | $28.96 | $37.10 |
| | RESPIRATORY TECH | CAR-024 | $20.00 | $28.96 | $37.10 |
| | SURGICAL TECH | CAR-024 | $20.00 | $28.96 | $37.10 |
| | CARDIO-PULMONARY TECH | CAR-025 | $21.00 | $30.06 | $38.26 |
| | RESP THERAPIST/REG | CAR-025 | $21.00 | $30.06 | $38.26 |
| | MED RECORDS CODER | CAR-026 | $22.00 | $32.32 | $41.74 |
| | MRI TECH | CAR-026 | $22.00 | $32.32 | $41.74 |
| | RAD TECHNOLOGIST | CAR-026 | $22.00 | $32.32 | $41.74 |
| | CAT SCAN TECH/XRAY | CAR-027 | $23.00 | $34.57 | $45.22 |
| | DRG COORDINATOR | CAR-027 | $23.00 | $34.57 | $45.22 |
| | MAMMOGRAPHY TECH | CAR-027 | $23.00 | $34.57 | $45.22 |
| | NUCLEAR MED TECH | CAR-027 | $23.00 | $34.57 | $45.22 |
| | SPECIAL PROCEDURES TECH | CAR-027 | $23.00 | $34.57 | $45.22 |
| | ULTRASOUND TECH | CAR-029 | $27.00 | $37.24 | $46.38 |
| | ULTRASOUND TECH CARDIOLOGY | CAR-029 | $27.00 | $37.24 | $46.38 |
| | MED TECH CLASS I | CAR-0L1 | $17.00 | $23.34 | $28.99 |
| | CYTOLOGY TECH | CAR-0L2 | $21.00 | $28.32 | $34.79 |
| | HISTOLOGIST | CAR-0L2 | $21.00 | $28.32 | $34.79 |
| | MED LAB TECH CLASS 2 | CAR-0L2 | $19.00 | $25.54 | $31.31 |

## CARNEY WAGES EFFECTIVE 2015

| Labor Group | Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|---|
| Business Office Clerical | ADMITTING REP | CAR-004 | $12.87 | $17.13 | $20.87 |
| | SWITCHBOARD OPERATOR | CAR-004 | $12.87 | $17.13 | $20.87 |
| | BOOKING COORDINATOR | CAR-005 | $12.87 | $17.49 | $21.60 |
| | FINANCIAL COUNSELOR | CAR-005 | $12.87 | $17.49 | $21.60 |
| | PRE-ADMIT REVIEWER | CAR-006 | $12.87 | $17.99 | $22.59 |
| | COMMUNICATIONS DISPATCHER | CAR-007 | $12.87 | $19.62 | $25.85 |
| | MANAGED CARE COORDINATOR | CAR-007 | $12.87 | $19.62 | $25.85 |

## CARNEY WAGES EFFECTIVE 2015
continued

| Labor Group | Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|---|
| Business Office Clerical | PATIENT ACCESS LEAD | CAR-007 | $12.87 | $19.62 | $25.85 |
| | LEAD ADMISSIONS REP | CAR-008 | $14.20 | $20.46 | $25.85 |
| | MED. EXEC. SECRETARY | CAR-008 | $14.20 | $20.46 | $25.85 |
| | LEAD CASHIER | CAR-009 | $17.22 | $21.72 | $25.17 |
| | PSYCH ADMINISTRATIVE ASST | CAR-011 | $16.00 | $21.65 | $26.31 |
| Nonprofessional | FOOD SERVICES WORKER | CAR-001 | $12.87 | $15.27 | $17.15 |
| | HSKP WORKER | CAR-001 | $12.87 | $15.27 | $17.15 |
| | SALAD/DEST MAKER | CAR-001 | $12.87 | $15.27 | $17.15 |
| | UTILITY WORKER | CAR-001 | $12.87 | $15.27 | $17.15 |
| | DIET STORES CLERK | CAR-002 | $12.87 | $16.16 | $18.92 |
| | HOST/HOSTESS NUTRITION | CAR-002 | $12.87 | $16.16 | $18.92 |
| | HOUSEKEEP. PROJ WRKR | CAR-002 | $12.87 | $16.16 | $18.92 |
| | LAUNDRY GEN WKR | CAR-002 | $12.87 | $16.16 | $18.92 |
| | MESSENGER | CAR-002 | $12.87 | $16.16 | $18.92 |
| | PARKING ATTENDANT | CAR-002 | $12.87 | $16.16 | $18.92 |
| | PATIENT COURIER | CAR-002 | $12.87 | $16.16 | $18.92 |
| | CAFETERIA CASHIER | CAR-003 | $12.87 | $16.45 | $19.51 |
| | CHAUFFER | CAR-003 | $12.87 | $16.45 | $19.51 |
| | SHORT ORDER COOK | CAR-003 | $12.87 | $16.45 | $19.51 |
| | CLERK TYPIST | CAR-004 | $12.87 | $17.13 | $20.87 |
| | CSR TECHNICIAN | CAR-004 | $12.87 | $17.13 | $20.87 |
| | FILE CLERK | CAR-004 | $12.87 | $17.13 | $20.87 |
| | G I TECH | CAR-004 | $12.87 | $17.13 | $20.87 |
| | MEDICAL RECORDS CLRK | CAR-004 | $12.87 | $17.13 | $20.87 |
| | MRI TECH AIDE | CAR-004 | $12.87 | $17.13 | $20.87 |
| | NURSING ASSISTANT | CAR-004 | $12.87 | $17.13 | $20.87 |
| | OR ORDERLY | CAR-004 | $12.87 | $17.13 | $20.87 |
| | PACU NURSE ASSISTANT | CAR-004 | $12.87 | $17.13 | $20.87 |
| | RECEIVING CLERK | CAR-004 | $12.87 | $17.13 | $20.87 |
| | STORES CLERK | CAR-004 | $12.87 | $17.13 | $20.87 |
| | CLERICAL COORDINATOR | CAR-005 | $12.87 | $17.49 | $21.60 |
| | COOK | CAR-005 | $12.87 | $17.49 | $21.60 |
| | DIAGNOSTIC TECH AIDE II | CAR-005 | $12.87 | $17.49 | $21.60 |
| | HSKP LEADER | CAR-005 | $12.87 | $17.49 | $21.60 |
| | INFUSION CLERICAL ASSISTANT | CAR-005 | $12.87 | $17.49 | $21.60 |
| | LAB CONTROL TECHNICIAN | CAR-005 | $12.87 | $17.49 | $21.60 |
| | MEDICAL ASSISTANT | CAR-005 | $12.87 | $17.49 | $21.60 |
| | REHAB OFFICE STAFF | CAR-005 | $12.87 | $17.49 | $21.60 |
| | UNIT SECRETARY | CAR-005 | $12.87 | $17.49 | $21.60 |
| | INFECTION CONTROL CLERK | CAR-006 | $12.87 | $17.99 | $22.59 |
| | LEAD CLERK TYPIST | CAR-006 | $12.87 | $17.99 | $22.59 |
| | REHAB AID | CAR-006 | $12.87 | $17.99 | $22.59 |
| | SR ANESTHESIA TECH | CAR-006 | $12.87 | $17.99 | $22.59 |

## CARNEY WAGES EFFECTIVE 2015
continued

Labor Group
Nonprofessional

| Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|
| DISCHARGE ANALYST CL | CAR-007 | $12.87 | $19.62 | $25.85 |
| MEDICAL SECRETARY | CAR-007 | $12.87 | $19.62 | $25.85 |
| MEDICAL SECRETARY IV | CAR-007 | $12.87 | $19.62 | $25.85 |
| MRI ADMINISTRATIVE ASSISTANT | CAR-007 | $12.87 | $19.62 | $25.85 |
| NURSING HOME LIASON | CAR-007 | $12.87 | $19.62 | $25.85 |
| PT COURIER DISPATCH | CAR-007 | $12.87 | $19.62 | $25.85 |
| SECRETARY | CAR-007 | $12.87 | $19.62 | $25.85 |
| CORRESPONDENCE CLERK | CAR-008 | $14.20 | $20.46 | $25.85 |
| CSR TEAM LEADER | CAR-008 | $14.20 | $20.46 | $25.85 |
| INTERPRETER | CAR-008 | $14.20 | $20.46 | $25.85 |
| O/R SCHEDULING COORDINATOR | CAR-008 | $14.20 | $20.46 | $25.85 |
| ED ADMINISTRATIVE ASST | CAR-011 | $16.00 | $21.65 | $26.31 |
| ED OPERATIONS ASST | CAR-011 | $16.00 | $21.65 | $26.31 |
| MEDICINE ADMIN ASST | CAR-011 | $16.00 | $21.65 | $26.31 |
| MPI COORDINATOR | CAR-020 | $12.87 | $17.01 | $21.29 |
| PHLEBOTOMIST | CAR-020 | $12.87 | $17.01 | $21.29 |
| MEDICAL TRANSCRIBER | CAR-022 | $14.00 | $20.65 | $26.43 |
| LEAD PHLEBOTOMIST | CAR-023 | $15.50 | $23.01 | $29.57 |
| ORTHO TECH | CAR-023 | $15.50 | $23.01 | $29.57 |

Technical

| Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|
| CARDIOLOGY TECH | CAR-005 | $12.87 | $17.49 | $21.60 |
| MENTAL HEALTH COUNSELOR | CAR-008 | $14.20 | $20.46 | $25.85 |
| PHARMACY TECHNICIAN | CAR-021 | $12.87 | $18.29 | $23.06 |
| LEAD PHARMACY TECH | CAR-022 | $14.00 | $20.65 | $26.43 |
| EEG TECHNICIAN | CAR-023 | $15.50 | $23.01 | $29.57 |
| EEG SENIOR TECH | CAR-024 | $20.00 | $29.54 | $37.85 |
| LPN | CAR-024 | $20.00 | $29.54 | $37.85 |
| POLYSOMNOGRAM TECH | CAR-024 | $20.00 | $29.54 | $37.85 |
| PSYCH U R COORDINATOR | CAR-024 | $20.00 | $29.54 | $37.85 |
| RESPIRATORY TECH | CAR-024 | $20.00 | $29.54 | $37.85 |
| SURGICAL TECH | CAR-024 | $20.00 | $29.54 | $37.85 |
| CARDIO-PULMONARY TECH | CAR-025 | $21.00 | $30.66 | $39.03 |
| RESP THERAPIST/REG | CAR-025 | $21.00 | $30.66 | $39.03 |
| MED RECORDS CODER | CAR-026 | $22.00 | $32.96 | $42.58 |
| MRI TECH | CAR-026 | $22.00 | $32.96 | $42.58 |
| RAD TECHNOLOGIST | CAR-026 | $22.00 | $32.96 | $42.58 |
| CAT SCAN TECH/XRAY | CAR-027 | $23.00 | $35.27 | $46.12 |
| DRG COORDINATOR | CAR-027 | $23.00 | $35.27 | $46.12 |
| MAMMOGRAPHY TECH | CAR-027 | $23.00 | $35.27 | $46.12 |
| NUCLEAR MED TECH | CAR-027 | $23.00 | $35.27 | $46.12 |
| SPECIAL PROCEDURES TECH | CAR-027 | $23.00 | $35.27 | $46.12 |
| ULTRASOUND TECH | CAR-029 | $27.00 | $37.98 | $47.31 |
| ULTRASOUND TECH CARDIOLOGY | CAR-029 | $27.00 | $37.98 | $47.31 |
| MED TECH CLASS I | CAR-0L1 | $17.00 | $23.80 | $29.57 |

Technical

| Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|
| CYTOLOGY TECH | CAR-0L2 | $21.00 | $28.88 | $35.48 |
| HISTOLOGIST | CAR-0L2 | $21.00 | $28.88 | $35.48 |
| MED LAB TECH CLASS 2 | CAR-0L2 | $19.00 | $26.05 | $31.93 |

**EXHIBIT D-2**

## Good Samaritan Medical Center – Skilled Maintenance

## Memorandum of Agreement

November 2013

1199SEIU United Healthcare Workers East (the "Union") and Good Samaritan Medical Center ("Good Samaritan") agree to adopt the collective bargaining agreement between the Union and Carney Hospital, Good Samaritan, Norwood Hospital, and St. Elizabeth's Medical Center for the period October 1, 2013 through October 31, 2016 and to adopt this document as an appendix to that collective bargaining agreement covering only the Skilled Maintenance bargaining unit. Where there are differences between the terms of this appendix and the terms of the collective bargaining agreement, the terms of this appendix shall govern.

**1. Article III, Hours of Work and Distribution of Overtime:**

**Distribution of Overtime.**

1. The Medical Center has the right to require reasonable overtime work with the exception that an individual may be excused with good reason in a given situation. In such a situation, overtime will be compulsory in an inverse seniority order within classification. Overtime is compulsory in all emergency situations.

2. The Medical Center will post weekly on the bulletin board a list of overtime hours charged to each worker. Overtime hours are charged to a worker when the worker works the overtime or declines to work overtime that is offered to him. The worker with the least number of overtime hours charged to him to date, who is qualified to perform the assigned duties, shall be given first consideration for overtime work. The Director of Facilities or his designee has the sole discretion to judge qualifications.

3. New workers who the Director of Facilities or his designee determine are capable of overtime coverage shall be charged with overtime equal to the posted list.

4. If the Medical Center assigns a worker to a particular task or tasks during some or all of his regular workday and the department head determines that this work should be continued after the worker's regular work hours, the department head may assign the worker who has been doing the work to continue it without regard to the worker's position on the overtime list.

5. Per diem workers may be used to fill in for holiday coverage after all permanent full-time and permanent part-time workers are given the opportunity to provide the coverage.

6. Depending on staffing requirements, as decided by the Facilities Director, the Medical Center may hire and assign per diem workers to cover for permanent full-time and permanent part-time workers who are absent from work and to cover vacancies.

The Medical Center will make reasonable efforts to offer non-overtime hours to permanent part-time workers before offering them to per diem workers when those hours become available for reasons other than employee absences

**2. Article IV, Compensation:**

A. **Rates of Pay.** The hourly rates of pay shall be attached to the collective bargaining agreement as a part of this Exhibit D-2.

*All licensed trade workers (Electrician, Plumber, & HVAC Mechanic) and the lead boiler operator shall receive a seventy dollars ($70)/week stipend.

B. **Overtime.**

1. Overtime shall be paid at the rate of time and one-half for hours worked:
   a. In excess of eight (8) hours in a day
   b. Over forty (40) hours in a week
2. Overtime shall be paid at the rate of double time for hours worked:
   a. On the seventh (7th) day
   b. In excess of twelve (12) hours in one period.
3. Shift differential and weekend differential are included in the base rate when computing the overtime rate. There shall be no pyramiding of overtime nor of the alternative forms of compensation provided in the Agreement.
   Sick time shall not count as hours worked for the purposes of calculating overtime.

C. **Work Out of Classification.** A worker specifically assigned by the Director of Facilities to replace a temporarily absent worker in a higher classification for in excess of one (1) continuous eight (8) hour shift will be paid at the higher rate for the balance of the temporary replacement time.

D. **Reporting Pay.** In the event that workers are notified to report for work and upon doing so find no work available for them, they shall be paid for four (4) hours work at their regular rate then in effect for the job.

E. **Call Back Pay.** If a worker is called back to work after his/her regular scheduled shift or his/her scheduled days off, he or she shall be paid a minimum of four (4) hours at the applicable overtime rate.

F. **Shift Differential.** Workers shall receive shift and weekend differentials at the same rate as the Technical/Service/Clerical Unit.

G. **Weekend Differential.** Workers working on a weekend shift (12:01 a.m. Saturday to 11:59 p.m. Sunday) will receive a differential of one dollar and seventy-five cents ($1.75) per hour over the regular rate.

H. **Beeper/On Call Pay.** Workers required to carry a pager shall receive five dollars and twenty-five cents ($5.25)/hour while on call. Workers who are called in while on call shall receive a minimum of four (4) hours of pay at the applicable overtime rate plus any applicable shift differential. Workers are not eligible for both on-call pay and call-in pay during the time paid for a call-in.

I. When a worker's shift is involuntarily and temporarily changed, that worker shall receive any differentials for which he is entitled to as part of his regular shift.

**3. Article V, Holidays:**

A facilities worker who works on a holiday listed in Article V, Section 5.1 can elect to be paid out for the earned holiday time, rather than having to bank the holiday to take at another time.

Once the yearly holiday schedule is posted in January, there shall be no switching of the holiday schedule by management without mutual consent of the worker(s) and management.

**Holiday Rotation**

Subject to the needs of the Department, Holidays off shall be rotated as equally as possible among mechanics and boiler operators. Per-diems may be used in accordance with Article XXIII. Current practices in the Boiler Room shall continue.

Workers shall not be rotated to the weekend before or after a scheduled holiday off, absent extraordinary circumstances.

**4. Article XIII, Travel Reimbursement:**

**TRAVEL REIMBURSEMENT**

Workers will not be required nor will they use their own vehicle for Medical Center use other than for attendance at employment-related seminars or other employment related educational, training, or licensing purposes, or as otherwise mutually agreed between management and the Union Shop Committee. Workers using their own vehicles for the above reasons with the prior permission of the Department Head shall be reimbursed at the then-applicable Medical Center mileage reimbursement rate, and for other reasonable associated expenses such as parking and tolls. The reimbursement provided under this Article will not be paid for miles traveled commuting to and from work. Where it deems appropriate, the Medical Center will provide vehicles for worker use.

**5. Article XIV, Work related footwear and glasses/cold weather gear:**

**WORK RELATED FOOTWEAR AND GLASSES/COLD WEATHER GEAR**

A. The Medical Center will replace authorized work related footwear (work shoes and/or boots, not sneakers or athletic shoes) and glasses if either are damaged at work, ordinary wear and tear excluded.

B. The Medical Center will keep available foul weather gear for use by workers required to perform outside duties during foul weather.

C. The Medical Center shall supply each worker with ten (10) pieces of clothing (limited to shirts and pants) each year.

**6. Article XXIV Snow Removal:**

**SNOW REMOVAL**

At the start of each winter season, all facilities employees must be evaluated by Employee Health Services to determine whether they are fit for snow removal duty. For purposes of making this determination, snow removal duty includes all required functions (i.e. shoveling, sanding, operating power snow removal equipment, and plowing). Individuals who are on a light-duty assignment for a work-related injury or are physically unable to perform snow removal work in a safe manner will be removed from the snow call list until Employee Health Services declares them fit to perform snow removal duties.

Per Diem facilities employees may be used for snow removal after all permanent full-time and permanent part-time facilities employees who are on the approved list have been called. In order to be on the approved snow removal list, Per Diem employees must first be cleared through Employee Health Services.

After offering snow removal work to all employees in the facilities bargaining unit as set forth above, the Medical Center may offer snow removal work to employees in other bargaining units.

The Medical Center will pay workers called in for snow removal a minimum of two (2) hours of pay at the higher of the minimum groundskeeper rate or his regular hourly rate plus applicable shift differentials.

In emergency situations, individuals from non-bargaining unit departments (such as Security) and other hospital staff (including management) may be used to clear ramps or entrance ways that are causing a hazard or safety concern. The determination of an emergency situation shall be made by Medical Center management, in their sole discretion.

**7. Article XXV Leaves of Absence:**

A worker who is absent due to an industrial accident will be granted an industrial accident leave for a period of up to six (6) months. All other terms and conditions of this leave shall be those outlined in the collective bargaining agreement (master agreement).

**Memorandum Of Agreement**
**Between**
**Caritas Good Samaritan Medical Center**
**&**
**1199SEIU United Healthcare Workers East**

This agreement is made on the basis of a discussion regarding "Past Practices" for the employees in the Maintenance department (excluding the department secretary) held on March 9, 2010.

The parties have agreed as follows:

- Call in pay shall continue to be paid from the time the call is received by the worker who responds to the call.
- The paid meal break shall continue for the second shift Mechanic, and for all shifts in the Boiler Room.
- Holiday Rotations shall continue as follows:
  - Mechanics shall rotate the holidays among themselves on their individual shifts.
  - The Boiler Room shall work their regular schedule independent of whether it is a holiday. If this will cause someone to work more than eight (8) holidays in a year the Medical Center shall discuss the overtime pay for those holiday shifts.
- Boiler Room schedules shall be done in a way to minimize overtime by utilizing part-time workers, and per diems.
- Workers shall receive shift differentials for all time worked on a shift that is eligible for a differential.

Thomas H. [signature]
For the Medical Center

6/30/2010
Date

Mary Ella [signature]
For 1199SEIU

6/30/10
Date

**WAGES - Good Samaritan Medical Center Skilled Maintenance**

**GSMC Maintenance Wages Effective 2013**

| | |
|---|---|
| BOILER OPERATOR | $32.41 |
| PLUMBER | $32.41 |
| ELECTRICIAN | $32.41 |
| HVAC MECHANIC | $32.41 |
| MECHANIC | $32.41 |
| CARPENTER | $32.41 |
| PAINTER | |
| GROUNDSKEEPER | |
| ASST GROUNDSKEEPER | $17.01 |
| ASSISTANT MECHANIC | |
| MECHANICS HELPER | $18.20 |
| DRIVER | $17.18 |

**GSMC Maintenance Wages Effective 2014**

| | |
|---|---|
| BOILER OPERATOR | $33.06 |
| PLUMBER | $33.06 |
| ELECTRICIAN | $33.06 |
| HVAC MECHANIC | $33.06 |
| MECHANIC | $33.06 |
| CARPENTER | $33.06 |
| PAINTER | |
| GROUNDSKEEPER | |
| ASST GROUNDSKEEPER | $17.35 |
| ASSISTANT MECHANIC | |
| MECHANICS HELPER | $18.56 |
| DRIVER | $17.52 |

**GSMC Maintenance Wages Effective 2015**

| | |
|---|---|
| BOILER OPERATOR | $33.72 |
| PLUMBER | $33.72 |
| ELECTRICIAN | $33.72 |
| HVAC MECHANIC | $33.72 |
| MECHANIC | $33.72 |
| CARPENTER | $33.72 |
| PAINTER | |
| GROUNDSKEEPER | |
| ASST GROUNDSKEEPER | $17.70 |
| ASSISTANT MECHANIC | |
| MECHANICS HELPER | $18.94 |
| DRIVER | $17.87 |

**EXHIBIT D-3**

## Good Samaritan Medical Center - Technical and Service/Clerical

## Memorandum of Agreement

November 2013

1199SEIU United Healthcare Workers East (the "Union") and Good Samaritan Medical Center ("Good Samaritan") agree to adopt the collective bargaining agreement between the Union and Carney Hospital, Good Samaritan, Norwood Hospital, and St. Elizabeth's Medical Center for the period October 1, 2013 through October 31, 2016 and to adopt this document as an appendix to that collective bargaining agreement.

1. **Shift Differentials**
Shift differential is paid to a worker who works at least four (4) consecutive hours during any shift designated below.

When a worker's work schedule carries over into the next shift, the worker must work a minimum of four (4) hours into the following shift in order to receive the differential of the next shift. When less than four (4) hours is worked into the following shift, the worker continues to receive the differential of the former shift, if any.

A worker who is regularly scheduled to work the evening or night shift shall receive that differential on all paid time off. Weekend shift differential, however is paid only on hours actually worked unless regularly scheduled to work every weekend.

Differentials:

Effective 10/1/12

| | |
|---|---|
| Evening Shift – 3:00 pm to 11:30 pm | $2.35 |
| Night Shift – 11:00 pm to 7:00 am | $3.60 |
| Weekend – 7 am Sat to 11 pm Sun | $2.10 |

2. **On-Call Pay**
**A.** On-Call Pay--Workers shall be paid five dollars and twenty-five cents ($5.25) per hour for being on-call. Workers who are called in shall receive a minimum of two (2) hours of pay at a rate of one-and one half (1½) for each time called in to work plus any applicable shift and/or weekend differential. On-call pay shall not continue while the worker is actually working, but will resume when the worker goes off active duty again. Workers shall not be scheduled for on-call during their scheduled vacations, unless by mutual consent. It is the worker's responsibility to bring such situations to the attention of their manager.

**B.** Emergency Call-in --When a worker who is not "on call" is called into work in an "on call" situation, such a worker shall receive a minimum of two (2) hours of

pay at a rate of one and one half for each time called in to work plus any applicable shift and/or weekend differential. The preceding sentence shall not apply in situations where a worker is called in to replace another scheduled worker, or where additional staffing is needed beyond the regular staffing level, or where a worker is called in, in a non-emergency situation.

**C.** Workers called in between the hours of 11:00 p.m. and 4:00 a.m. may, if the worker requests it and staffing permits as determined by the Immediate Supervisor, be provided with unpaid hours off on the shift subsequent to the shift on which call was worked. The Immediate Supervisor shall determine the number of hours off, if any, based on scheduling needs. The worker may also substitute PTO time for unpaid time.

**3. Preceptor Pay**
Workers who are assigned by their manager to precept a new employee for at least four (4) hours shall be paid a preceptor bonus of ten dollars ($10.00)/day.

**4. Professional Advancement**
Any Technical worker who achieves ACLS certification and/or an advanced certification, registration or degree that is directly related to the worker's current position and that is not required by the job description shall receive a fifty centes ($0.50)/hr differential upon providing documentation that the worker possesses such certification, registration, or degree.

**5. Relief in Higher Classification**
A unit worker relieving a member of Management for one (1) or more hours shall receive two dollars and five cents ($2.05)/hr for such time in addition to his/her basic hourly rate. If the supervisor is away for four (4) hours or more, the relieving worker shall receive two dollars and five cents ($2.05)/hr for the full shift.

**6. Pre planned PTO scheduling - Retain Section 7.5 of current contract Subsections 1 – 4**

**Scheduling of Vacations**
1. Vacation Requests
Vacation requests shall be submitted to the Immediate Supervisor of the worker or designee in advance of the requested vacation in accordance with the following schedule:

| REQUEST FOR VACATION DURING | TO BE RECEIVED BY |
|---|---|
| January 2 through May 14 | November 15 |
| May 15 through September 15 | March 15 |
| September 16 - January 1 | July 15 |

The Immediate Supervisor or designee shall respond to these requests within thirty (30) days after the above receipt dates. Worker requests submitted outside of the above time-frames shall be awarded on a first-come first-serve basis subject to departmental staffing needs.

2. Prime Time
Generally, a worker may take no more than two weeks of vacation time during prime time, which will be defined as May 15 through September 15. However, if workers desire to take more than two (2) weeks and their request for additional time does not interfere with requests of other workers, and is consistent with staffing and operating needs, they may be allowed additional time.

3. Scheduling of Vacation
Subject to the reservations in (1) and (2) above, workers will be given preference in the scheduling of their vacation time based on seniority, unless the affected workers reach a mutual understanding agreeable to the Medical Center.

The Medical Center reserves the right to schedule vacations in accordance with its operating requirements and schedules and to determine the number of employees who may be off at any one time.

Approved vacations apply only to the job that the worker holds at the time of the request. Workers who transfer to other positions (temporary or permanent) must re-request vacation time, the granting of which is subject to any vacations that may already have been scheduled in that classification. Workers' ability to take more vacation time than accrued in a certain position (when entering a position in a new department (working an a new or in a second department) is limited by the need to accommodate other workers' already granted legitimate requests for vacation time and operating needs of the Medical Center.

4. Holiday During Vacation
If a holiday occurs during a vacation an additional day off will be scheduled by mutual agreement, subject to the scheduling needs of the Medical Center.

**Side Letter Regarding Cardiac Cath Lab On-Call Pay at Good Samaritan Medical Center**

1199SEIU United Healthcare Workers East (the "Union") and Good Samaritan Medical Center ("Good Samaritan") agree that for the life of the collective bargaining agreement between the Union and Carney Hospital, Good Samaritan, Norwood Hospital, and St. Elizabeth's Medical Center for the period October 1, 2013 through October 31, 2016, Good Samaritan will pay Cardiac Cath Techs ten dollars ($10.00) per hour for time spent on-call. This side letter shall expire automatically upon the expiration of the collective bargaining agreement and shall not survive thereafter except with the written agreement of both Parties.

**Memorandum of Agreement
Between
1199SEIU
&
Good Samaritan Medical Center/Steward Health Care Inc
September 16, 2014**

In accordance with the 1199SEIU ("the Union")/Good Samaritan Medical Center ("the Hospital") collective bargaining agreement requirements in Section 6.02, the Union and the Hospital created the attached "1199SEIU Staff Per Diem Agreement".

Both parties agree that the new agreement will be effective on October 1, 2014 for all new 1199SEIU per diem employees. Existing 1199SEIU per diem staff will be made aware of the new agreement on the same date; however, they will be given thirty (30) days before they will be held accountable to the requirements outlined in the agreement. Existing staff will be responsible for signing the agreement by October 31, 2014 and meeting the staffing requirements going forward from November 1, 2014.

Filaine Deronnette
Admin Organizer
[signature] 9/18/2014
For the Union

Jennifer Patnaude
HR Director
[signature] 9/18/14
For the Medical Center

**Good Samaritan Medical Center**
A STEWARD FAMILY HOSPITAL

Steward

**SEIU Staff Per-Diem Agreement**

October 1, 2014

## I. Minimum Requirements

I, ______________________, accept a position as a(n) __________________ on unit ____________________ under the following conditions of employment which are in accord with the requirements set forth in Section 6.02 of the 1199SEIU Collective Bargaining Agreement. Based on the requirements of my position and department (detailed on page two of this agreement), I commit to work the following:

**Managers must complete the section below based on the requirements outlined on pgs 2 & 3 of this agreement:**

_______ **WeekDAY shifts per** ____________________ **and;**

_______ **WeekEND shifts per** ____________________ **and;**

_______ **Holiday shifts per** ____________________ **one summer (Memorial Day, Independence Day or Labor Day if required) and one winter (Thanksgiving, Christmas or New Year's).**

## II. Additional Requirements

In addition to the requirements in Section 1 above, I agree to abide by the following:

1. Per Diem staff shall be called on a rotating basis to fill slots according to the skill required and job category within their department. All hours shall be scheduled through the manager/supervisor or his/her designee for the department. Per Diems may not agree to work at the request of a regular staff member without the prior approval of their supervisor or his/her designee. Such requests shall not be arbitrarily denied.

2. Per Diem staff must notify department manager of their work availability two weeks prior to the posting of each new schedule unless specified otherwise by his/her department manager.

3. Per Diem staff are expected to notify the department manager/supervisor or his/her designee at least two hours in advance of a scheduled shift if unable to report for work. Such cancellation will be considered an "occurrence" of unapproved absence. The Hospital reserves the right to terminate any Per Diem staff member who has incurred three occurrences (as defined in the Good Samaritan Attendance Policy) in a year.

4. If a Per Diem employee is unavailable to work for a short period of time because of reasons approved by his/her manager/supervisor, he/she may remain on active Per Diem status so long as he/she keeps the Hospital informed of his/her anticipated leave date and expected return date.

5. If a Per Diem holds more than one per diem position at Good Samaritan, the requirements shall be for all positions combined and not required for each separate job. It is the employee's responsibility to notify each supervisor for the fulfillment of the shift requirements listed above in Section 1.

6. Per Diem staff shall participate in, complete and maintain the following competencies and clearances **within the required timeframes**:
   - All current licensure and certificates as required for his/her position.
   - Orientation and all annual/ongoing competencies required for his/her position.
   - Physical examination as required by the Medical Center and all mandatory EHS requirements.
   - Participation in his/her performance evaluation.

7. A Per Diem employee who is not meeting the work requirements listed in Section 1 above will be sent a letter from the Human Resource Department to notify him/her of this delinquency. If the employee does not respond appropriately within the timeframe outlined in the letter, his/her employment will be terminated.

8. If a Per Diem employee is terminated for not complying with the work requirements outlined in this agreement, any request for additional employment must be made through the formal reapplication process.

**Acknowledgment:** I have read, understand and agree to all of the above.

| Employee Signature | Date | Department Director Signature | Date |
|---|---|---|---|

**Department/Position Specific Requirements:**

CANCER REGISTRY: Staff must be available to work one (1) shift in a three (3) month period with no holiday or weekend requirements.

HIM: Staff must be available to work a minimum of four (4) hours per week plus one (1) summer and one (1) winter holiday per year. There are no weekend requirements for this department.

NORCAP: Staff must be available to work one (1) shift in a three (3) month period with no holiday or weekend requirements.

NURSING ASSISTANTS: Must be available to work a total of eight (8) shifts per (4-week) schedule and three (3) weekend shifts per (4-week) schedule. Staff must also work one (1) summer and one (1) winter holiday per year.

PATIENT ACCESS: Staff must be available to work a total of eight (8) shifts per (4-week) schedule; six (6) weekend shifts per year; and one (1) holiday (winter or summer as listed in Section 1 above) per year.

PHARMACY: Staff must be available to work one (1) shift per schedule (4-week period) with no holiday or weekend requirements.

RADIOLOGY (All Modalities): Staff must be available to work one (1) shift per (4-week) schedule and six (6) weekend shifts per year. Staff must also work one (1) summer and one (1) winter holiday per year.

RESPIRATORY THERAPY: Staff must be available to work one (1) shift per (4-week) schedule and six (6) weekend shifts per year. Staff must also work one (1) summer and one (1) winter holiday per year.

TELECOMMUNICATIONS: Staff must be available to work one (1) shift in a three (3) month period with no holiday or weekend requirements.

UNIT COORDINATORS: Must be available to work a total of six (6) shifts per (4-week) schedule and two (2) weekend shifts per (4-week) schedule. Staff must also work one (1) summer and one (1) winter holiday per year.

**ALL OTHER POSITIONS / DEPARTMENTS NOT LISTED ABOVE**: Staff must be available to work a minimum of two (2) weekday shifts per schedule; twelve (12) weekend shifts per year; and two (2) holidays (one (1) winter and one (1) summer as listed in Section 1 above).

**Memorandum of Understanding**

**Between**
**Caritas Good Samaritan Medical Center**
**&**
**1199SEIU United Health Care Workers East**
**July 9, 2010**

**General**

1. Vacation Scheduling – separate agreement
2. Combining breaks and/or lunch is allowed subject to department staffing.
3. Those workers currently working a straight eight (8) hr shift (ten (10) or twelve (12) hr shift) with a paid lunch will continue with the signing of a legal waiver.
4. Subject to department staffing needs workers may be allowed to come in early in order to leave early, but may not make up the time on other day if it would have put them in an overtime situation.
5. If a worker is unable to work a full mandated shift, due to childcare issues, they may split the shift with another worker.
6. Workers will be allowed to donate PTO time for other workers with serious illnesses that have depleted their own earned time. To be eligible to donate a worker must have a minimum of forty (40) hours of accrued PTO. The maximum a worker may donate is forty (40) hours of PTO. The maximum level a worker may accept in donated PTO time is four (4) weeks.
7. Continuation of the ASRT registration for qualifying Techs in Radiology.
8. Workers who are rehired within thirty (30) days of their last day of employment shall be eligible to regain their former seniority.
9. Working supervisors who have been working weekends, on-call, and/or holidays shall continue the practice. (Refer to the complete list of working supervisors.)
10. Workers who are out sick shall call in as early as possible (they shall attempt to call in two (2) hours before the start of the scheduled shift).
11. The current practices for "charge pay" assignments shall continue.
12. The 1996 Surgi-Center agreement shall remain in effect. All overtime provisions shall be applied as per the current contract.
13. Employee Parking – Workers shall continue to have free onsite parking. The second and third shift shall be allowed to park in designated areas close to a hospital entrance.
14. Discounts on meals in cafeteria shall continue
15. Hospital dress code policy shall continue

It is understood that the above past practices exist. If during the terms of the current CBA any further past practices are brought to light, the parties shall meet to discuss their inclusion in this list.

For the Medical Center

For the Union

**Memorandum Of Agreement**
**Between**
**Caritas Good Samaritan Medical Center**
**&**
**1199SEIU United Healthcare Workers East**

This agreement is made on the basis of a discussion regarding "Past Practices" held on February 25, 2010 in which the parties agreed upon parameters to further define the awarding of vacation days under the contract.

The parties have agreed as follows:

1. Any given "period" identified in the contract*, initial vacation request must be made in "weekly" allotments (of scheduled hours). The work week is defined in the contract, Section 10.01, as 12:01 a.m. on Sunday through midnight on Saturday.

2. Employees may submit requests for individual days during the initial request period as well, but must acknowledge that the full week allotments will be awarded first, before any individual days are awarded.

3. Individual days awarded during the initial period will be by seniority, after all full week allotments are awarded, if submitted during the initial request period.

4. Requests for days off which are submitted after the close of the initial request period will be awarded on a first-come-first-serve basis (not by seniority).

5. The parties recognize that all vacation requests are subject to operational need, but that vacation requests will not be unreasonably denied.

* Incorporated by reference is Section 8 of this Exhibit D-2 of the contract (MOA pertaining to GSMC) which defines vacation request and dates for requests to be submitted and approved.

[signature]
For the Medical Center

6/30/2010
Date

[signature]
For 1199SEIU

6/3/10
Date

**WAGES - Good Samaritan Medical Center Technical and Service/Clerical**

**GSMC TECHNICAL AND SERVICE/CLERICAL WAGES EFFECTIVE 2013**

| Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|
| GIFT SHOP CLERK | CGS-225 | $12.87 | $16.41 | $19.95 |
| HOUSEKEEPER | CGS-225 | $12.87 | $16.41 | $19.95 |
| HOUSEKEEPER I | CGS-225 | $12.87 | $16.41 | $19.95 |
| HOUSEKEEPER II | CGS-225 | $12.87 | $16.41 | $19.95 |
| HOUSEKEEPER II/TRASH | CGS-225 | $12.87 | $16.41 | $19.95 |
| MAIL CLERK | CGS-225 | $12.87 | $16.41 | $19.95 |
| LEAD HOUSEKEEPER | CGS-227 | $12.87 | $16.71 | $20.54 |
| SWITCHBD.OP. | CGS-227 | $12.87 | $16.71 | $20.54 |
| ACTIVITIES AIDE | CGS-230 | $12.87 | $16.53 | $20.19 |
| EQUIP.TECH | CGS-230 | $12.87 | $16.53 | $20.19 |
| MATERIALS AIDE | CGS-230 | $12.87 | $16.53 | $20.19 |
| CP TECH | CGS-236 | $12.87 | $16.90 | $20.92 |
| PHARMACY TECH | CGS-236 | $12.87 | $16.90 | $20.92 |
| CLINICAL TRANSPORTER | CGS-240 | $12.87 | $17.50 | $22.13 |
| DRIVER | CGS-240 | $12.87 | $17.50 | $22.13 |
| EQUIPMENT COORDINATOR | CGS-240 | $12.87 | $17.50 | $22.13 |
| FILE CLERK | CGS-240 | $12.87 | $17.50 | $22.13 |
| FILE CLERK/BONE DENSITY | CGS-240 | $12.87 | $17.50 | $22.13 |
| LEAD TECH/DRIVER | CGS-240 | $12.87 | $17.50 | $22.13 |
| RT ASST | CGS-240 | $12.87 | $17.50 | $22.13 |
| RT STUDENT AIDE | CGS-240 | $12.87 | $17.50 | $22.13 |
| CNA | CGS-243 | $12.87 | $17.84 | $22.81 |
| CT/U.S. TECH ASST | CGS-243 | $12.87 | $17.84 | $22.81 |
| HOSPITALITY/LIAISON GREETER | CGS-243 | $12.87 | $17.84 | $22.81 |
| MRI TECH ASSISTANTS | CGS-243 | $12.87 | $17.84 | $22.81 |
| SERVICE TECH | CGS-246 | $12.87 | $18.06 | $23.25 |
| DISPATCH COORDINATOR | CGS-250 | $12.87 | $18.77 | $24.66 |
| HIM PROCESSING ASSOCIATE | CGS-250 | $12.87 | $18.77 | $24.66 |
| LEAD MATERIALS RECEIVER | CGS-250 | $12.87 | $18.77 | $24.66 |
| LEAD STOREROOM MATERIALS AIDE | CGS-250 | $12.87 | $18.77 | $24.66 |
| MED.SECRETARY | CGS-250 | $12.87 | $18.77 | $24.66 |
| PATIENT ACCESS COORDINATOR | CGS-250 | $12.87 | $18.77 | $24.66 |
| SECRETARY | CGS-250 | $12.87 | $18.77 | $24.66 |
| SR CARDIAC TECH | CGS-250 | $12.87 | $18.77 | $24.66 |
| TRANSCRIBER | CGS-250 | $12.87 | $18.77 | $24.66 |
| TRANSCRIBER/SECRETARY | CGS-250 | $12.87 | $18.77 | $24.66 |
| UNIT COORDINATOR | CGS-250 | $12.87 | $18.77 | $24.66 |
| ADMINISTRATIVE CO-ORDINATOR | CGS-255 | $12.87 | $19.38 | $25.88 |

**GSMC TECH & SERVICE/CLERICAL WAGES EFFECTIVE 2013**
continued

| Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|
| ANESTHESIA TECH ASSISTANT | CGS-255 | $12.87 | $19.38 | $25.88 |
| CNA/EQUIPMENT COORDINATOR | CGS-255 | $12.87 | $19.38 | $25.88 |
| EMERGENCY ASSISTANT/UNIT COORDINATOR | CGS-255 | $12.87 | $19.38 | $25.88 |
| MICROBIOLOGY ASSISTANT | CGS-255 | $12.87 | $19.38 | $25.88 |
| OR SCHEDULER | CGS-255 | $12.87 | $19.38 | $25.88 |
| PATHOLOGY ASSISTANT | CGS-255 | $12.87 | $19.38 | $25.88 |
| PATIENT ACCESS COORDINATOR II | CGS-255 | $12.87 | $19.38 | $25.88 |
| PHLEBOTOMIST | CGS-255 | $12.87 | $19.38 | $25.88 |
| POLYSOMNOGRAPHY TECH ASSISTANT | CGS-255 | $12.87 | $19.38 | $25.88 |
| RADIOLOGY SCHEDULER/SECRETARY | CGS-255 | $12.87 | $19.38 | $25.88 |
| SCHEDULER | CGS-255 | $12.87 | $19.38 | $25.88 |
| SR FILE CLERK | CGS-255 | $12.87 | $19.38 | $25.88 |
| BED MGMT COORDINATOR | CGS-260 | $13.58 | $20.29 | $27.01 |
| BUYER | CGS-260 | $13.58 | $20.29 | $27.01 |
| CANCER REGISTRAR | CGS-260 | $13.58 | $20.29 | $27.01 |
| DEPARTMENT SECRETARY | CGS-260 | $13.58 | $20.29 | $27.01 |
| EMERGENCY ASSISTANT | CGS-260 | $13.58 | $20.29 | $27.01 |
| FINANCIAL COUNSELOR | CGS-260 | $13.58 | $20.29 | $27.01 |
| INSURANCE SPECIALIST | CGS-260 | $13.58 | $20.29 | $27.01 |
| MATLS.INFO.COORD. | CGS-260 | $13.58 | $20.29 | $27.01 |
| MEDICAL INTERPRETER/COMM. OUTREACH | CGS-260 | $13.58 | $20.29 | $27.01 |
| MENTAL HEALTH ASSOCIATE | CGS-260 | $13.58 | $20.29 | $27.01 |
| PATIENT CARE TECHNICIAN | CGS-260 | $13.58 | $20.29 | $27.01 |
| SEC/TRANSCBR CV LAB | CGS-260 | $13.58 | $20.29 | $27.01 |
| SR.PHARM.TECH | CGS-260 | $13.58 | $20.29 | $27.01 |
| LAB ASSISTANT | CGS-263 | $14.07 | $21.02 | $27.96 |
| ENDOSCOPY ASSOCIATE | CGS-266 | $14.42 | $22.21 | $30.00 |
| LTA II | CGS-266 | $14.42 | $22.21 | $30.00 |
| O.R.TECH | CGS-266 | $14.42 | $22.21 | $30.00 |
| LPN | CGS-268 | $15.42 | $23.77 | $32.11 |
| P.T. ASSISTANT | CGS-268 | $15.42 | $23.77 | $32.11 |
| TRIAGE CLINICIAN | CGS-268 | $15.42 | $23.77 | $32.11 |
| BIOMEDICAL ENGINEER | CGS-270 | $16.38 | $24.57 | $32.76 |
| CLA I | CGS-270 | $16.38 | $24.57 | $32.76 |
| CODING SPECIALIST | CGS-270 | $16.38 | $24.57 | $32.76 |
| EXERCISE PHYSIOLOGIST | CGS-270 | $16.38 | $24.57 | $32.76 |
| HISTO TECH TRAINEE | CGS-270 | $16.38 | $24.57 | $32.76 |
| HYPERBARIC TECH | CGS-270 | $16.38 | $24.57 | $32.76 |
| LEAD CP TECH | CGS-270 | $16.38 | $24.57 | $32.76 |
| LEAD PT ACCESS COORDINATOR | CGS-270 | $16.38 | $24.57 | $32.76 |

**GSMC TECH & SERVICE/CLERICAL WAGES EFFECTIVE 2013**
continued

| Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|
| LEAD SERVICE TECH OR | CGS-270 | $16.38 | $24.57 | $32.76 |
| SR. EMERGENCY ASSISTANT | CGS-270 | $16.38 | $24.57 | $32.76 |
| THERAPEUTIC ACTIVITY COORDINATOR | CGS-270 | $16.38 | $24.57 | $32.76 |
| CERTIFIED OR TECH | CGS-275 | $17.04 | $25.56 | $34.08 |
| CLA II | CGS-275 | $17.04 | $25.56 | $34.08 |
| HISTOLOGY TECHNICIAN | CGS-280 | $17.80 | $26.93 | $35.97 |
| MEDICAL LAB TECHNICIAN | CGS-280 | $17.80 | $26.93 | $35.97 |
| MLT - MEDICAL LAB TECHNICIAN | CGS-280 | $17.80 | $26.93 | $35.97 |
| TEL-DATA COMMUN.SPECIALIST | CGS-280 | $17.80 | $26.93 | $35.97 |
| VASCULAR TECH / REG. | CGS-280 | $17.80 | $26.93 | $35.97 |
| MATERIALS MANAGER - SURGI CENTER | CGS-282 | $19.52 | $29.49 | $39.47 |
| OR MATERIALS MGR | CGS-282 | $19.52 | $29.49 | $39.47 |
| POLYSOMNOGRAPHY TECHNOLOGIST | CGS-282 | $19.52 | $29.49 | $39.47 |
| RESP.THERAPIST RRT | CGS-282 | $19.52 | $29.49 | $39.47 |
| NEURO TECH | CGS-283 | $20.42 | $30.10 | $39.87 |
| NEURO TECH CPOOL | CGS-283 | $20.42 | $30.10 | $39.87 |
| RAD.TECH | CGS-285 | $21.44 | $32.28 | $43.11 |
| ECHOCARDIOGRAPHER NON REG 2 | CGS-288 | $23.34 | $33.45 | $43.56 |
| VASC.TECH NON-REG. II | CGS-288 | $23.34 | $33.45 | $43.56 |
| ECHOCARDIOGRAPHER/REG. | CGS-289 | $23.54 | $34.76 | $43.56 |
| SR.TECH/CLIN.COORD. | CGS-289 | $23.54 | $34.76 | $43.56 |
| ANGIOGRAPHY TECH | CGS-290 | $28.35 | $37.17 | $45.99 |
| CARDIAC CATH TECH | CGS-290 | $28.35 | $37.17 | $45.99 |
| CT.SCAN.TECH | CGS-290 | $28.35 | $37.17 | $45.99 |
| MAMMOGRAPHY TECG | CGS-290 | $28.35 | $37.17 | $45.99 |
| MRI TECHNOLOGIST | CGS-290 | $28.35 | $37.17 | $45.99 |
| NUC.MED.TECH | CGS-290 | $28.35 | $37.17 | $45.99 |
| ULTRASOUND TECH | CGS-290 | $28.35 | $37.17 | $45.99 |
| MRI TECH II | CGS-300 | $30.34 | $38.43 | $46.52 |
| SENIOR CARDIAC CATH TECH | CGS-300 | $30.34 | $38.43 | $46.52 |
| ULTRASOUND TECH II | CGS-300 | $30.34 | $38.43 | $46.52 |
| CT TECH II | CGS-300 | $30.34 | $38.43 | $46.52 |

**GSMC TECHNICAL AND SERVICE/CLERICAL WAGES EFFECTIVE 2014**

| Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|
| GIFT SHOP CLERK | CGS-225 | $12.87 | $16.74 | $20.35 |
| HOUSEKEEPER | CGS-225 | $12.87 | $16.74 | $20.35 |
| HOUSEKEEPER I | CGS-225 | $12.87 | $16.74 | $20.35 |

**GSMC TECH & SERVICE/CLERICAL WAGES EFFECTIVE 2014**
continued

| Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|
| HOUSEKEEPER II | CGS-225 | $12.87 | $16.74 | $20.35 |
| HOUSEKEEPER II/TRASH | CGS-225 | $12.87 | $16.74 | $20.35 |
| MAIL CLERK | CGS-225 | $12.87 | $16.74 | $20.35 |
| LEAD HOUSEKEEPER | CGS-227 | $12.87 | $17.04 | $20.95 |
| SWITCHBD.OP. | CGS-227 | $12.87 | $17.04 | $20.95 |
| ACTIVITIES AIDE | CGS-230 | $12.87 | $16.86 | $20.59 |
| EQUIP.TECH | CGS-230 | $12.87 | $16.86 | $20.59 |
| MATERIALS AIDE | CGS-230 | $12.87 | $16.86 | $20.59 |
| CP TECH | CGS-236 | $12.87 | $17.24 | $21.34 |
| PHARMACY TECH | CGS-236 | $12.87 | $17.24 | $21.34 |
| CLINICAL TRANSPORTER | CGS-240 | $12.87 | $17.85 | $22.57 |
| DRIVER | CGS-240 | $12.87 | $17.85 | $22.57 |
| EQUIPMENT COORDINATOR | CGS-240 | $12.87 | $17.85 | $22.57 |
| FILE CLERK | CGS-240 | $12.87 | $17.85 | $22.57 |
| FILE CLERK/BONE DENSITY | CGS-240 | $12.87 | $17.85 | $22.57 |
| LEAD TECH/DRIVER | CGS-240 | $12.87 | $17.85 | $22.57 |
| RT ASST | CGS-240 | $12.87 | $17.85 | $22.57 |
| RT STUDENT AIDE | CGS-240 | $12.87 | $17.85 | $22.57 |
| CNA | CGS-243 | $12.87 | $18.20 | $23.27 |
| CT/U.S. TECH ASST | CGS-243 | $12.87 | $18.20 | $23.27 |
| HOSPITALITY/LIAISON GREETER | CGS-243 | $12.87 | $18.20 | $23.27 |
| MRI TECH ASSISTANTS | CGS-243 | $12.87 | $18.20 | $23.27 |
| SERVICE TECH | CGS-246 | $12.87 | $18.42 | $23.72 |
| DISPATCH COORDINATOR | CGS-250 | $12.87 | $19.15 | $25.15 |
| HIM PROCESSING ASSOCIATE | CGS-250 | $12.87 | $19.15 | $25.15 |
| LEAD MATERIALS RECEIVER | CGS-250 | $12.87 | $19.15 | $25.15 |
| LEAD STOREROOM MATERIALS AIDE | CGS-250 | $12.87 | $19.15 | $25.15 |
| MED.SECRETARY | CGS-250 | $12.87 | $19.15 | $25.15 |
| PATIENT ACCESS COORDINATOR | CGS-250 | $12.87 | $19.15 | $25.15 |
| SECRETARY | CGS-250 | $12.87 | $19.15 | $25.15 |
| SR CARDIAC TECH | CGS-250 | $12.87 | $19.15 | $25.15 |
| TRANSCRIBER | CGS-250 | $12.87 | $19.15 | $25.15 |
| TRANSCRIBER/SECRETARY | CGS-250 | $12.87 | $19.15 | $25.15 |
| UNIT COORDINATOR | CGS-250 | $12.87 | $19.15 | $25.15 |
| ADMINISTRATIVE CO-ORDINATOR | CGS-255 | $12.87 | $19.77 | $26.40 |
| ANESTHESIA TECH ASSISTANT | CGS-255 | $12.87 | $19.77 | $26.40 |
| CNA/EQUIPMENT COORDINATOR | CGS-255 | $12.87 | $19.77 | $26.40 |
| EMERGENCY ASSISTANT/UNIT COORDINATOR | CGS-255 | $12.87 | $19.77 | $26.40 |
| MICROBIOLOGY ASSISTANT | CGS-255 | $12.87 | $19.77 | $26.40 |
| OR SCHEDULER | CGS-255 | $12.87 | $19.77 | $26.40 |

**GSMC TECH & SERVICE/CLERICAL WAGES EFFECTIVE 2014**
continued

| Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|
| PATHOLOGY ASSISTANT | CGS-255 | $12.87 | $19.77 | $26.40 |
| PATIENT ACCESS COORDINATOR II | CGS-255 | $12.87 | $19.77 | $26.40 |
| PHLEBOTOMIST | CGS-255 | $12.87 | $19.77 | $26.40 |
| POLYSOMNOGRAPHY TECH ASSISTANT | CGS-255 | $12.87 | $19.77 | $26.40 |
| RADIOLOGY SCHEDULER/SECRETARY | CGS-255 | $12.87 | $19.77 | $26.40 |
| SCHEDULER | CGS-255 | $12.87 | $19.77 | $26.40 |
| SR FILE CLERK | CGS-255 | $12.87 | $19.77 | $26.40 |
| BED MGMT.COORDINATOR | CGS-260 | $13.58 | $20.70 | $27.55 |
| BUYER | CGS-260 | $13.58 | $20.70 | $27.55 |
| CANCER REGISTRAR | CGS-260 | $13.58 | $20.70 | $27.55 |
| DEPARTMENT SECRETARY | CGS-260 | $13.58 | $20.70 | $27.55 |
| EMERGENCY ASSISTANT | CGS-260 | $13.58 | $20.70 | $27.55 |
| FINANCIAL COUNSELOR | CGS-260 | $13.58 | $20.70 | $27.55 |
| INSURANCE SPECIALIST | CGS-260 | $13.58 | $20.70 | $27.55 |
| MATLS.INFO.COORD. | CGS-260 | $13.58 | $20.70 | $27.55 |
| MEDICAL INTERPRETER/COMM. OUTREACH | CGS-260 | $13.58 | $20.70 | $27.55 |
| MENTAL HEALTH ASSOCIATE | CGS-260 | $13.58 | $20.70 | $27.55 |
| PATIENT CARE TECHNICIAN | CGS-260 | $13.58 | $20.70 | $27.55 |
| SEC/TRANSCBR CV.LAB | CGS-260 | $13.58 | $20.70 | $27.55 |
| SR.PHARM.TECH | CGS-260 | $13.58 | $20.70 | $27.55 |
| LAB ASSISTANT | CGS-263 | $14.07 | $21.44 | $28.52 |
| ENDOSCOPY ASSOCIATE | CGS-266 | $14.42 | $22.65 | $30.60 |
| LTA II | CGS-266 | $14.42 | $22.65 | $30.60 |
| O.R.TECH | CGS-266 | $14.42 | $22.65 | $30.60 |
| LPN | CGS-268 | $15.42 | $24.25 | $32.75 |
| P.T. ASSISTANT | CGS-268 | $15.42 | $24.25 | $32.75 |
| TRIAGE CLINICIAN | CGS-268 | $15.42 | $24.25 | $32.75 |
| BIOMEDICAL ENGINEER | CGS-270 | $16.38 | $25.06 | $33.42 |
| CLA I | CGS-270 | $16.38 | $25.06 | $33.42 |
| CODING SPECIALIST | CGS-270 | $16.38 | $25.06 | $33.42 |
| EXERCISE PHYSIOLOGIST | CGS-270 | $16.38 | $25.06 | $33.42 |
| HISTO TECH TRAINEE | CGS-270 | $16.38 | $25.06 | $33.42 |
| HYPERBARIC TECH | CGS-270 | $16.38 | $25.06 | $33.42 |
| LEAD CP TECH | CGS-270 | $16.38 | $25.06 | $33.42 |
| LEAD PT ACCESS COORDINATOR | CGS-270 | $16.38 | $25.06 | $33.42 |
| LEAD SERVICE TECH OR | CGS-270 | $16.38 | $25.06 | $33.42 |
| SR. EMERGENCY ASSISTANT | CGS-270 | $16.38 | $25.06 | $33.42 |
| THERAPEUTIC ACTIVITY COORDINATOR | CGS-270 | $16.38 | $25.06 | $33.42 |
| CERTIFIED OR TECH | CGS-275 | $17.04 | $26.07 | $34.76 |
| CLA II | CGS-275 | $17.04 | $26.07 | $34.76 |

## GSMC TECH & SERVICE/CLERICAL WAGES EFFECTIVE 2014 continued

| Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|
| HISTOLOGY TECHNICIAN | CGS-280 | $17.80 | $27.47 | $36.69 |
| MEDICAL LAB TECHNICIAN | CGS-280 | $17.80 | $27.47 | $36.69 |
| MLT - MEDICAL LAB TECHNICIAN | CGS-280 | $17.80 | $27.47 | $36.69 |
| TEL-DATA COMMUN.SPECIALIST | CGS-280 | $17.80 | $27.47 | $36.69 |
| VASCULAR TECH / REG. | CGS-280 | $17.80 | $27.47 | $36.69 |
| MATERIALS MANAGER - SURGI CENTER | CGS-282 | $19.52 | $30.08 | $40.26 |
| OR MATERIALS MGR | CGS-282 | $19.52 | $30.08 | $40.26 |
| POLYSOMNOGRAPHY TECHNOLOGIST | CGS-282 | $19.52 | $30.08 | $40.26 |
| RESP.THERAPIST RRT | CGS-282 | $19.52 | $30.08 | $40.26 |
| NEURO TECH | CGS-283 | $20.42 | $30.70 | $40.67 |
| NEURO TECH CPOOL | CGS-283 | $20.42 | $30.70 | $40.67 |
| RAD.TECH | CGS-285 | $21.44 | $32.93 | $43.97 |
| ECHOCARDIOGRAPHER NON REG 2 | CGS-288 | $23.34 | $34.12 | $44.43 |
| VASC.TECH NON-REG. II | CGS-288 | $23.34 | $34.12 | $44.43 |
| ECHOCARDIOGRAPHER/REG. | CGS-289 | $23.54 | $35.46 | $44.43 |
| SR.TECH/CLIN.COORD. | CGS-289 | $23.54 | $35.46 | $44.43 |
| ANGIOGRAPHY TECH | CGS-290 | $28.35 | $37.91 | $46.91 |
| CARDIAC CATH TECH | CGS-290 | $28.35 | $37.91 | $46.91 |
| CT.SCAN.TECH | CGS-290 | $28.35 | $37.91 | $46.91 |
| MAMMOGRAPHY TECG | CGS-290 | $28.35 | $37.91 | $46.91 |
| MRI TECHNOLOGIST | CGS-290 | $28.35 | $37.91 | $46.91 |
| NUC.MED.TECH | CGS-290 | $28.35 | $37.91 | $46.91 |
| ULTRASOUND TECH | CGS-290 | $28.35 | $37.91 | $46.91 |
| MRI TECH II | CGS-300 | $30.34 | $39.20 | $47.45 |
| SENIOR CARDIAC CATH TECH | CGS-300 | $30.34 | $39.20 | $47.45 |
| ULTRASOUND TECH II | CGS-300 | $30.34 | $39.20 | $47.45 |
| CT TECH II | CGS-300 | $30.34 | $39.20 | $47.45 |

## GSMC TECHNICAL AND SERVICE/CLERICAL WAGES EFFECTIVE 2015

| Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|
| GIFT SHOP CLERK | CGS-225 | $12.87 | $17.07 | $20.76 |
| HOUSEKEEPER | CGS-225 | $12.87 | $17.07 | $20.76 |
| HOUSEKEEPER I | CGS-225 | $12.87 | $17.07 | $20.76 |
| HOUSEKEEPER II | CGS-225 | $12.87 | $17.07 | $20.76 |
| HOUSEKEEPER II/TRASH | CGS-225 | $12.87 | $17.07 | $20.76 |
| MAIL CLERK | CGS-225 | $12.87 | $17.07 | $20.76 |
| LEAD HOUSEKEEPER | CGS-227 | $12.87 | $17.39 | $21.37 |
| SWITCHBD.OP. | CGS-227 | $12.87 | $17.39 | $21.37 |

## GSMC TECH& SERVICE/CLERICAL WAGES EFFECTIVE 2015 continued

| Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|
| ACTIVITIES AIDE | CGS-230 | $12.87 | $17.20 | $21.01 |
| EQUIP.TECH | CGS-230 | $12.87 | $17.20 | $21.01 |
| MATERIALS AIDE | CGS-230 | $12.87 | $17.20 | $21.01 |
| CP TECH | CGS-236 | $12.87 | $17.58 | $21.77 |
| PHARMACY TECH | CGS-236 | $12.87 | $17.58 | $21.77 |
| CLINICAL TRANSPORTER | CGS-240 | $12.87 | $18.21 | $23.02 |
| DRIVER | CGS-240 | $12.87 | $18.21 | $23.02 |
| EQUIPMENT COORDINATOR | CGS-240 | $12.87 | $18.21 | $23.02 |
| FILE CLERK | CGS-240 | $12.87 | $18.21 | $23.02 |
| FILE CLERK/BONE DENSITY | CGS-240 | $12.87 | $18.21 | $23.02 |
| LEAD TECH/DRIVER | CGS-240 | $12.87 | $18.21 | $23.02 |
| RT ASST | CGS-240 | $12.87 | $18.21 | $23.02 |
| RT STUDENT AIDE | CGS-240 | $12.87 | $18.21 | $23.02 |
| CNA | CGS-243 | $12.87 | $18.56 | $23.73 |
| CT/U.S. TECH ASST | CGS-243 | $12.87 | $18.56 | $23.73 |
| HOSPITALITY/LIAISON GREETER | CGS-243 | $12.87 | $18.56 | $23.73 |
| MRI TECH ASSISTANTS | CGS-243 | $12.87 | $18.56 | $23.73 |
| SERVICE TECH | CGS-246 | $12.87 | $18.79 | $24.19 |
| DISPATCH COORDINATOR | CGS-250 | $12.87 | $19.53 | $25.66 |
| HIM PROCESSING ASSOCIATE | CGS-250 | $12.87 | $19.53 | $25.66 |
| LEAD MATERIALS RECEIVER | CGS-250 | $12.87 | $19.53 | $25.66 |
| LEAD STOREROOM MATERIALS AIDE | CGS-250 | $12.87 | $19.53 | $25.66 |
| MED.SECRETARY | CGS-250 | $12.87 | $19.53 | $25.66 |
| PATIENT ACCESS COORDINATOR | CGS-250 | $12.87 | $19.53 | $25.66 |
| SECRETARY | CGS-250 | $12.87 | $19.53 | $25.66 |
| SR CARDIAC TECH | CGS-250 | $12.87 | $19.53 | $25.66 |
| TRANSCRIBER | CGS-250 | $12.87 | $19.53 | $25.66 |
| TRANSCRIBER/SECRETARY | CGS-250 | $12.87 | $19.53 | $25.66 |
| UNIT COORDINATOR | CGS-250 | $12.87 | $19.53 | $25.66 |
| ADMINISTRATIVE CO-ORDINATOR | CGS-255 | $12.87 | $20.16 | $26.93 |
| ANESTHESIA TECH ASSISTANT | CGS-255 | $12.87 | $20.16 | $26.93 |
| CNA/EQUIPMENT COORDINATOR | CGS-255 | $12.87 | $20.16 | $26.93 |
| EMERGENCY ASSISTANT/UNIT COORDINATOR | CGS-255 | $12.87 | $20.16 | $26.93 |
| MICROBIOLOGY ASSISTANT | CGS-255 | $12.87 | $20.16 | $26.93 |
| OR SCHEDULER | CGS-255 | $12.87 | $20.16 | $26.93 |
| PATHOLOGY ASSISTANT | CGS-255 | $12.87 | $20.16 | $26.93 |
| PATIENT ACCESS COORDINATOR II | CGS-255 | $12.87 | $20.16 | $26.93 |
| PHLEBOTOMIST | CGS-255 | $12.87 | $20.16 | $26.93 |
| POLYSOMNOGRAPHY TECH ASSISTANT | CGS-255 | $12.87 | $20.16 | $26.93 |
| RADIOLOGY SCHEDULER/SECRETARY | CGS-255 | $12.87 | $20.16 | $26.93 |

GSMC TECH& SERVICE/CLERICAL WAGES EFFECTIVE 2015
continued

| Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|
| SCHEDULER | CGS-255 | $12.87 | $20.16 | $26.93 |
| SR FILE CLERK | CGS-255 | $12.87 | $20.16 | $26.93 |
| BED MGMT.COORDINATOR | CGS-260 | $13.58 | $21.11 | $28.10 |
| BUYER | CGS-260 | $13.58 | $21.11 | $28.10 |
| CANCER REGISTRAR | CGS-260 | $13.58 | $21.11 | $28.10 |
| DEPARTMENT SECRETARY | CGS-260 | $13.58 | $21.11 | $28.10 |
| EMERGENCY ASSISTANT | CGS-260 | $13.58 | $21.11 | $28.10 |
| FINANCIAL COUNSELOR | CGS-260 | $13.58 | $21.11 | $28.10 |
| INSURANCE SPECIALIST | CGS-260 | $13.58 | $21.11 | $28.10 |
| MATLS.INFO.COORD. | CGS-260 | $13.58 | $21.11 | $28.10 |
| MEDICAL INTERPRETER/COMM. OUTREACH | CGS-260 | $13.58 | $21.11 | $28.10 |
| MENTAL HEALTH ASSOCIATE | CGS-260 | $13.58 | $21.11 | $28.10 |
| PATIENT CARE TECHNICIAN | CGS-260 | $13.58 | $21.11 | $28.10 |
| SEC/TRANSCBR CV.LAB | CGS-260 | $13.58 | $21.11 | $28.10 |
| SR.PHARM.TECH | CGS-260 | $13.58 | $21.11 | $28.10 |
| LAB ASSISTANT | CGS-263 | $14.07 | $21.87 | $29.09 |
| ENDOSCOPY ASSOCIATE | CGS-266 | $14.42 | $23.11 | $31.21 |
| LTA II | CGS-266 | $14.42 | $23.11 | $31.21 |
| O.R.TECH | CGS-266 | $14.42 | $23.11 | $31.21 |
| LPN | CGS-268 | $15.42 | $24.73 | $33.41 |
| P.T. ASSISTANT | CGS-268 | $15.42 | $24.73 | $33.41 |
| TRIAGE CLINICIAN | CGS-268 | $15.42 | $24.73 | $33.41 |
| BIOMEDICAL ENGINEER | CGS-270 | $16.38 | $25.56 | $34.08 |
| CLA I | CGS-270 | $16.38 | $25.56 | $34.08 |
| CODING SPECIALIST | CGS-270 | $16.38 | $25.56 | $34.08 |
| EXERCISE PHYSIOLOGIST | CGS-270 | $16.38 | $25.56 | $34.08 |
| HISTO TECH TRAINEE | CGS-270 | $16.38 | $25.56 | $34.08 |
| HYPERBARIC TECH | CGS-270 | $16.38 | $25.56 | $34.08 |
| LEAD CP TECH | CGS-270 | $16.38 | $25.56 | $34.08 |
| LEAD PT ACCESS COORDINATOR | CGS-270 | $16.38 | $25.56 | $34.08 |
| LEAD SERVICE TECH OR | CGS-270 | $16.38 | $25.56 | $34.08 |
| SR. EMERGENCY ASSISTANT | CGS-270 | $16.38 | $25.56 | $34.08 |
| THERAPEUTIC ACTIVITY COORDINATOR | CGS-270 | $16.38 | $25.56 | $34.08 |
| CERTIFIED OR TECH | CGS-275 | $17.04 | $26.59 | $35.46 |
| CLA II | CGS-275 | $17.04 | $26.59 | $35.46 |
| HISTOLOGY TECHNICIAN | CGS-280 | $17.80 | $28.02 | $37.42 |
| MEDICAL LAB TECHNICIAN | CGS-280 | $17.80 | $28.02 | $37.42 |
| MLT - MEDICAL LAB TECHNICIAN | CGS-280 | $17.80 | $28.02 | $37.42 |
| TEL-DATA COMMUN.SPECIALIST | CGS-280 | $17.80 | $28.02 | $37.42 |
| VASCULAR TECH / REG. | CGS-280 | $17.80 | $28.02 | $37.42 |

GSMC TECH& SERVICE/CLERICAL WAGES EFFECTIVE 2015
continued

| Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|
| MATERIALS MANAGER - SURGI CENTER | CGS-282 | $19.52 | $30.68 | $41.06 |
| OR MATERIALS MGR | CGS-282 | $19.52 | $30.68 | $41.06 |
| POLYSOMNOGRAPHY TECHNOLOGIST | CGS-282 | $19.52 | $30.68 | $41.06 |
| RESP.THERAPIST RRT | CGS-282 | $19.52 | $30.68 | $41.06 |
| NEURO TECH | CGS-283 | $20.42 | $31.32 | $41.48 |
| NEURO TECH CPOOL | CGS-283 | $20.42 | $31.32 | $41.48 |
| RAD.TECH | CGS-285 | $21.44 | $33.58 | $44.85 |
| ECHOCARDIOGRAPHER NON REG 2 | CGS-288 | $23.34 | $34.80 | $45.32 |
| VASC.TECH NON-REG. II | CGS-288 | $23.34 | $34.80 | $45.32 |
| ECHOCARDIOGRAPHER/REG. | CGS-289 | $23.54 | $36.16 | $45.32 |
| SR.TECH/CLIN.COORD. | CGS-289 | $23.54 | $36.16 | $45.32 |
| ANGIOGRAPHY TECH | CGS-290 | $28.35 | $38.67 | $47.85 |
| CARDIAC CATH TECH | CGS-290 | $28.35 | $38.67 | $47.85 |
| CT.SCAN.TECH | CGS-290 | $28.35 | $38.67 | $47.85 |
| MAMMOGRAPHY TECG | CGS-290 | $28.35 | $38.67 | $47.85 |
| MRI TECHNOLOGIST | CGS-290 | $28.35 | $38.67 | $47.85 |
| NUC.MED.TECH | CGS-290 | $28.35 | $38.67 | $47.85 |
| ULTRASOUND TECH | CGS-290 | $28.35 | $38.67 | $47.85 |
| MRI TECH II | CGS-300 | $30.34 | $39.98 | $48.40 |
| SENIOR CARDIAC CATH TECH | CGS-300 | $30.34 | $39.98 | $48.40 |
| ULTRASOUND TECH II | CGS-300 | $30.34 | $39.98 | $48.40 |
| CT TECH II | CGS-300 | $30.34 | $39.98 | $48.40 |

**EXHIBIT D-4**

**Holy Family Hospital**

**Memorandum of Agreement**

November 2013

1199SEIU United Healthcare Workers East (the "Union") and Holy Family Hospital agree to adopt the collective bargaining agreement between the Union and Carney Hospital, Good Samaritan Medical Center, Norwood Hospital, and St. Elizabeth's Medical Center for the period October 1, 2013 through October 31, 2016 and to adopt this document as an appendix to that collective bargaining agreement. Where there are differences between the terms of this appendix and the terms of the collective bargaining agreement, the terms of this appendix shall govern.

**Article VI Categories of Workers**

**Section 6.03 Flexible Scheduled Workers**

Flexible scheduled workers are hired within a range of work hours - typically between twenty (20) to thirty (30) hours per week. Flexible scheduled workers are guaranteed the minimum number of hours within the hired range (e.g. a twenty (20) to thirty (30) hour worker is guaranteed twenty (20) hours of scheduled time) and are committed to work on any shift as assigned, up to a specified number of hours. If low census or other operational requirement dictates, the employer may cancel flexible scheduled worker shifts/hours. Cancellations are limited to hours that are scheduled in excess of the employees guaranteed hours.

Employees in this classification are covered by this Agreement and shall receive Medical and Dental insurance benefits based upon the higher hours of the flex position. PTO accruals will be based on actual number of hours paid. The number of flexible scheduled workers employed by any of the employers covered by this Agreement at any time shall not exceed ten percent (10%) of the total FTEs in that employer's bargaining units. It is not the intent of any of the covered employers to create a pool of flexible scheduled workers that replaces all regular full and part-time employees, but to meet the operational needs of the hospitals.

**Article XII Compensation & Overtime**

**Sections 12.03 and 12.04 Shift Differentials**

Shift differential is paid to a worker who works at least four (4) consecutive hours during any shift designated below.

When a worker's work schedule carries over into the next shift, the worker must work a minimum of four (4) hours into the following shift in order to receive the

differential of the next shift. When less than four (4) hours is worked into the following shift, the worker continues to receive the differential of the former shift, if any.

A worker who is regularly scheduled to work the evening or night shift shall receive that differential on all paid time off. Weekend shift differential, however is paid only on hours actually worked unless regularly scheduled to work every weekend.

**Section 12.07 On-Call & Call-In**

Workers shall be paid for being on-call at the hourly rate set forth in this Exhibit D-4. Workers who are called in shall receive a minimum of two (2) hours of pay at a rate of time and one half pay plus any applicable differential for each time called in to work. On-call pay shall not continue while the worker is actually working, but will resume when the worker goes off active duty again. Workers shall not be scheduled for on-call during their scheduled vacations, unless by mutual consent. It is the worker's responsibility to bring such situations to the attention of their manager. Any worker whose current rate is greater than the rate listed in this Exhibit D-4 shall be red circled until the rate changes to a rate greater than his or her current rate.

**Emergency Call-In.** When a worker who is not "on call" is called into work on an emergency basis, such worker shall receive a minimum of two (2) hours pay at the rate of time and one half. The preceding sentence shall not apply in situations where a worker is called in to replace another scheduled worker, or where additional staffing is needed beyond the regular staffing level, or where a worker is called in, in a non-emergency situation.

Workers called in between the hours of 11:00 p.m. and 4:00 a.m. may, if the worker requests it and staffing permits as determined by the supervisor, be provided with unpaid hours off on the shift subsequent to the shift on which call was worked. The supervisor shall determine the number of hours off, if any, based on scheduling needs. The worker may also substitute paid time off for unpaid time.

**Article XIII. Holidays**

**Section 13.01 Pay for Holidays Worked**

The Hospital pays employees one and one-half times their regular rate of pay if they work at least four (4) hours in a shift designated as a holiday shift on the following holidays: New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, and Christmas Day.

For holidays listed above except Christmas and New Years Day, employees will be eligible for holiday pay if they work at least four (4) hours on a shift between 11 P.M. the evening before the holiday and 11 P.M. on the holiday. On Christmas Day and New Year's Day, employees will be eligible for holiday pay if they work at least four (4) hours on a shift between 3 P.M. the afternoon before the holiday and 11 P.M. on the holiday.

The nature of hospital work makes it impossible for all employees to be off duty on the day the holiday is observed. Therefore, the Hospital may require employees to work on the holiday.

Eligible employees who do not work on a holiday will be paid at their regular rate out of their Earned Time Bank. Holidays are not accrued separately.

**Section 13.02 Shift Differentials**

Employees who are otherwise eligible for shift differential shall be paid that differential as part of Holiday pay.

**Article XIV. Earned Time Off**

**Section 14.01 Earned Time Off Accrual Schedule**

Full time, regular part time, and limited part time employees accrue Earned Time on hours paid up to a maximum of forty (40) hours a week. The maximum total accrual allowed is three hundred twenty (320) hours.

Earned Time accrues on hours paid, not scheduled hours. There is no Earned Time accrual on Long Term Illness hours paid.

The accrual rate is determined by position, hours scheduled and length of service. For specific accrual rates, refer to the following table:

| Years of Service | |
|---|---|
| 0-3 | 0.092 hours/hour up to 24 days/year |
| 3-5 | 0.112 hours/hour up to 29 days/year |
| 5-15 | 0.131 hours/hour up to 34 days/year |
| 15-20 | 0.133 hours/hour up to 34.5 days/year |
| 20-25 | 0.135 hours/hour up to 35 days/year |
| 25-30 | 0.137 hours/hour up to 35.5 days/year |
| 30 and over | 0.138 hours/hour up to 36 days/year |

Accrual rates for employees who become eligible for Earned Time after a period of ineligibility due to scheduled hours will accrue at a rate based on total service years, regardless of when they became eligible.

**Section 14.02 Scheduled Use of Earned Time**

**a.** Earned Time accrues but is not available to employees during the first ninety (90) days of employment. During this period, Earned Time is borrowed from the new employee's Earned Time Bank only for hospital-recognized holidays.

**b.** Earned Time must be accrued before it is used, with the exception for new employees as described in (a), above.

**c.** Earned Time may be used up to the employee's regularly scheduled hours. In any week, regular hours worked and Earned Time paid cannot exceed the employee's regularly scheduled hours. Notwithstanding the forgoing, if an employee has scheduled time off and is called in to work, he/she will have the option to use Earned Time in addition to hours worked, even if, when combined, it equals more than their scheduled hours. Prior approval must be obtained by the manager.

**d.** Employees taking time off must use Earned Time for all scheduled hours not worked.

**e.** Use of Earned Time for vacation or any other planned absence requires prior supervisory approval. Supervisors will approve requests for time off on the basis of staffing requirements including skill mix within the department and the seniority of the employee.

**f.** Employees taking scheduled time off can receive their checks in advance of the time off. The supervisor must be notified two weeks before the time off is to begin. Employees may only receive advance earned time pay in full-week increments.

**g.** An employee who is eligible for pay for time off on a hospital-recognized holiday will be paid from his/her Earned Time Bank.

**h.** Earned Time is paid at the employee's straight rate of pay, plus evening or night shift differential for non-rotating employees regularly assigned to the evening or night shift. Weekend shift differential is not added to Earned Time pay.

**i.** No employee may use Earned Time during any period in which he/she is eligible for worker's compensation payments.

**j.** An employee is required to exhaust his/her accrued Earned Time before being granted time off without pay.

**Section 14.03 Unscheduled Use of Earned Time**

**a.** Earned Time may be used for an unscheduled absence only in the event of an unanticipated personal illness that is not job-related or the unanticipated illness of a family member for whom the employee must provide care. Because unscheduled absences create coverage problems and impose workload burdens on other employees, they should be kept to a minimum. The Hospital may require a doctor's note and/or medical exam by a physician selected by the Hospital before Earned Time is paid for an unscheduled absence.

**b.** Excessive unscheduled absences may result in disciplinary action, up to and including discharge.

**c.** In order to be eligible to use Earned Time for an unscheduled absence, the employee must notify his/her supervisor no later than two (2) hours before the start of his/her shift on each day of absence. Employees are encouraged to notify their manager as early as possible when they know they will be absent.

**d.** Employees absent for three or more consecutive days due to illness must provide health clearance through the Employee Health Services to return to work.

**Section 14.04 Cash Out**

A maximum of one hundred sixty (160) hours of unused, accrued Earned Time will be cashed out upon the employee's termination or transfer to per diem status. Payment is made at the employee's straight rate of pay. These hours are never eligible for shift differential. Taxes will be withheld from cash out payment.

**Section 14.05 Donating Earned Time**

**a.** Accrued Earned Time may be donated to other employees when such employees are experiencing a hardship situation, such as a medical emergency or personal tragedy and are in danger of exhausting their LTI/ET Banks. At least eighty (80) hours must remain in the donor's bank after donated hours have been deducted.

**b.** The value of the Earned Time that is donated will be converted from the donor's rate of pay to the recipient's rate and changed into hours. These hours will be added to the recipient's Long Term Illness Bank if they themselves are ill, or into their Earned Time Bank if experiencing personal/family emergency. At no time will donated Earned Time be used for anything other than extraordinary circumstances.

**c.** Earned Time donation forms must be completed and forwarded to Human Resources for approval based on the employee's leave of absence status and current LTI/ET accrual before transferring time.

**Section 14.06 Long Term Illness Bank**

**a.** Full time, regular part time, and limited part time employees accrue Long Term Illness time ("LTI"). LTI accrues at the rate of 0.023 hours/hour worked, or up to six (6) days annually for full-time employees, not to exceed forty-eight (48) hours. LTI accrues only on hours worked. Eligible employees may accrue up to a total of five hundred twenty-eight (528) hours of LTI time. The LTI Bank has no cash value at any time. The LTI Bank is only available for an employee's own illness or injury or for the duration of an approved FMLA leave to care for an employee's spouse, parent or child with a serious health condition.

**b.** LTI is available to employees who have completed the initial ninety (90)-day introductory period of employment.

**c.** Employees who are absent for more than three (3) days must obtain a doctor's note identifying the medical necessity for the absence.

**d.** Earned Time will be used in all cases of absence for the first three (3) days of the absence. If the employee is scheduled for shifts over eight (8) hours, Earned Time will be used for the first twenty-four (24) consecutive scheduled hours. Employees may use the LTI Bank for pay during an approved medical leave for their own illness or injury, including intermittent leave for medical purposes.

**e.** The employee will continue to be paid from the Earned Time Bank until the employee provides the Hospital with a doctor's note identifying the medical necessity for the absence that the Hospital deems adequate to establish the medical necessity for the absence. Once that determination is made, Earned Time used in excess of twenty-four (24) hours for that absence will be replaced with Long Term Illness hours. Employees on leave due to an accident covered by Worker's Compensation, with approval from Human Resources, may access the LTI Bank immediately for the first five days which are not covered under Worker's Compensation.

**f.** Employees may request that hours be transferred from the employee's Earned Time Bank into the LTI Bank at any time. Once transferred, these hours may only be used for LTI purposes.

**Section 14.07 Personal Days**

In addition to the earned time days and LTI bank described above, all full time, regular part time, and limited part time employees will be eligible for the following personal day benefits:

Effective on January 1, 2012, eligible employees will receive one personal day to be used on or before December 31, 2012.

Effective on January 1, 2013, and each January 1st thereafter, eligible employees will receive two personal days each January 1st to be used on or before December 31st of the year in which they are granted to the employee.

Employees must schedule personal days using the procedure set forth in Article 14.02(e). Personal days are paid at the employee's straight rate of pay (pro rated for employees who work fewer than forty (40) hours per week), plus evening or night shift differential for non-rotating employees regularly assigned to the evening or night shift. Weekend shift differential is not added to pay for personal days.

**Holy Family Hospital Shift Differential Table**

As of 10/1/2012

| Grade | Eves | Night | W/E | W/E Eve | W/E Nite | Charge | Call |
|---|---|---|---|---|---|---|---|
| HFH-004 | $1.15 | $2.15 | $1.15 | $2.30 | $3.30 | $2.00 | $4.00 |
| HFH-005 | $1.15 | $2.15 | $1.15 | $2.30 | $3.30 | $2.00 | $4.00 |
| HFH-006 | $1.15 | $2.15 | $1.15 | $2.30 | $3.30 | $2.00 | $4.00 |
| HFH-007 | $1.15 | $2.15 | $1.15 | $2.30 | $3.30 | $2.00 | $4.00 |
| HFH-008 | $1.15 | $2.15 | $1.15 | $2.30 | $3.30 | $2.00 | $4.00 |
| HFH-009 | $1.15 | $2.15 | $1.15 | $2.30 | $3.30 | $2.00 | $4.00 |
| HFH-010 | $1.15 | $2.15 | $1.15 | $2.30 | $3.30 | $2.00 | $4.00 |
| HFH-011 | $1.15 | $2.15 | $1.15 | $2.30 | $3.30 | $2.00 | $4.00 |
| HFH-012 | $1.15 | $2.15 | $1.15 | $2.30 | $3.30 | $2.00 | $4.00 |
| HFH-013 | $1.15 | $2.64 | $1.15 | $2.30 | $3.79 | $2.00 | $4.00 |
| HFH-014 | $1.15 | $2.16 | $1.15 | $2.30 | $3.31 | $2.00 | $4.00 |
| HFH-015 | $1.15 | $2.24 | $1.15 | $2.30 | $3.39 | $2.00 | $4.00 |
| HFH-016 | $1.15 | $2.33 | $1.15 | $2.30 | $3.48 | $2.00 | $4.00 |
| HFH-017 | $1.15 | $2.43 | $1.15 | $2.30 | $3.58 | $2.00 | $4.00 |
| HFH-018 | $1.15 | $2.52 | $1.15 | $2.30 | $3.67 | $2.00 | $4.00 |
| HFH-019 | $1.15 | $2.62 | $1.15 | $2.30 | $3.77 | $2.00 | $4.00 |
| HFH-020 | $1.41 | $3.61 | $1.44 | $2.85 | $5.05 | $2.00 | $4.00 |
| HFH-021 | $1.15 | $2.73 | $1.15 | $2.30 | $3.88 | $2.00 | $4.00 |
| HFH-022 | $1.19 | $2.84 | $1.15 | $2.34 | $3.99 | $2.00 | $4.00 |
| HFH-023 | $1.19 | $2.73 | $1.15 | $2.34 | $3.88 | $2.00 | $4.00 |
| HFH-024 | $1.26 | $2.95 | $1.15 | $2.41 | $4.10 | $2.00 | $4.00 |
| HFH-025 | $1.43 | $3.37 | $1.29 | $2.72 | $4.66 | $2.00 | $4.00 |
| HFH-032 | $1.48 | $3.89 | $1.56 | $3.04 | $5.45 | $2.00 | $4.00 |
| HFH-099 | $1.43 | $4.21 | $1.29 | $2.72 | $5.50 | $2.00 | $4.00 |
| HFH2413 | $1.15 | $2.64 | $1.15 | $2.30 | $3.79 | $2.00 | $4.00 |
| HFH2416 | $1.15 | $2.33 | $1.15 | $2.30 | $3.48 | $2.00 | $4.00 |

**Differentials Effective 10/1/12:**

| | |
|---|---|
| Evening Shift – 3:00 pm to 11:30 pm | $1.15 minimum |
| All Weekend hours – 7 am Sat to 11 pm Sun | $1.15 minimum |
| Night Shift 11:00pm- 7:00am | $2.15 minimum |
| Call Pay | $4.00 minimum |

Any workers whose current differential rate is greater than those listed above is red circled until the rate changes to a rate higher than their rate.

## Holy Family Hospital Past Practices

**General**

1. Vacation Scheduling – separate agreement.
2. Unpaid Time Off – Refer to Unpaid Time Off Policy. The Hospital reserves the right to change, amend or discontinue this policy. If the Hospital decides to change, amend or discontinue said policy, it shall notify 1199SEIU and agrees to bargain over the impact to affected workers.
3. Subject the department staffing and with management approval, the combining of breaks and/or lunch is allowed.
4. Subject to department staffing needs and with management approval, those workers currently voluntarily working a straight eight (8) hour shift (ten (10) or twelve (12) hour shift) with paid lunch will continue with the signing of a legal waiver.
5. Subject to department staffing needs and with management approval, workers may be allowed to come in early in order to leave early on the same work day. By mutual agreement between workers and their supervisors/managers, workers may be allowed to make up time on another day in the same week without it creating an overtime situation.
6. Departments that currently allow "self scheduling" (such as CICU) will continue the practice, with management's final approval of the schedule.
7. Recognition awards in various departments shall continue as long as these items are feasible. If the Hospital decides to discontinue this practice, it agrees to notify 1199SEIU and bargain over the impact to affected workers.
8. Dietary department workers shall continue to receive Free Fountain (not bottled) drinks, which include soda, juice, and coffee. This practice shall continue so long as it is economically feasible. If the Hospital decides to discontinue this practice, it agrees to notify 1199SEIU and bargain over the impact to affected workers.
9. Bridging policy shall continue. (Refer to complete Bridging Policy.)
10. Working supervisors who have been working weekends, on-call, and/or holidays shall continue the practice. (Refer to the complete list of working supervisors.)
11. When rotation to offsite facilities is necessary, this shall be done on a fair and equitable basis.
12. OR Techs sleep time – Refer to the OR Staffing and Scheduling Policy.*
13. OR Techs on call – Refer to the OR Staffing and Scheduling Policy.*
14. OR Techs 2nd call – in the event that the list of those OR Techs on call has been exhausted, and there is a need for a 2nd team to be called in, those OR Techs who voluntarily report to work as part of a 2nd team shall be paid a 4 hour minimum at the rate of time and a half their regular rate of pay.
15. When making the choice of choosing a preceptor, experience and knowledge shall be the determining factor. When these factors are considered relatively equal in the sole discretion of management, seniority shall be the determining factor. Preceptor pay shall continue according to the Hospital's current practices.
16. Remote coding shall be allowed, should it become available.
17. Per Diems shall be expected to keep up their core competency by being available to work a minimum of one (1) shift per month. Effective upon execution of this

agreement, Per Diems will no longer be expected to work a holiday assignment and will not be assigned on call. Nothing in this language shall preclude per diems from voluntarily providing coverage for holidays or on call.

18. Hospital dress code policy shall continue.
19. The current practices for "charge pay" assignments shall continue.
20. The Hospital's current practices for designating and assigning the Human Rights Officer (HRO) shall continue, including the one dollar ($1.00) hour differential for those assigned to be HRO.
21. The Hospital's current practice for paying administrative leave shall continue. In the event an employee is reinstated from administrative leave, he or she shall be made whole including differentials for those assigned to permanent nights, permanent evenings, or those who work every weekend.
22. Employees on industrial accident leave may use Earned Time or LTI to supplement any workers' compensation benefits they receive in order to receive their regular bi-weekly pay.

**The following practices shall continue on the same basis as offered to other employees:**

- Free on-site employee parking
- Ice cream socials
- Additional insurances (such as Long term care, HIV, adoption)
- Discounts on entertainment tickets

*All provisions of the OR Staffing and Scheduling Policy shall be applicable except policy statements 2(g) and 2(h).

It is understood that the above past practices exist. If during the term of the current CBA any further past practices are brought to light, the parties shall meet to discuss their inclusion in this list.

[signature]
For Holy Family Hospital

[signature]
For the Union

**HOLY FAMILY PER DIEM COMMITMENT**

The following will serve as Per Diem requirements for all employees accepting Per Diem positions with Holy Family Hospital:

1. Availability shall be defined as the ability to work shifts that fulfill the needs of the department.

2. Orientation: Orientation will be provided to Per Diems based on specific needs of the department and the experience level of the Per Diem staff member.

3. All Per Diem staff will be expected to fully function in the job description for the position they are filling.

4. All Per Diem staff must be available to work the equivalent of:

   - Twelve (12) weekend shifts per year
   - Two (2) holiday shifts per year, one summer (Memorial Day, Independence Day or Labor Day) and one winter (Thanksgiving, Christmas or New Year's) and
   - Two (2) additional shifts per month

5. Per Diem staff will be called on a rotating basis to fill those slots according to the skill required and the actual job category within their department once the schedule is posted.

6. Once the schedule is posted, Per Diem staff may not agree to work at the request of a regular staff member without the impacted supervisor's approval. Such requests shall not be arbitrarily denied.

7. Per Diems who are unavailable to work for two (2) months will be sent a letter from the Human Resource Department to determine if they wish to remain on the Per Diem list. If they remain unavailable for the third (3rd month) they will automatically be terminated. Any request for additional employment must be made through the formal reapplication process.

8. Per Diem staff may be canceled on short notice due to census requirements. Every effort will be made to contact Per Diem staff prior to their arrival at work. Per Diem staff will not be compensated for canceled shifts by the Hospital unless the Hospital did not contact the Per Diem two (2) hours prior to the start of the scheduled shift.

9. The Hospital reserves the right to terminate any Per Diem staff members who cancels a scheduled shift more than once in a time schedule or three (3) times per year.

[signature]
Holy Family Hospital
Date: 8/20/2014

1199 SEIU [signature]
Date: August 20, 2014

**Memorandum of Agreement Between 1199SEIU United Healthcare Workers East and Holy Family Hospital Regarding Vacation Scheduling**

As a result of our Past Practice discussion, the following policy and procedures for requesting and scheduling vacations shall be adopted:

1. Vacation requests shall be submitted to the immediate supervisor of the worker or designee in advance of the requested vacation in accordance with the following schedule:

| REQUEST FOR VACATION DURING | TO BE RECEIVED BY | DECIDED BY |
|---|---|---|
| a) January 2nd through May 14th | November 1st | December 1st |
| b) May 15th through September 15th | March 1st | April 1st |
| c) September 16th through January 1st | July 1st | August 1st |

Subject to the reservations in paragraphs 2 and 4, vacation requests submitted according to the above guidelines shall be awarded based on seniority.

Workers requests submitted outside of the above timeframes shall be awarded on a first come, first served basis subject to departmental staffing needs.

2. Management will endeavor to rotate equitably February and April school vacation weeks (MA and New Hampshire), the day after Thanksgiving and the week between the Christmas and New Year's Holiday.

3. Generally, a worker may take no more than two consecutive weeks of vacation time. For the period May 15th through September 15th, awards of vacation will be made initially in one (1) week increments to start. Additional consecutive weeks will be made based on seniority and department needs. During all time periods, requests for full weeks will be considered before requests for single days.

4. Workers must submit their special requests preferences in writing five (5) weeks prior to posting the schedule. Such special requests must be submitted in writing to the applicable department director or designee. The Hospital will respond to such special requests within twenty-one (21) calendar days of receipt of the written requests and the Hospital shall notify the Union of such special requests and its responses.

5. The Hospital reserves the right to schedule vacations in accordance with its operating requirements and schedules and to determine the number of employees who may be off at any one time.

6. Approved vacations apply only to the job that the worker holds at the time of the request. Workers who transfer to other positions (temporary or permanent) must re-request vacation time, the granting of which is subject to any vacations that may already have been scheduled in that classification/department. Workers' ability to take more

vacation time than accrued in a certain position (when entering a position in a new department or in a second department) is limited by the need to accommodate other workers' already granted legitimate requests for vacation time and operating needs of the Hospital.

7. If a worker is scheduled to work a holiday and requests that week off, in which the holiday occurs, they will still be responsible for coverage of the holiday.

Agreed and accepted

For 1199SEIU

Mary Ellen Wille 2/2/12

Date:

For Holy Family Hospital

2/2/2012

Date:

## WAGES - Holy Family Hospital

### Holy Family Hospital Wages Effective 2013

| Job Code | Grade | Title | MIN | MID | MAX |
|---|---|---|---|---|---|
| ACCHFH-02311 | S120 | BIRTH REGISTRAR | $11.75 | $14.52 | $17.29 |
| ACCHFH-02506 | S120 | RECEPTIONIST | $11.75 | $14.52 | $17.29 |
| ACCHFH-02507 | S120 | CLERK/RECEPTIONIST | $11.75 | $14.52 | $17.29 |
| ACCHFH-02525 | S130 | SECRETARY, PRE-ADMISSION | $14.18 | $17.94 | $21.70 |
| ACCHFH-02527 | S130 | REGISTRY CLERK | $14.18 | $17.94 | $21.70 |
| ACCHFH-02530 | S120 | UNIT SECRETARY | $11.75 | $14.52 | $17.29 |
| ACCHFH-02531 | S120 | SECRETARY 1 | $11.75 | $14.52 | $17.29 |
| ACCHFH-02532 | S130 | MEDICAL SECRETARY | $14.18 | $17.94 | $21.70 |
| ACCHFH-02533 | S130 | ADMINISTRATIVE ASSISTANT 1 | $14.18 | $17.94 | $21.70 |
| ACCHFH-02535 | S130 | OFFICE COORDINATOR | $14.18 | $17.94 | $21.70 |
| ACCHFH-02536 | S130 | SITE COORDINATOR | $14.18 | $17.94 | $21.70 |
| ACCHFH-02538 | S135 | ADMIN & LOGISTICAL COORDINATOR | $16.11 | $20.38 | $24.64 |
| ACCHFH-02544 | S120 | MULTISKILLED CLERK | $11.75 | $14.52 | $17.29 |
| ACCHFH-02549 | S130 | ADMINISTRATIVE ASSISTANT 2 | $14.18 | $17.94 | $21.70 |
| ACCHFH-02552 | S120 | SECRETARY 2 | $11.75 | $14.52 | $17.29 |
| ACCHFH-02553 | S130 | BOOKING SECRETARY | $14.18 | $17.94 | $21.70 |
| ACCHFH-02569 | S135 | COORDINATOR, MEDICAL RESPONSE PROGRAM | $16.11 | $20.38 | $24.64 |
| ACCHFH-02571 | S130 | ADMINISTRATIVE ASSISTANT 3 | $14.18 | $17.94 | $21.70 |
| ACCHFH-02591 | S130 | LEAD SECRETARY | $14.18 | $17.94 | $21.70 |
| CLSHFH-02219 | M420 | COTA | $19.37 | $23.78 | $28.19 |
| CLSHFH-02220 | M420 | OTA | $19.37 | $23.78 | $28.19 |
| CLSHFH-02221 | M420 | ASSISTANT, PHYSICAL THERAPY | $19.37 | $23.78 | $28.19 |
| CLSHFH-02314 | S125 | PHLEBOTOMIST | $12.74 | $16.12 | $19.49 |
| CLSHFH-02413 | S140 | LPN | $18.27 | $23.11 | $27.95 |
| CLSHFH-02416 | S125 | MEDICAL ASSISTANT | $12.74 | $16.12 | $19.49 |
| CLSHFH-02547 | S120 | TECH AIDE | $11.75 | $14.52 | $17.29 |
| CLSHFH-02548 | S120 | TECH ASST | $11.75 | $14.52 | $17.29 |
| CLSHFH-02705 | S125 | BLOCK CUTTER | $12.74 | $16.12 | $19.49 |
| CLSHFH-02909 | M415 | AIDE, PHYSICAL THERAPY | $12.27 | $15.77 | $19.27 |
| CLTHFH-02230 | S140 | EEG TECH, NON-REGISTERED | $18.27 | $23.11 | $27.95 |
| CLTHFH-02231 | S140 | NUCLEAR CARDIOLOGY TECH | $18.27 | $23.11 | $27.95 |
| CLTHFH-02232 | M215 | RADIOLOGY TECH | $21.68 | $29.45 | $37.22 |
| CLTHFH-02238 | S155 | RESPIRATORY THERAPIST - REGISTERED | $24.04 | $30.41 | $36.78 |
| CLTHFH-02247 | M220 | CLINICAL INSTRUCTOR, RADIOLOGY | $21.00 | $31.12 | $41.24 |
| CLTHFH-02249 | M220 | NUCLEAR MED TECH | $21.00 | $31.12 | $41.24 |
| CLTHFH-02250 | M220 | GRADUATE PHARMACIST | $19.95 | $25.24 | $30.53 |
| CLTHFH-02251 | M220 | MRI TECH | $21.00 | $31.12 | $41.24 |
| CLTHFH-02252 | M220 | CT TECH | $21.00 | $31.12 | $41.24 |
| CLTHFH-02262 | M225 | THERAPY TECH - REGISTERED | $24.15 | $34.90 | $45.66 |
| CLTHFH-02272 | S160 | PULMONARY CLINICAL COORDINATOR | $27.40 | $34.67 | $41.93 |
| CLTHFH-02323 | S125 | ANESTHESIA TECH | $12.74 | $16.12 | $19.49 |
| CLTHFH-02327 | S135 | SR ANESTHESIA TECH | $16.11 | $20.38 | $24.64 |
| CLTHFH-02328 | S140 | SURGICAL TECH | $18.27 | $23.11 | $27.95 |
| CLTHFH-02333 | S130 | LEAD TECH | $14.18 | $17.94 | $21.70 |
| CLTHFH-02334 | S140 | POLYSOMNAG TECH | $18.27 | $23.11 | $27.95 |
| CLTHFH-02335 | M225 | ULTRASONOGRAPHER | $24.15 | $34.90 | $45.66 |
| CLTHFH-02337 | M225 | LEAD TECH | $14.18 | $17.94 | $21.70 |
| CLTHFH-02408 | S120 | SURGICAL AIDE | $11.75 | $14.52 | $17.29 |
| CLTHFH-02920 | M225 | SPECIAL PROCEDURES TECH | $21.00 | $31.12 | $41.24 |
| EMSHFH-02270 | S135 | BMET I | $16.11 | $20.38 | $24.64 |
| EMSHFH-02913 | S125 | SPECIAL EQUIPMENT TECH | $12.74 | $16.12 | $19.49 |

### Holy Family Hospital Wages Effective 2013
continued

| Job Code | Grade | Title | MIN | MID | MAX |
|---|---|---|---|---|---|
| FISHFH-02504 | S125 | MEDICAL BILLER | $12.74 | $16.12 | $19.49 |
| FISHFH-02515 | S125 | CASHIER/FINANCIAL ADVISOR | $12.74 | $16.12 | $19.49 |
| FISHFH-02516 | S125 | FINANCIAL COUNSELOR | $12.74 | $16.12 | $19.49 |
| FISHFH-02519 | S125 | ASSISTANT, CREDIT UNION | $12.74 | $16.12 | $19.49 |
| FISHFH-02566 | S140 | REJECTIONS COORDINATOR | $18.27 | $23.11 | $27.95 |
| LATHFH-02315 | S125 | LAB PROCESSING TECH | $12.74 | $16.12 | $19.49 |
| LATHFH-02316 | S130 | LEAD PROCESSOR | $14.18 | $17.94 | $21.70 |
| LATHFH-02332 | S130 | SR PHLEBOTOMIST | $14.18 | $17.94 | $21.70 |
| MMSHFH-02319 | S125 | LEAD TECH, STERILE PROCESSING | $12.74 | $16.12 | $19.49 |
| MMSHFH-02329 | S125 | SUPPLY TECHNICIAN | $12.74 | $16.12 | $19.49 |
| MMSHFH-02512 | S120 | AIDE, DISTRIBUTION | $11.75 | $14.52 | $17.29 |
| MMSHFH-02556 | S120 | CLERK, INVENTORY CONTROL | $11.75 | $14.52 | $17.29 |
| MMSHFH-02708 | S120 | SUPPORT TECH | $11.75 | $14.52 | $17.29 |
| MMSHFH-02709 | S125 | SHIPPER RECEIVER | $12.74 | $16.12 | $19.49 |
| MMSHFH-02710 | S115 | SR. RECEIVER | $11.75 | $13.60 | $15.44 |
| MMSHFH-02907 | S120 | AIDE, LAUNDRY & LINEN | $11.75 | $14.52 | $17.29 |
| MMSHFH-02911 | S120 | STERILE PROCESSING TECH | $11.75 | $14.52 | $17.29 |
| MRSHFH-02310 | S125 | MEDICAL RECORD TECH | $12.74 | $16.12 | $19.49 |
| MRSHFH-02509 | S115 | CLERK, MEDICAL RECORDS | $11.75 | $13.60 | $15.44 |
| MRSHFH-02539 | S125 | COORDINATOR, TRANSCRIPTION | $12.74 | $16.12 | $19.49 |
| MRSHFH-02540 | S125 | MEDICAL TRANSC/SEC | $12.74 | $16.12 | $19.49 |
| MRSHFH-02555 | S125 | MPI COORDINATOR | $12.74 | $16.12 | $19.49 |
| MRSHFH-02565 | S135 | CODER/ABSTRACTOR, OUTPATIENT | $16.11 | $20.38 | $24.64 |
| MRSHFH-02576 | S145 | CODING SPECIALIST | $19.95 | $25.24 | $30.53 |
| NUSHFH-02163 | S125 | STAFFING OFFICE COORDINATOR | $12.74 | $16.12 | $19.49 |
| NUSHFH-02324 | S125 | ERT | $12.74 | $16.12 | $19.49 |
| NUSHFH-02403 | S120 | SUPPORT AIDE | $11.75 | $14.52 | $17.29 |
| NUSHFH-02406 | S115 | CONSTANT OBSERVER | $11.75 | $13.60 | $15.44 |
| NUSHFH-02415 | S125 | PERINATAL CARE TECHNICIAN | $12.74 | $16.12 | $19.49 |
| NUSHFH-02418 | S120 | PCA II | $11.75 | $14.52 | $17.29 |
| NUSHFH-02419 | S130 | PCA I | $14.18 | $17.94 | $21.70 |
| NUSHFH-02545 | S125 | LEAD MS CLERK | $12.74 | $16.12 | $19.49 |
| PAAHFH-02564 | S130 | PATIENT ACCESS LEAD | $14.18 | $17.94 | $21.70 |
| PASHFH-02521 | S125 | PATIENT ACCESS COORDINATOR | $12.74 | $16.12 | $19.49 |
| PASHFH-02522 | S125 | INSURANCE AUTHORIZATION SPECIALIST | $12.74 | $16.12 | $19.49 |
| PASHFH-02567 | S125 | CENTRAL SCHEDULER | $12.74 | $16.12 | $19.49 |
| PHSHFH-02922 | S135 | PHARMACY PURCHASER | $16.11 | $20.38 | $24.64 |
| PHTHFH-02313 | M315 | PHARMACY TECH | $12.27 | $15.77 | $19.27 |
| PHTHFH-02520 | S130 | DATA ANALYST, PHARMACY | $14.18 | $17.94 | $21.70 |
| SE2HFH-02185 | S125 | IN-TAKE COORDINATOR | $12.74 | $16.12 | $19.49 |
| SE2HFH-02541 | S125 | SECRETARY/BILLING/INTAKE CLERK | $12.74 | $16.12 | $19.49 |
| SE2HFH-02559 | S125 | BILLING COORDINATOR | $12.74 | $16.12 | $19.49 |
| SE4HFH-02225 | M225 | ECHOCARDIOLOGY TECH | $24.15 | $34.90 | $45.66 |
| SE4HFH-02237 | S160 | LEAD RESPIRATORY THERAPIST | $27.40 | $34.67 | $41.93 |
| SE4HFH-02317 | S150 | RESPIRATORY THERAPIST - CERTIFIED | $21.88 | $27.67 | $33.47 |
| SE4HFH-02326 | S125 | MENTAL HEALTH COUNSELOR | $12.74 | $16.12 | $19.49 |
| SUSHFH-02243 | S130 | INTERPRETER | $14.18 | $17.94 | $21.70 |
| SUSHFH-02407 | S115 | TRANSPORTER | $11.75 | $13.60 | $15.44 |
| SUSHFH-02511 | S120 | | | | |
| SUSHFH-02514 | S120 | OPERATORS NOT CROSS TRAINED | $11.75 | $14.52 | $17.29 |
| SUSHFH-02526 | S120 | CATERING ASST | $11.75 | $14.52 | $17.29 |
| SUSHFH-02528 | S120 | ANSWERING SERVICE CROSS TRAINED | $11.75 | $14.52 | $17.29 |
| SUSHFH-02529 | S120 | CROSS TRAINED OPERATORS | $11.75 | $14.52 | $17.29 |
| SUSHFH-02612 | S120 | COOK | $11.75 | $14.52 | $17.29 |

Holy Family Hospital Wages Effective 2013
continued

| Job Code | Grade | Title | MIN | MID | MAX |
|---|---|---|---|---|---|
| SUSHFH-02903 | S120 | CLERK, MAILROOM | $11.75 | $14.52 | $17.29 |
| SUSHFH-02905 | S115 | CAFETERIA WORKER | $11.75 | $13.60 | $15.44 |
| SUSHFH-02906 | S115 | AIDE, ENV SRVCS | $11.75 | $13.60 | $15.44 |
| SUSHFH-02908 | S115 | AIDE, SANITATION | $11.75 | $13.60 | $15.44 |
| SUSHFH-02910 | S115 | HOST | $11.75 | $13.60 | $15.44 |
| SUSHFH-02912 | S120 | PROJECT TECH, ENV SRVCS | $11.75 | $14.52 | $17.29 |

Holy Family Hospital Wages Effective 2014

| Job Code | Grade | Title | MIN | MID | MAX |
|---|---|---|---|---|---|
| ACCHFH-02311 | S120 | BIRTH REGISTRAR | $11.75 | $14.81 | $17.63 |
| ACCHFH-02506 | S120 | RECEPTIONIST | $11.75 | $14.81 | $17.63 |
| ACCHFH-02507 | S120 | CLERK/RECEPTIONIST | $11.75 | $14.81 | $17.63 |
| ACCHFH-02525 | S130 | SECRETARY, PRE-ADMISSION | $14.18 | $18.30 | $22.13 |
| ACCHFH-02527 | S130 | REGISTRY CLERK | $14.18 | $18.30 | $22.13 |
| ACCHFH-02530 | S120 | UNIT SECRETARY | $11.75 | $14.81 | $17.63 |
| ACCHFH-02531 | S120 | SECRETARY 1 | $11.75 | $14.81 | $17.63 |
| ACCHFH-02532 | S130 | MEDICAL SECRETARY | $14.18 | $18.30 | $22.13 |
| ACCHFH-02533 | S130 | ADMINISTRATIVE ASSISTANT 1 | $14.18 | $18.30 | $22.13 |
| ACCHFH-02535 | S130 | OFFICE COORDINATOR | $14.18 | $18.30 | $22.13 |
| ACCHFH-02536 | S130 | SITE COORDINATOR | $14.18 | $18.30 | $22.13 |
| ACCHFH-02538 | S135 | ADMIN & LOGISTICAL COORDINATOR | $16.11 | $20.78 | $25.14 |
| ACCHFH-02544 | S120 | MULTISKILLED CLERK | $11.75 | $14.81 | $17.63 |
| ACCHFH-02549 | S130 | ADMINISTRATIVE ASSISTANT 2 | $14.18 | $18.30 | $22.13 |
| ACCHFH-02552 | S120 | SECRETARY 2 | $11.75 | $14.81 | $17.63 |
| ACCHFH-02553 | S130 | BOOKING SECRETARY | $14.18 | $18.30 | $22.13 |
| ACCHFH-02569 | S135 | COORDINATOR, MEDICAL RESPONSE PROGRAM | $16.11 | $20.78 | $25.14 |
| ACCHFH-02571 | S130 | ADMINISTRATIVE ASSISTANT 3 | $14.18 | $18.30 | $22.13 |
| ACCHFH-02591 | S130 | LEAD SECRETARY | $14.18 | $18.30 | $22.13 |
| CLSHFH-02219 | M420 | COTA | $19.37 | $24.26 | $28.76 |
| CLSHFH-02220 | M420 | OTA | $19.37 | $24.26 | $28.76 |
| CLSHFH-02221 | M420 | ASSISTANT, PHYSICAL THERAPY | $19.37 | $24.26 | $28.76 |
| CLSHFH-02314 | S125 | PHLEBOTOMIST | $12.74 | $16.44 | $19.88 |
| CLSHFH-02413 | S140 | LPN | $18.27 | $23.57 | $28.51 |
| CLSHFH-02416 | S125 | MEDICAL ASSISTANT | $12.74 | $16.44 | $19.88 |
| CLSHFH-02547 | S120 | TECH AIDE | $11.75 | $14.81 | $17.63 |
| CLSHFH-02548 | S120 | TECH ASST | $11.75 | $14.81 | $17.63 |
| CLSHFH-02705 | S125 | BLOCK CUTTER | $12.74 | $16.44 | $19.88 |
| CLSHFH-02909 | M415 | AIDE, PHYSICAL THERAPY | $12.27 | $16.08 | $19.65 |
| CLTHFH-02230 | S140 | EEG TECH, NON-REGISTERED | $18.27 | $23.57 | $28.51 |
| CLTHFH-02231 | S140 | NUCLEAR CARDIOLOGY TECH | $18.27 | $23.57 | $28.51 |
| CLTHFH-02232 | M215 | RADIOLOGY TECH | $21.68 | $30.04 | $37.96 |
| CLTHFH-02238 | S155 | RESPIRATORY THERAPIST - REGISTERED | $24.04 | $31.02 | $37.52 |
| CLTHFH-02247 | M220 | CLINICAL INSTRUCTOR, RADIOLOGY | $21.00 | $31.74 | $42.06 |
| CLTHFH-02249 | M220 | NUCLEAR MED TECH | $21.00 | $31.74 | $42.06 |
| CLTHFH-02250 | M220 | Graduate Pharmacist | $19.95 | $25.74 | $31.14 |
| CLTHFH-02251 | M220 | MRI TECH | $21.00 | $31.74 | $42.06 |
| CLTHFH-02252 | M220 | CT TECH | $21.00 | $31.74 | $42.06 |
| CLTHFH-02262 | M225 | THERAPY TECH - REGISTERED | $24.15 | $35.60 | $46.57 |
| CLTHFH-02272 | S160 | Pulmonary Clinical Coordinator | $27.40 | $35.36 | $42.77 |
| CLTHFH-02323 | S125 | ANESTHESIA TECH | $12.74 | $16.44 | $19.88 |
| CLTHFH-02327 | S135 | SR ANESTHESIA TECH | $16.11 | $20.78 | $25.14 |

Holy Family Hospital Wages Effective 2014
continued

| Job Code | Grade | Title | MIN | MID | MAX |
|---|---|---|---|---|---|
| CLTHFH-02328 | S140 | SURGICAL TECH | $18.27 | $23.57 | $28.51 |
| CLTHFH-02333 | S130 | LEAD TECH | $14.18 | $18.30 | $22.13 |
| CLTHFH-02334 | S140 | POLYSOMNAG TECH | $18.27 | $23.57 | $28.51 |
| CLTHFH-02335 | M225 | ULTRASONOGRAPHER | $24.15 | $35.60 | $46.57 |
| CLTHFH-02337 | M225 | LEAD TECH | $14.18 | $18.30 | $22.13 |
| CLTHFH-02408 | S120 | SURGICAL AIDE | $11.75 | $14.81 | $17.63 |
| CLTHFH-02920 | M225 | SPECIAL PROCEDURES TECH | $21.00 | $31.74 | $42.06 |
| EMSHFH-02270 | S135 | BMET I | $16.11 | $20.78 | $25.14 |
| EMSHFH-02913 | S125 | SPECIAL EQUIPMENT TECH | $12.74 | $16.44 | $19.88 |
| FISHFH-02504 | S125 | MEDICAL BILLER | $12.74 | $16.44 | $19.88 |
| FISHFH-02515 | S125 | CASHIER/FINANCIAL ADVISOR | $12.74 | $16.44 | $19.88 |
| FISHFH-02516 | S125 | FINANCIAL COUNSELOR | $12.74 | $16.44 | $19.88 |
| FISHFH-02519 | S125 | ASSISTANT, CREDIT UNION | $12.74 | $16.44 | $19.88 |
| FISHFH-02566 | S140 | REJECTIONS COORDINATOR | $18.27 | $23.57 | $28.51 |
| LATHFH-02315 | S125 | LAB PROCESSING TECH | $12.74 | $16.44 | $19.88 |
| LATHFH-02316 | S130 | LEAD PROCESSOR | $14.18 | $18.30 | $22.13 |
| LATHFH-02332 | S130 | SR PHLEBOTOMIST | $14.18 | $18.30 | $22.13 |
| MMSHFH-02319 | S125 | LEAD TECH, STERILE PROCESSING | $12.74 | $16.44 | $19.88 |
| MMSHFH-02329 | S125 | SUPPLY TECHNICIAN | $12.74 | $16.44 | $19.88 |
| MMSHFH-02512 | S120 | AIDE, DISTRIBUTION | $11.75 | $14.81 | $17.63 |
| MMSHFH-02556 | S120 | CLERK, INVENTORY CONTROL | $11.75 | $14.81 | $17.63 |
| MMSHFH-02708 | S120 | SUPPORT TECH | $11.75 | $14.81 | $17.63 |
| MMSHFH-02709 | S125 | SHIPPER RECEIVER | $12.74 | $16.44 | $19.88 |
| MMSHFH-02710 | S115 | SR. RECEIVER | $11.75 | $13.87 | $15.75 |
| MMSHFH-02907 | S120 | AIDE, LAUNDRY & LINEN | $11.75 | $14.81 | $17.63 |
| MMSHFH-02911 | S120 | STERILE PROCESSING TECH | $11.75 | $14.81 | $17.63 |
| MRSHFH-02310 | S125 | MEDICAL RECORD TECH | $12.74 | $16.44 | $19.88 |
| MRSHFH-02509 | S115 | CLERK, MEDICAL RECORDS | $11.75 | $13.87 | $15.75 |
| MRSHFH-02539 | S125 | COORDINATOR, TRANSCRIPTION | $12.74 | $16.44 | $19.88 |
| MRSHFH-02540 | S125 | MEDICAL TRANSC/SEC | $12.74 | $16.44 | $19.88 |
| MRSHFH-02555 | S125 | MPI COORDINATOR | $12.74 | $16.44 | $19.88 |
| MRSHFH-02565 | S135 | CODER/ABSTRACTOR, OUTPATIENT | $16.11 | $20.78 | $25.14 |
| MRSHFH-02576 | S145 | CODING SPECIALIST | $19.95 | $25.74 | $31.14 |
| NUSHFH-02163 | S125 | STAFFING OFFICE COORDINATOR | $12.74 | $16.44 | $19.88 |
| NUSHFH-02324 | S125 | ERT | $12.74 | $16.44 | $19.88 |
| NUSHFH-02403 | S120 | SUPPORT AIDE | $11.75 | $14.81 | $17.63 |
| NUSHFH-02406 | S115 | CONSTANT OBSERVER | $11.75 | $13.87 | $15.75 |
| NUSHFH-02415 | S125 | PERINATAL CARE TECHNICIAN | $12.74 | $16.44 | $19.88 |
| NUSHFH-02418 | S120 | PCA II | $11.75 | $14.81 | $17.63 |
| NUSHFH-02419 | S130 | PCA I | $14.18 | $18.30 | $22.13 |
| NUSHFH-02545 | S125 | LEAD MS CLERK | $12.74 | $16.44 | $19.88 |
| PAAHFH-02564 | S130 | PATIENT ACCESS LEAD | $14.18 | $18.30 | $22.13 |
| PASHFH-02521 | S125 | PATIENT ACCESS COORDINATOR | $12.74 | $16.44 | $19.88 |
| PASHFH-02522 | S125 | INSURANCE AUTHORIZATION SPECIALIST | $12.74 | $16.44 | $19.88 |
| PASHFH-02567 | S125 | CENTRAL SCHEDULER | $12.74 | $16.44 | $19.88 |
| PHSHFH-02922 | S135 | PHARMACY PURCHASER | $16.11 | $20.78 | $25.14 |
| PHTHFH-02313 | M315 | PHARMACY TECH | $12.27 | $16.08 | $19.65 |
| PHTHFH-02520 | S130 | DATA ANALYST, PHARMACY | $14.18 | $18.30 | $22.13 |
| SE2HFH-02185 | S125 | IN-TAKE COORDINATOR | $12.74 | $16.44 | $19.88 |
| SE2HFH-02541 | S125 | SECRETARY/BILLING/INTAKE CLERK | $12.74 | $16.44 | $19.88 |
| SE2HFH-02559 | S125 | BILLING COORDINATOR | $12.74 | $16.44 | $19.88 |
| SE4HFH-02225 | M225 | ECHOCARDIOLOGY TECH | $24.15 | $35.60 | $46.57 |
| SE4HFH-02237 | S160 | LEAD RESPIRATORY THERAPIST | $27.40 | $35.36 | $42.77 |
| SE4HFH-02317 | S150 | RESPIRATORY THERAPIST - CERTIFIED | $21.88 | $28.23 | $34.14 |

Holy Family Hospital Wages Effective 2014
continued

| Job Code | Grade | Title | MIN | MID | MAX |
|---|---|---|---|---|---|
| SE4HFH-02326 | S125 | MENTAL HEALTH COUNSELOR | $12.74 | $16.44 | $19.88 |
| SUSHFH-02243 | S130 | INTERPRETER | $14.18 | $18.30 | $22.13 |
| SUSHFH-02407 | S115 | TRANSPORTER | $11.75 | $13.87 | $15.75 |
| SUSHFH-02511 | S120 | | | | |
| SUSHFH-02514 | S120 | OPERATORS NOT CROSS TRAINED | $11.75 | $14.81 | $17.63 |
| SUSHFH-02526 | S120 | CATERING ASST | $11.75 | $14.81 | $17.63 |
| SUSHFH-02528 | S120 | ANSWERING SERVICE CROSS TRAINED | $11.75 | $14.81 | $17.63 |
| SUSHFH-02529 | S120 | CROSS TRAINED OPERATORS | $11.75 | $14.81 | $17.63 |
| SUSHFH-02612 | S120 | COOK | $11.75 | $14.81 | $17.63 |
| SUSHFH-02903 | S120 | CLERK, MAILROOM | $11.75 | $14.81 | $17.63 |
| SUSHFH-02905 | S115 | CAFETERIA WORKER | $11.75 | $13.87 | $15.75 |
| SUSHFH-02906 | S115 | AIDE, ENV SRVCS | $11.75 | $13.87 | $15.75 |
| SUSHFH-02908 | S115 | AIDE, SANITATION | $11.75 | $13.87 | $15.75 |
| SUSHFH-02910 | S115 | HOST | $11.75 | $13.87 | $15.75 |
| SUSHFH-02912 | S120 | PROJECT TECH, ENV SRVCS | $11.75 | $14.81 | $17.63 |

Holy Family Hospital Wages Effective 2015

| Job Code | Grade | Title | MIN | MID | MAX |
|---|---|---|---|---|---|
| ACCHFH-02311 | S120 | BIRTH REGISTRAR | $11.75 | $15.11 | $17.99 |
| ACCHFH-02506 | S120 | RECEPTIONIST | $11.75 | $15.11 | $17.99 |
| ACCHFH-02507 | S120 | CLERK/RECEPTIONIST | $11.75 | $15.11 | $17.99 |
| ACCHFH-02525 | S130 | SECRETARY, PRE-ADMISSION | $14.18 | $18.66 | $22.57 |
| ACCHFH-02527 | S130 | REGISTRY CLERK | $14.18 | $18.66 | $22.57 |
| ACCHFH-02530 | S120 | UNIT SECRETARY | $11.75 | $15.11 | $17.99 |
| ACCHFH-02531 | S120 | SECRETARY 1 | $11.75 | $15.11 | $17.99 |
| ACCHFH-02532 | S130 | MEDICAL SECRETARY | $14.18 | $18.66 | $22.57 |
| ACCHFH-02533 | S130 | ADMINISTRATIVE ASSISTANT 1 | $14.18 | $18.66 | $22.57 |
| ACCHFH-02535 | S130 | OFFICE COORDINATOR | $14.18 | $18.66 | $22.57 |
| ACCHFH-02536 | S130 | SITE COORDINATOR | $14.18 | $18.66 | $22.57 |
| ACCHFH-02538 | S135 | ADMIN & LOGISTICAL COORDINATOR | $16.11 | $21.20 | $25.64 |
| ACCHFH-02544 | S120 | MULTISKILLED CLERK | $11.75 | $15.11 | $17.99 |
| ACCHFH-02549 | S130 | ADMINISTRATIVE ASSISTANT 2 | $14.18 | $18.66 | $22.57 |
| ACCHFH-02552 | S120 | SECRETARY 2 | $11.75 | $15.11 | $17.99 |
| ACCHFH-02553 | S130 | BOOKING SECRETARY | $14.18 | $18.66 | $22.57 |
| ACCHFH-02569 | S135 | COORDINATOR, MEDICAL RESPONSE PROGRAM | $16.11 | $21.20 | $25.64 |
| ACCHFH-02571 | S130 | ADMINISTRATIVE ASSISTANT 3 | $14.18 | $18.66 | $22.57 |
| ACCHFH-02591 | S130 | LEAD SECRETARY | $14.18 | $18.66 | $22.57 |
| CLSHFH-02219 | M420 | COTA | $19.37 | $24.74 | $29.33 |
| CLSHFH-02220 | M420 | OTA | $19.37 | $24.74 | $29.33 |
| CLSHFH-02221 | M420 | ASSISTANT, PHYSICAL THERAPY | $19.37 | $24.74 | $29.33 |
| CLSHFH-02314 | S125 | PHLEBOTOMIST | $12.74 | $16.77 | $20.28 |
| CLSHFH-02413 | S140 | LPN | $18.27 | $24.04 | $29.08 |
| CLSHFH-02416 | S125 | MEDICAL ASSISTANT | $12.74 | $16.77 | $20.28 |
| CLSHFH-02547 | S120 | TECH AIDE | $11.75 | $15.11 | $17.99 |
| CLSHFH-02548 | S120 | TECH ASST | $11.75 | $15.11 | $17.99 |
| CLSHFH-02705 | S125 | BLOCK CUTTER | $12.74 | $16.77 | $20.28 |
| CLSHFH-02909 | M415 | AIDE, PHYSICAL THERAPY | $12.27 | $16.41 | $20.05 |
| CLTHFH-02230 | S140 | EEG TECH, NON-REGISTERED | $18.27 | $24.04 | $29.08 |
| CLTHFH-02231 | S140 | NUCLEAR CARDIOLOGY TECH | $18.27 | $24.04 | $29.08 |
| CLTHFH-02232 | M215 | RADIOLOGY TECH | $21.68 | $30.64 | $38.72 |
| CLTHFH-02238 | S155 | RESPIRATORY THERAPIST - REGISTERED | $24.04 | $31.64 | $38.27 |

Holy Family Hospital Wages Effective 2015
continued

| Job Code | Grade | Title | MIN | MID | MAX |
|---|---|---|---|---|---|
| CLTHFH-02247 | M220 | CLINICAL INSTRUCTOR, RADIOLOGY | $21.00 | $32.38 | $42.90 |
| CLTHFH-02249 | M220 | NUCLEAR MED TECH | $21.00 | $32.38 | $42.90 |
| CLTHFH-02250 | M220 | Graduate Pharmacist | $19.95 | $26.26 | $31.76 |
| CLTHFH-02251 | M220 | MRI TECH | $21.00 | $32.38 | $42.90 |
| CLTHFH-02252 | M220 | CT TECH | $21.00 | $32.38 | $42.90 |
| CLTHFH-02262 | M225 | THERAPY TECH - REGISTERED | $24.15 | $36.31 | $47.50 |
| CLTHFH-02272 | S160 | Pulmonary Clinical Coordinator | $27.40 | $36.07 | $43.63 |
| CLTHFH-02323 | S125 | ANESTHESIA TECH | $12.74 | $16.77 | $20.28 |
| CLTHFH-02327 | S135 | SR ANESTHESIA TECH | $16.11 | $21.20 | $25.64 |
| CLTHFH-02328 | S140 | SURGICAL TECH | $18.27 | $24.04 | $29.08 |
| CLTHFH-02333 | S130 | LEAD TECH | $14.18 | $18.66 | $22.57 |
| CLTHFH-02334 | S140 | POLYSOMNAG TECH | $18.27 | $24.04 | $29.08 |
| CLTHFH-02335 | M225 | ULTRASONOGRAPHER | $24.15 | $36.31 | $47.50 |
| CLTHFH-02337 | M225 | LEAD TECH | $14.18 | $18.66 | $22.57 |
| CLTHFH-02408 | S120 | SURGICAL AIDE | $11.75 | $15.11 | $17.99 |
| CLTHFH-02920 | M225 | SPECIAL PROCEDURES TECH | $21.00 | $32.38 | $42.90 |
| EMSHFH-02270 | S135 | BMET I | $16.11 | $21.20 | $25.64 |
| EMSHFH-02913 | S125 | SPECIAL EQUIPMENT TECH | $12.74 | $16.77 | $20.28 |
| FISHFH-02504 | S125 | MEDICAL BILLER | $12.74 | $16.77 | $20.28 |
| FISHFH-02515 | S125 | CASHIER/FINANCIAL ADVISOR | $12.74 | $16.77 | $20.28 |
| FISHFH-02516 | S125 | FINANCIAL COUNSELOR | $12.74 | $16.77 | $20.28 |
| FISHFH-02519 | S125 | ASSISTANT, CREDIT UNION | $12.74 | $16.77 | $20.28 |
| FISHFH-02566 | S140 | REJECTIONS COORDINATOR | $18.27 | $24.04 | $29.08 |
| LATHFH-02315 | S125 | LAB PROCESSING TECH | $12.74 | $16.77 | $20.28 |
| LATHFH-02316 | S130 | LEAD PROCESSOR | $14.18 | $18.66 | $22.57 |
| LATHFH-02332 | S130 | SR PHLEBOTOMIST | $14.18 | $18.66 | $22.57 |
| MMSHFH-02319 | S125 | LEAD TECH, STERILE PROCESSING | $12.74 | $16.77 | $20.28 |
| MMSHFH-02329 | S125 | SUPPLY TECHNICIAN | $12.74 | $16.77 | $20.28 |
| MMSHFH-02512 | S120 | AIDE, DISTRIBUTION | $11.75 | $15.11 | $17.99 |
| MMSHFH-02556 | S120 | CLERK, INVENTORY CONTROL | $11.75 | $15.11 | $17.99 |
| MMSHFH-02708 | S120 | SUPPORT TECH | $11.75 | $15.11 | $17.99 |
| MMSHFH-02709 | S125 | SHIPPER RECEIVER | $12.74 | $16.77 | $20.28 |
| MMSHFH-02710 | S115 | SR. RECEIVER | $11.75 | $14.15 | $16.07 |
| MMSHFH-02907 | S120 | AIDE, LAUNDRY & LINEN | $11.75 | $15.11 | $17.99 |
| MMSHFH-02911 | S120 | STERILE PROCESSING TECH | $11.75 | $15.11 | $17.99 |
| MRSHFH-02310 | S125 | MEDICAL RECORD TECH | $12.74 | $16.77 | $20.28 |
| MRSHFH-02509 | S115 | CLERK, MEDICAL RECORDS | $11.75 | $14.15 | $16.07 |
| MRSHFH-02539 | S125 | COORDINATOR, TRANSCRIPTION | $12.74 | $16.77 | $20.28 |
| MRSHFH-02540 | S125 | MEDICAL TRANSC/SEC | $12.74 | $16.77 | $20.28 |
| MRSHFH-02555 | S125 | MPI COORDINATOR | $12.74 | $16.77 | $20.28 |
| MRSHFH-02565 | S135 | CODER/ABSTRACTOR, OUTPATIENT | $16.11 | $21.20 | $25.64 |
| MRSHFH-02576 | S145 | CODING SPECIALIST | $19.95 | $26.26 | $31.76 |
| NUSHFH-02163 | S125 | STAFFING OFFICE COORDINATOR | $12.74 | $16.77 | $20.28 |
| NUSHFH-02324 | S125 | ERT | $12.74 | $16.77 | $20.28 |
| NUSHFH-02403 | S120 | SUPPORT AIDE | $11.75 | $15.11 | $17.99 |
| NUSHFH-02406 | S115 | CONSTANT OBSERVER | $11.75 | $14.15 | $16.07 |
| NUSHFH-02415 | S125 | PERINATAL CARE TECHNICIAN | $12.74 | $16.77 | $20.28 |
| NUSHFH-02418 | S120 | PCA II | $11.75 | $15.11 | $17.99 |
| NUSHFH-02419 | S130 | PCA I | $14.18 | $18.66 | $22.57 |
| NUSHFH-02545 | S125 | LEAD MS CLERK | $12.74 | $16.77 | $20.28 |
| PAAHFH-02564 | S130 | PATIENT ACCESS LEAD | $14.18 | $18.66 | $22.57 |
| PASHFH-02521 | S125 | PATIENT ACCESS COORDINATOR | $12.74 | $16.77 | $20.28 |
| PASHFH-02522 | S125 | INSURANCE AUTHORIZATION SPECIALIST | $12.74 | $16.77 | $20.28 |
| PASHFH-02567 | S125 | CENTRAL SCHEDULER | $12.74 | $16.77 | $20.28 |

Holy Family Hospital Wages Effective 2015
continued

| Job Code | Grade | Title | MIN | MID | MAX |
|---|---|---|---|---|---|
| PHSHFH-02922 | S135 | PHARMACY PURCHASER | $16.11 | $21.20 | $25.64 |
| PHTHFH-02313 | M315 | PHARMACY TECH | $12.27 | $16.41 | $20.05 |
| PHTHFH-02520 | S130 | DATA ANALYST, PHARMACY | $14.18 | $18.66 | $22.57 |
| SE2HFH-02185 | S125 | IN-TAKE COORDINATOR | $12.74 | $16.77 | $20.28 |
| SE2HFH-02541 | S125 | SECRETARY/BILLING/INTAKE CLERK | $12.74 | $16.77 | $20.28 |
| SE2HFH-02559 | S125 | BILLING COORDINATOR | $12.74 | $16.77 | $20.28 |
| SE4HFH-02225 | M225 | ECHOCARDIOLOGY TECH | $24.15 | $36.31 | $47.50 |
| SE4HFH-02237 | S160 | LEAD RESPIRATORY THERAPIST | $27.40 | $36.07 | $43.63 |
| SE4HFH-02317 | S150 | RESPIRATORY THERAPIST - CERTIFIED | $21.88 | $28.79 | $34.82 |
| SE4HFH-02326 | S125 | MENTAL HEALTH COUNSELOR | $12.74 | $16.77 | $20.28 |
| SUSHFH-02243 | S130 | INTERPRETER | $14.18 | $18.66 | $22.57 |
| SUSHFH-02407 | S115 | TRANSPORTER | $11.75 | $14.15 | $16.07 |
| SUSHFH-02511 | S120 | | | | |
| SUSHFH-02514 | S120 | OPERATORS NOT CROSS TRAINED | $11.75 | $15.11 | $17.99 |
| SUSHFH-02526 | S120 | CATERING ASST | $11.75 | $15.11 | $17.99 |
| SUSHFH-02528 | S120 | ANSWERING SERVICE CROSS TRAINED | $11.75 | $15.11 | $17.99 |
| SUSHFH-02529 | S120 | CROSS TRAINED OPERATORS | $11.75 | $15.11 | $17.99 |
| SUSHFH-02612 | S120 | COOK | $11.75 | $15.11 | $17.99 |
| SUSHFH-02903 | S120 | CLERK, MAILROOM | $11.75 | $15.11 | $17.99 |
| SUSHFH-02905 | S115 | CAFETERIA WORKER | $11.75 | $14.15 | $16.07 |
| SUSHFH-02906 | S115 | AIDE, ENV SRVCS | $11.75 | $14.15 | $16.07 |
| SUSHFH-02908 | S115 | AIDE, SANITATION | $11.75 | $14.15 | $16.07 |
| SUSHFH-02910 | S115 | HOST | $11.75 | $14.15 | $16.07 |
| SUSHFH-02912 | S120 | PROJECT TECH, ENV SRVCS | $11.75 | $15.11 | $17.99 |

**EXHIBIT D-5**

**Merrimack Valley Hospital**

**MEMORANDUM OF AGREEMENT**

**November 2013**

1199SEIU United Healthcare Workers East (the "Union") and Merrimack Valley Hospital, A Steward Family Hospital, Inc. ("Hospital") agree to adopt the collective bargaining agreement between the Union and Carney Hospital, Good Samaritan Medical Center, Norwood Hospital, St. Elizabeth's Medical Center, Holy Family Hospital and Quincy Medical Center for the period October 1, 2013 through October 31, 2016 and to adopt this document as an appendix to that collective bargaining agreement. Where there are differences between the terms of this appendix and the terms of the collective bargaining agreement, the terms of this appendix shall govern.

**Article VI Categories of Workers**

**Section 6.03 Flexible Scheduled Workers**

Holiday, floating holiday (personal day), vacation and sick leave accruals will be based on actual number of hours paid.

**Article X Hours of Work**

**Section 10.08 Flex Down**

(b) Allow a worker to voluntarily take time off with pay from his or her vacation bank; or

**Article XII Compensation & Overtime**

**Section 12.02 Overtime Rate**

Holidays, floating holidays (personal days), vacations and sick leave shall not count as time worked for the purposes of calculating overtime.

**Section 12.05 Amounts & Hours**

Shift differential is paid to full-time and part-time workers who work at least four (4) consecutive hours during any shift designated below.

When a worker's work schedule carries over into the next shift, the worker must work a minimum of four (4) hours into the following shift in order to receive the differential of

the next shift. When less than four (4) hours is worked into the following shift, the worker continues to receive the differential of the former shift, if any.

A worker who is regularly scheduled to work the evening or night shift shall receive that differential on all paid holidays, floating holidays (personal days), vacations and sick leave. Weekend shift differential, however is paid only on hours actually worked unless regularly scheduled to work every weekend.

Hours
Evening Shift - 3:00 p.m. to 11:30 p.m.
Night Shift - 11:00 p.m. to 7:00 a.m.
Weekend - 7 a.m. Saturday to 11 p.m. Sunday

Differentials Effective September 1, 2013

| | Evening | Night | Weekend |
|---|---|---|---|
| LPN | $2.00 | $5.00 | $2.25 |
| SHFT G3 | $1.25 | $2.15 | $2.25 |
| SHFT G4 | $1.25 | $2.15 | $2.25 |
| SHFT G5 | $1.40 | $2.25 | $2.25 |
| SHFT G6 | $1.40 | $2.25 | $2.25 |
| SHFT G7 | $1.40 | $2.25 | $2.25 |
| SHFT G8 | $1.40 | $2.25 | $2.25 |
| SHFT G9 | $1.40 | $2.25 | $2.25 |
| SHFT G10 | $1.50 | $3.25 | $2.25 |
| SHFT G11 | $1.50 | $3.25 | $2.25 |
| SHFT G11A | $2.00 | $4.00 | $2.25 |
| SHFT G12 | $1.50 | $3.25 | $2.25 |
| SHFT G13 | $1.50 | $3.25 | $2.25 |
| SHFT G13A | $2.00 | $4.00 | $2.25 |
| SHFT G13B | $1.50 | $3.25 | $2.25 |
| SHFT G14 | $1.50 | $3.25 | $2.25 |
| SHFT G15 | $1.50 | $3.25 | $2.25 |
| SHFT G16 | $1.50 | $3.25 | $2.25 |
| SHFT G16B | $1.50 | $3.25 | $2.25 |
| SHFT G17 | $1.50 | $3.25 | $2.25 |
| SHFT G17B | $1.50 | $3.25 | $2.25 |
| SHFT G18 | $1.50 | $3.25 | $2.25 |
| SHFT G18A | $1.50 | $3.25 | $2.25 |
| SHFT G19 | $1.50 | $3.25 | $2.25 |
| SHFT TECH1 | $2.00 | $4.00 | $2.25 |

**Section 12.07 On-Call & Call-In**

On-Call and Call-In pay shall remain as currently provided by the Hospital.

**Article XIII Holidays**

**Section 13.01 Pay for Holidays**

Section 1 Full-time workers will be eligible for the following holidays:

New Year's Day
President's Day
Memorial Day
Independence Day
Labor Day
Thanksgiving Day
Christmas Day

Section 2 A holiday period begins with the starting time of the shift closest to midnight on the eve of the holiday (usually the shift beginning at 11:00 p.m.) and ends twenty-four (24) hours later. Christmas Day and New Year's Day begin at 3:00 p.m. on the eve of the holiday and end at 11:30 p.m. on the holiday.

Section 3 All full-time workers are eligible for holiday pay and all regular part-time workers are eligible for holiday pay on a pro-rated basis if they are regularly scheduled to work on a holiday as follows:

| Regular Worked Hours/Week | Holiday Paid Hours |
|---|---|
| 36 or more | 8.0 |
| 32 or more | 6.4 |
| 24 or more | 4.8 |
| 20 or more | 4.0 |

Section 4 Full-time workers and regular part-time workers who work on a holiday shall be paid at the rate of time and one-half (1½) their regular rate for all hours worked on the holiday, including shift and weekend differentials, if applicable. Full-time and regular part-time workers will receive holiday premium pay only for hours actually worked on the holiday. Full-time and regular part-time workers who work on a holiday will receive leave for such holiday work which must be used by the end of the calendar year, provided that one day only can be carried over to the next calendar year. Such worker shall have the option to receive pay in lieu of leave.

Section 5 If a holiday falls on a Sunday, it will generally be celebrated on Monday. If a holiday falls on Saturday, it will generally be celebrated on Friday. For continuous operation departments or units, the holiday premium will be paid for work on the actual day on which the holiday occurs.

Section 6 Full-time and regular part-time workers on unpaid leave are not entitled to holiday pay.

Section 7 In order to be eligible for holiday pay, a worker, if scheduled, must work their full shift the day before the holiday, the day after the holiday, and the Friday before the holiday, excluding absences excused under this contract.

**Article XIV Paid Time Off**

**Section 14.01 Vacation**

Section 1 Full-time and regular part-time workers are eligible to take paid vacation after completing their introductory period; workers who fail to complete their introductory period are not eligible for vacation.

Section 2 Vacation accrues from a worker's most recent date of employment retroactively in a benefit eligible position beginning with completion of his or her introductory period.

Section 3 Workers may take vacation time in increments of one (1) hour or more.

Section 4 Vacation accruals for full-time workers are as follows:

| Years of Service | Vacation Time accrual | Maximum Accrued Vacation Time Allowed |
|---|---|---|
| 0 – 1 years | 80 hours | 160 |
| 1 + - 9 years | 120 hours | 160 |
| 9 + years | 160 hours | 160 |

Section 5 Regular part-time workers are eligible to accrue vacation on a pro-rata basis.

Section 6 Vacation accruals will be based on the worker's number of years of employment at Hale Hospital (for workers with continuous service between Hale Hospital and Merrimack Valley Hospital) and at Merrimack Valley Hospital according to Merrimack Valley Hospital's plan.

Section 7 Once a worker reaches the maximum vacation accrual allowed, the worker will not accrue additional vacation time until his/her vacation accrual time is under the maximum allowed. Any accruals in excess of allowed vacation caps as of December 31st will be eliminated as of December 31st of the applicable year. Exceptions may apply only if operational circumstances affect the ability of the worker to take vacation time. Any exceptions must be approved in writing by the Hospital.

Section 8 Requests for vacation should be submitted by a worker to his/her supervisor. Approval of requests will be subject to the operating needs of the Hospital, and other relevant factors, including seniority.

Section 9 Vacation pay is based upon a worker's regular rate of pay, including evening and night shift differentials for workers whose regular schedule is evening or

nights, but excluding any other premium compensation. Hours worked in excess of forty (40) hours per week will not count toward the accrual of vacation.

Section 10 Upon termination, a worker will be paid for any accrued but unused vacation. No payout or cash-out of accrued hours can be made prior to termination.

**Section 14.02 Personal Days/Floating Holidays**

Section 1 Full-time workers shall be entitled to take three (3) floating holidays with pay (up to twenty-four (24) hours) per calendar year. Regular part-time workers shall also be entitled to take three (3) floating holidays (their pay will be pro-rated in accordance with their regularly scheduled hours). For new hires, the number of floating holidays will be prorated so that workers hired in the second third of the calendar year will have two (2) floating holidays and workers hired in the last third of the calendar year will have one (1) floating holiday.

Section 2 Floating holidays must be approved by the Hospital and no worker shall be entitled to be paid for a floating holiday not taken nor may floating holidays be accrued. Floating holidays shall be paid as holidays above except that no premiums shall be paid in connection with work on floating holidays.

Section 3 Workers must submit their requests to take a floating holiday in writing at least two (2) weeks in advance. Requests submitted within two (2) weeks may be considered if the worker making the request finds a replacement to work the scheduled shift on a non-overtime basis.

**Section 14.03 Sick Leave**

Section 1 Full-time and regular part-time workers will be eligible for paid sick leave when they are prevented from working a regularly scheduled shift due to personal illness or injury. Full-time workers accrue nine (9) sick days annually (72 hours) to a maximum of five hundred twenty (520) hours. Workers begin accruing sick leave on their first day of employment but are not eligible to use it until after completion of their introductory period. Sick leave is not payable upon termination of employment or a change in eligibility.

Section 2 Part-time workers who are regularly scheduled for at least twenty (20) hours per week are eligible for sick leave on a pro-rata basis.

Section 3 Sick leave benefits accrue during work time, vacation and paid absences but not during unpaid leaves. A worker must present a statement from a healthcare provider justifying a sick leave absence of three (3) days or more. The Hospital reserves the right to request a worker to present a statement from a healthcare provider justifying any sick leave absence if the Hospital has reasonable grounds to suspect abuse. Workers absent for five (5) days or more are required to go through Employee Health for clearance before returning to duty.

Section 4 Workers must notify their supervisor at least two (2) hours prior to the start of their shift that they will be absent. Failure to give adequate notice may result in denial of sick pay and/or appropriate discipline.

**Article XVI Leaves of Absence**

**Section 16.01 Family and Medical Leave**

(c) Use of Vacation Required During FMLA Leave

Workers taking FMLA leave must use all available accrued vacation time during their FMLA leave. Workers who use all of their available accrued vacation time before the end of their FMLA leave must use available sick leave for the remainder of the FMLA leave. In the event that a worker has no available accrued vacation time or sick leave, the FMLA leave will be unpaid. Notwithstanding the foregoing, a female employee may choose to take the first eight (8) weeks of any FMLA leave taken for the birth, adoption, or placement of a child in foster care as an unpaid leave of absence.

**Section 16.02 Maternity /Paternity Leave**

Full-time workers who have completed their probation period, but are not eligible for leave under the Family and Medical Leave Act, will be entitled to eight weeks of unpaid maternity/paternity leave on the terms and conditions set forth in Mass. Gen. L. ch. 149, §105D. Eligible workers may use their paid vacation time during this leave, or may use their paid sick leave if they are prevented from working due to personal illness or injury.

**Section 16.03 Small Necessities Leave**

(c) Use of Vacation Required During SNLA Leave

Workers taking SNLA leave must use all available accrued paid vacation time during their SNLA leave. In the event that a worker has no available accrued paid vacation time, the SNLA leave will be unpaid.

**Section 16.04 Industrial Accident**

This leave of absence is unpaid, but workers on industrial accident leave may use accrued vacation or sick leave to supplement any workers' compensation benefits they receive in order to receive their full regular biweekly pay.

**Section 16.05 Bereavement Leave**

Workers will receive up to a total of three (3) consecutive days off with pay at the worker's regular compensation rate, including applicable differentials, provided they are scheduled to work on those days, for the death of the worker's spouse, parent, child, grandparent, brother/sister in-laws, parent-in-laws, grandchild, brother, sister or other

member of the immediate household not mentioned in this section. Bereavement leave must be used within seven (7) consecutive days following notification of the death absent management approval.

Management may require reasonable verification of residence or death.

The Department Head may approve the use of accrued paid vacation time to supplement the bereavement time allotted or grant an unpaid personal leave of absence, which may not be unreasonably denied.

**Article XXI Layoff/Recall**

**Section 21.05 Vacation Payment**

A laid off worker will be paid all of his or her unused accrued vacation time on a biweekly basis as salary continuation at the worker's regular biweekly rate of pay on the regular payroll cycle until such unused accrued vacation is exhausted.

**Section 21.09 Rights Upon Recall**

Workers who are recalled will be re-credited with their pre-layoff seniority and that portion of their accrued paid vacation time that was not paid to them when they were laid off and their sick leave.

**Memorandum of Understanding Regarding Use of Vacation and Sick Leave During FMLA Leave**

In order to accurately reflect the intent of the parties when they drafted Article 14 and Section 16.01 of the contract, Section 16.01(c) should be interpreted as permitting a worker who takes FMLA leave for his/her own serious health condition to use his/her sick leave during that FMLA leave rather than first exhausting his/her vacation and then using sick leave. If a worker does not elect to use his/her sick leave (or has no available sick leave) for an FMLA leave taken for his/her own serious health condition, then the Hospital will charge that FMLA leave against the worker's vacation bank. When a worker takes FMLA leave for any reason other than his/her own serious health condition, the worker must use all available paid vacation time during the FMLA leave. Once a worker exhausts his/her vacation s/he must use sick leave.

**Past Practice Agreement: 1199SEIU and Steward Merrimack Valley Hospital**

1. Vacation Scheduling – separate agreement.

2. Subject to department staffing and with management approval, the combining of breaks and/or lunch is allowed.

3. Subject to department staffing needs and with management approval, those workers currently voluntarily working a straight eight (8) hour shift (twn (10) or twelve (12) hour shift) with paid lunch will continue with the signing of a legal waiver.

4. Subject to department staffing needs and with management approval, workers may be allowed to come in early in order to leave early on the same workday. By mutual agreement between workers and their supervisors/managers, workers may be allowed to make up time on another day in the same week, without it creating an overtime situation.

5. The Hospital will provide meals for employees scheduled to work in the Cafeteria on Thanksgiving and Christmas Day. If the Hospital decides to discontinue this practice, it agrees to notify 1199SEIU and bargain over the impact to affected workers.

6. Recognition awards in various departments shall continue as long as these items are economically feasible. If the Hospital decides to discontinue this practice, it agrees to notify 1199SEIU and bargain over the impact to affected workers. The Hospital shall continue a fifty dollars ($50.00)/month contribution to the Employee of the Month program. In the event it discontinues this practice, the Hospital will notify 1199SEIU and bargain over the impact to affected workers.

7. Working supervisors who have been working weekends, on-call, and/or holidays shall continue the practice. (Refer to the working supervisor list.)

8. Remote coding shall be allowed, should it become available.

9. Hospital dress codes shall continue.

10. The Hospital's current practice for paying administrative leave shall continue. In the event an employee is reinstated from administrative leave, he or she shall be made whole including differentials for those assigned to permanent nights, permanent evenings, or those who work every weekend.

11. The Employer will maintain free on-site employee parking.

12. Per Diem commitment:

The following will serve as per diem requirements for all employees accepting Per Diem positions with Merrimack Valley Hospital:

1. Eligibility: All per diem staff must have a minimum of one year of specific job experience.
2. Orientation: Orientation will be provided to per diems based on the specific needs of the department and the experience level of the per diem staff member.
3. All per diem staff will be expected to fully function in the job description for the position they are filling.
4. All per diem staff must be available to work the equivalent of:
   - Twelve (12) weekend shifts per year,
   - Two (2) holiday shifts per year (one major summer and one major winter), and
   - Two (2) additional shifts per month.
5. Per diem staff will be called on a rotating basis to fill slots according to the skill required and actual job category.
6. Per Diem staff may not agree to work at the request of a regular staff member without supervisor approval. Such requests shall not be arbitrarily denied.
7. Per Diems that are unavailable to work for two (2) months will be sent a letter to determine if they wish to remain on the per diem list. If they remain unavailable for the third (3rd month) they will automatically be terminated. Any request for additional employment must be made through the formal reapplication process.
8. Per Diem staff may be canceled on short notice due to census requirements. Every effort will be made to contact per diem staff prior to their arrival at work. Per Diem staff will not be compensated for canceled shifts by the Hospital unless the Hospital did not contact the per diem two (2) hours prior to the start of the scheduled shift.
9. The Hospital reserves the right to terminate any Per Diem staff member who cancels a scheduled shift more than once in a time schedule or three (3) times per year.
10. Notwithstanding paragraph 7 above, Per Diem employees that will be unavailable to work for short term periods because of medical, personal or other similar reasons may remain on active Per Diem status so long as they keep the Hospital informed of their anticipated date of leave and date of return.

[signature] 3/17/2014
1199SEIU

[signature] 9/2/14
Steward Health Care

**Memorandum of Agreement between 1199SEIU United Healthcare Workers East and Merrimack Valley Hospital regarding Vacation Scheduling**

As a result of our past practice discussion, the following policy and procedures for requesting and scheduling vacations shall be adopted:

1. Beginning with the September 16, 2014 through January 1, 2015 vacation request period, vacation requests shall be submitted to the immediate supervisor of the worker or designee in advance of the requested vacation in accordance with the following schedule:

| Request for Vacation During | To Be Received By | Decided By |
|---|---|---|
| a. January 2 through May 14 | November 1 | December 1 |
| b. May 15 through September 15 | March 1 | April 1 |
| c. September 16 through January 1 | July 1 | August 1 |

Subject to the reservations in paragraphs 2 and 4, vacation requests submitted according to the above guidelines shall be awarded based upon seniority.

Worker requests submitted outside of the above timeframes shall be awarded on a first-come, first served basis subject to departmental staffing needs.

2. Management will endeavor to rotate equitable February and April school vacation weeks (MA and New Hampshire), the day after Thanksgiving, and the week between Christmas and New Year holidays, and the week of July 4th.

3. Generally, a worker may take no more than two (2) consecutive weeks of vacation time. For the period of May 15 through September 15, awards of vacation will be made initially in one (1) week increments to start. Additional consecutive weeks will be made based on seniority and department needs. During all time periods, requests for full weeks will be considered before requests for single days.

4. Workers must submit their special requests preferences in writing five (5) weeks prior to posting the schedule. Such special requests must be submitted in writing to the applicable department director or designee. The Hospital will respond to such special requests within twenty-one (21) calendar days of receipt of the written requests and the Hospital shall notify the Union of such special requests and its responses.

5. The Hospital reserves the right to schedule vacations in accordance with its operations requirements and scheduled and to determine the number of employees who may be off at any one time.

6. Approved vacations apply only to the job that that worker holds at the time of the request. Workers who transfer to other positions (temporary or permanent) must re-request vacation time, the granting of which is subject to any vacations that may have already been scheduled in that classification/department. Workers' ability to take more

vacation time than accrued in a certain position (when entering a position in a new department or in a second department) is limited by the need to accommodate other workers already granted legitimate requests for vacation time, and operating needs of the Hospital.

[signature] 3/17/2014
1199SEIU

[signature] 4/3/14
Steward Health Care

## WAGES - Merrimack Valley Hospital

### MERRIMACK VALLEY HOSPITAL WAGES EFFECTIVE 2013

| Job Title | Pay Grade | MIN | MID | MAX |
|---|---|---|---|---|
| NUCLEAR MED TECHNOLOGIST | M225 | $26.52 | $36.47 | $46.41 |
| PHYSICAL THERAPY ASSISTANT | M420 | $25.50 | $35.06 | $44.63 |
| PATHOLOGY SECRETARY | MVSEIU10 | $18.77 | $25.81 | $32.85 |
| MEDICAL RECORDS CODER | MVSEIU11 | $15.60 | $22.09 | $28.57 |
| PARAMEDIC | MVSEIU11 | $15.60 | $22.09 | $28.57 |
| LPN | MVSEIU12 | $13.82 | $20.87 | $27.92 |
| PHYSICAL THERAPY AIDE | MVSEIU12 | $13.82 | $20.87 | $27.92 |
| SURGICAL TECHNICIAN/OR TECHNICIAN | MVSEIU12 | $13.82 | $20.87 | $27.92 |
| RESPIRATORY THERAPIST - CERTIFIED | MVSEIU14 | $20.50 | $28.19 | $35.88 |
| RESPIRATORY THERAPIST - REGISTERED | MVSEIU14 | $20.50 | $28.19 | $35.88 |
| RADIOLOGY TECHNOLOGIST | MVSEIU15 | $21.93 | $30.15 | $38.38 |
| CT TECHNOLOGIST | MVSEIU17 | $28.83 | $39.64 | $50.45 |
| MRI TECHNOLOGIST | MVSEIU17 | $28.83 | $39.64 | $50.45 |
| ULTRASOUND TECH | MVSEIU17 | $28.83 | $39.64 | $50.45 |
| MAIL COURIER | MVSEIU3 | $11.75 | $16.16 | $20.56 |
| OBSERVATIONAL SITTER | MVSEIU3 | $11.75 | $16.16 | $20.56 |
| STOREROOM CLERK | MVSEIU3 | $11.75 | $16.16 | $20.56 |
| SWITCHBOARD OPERATOR | MVSEIU4 | $11.75 | $16.16 | $20.56 |
| CHART ANALYSIS CLERK | MVSEIU5 | $13.53 | $18.60 | $23.68 |
| ADMITTING CLERK | MVSEIU7 | $11.52 | $16.98 | $22.44 |
| CENTRAL SUPPLY TECHNICIAN | MVSEIU7 | $13.53 | $18.60 | $23.68 |
| CLERK TYPIST | MVSEIU7 | $13.53 | $18.60 | $23.68 |
| CNA | MVSEIU7 | $13.53 | $18.60 | $23.68 |
| CNA II | MVSEIU7 | $13.53 | $18.60 | $23.68 |
| OR MATERIALS COORDINATOR | MVSEIU7 | $13.53 | $18.60 | $23.68 |
| LAB ASSISTANT | MVSEIU8 | $11.75 | $17.01 | $22.27 |
| NURSING TECHNICIAN | MVSEIU8 | $11.75 | $17.01 | $22.27 |
| RECEIVING CLERK | MVSEIU4 | $11.75 | $17.01 | $22.27 |
| RECEPTIONIST | MVSEIU8 | $11.75 | $17.01 | $22.27 |
| SCHEDULING COORDINATOR | MVSEIU8 | $11.75 | $17.01 | $22.27 |
| MEDICAL RECORDS TRANSCRIBER | MVSEIU9 | $12.50 | $17.19 | $21.88 |
| PHARMACY TECHNICIAN - CERTIFIED | MVSEIU9 | $12.50 | $17.19 | $21.88 |
| SECRETARY/TRANSCRIBER | MVSEIU9 | $12.50 | $17.19 | $21.88 |
| MRI CUSTOMER REPRESENTATIVE | S120 | $11.75 | $16.16 | $20.56 |
| CARDIO PULMONARY TECH | S130 | $14.18 | $19.50 | $24.82 |
| DEPARTMENT SECRETARY | S130 | $14.18 | $19.50 | $24.82 |
| STAFFING COORDINATOR | S130 | $14.18 | $19.50 | $24.82 |
| SLEEP TECHNICIAN | S140 | $18.27 | $25.12 | $31.97 |

### MERRIMACK VALLEY HOSPITAL WAGES EFFECTIVE 2014

| Job Title | Pay Grade | MIN | MID | MAX |
|---|---|---|---|---|
| NUCLEAR MED TECHNOLOGIST | M225 | $26.52 | $37.19 | $47.34 |
| PHYSICAL THERAPY ASSISTANT | M420 | $25.50 | $35.76 | $45.52 |
| PATHOLOGY SECRETARY | MVSEIU10 | $18.77 | $26.32 | $33.50 |
| MEDICAL RECORDS CODER | MVSEIU11 | $15.60 | $22.53 | $29.14 |
| PARAMEDIC | MVSEIU11 | $15.60 | $22.53 | $29.14 |
| LPN | MVSEIU12 | $13.82 | $21.29 | $28.48 |
| PHYSICAL THERAPY AIDE | MVSEIU12 | $13.82 | $21.29 | $28.48 |
| SURGICAL TECHNICIAN/OR TECHNICIAN | MVSEIU12 | $13.82 | $21.29 | $28.48 |
| RESPIRATORY THERAPIST - CERTIFIED | MVSEIU14 | $20.50 | $28.75 | $36.59 |
| RESPIRATORY THERAPIST - REGISTERED | MVSEIU14 | $20.50 | $28.75 | $36.59 |
| RADIOLOGY TECHNOLOGIST | MVSEIU15 | $21.93 | $30.76 | $39.15 |
| CT TECHNOLOGIST | MVSEIU17 | $28.83 | $40.43 | $51.46 |
| MRI TECHNOLOGIST | MVSEIU17 | $28.83 | $40.43 | $51.46 |
| ULTRASOUND TECH | MVSEIU17 | $28.83 | $40.43 | $51.46 |
| MAIL COURIER | MVSEIU3 | $11.75 | $16.48 | $20.97 |
| OBSERVATIONAL SITTER | MVSEIU3 | $11.75 | $16.48 | $20.97 |
| STOREROOM CLERK | MVSEIU3 | $11.75 | $16.48 | $20.97 |
| SWITCHBOARD OPERATOR | MVSEIU4 | $11.75 | $16.48 | $20.97 |
| CHART ANALYSIS CLERK | MVSEIU5 | $13.53 | $18.98 | $24.15 |
| ADMITTING CLERK | MVSEIU7 | $11.75 | $17.32 | $22.89 |
| CENTRAL SUPPLY TECHNICIAN | MVSEIU7 | $13.53 | $18.98 | $24.15 |
| CLERK TYPIST | MVSEIU7 | $13.53 | $18.98 | $24.15 |
| CNA | MVSEIU7 | $13.53 | $18.98 | $24.15 |
| CNA II | MVSEIU7 | $13.53 | $18.98 | $24.15 |
| OR MATERIALS COORDINATOR | MVSEIU7 | $13.53 | $18.98 | $24.15 |
| LAB ASSISTANT | MVSEIU8 | $11.75 | $17.35 | $22.72 |
| NURSING TECHNICIAN | MVSEIU8 | $11.75 | $17.35 | $22.72 |
| RECEIVING CLERK | MVSEIU4 | $11.75 | $17.35 | $22.72 |
| RECEPTIONIST | MVSEIU8 | $11.75 | $17.35 | $22.72 |
| SCHEDULING COORDINATOR | MVSEIU8 | $11.75 | $17.35 | $22.72 |
| MEDICAL RECORDS TRANSCRIBER | MVSEIU9 | $12.50 | $17.53 | $22.31 |
| PHARMACY TECHNICIAN - CERTIFIED | MVSEIU9 | $12.50 | $17.53 | $22.31 |
| SECRETARY/TRANSCRIBER | MVSEIU9 | $12.50 | $17.53 | $22.31 |
| MRI CUSTOMER REPRESENTATIVE | S120 | $11.75 | $16.48 | $20.97 |
| CARDIO PULMONARY TECH | S130 | $14.18 | $19.89 | $25.31 |
| DEPARTMENT SECRETARY | S130 | $14.18 | $19.89 | $25.31 |
| STAFFING COORDINATOR | S130 | $14.18 | $19.89 | $25.31 |
| SLEEP TECHNICIAN | S140 | $18.27 | $25.62 | $32.61 |

## MERRIMACK VALLEY HOSPITAL WAGES EFFECTIVE 2015

| Job Title | Pay Grade | MIN | MID | MAX |
|---|---|---|---|---|
| NUCLEAR MED TECHNOLOGIST | M225 | $26.52 | $37.94 | $48.28 |
| PHYSICAL THERAPY ASSISTANT | M420 | $25.50 | $36.48 | $46.43 |
| PATHOLOGY SECRETARY | MVSEIU10 | $18.77 | $26.85 | $34.17 |
| MEDICAL RECORDS CODER | MVSEIU11 | $15.60 | $22.98 | $29.72 |
| PARAMEDIC | MVSEIU11 | $15.60 | $22.98 | $29.72 |
| LPN | MVSEIU12 | $13.82 | $21.71 | $29.05 |
| PHYSICAL THERAPY AIDE | MVSEIU12 | $13.82 | $21.71 | $29.05 |
| SURGICAL TECHNICIAN/OR TECHNICIAN | MVSEIU12 | $13.82 | $21.71 | $29.05 |
| RESPIRATORY THERAPIST - CERTIFIED | MVSEIU14 | $20.50 | $29.33 | $37.32 |
| RESPIRATORY THERAPIST - REGISTERED | MVSEIU14 | $20.50 | $29.33 | $37.32 |
| RADIOLOGY TECHNOLOGIST | MVSEIU15 | $21.93 | $31.37 | $39.93 |
| CT TECHNOLOGIST | MVSEIU17 | $28.83 | $41.24 | $52.49 |
| MRI TECHNOLOGIST | MVSEIU17 | $28.83 | $41.24 | $52.49 |
| ULTRASOUND TECH | MVSEIU17 | $28.83 | $41.24 | $52.49 |
| MAIL COURIER | MVSEIU3 | $11.75 | $16.81 | $21.39 |
| OBSERVATIONAL SITTER | MVSEIU3 | $11.75 | $16.81 | $21.39 |
| STOREROOM CLERK | MVSEIU3 | $11.75 | $16.81 | $21.39 |
| SWITCHBOARD OPERATOR | MVSEIU4 | $11.75 | $16.81 | $21.39 |
| CHART ANALYSIS CLERK | MVSEIU5 | $13.53 | $19.36 | $24.63 |
| ADMITTING CLERK | MVSEIU7 | $11.75 | $17.67 | $23.35 |
| CENTRAL SUPPLY TECHNICIAN | MVSEIU7 | $13.53 | $19.36 | $24.63 |
| CLERK TYPIST | MVSEIU7 | $13.53 | $19.36 | $24.63 |
| CNA | MVSEIU7 | $13.53 | $19.36 | $24.63 |
| CNA II | MVSEIU7 | $13.53 | $19.36 | $24.63 |
| OR MATERIALS COORDINATOR | MVSEIU7 | $13.53 | $19.36 | $24.63 |
| LAB ASSISTANT | MVSEIU8 | $11.75 | $17.70 | $23.17 |
| NURSING TECHNICIAN | MVSEIU8 | $11.75 | $17.70 | $23.17 |
| RECEIVING CLERK | MVSEIU4 | $11.75 | $17.70 | $23.17 |
| RECEPTIONIST | MVSEIU8 | $11.75 | $17.70 | $23.17 |
| SCHEDULING COORDINATOR | MVSEIU8 | $11.75 | $17.70 | $23.17 |
| MEDICAL RECORDS TRANSCRIBER | MVSEIU9 | $12.50 | $17.88 | $22.76 |
| PHARMACY TECHNICIAN - CERTIFIED | MVSEIU9 | $12.50 | $17.88 | $22.76 |
| SECRETARY/TRANSCRIBER | MVSEIU9 | $12.50 | $17.88 | $22.76 |
| MRI CUSTOMER REPRESENTATIVE | S120 | $11.75 | $16.81 | $21.39 |
| CARDIO PULMONARY TECH | S130 | $14.18 | $20.29 | $25.82 |
| DEPARTMENT SECRETARY | S130 | $14.18 | $20.29 | $25.82 |
| STAFFING COORDINATOR | S130 | $14.18 | $20.29 | $25.82 |
| SLEEP TECHNICIAN | S140 | $18.27 | $26.14 | $33.26 |

## EXHIBIT D-6

### Morton Hospital

### MEMORANDUM OF AGREEMENT

**November 2013**

1199SEIU United Healthcare Workers East (the "Union") and Morton Hospital, A Steward Family Hospital, Inc. ("Hospital") agree to adopt the collective bargaining agreement between the Union and Carney Hospital, Good Samaritan Medical Center, Norwood Hospital, St. Elizabeth's Medical Center, Holy Family Hospital, Quincy Medical Center, and Merrimack Valley Hospital for the period October 1, 2013 through October 31, 2016 and to adopt this document as an appendix to that collective bargaining agreement. Where there are differences between the terms of this appendix and the terms of the collective bargaining agreement, the terms of this appendix shall govern.

**Article VI Categories of Workers**

Limited Part Time: Those workers who are hired to work less than twenty (20) scheduled hours per week, shall not be eligible for any employees benefits except those employees that work sixteen (16) to nineteen (19) hours per week that have time in a grandfathered bank shall be able to use that accrued time until it is exhausted.

**Section 6.03 Flexible Scheduled Workers**

*Replace second sentence of second paragraph with the following:*

Holiday, anniversary day, vacation and sick leave accruals will be based on actual number of hours worked.

**Article X Hours of Work**

**Section 10.08 Flex Down**

*Replace subsection (b) with the following:*

(b) Allow a worker to voluntarily take time off with pay from his or her vacation bank; or

**Article XII Compensation & Overtime**
**Section 12.02 Overtime Rate**

A worker shall be compensated at the rate of time and one-half (including applicable premiums as required by law) for authorized work performed in excess of forty (40)

hours in a workweek or in excess of a scheduled shift of at least eight (8) hours when he or she works beyond the end of that scheduled shift at the employer's request.

*Replace second paragraph with the following:*

Holidays, anniversary day, vacations and sick leave shall not count as time worked for the purposes of calculating overtime.

**Section 12.05 Amounts & Hours**

Shift differential is paid to full-time and part-time workers who work at least four (4) consecutive hours during any shift designated below.

When a worker's work schedule carries over into the next shift, the worker must work a minimum of four (4) hours into the following shift in order to receive the differential of the next shift. When less than four (4) hours is worked into the following shift, the worker continues to receive the differential of the former shift, if any.

A worker who is regularly scheduled to work the evening or night shift shall receive that differential on all paid holidays, floating holidays (personal days), vacations and sick leave. Weekend shift differential, however is paid only on hours actually worked unless regularly scheduled to work every weekend.

Hours

Evening Shift - 3:00 p.m. to 11:30 p.m.
Night Shift - 11:00 p.m. to 7:30 a.m.(to allow for meal break)
Weekend - 7 a.m. Saturday to 11 p.m. Sunday

Differentials

Shift Differentials shall remain at the same rates for the life of the MOA.

**Section 12.07 On-Call & Call-In**

On-Call and Call-In pay shall remain as currently provided by the Hospital.

**Article XIII Holidays**

**Section 13.01 Pay for Holidays**

*Replace with the following:*

Section 1 Eligible workers will be eligible for the following holidays:

| | |
|---|---|
| New Year's Day | Labor Day |
| President's Day | Columbus Day |
| Patriot's Day | Veterans Day |
| Memorial Day | Thanksgiving Day |
| Independence Day | Christmas Day |

Section 2 Each holiday listed above shall mean and be observed on the day established by the laws of Massachusetts for its observance a legal holiday, except that New Year's Day, Independence Day, Veteran's Day and Christmas Day shall be celebrated on the day on which each falls. With the exception of the New Year's Day and Christmas Day holidays, holidays shall be deemed to fall between the start of the night shift immediately preceding the holiday and the end of the evening shift of the day of the holiday. The New Year's Day and Christmas Day holiday is a four (4)-shift holiday and is deemed to fall between the start of the evening shift on the eve of the holiday and the end of the evening shift on the day of the holiday, provided that, if an employee works more than one (1) shift during the four (4) shift Christmas Day or New Year's Day holiday, the employee shall receive premium pay for only one (1) such shift. An employee who works more than one (1) shift during a holiday shall be entitled to compensatory time off (or, at the discretion of the Hospital, holiday pay) for only one (1) holiday.

Section 3 Eligibility Requirements

A. Employees who are regularly scheduled to work twenty (20) hours or more per week are eligible for holiday pay (prorated for part-time employees).

B. 1. Employee has worked his/her last scheduled workday before, and after the holiday or compensatory time off (unless the holiday or compensatory time off falls during his/her normal vacation period), is eligible for holiday pay.

2. An employee who fails, due to illness, to work his/her last scheduled workday before and after a holiday or compensatory time off, may receive holiday pay for the holiday, if the illness and inability to work are verified by a physician's certificate. Otherwise, sick time shall be paid to the extent that accrued sick time is available to the employee.

C. If an employee who has been scheduled to work on a holiday fails to work as scheduled, he/she will not be entitled to holiday pay or to compensatory time off for that holiday. Sick time shall be paid to the extent that accrued sick time is available to the employee.

Section 4 Holiday Pay

A. Holiday pay for a full-time employee shall be computed on the basis of the employee's straight-time hourly rate, including the applicable shift differential if the employee is then regularly assigned to the evening or night shift. Holiday pay for an eligible part-time employee shall be prorated in accordance with the

number of hours per week which the employee is hired to and is regularly scheduled to work.

B. If a holiday falls during the vacation of an employee who is eligible for holiday pay, the employee will receive holiday pay for that day and the time off for that day will not be deducted from the employee's accrued vacation time.

Section 5 Holiday Compensatory Time Off

A. An employee who is eligible for holiday pay and who is scheduled to work and does work on a holiday will receive compensatory time off equal to the number of holiday hours for which the employee is hired and regularly scheduled to work prorated for part-time employees.

B. Holiday compensatory time off will be scheduled by the Hospital, at the convenience of the employee's department, on a mutually agreeable date within sixty (60) days after the holiday.

C. Part-time employees may accrue holiday compensatory time up to a maximum of sixteen (16) hours.

Section 6 Work on a Holiday/Holiday Differential Pay

An employee who is eligible for holiday pay and who is scheduled to work and does work shall be compensated at the differential rate or time and one-half (1.5 times) his/her straight-time rate for all hours actually worked on the holiday.

Section 7 Holiday Accruals

Employees eligible for holiday pay accrue as follows:

| Scheduled Hours | Holiday Accrual |
|---|---|
| 40 | 8 hours |
| 32 | 6.5 hours |
| 24 | 4.75 hours |
| 20 | 4.0 hours |

Employees that work sixteen (16) to nineteen (19) hours per week that have time in a grandfathered bank shall be able to use that accrued time until it is exhausted.

**Article XIV Paid Time Off**

*Replace with the following:*

**Section 14.01 Vacation**

Section 1 Vacation accrual commences on the first week of work. However, accrued vacation time can not be used before six (6) month of continuous employment has been completed. Vacation time is accrued and credited to the employee's account each pay period. This information can be found on the employees pay stub.

Section 2 Vacation time may not be taken until it is accrued.

Section 3 Vacation time will accrue on scheduled/approved hours including sick time, vacation, holiday, jury duty and bereavement time. Vacation time will not accrue on overtime hours or unpaid leaves of absences.

Section 4 Employees transferred or promoted to a position calling for a different schedule or accrual will begin accruing according to that schedule as of the actual week of transfer or promotion.

Section 5 The number of weeks of vacation an eligible full-time employee accrues in bi-weekly increments is based on the employee's schedules hours, years of service and job classification as follows. Amounts will be pro-rated for part-time employees.

| Length of Employment | Annual Entitlement Weeks/Hours | Hours Earned per Bi-weekly Pay Period |
|---|---|---|
| From hire to 2nd anniversary | 2 weeks/ 80 hours | 3.0769 |
| After 2nd anniversary | 3 weeks / 120 hours | 4.6154 |
| After 8th anniversary | 4 weeks / 160 hours | 6.1538 |

Section 6 An employee may not retain a vacation balance which exceeds one hundred fifty percent (150%) of his/her annual vacation entitlement. Once an employee's accrual equals one hundred fifty percent (150%) of his/her annual entitlement, no further vacation hours will be credited to his/her balance. Accruals will re-commence once the balance falls below one hundred fifty percent (150%). Employees transferring to a position with fewer authorized hours will not lose any vacation accrued which represents more than one hundred fifty percent (150%) of the annual accrual for his/her new position. Any accrued vacation which exceeds the new maximum will be paid off.

If due to severe staffing shortages, an employee is unable to take requested vacation time, then the manager may request that vacation accruals continue for a specified length of time. Such requests for continued accrual must be made by the department manager to the Director of Benefits in the Human Resources department which will make the determination and, if approved, specify the length of time.

Section 8 Pay in Lieu of Vacation

1. Vacation will not be paid without taking time off.

2. If an employee is called in to work during a scheduled vacation, the time paid will be added back to the employee's vacation balance. The employee will not receive double pay.

Section 9      Rate of Pay for Vacation

1. Vacation pay is paid at the employee's base rate in effect on the last working day before the start of his/her vacation.

2. Weekend and shift differentials will be included in vacation pay if the employee is regularly scheduled for days and shifts on which a differential is paid and is taking vacation on such a day. This does not include employees who work such days and shifts as part of a rotation schedule.

Section 10     Holidays and Sickness

1. Holidays that fall within a vacation period are not counted as vacation days.

2. Any employee that falls ill during a scheduled vacation can not change a vacation day to a sick day. Vacation requests may be changed in the event of illness which occurs prior to the beginning of the scheduled vacation period.

Section 11     Computation of Overtime

Vacation time is **not** considered time worked for the purposes of computing overtime.

Section 12     Change in Status

An employee whose status changes to a part-time employee working less than twenty (20) hours per week will be paid all accrued vacation due.

Section 13     Procedure

1. The supervisor is responsible for scheduling vacations on a fair and equitable basis. Consideration must be given to a number of factors including the total number of employees in the group, individual vacation allotments, preferences, staffing requirements, seniority, etc.

2. When an employee requests vacation, it is the responsibility of the supervisor to check the employee's vacation accrual balance to determine whether sufficient vacation time has accrued to meet the request. The supervisor is then responsible for completing the time sheet appropriately.

Section 14      Payment upon Termination

An employee will be paid all unused, accrued vacation at termination, provided the employee has completed six (6) months of continuous employment. If weekend and shift differentials apply, these differentials will be included in terminal vacation pay.

**Section 14.02  Personal Days/Floating Holidays**

*Replace with the following:*

**Section 14.02  Anniversary Days**

**ELIGIBILITY**

1.     Employees must be hired to (and regularly scheduled to) work at least twenty (20) hours per week.

2.     Employees must be employed for one (1) to fourteen (14) consecutive years in order to earn one (1) eight (8) hour anniversary day.

3.     Employees must be employed for fifteen (15) or more consecutive years in order to earn two (2) anniversary days.

**PROCEDURE**

1.     Employees who have been employed for one (1) to fourteen consecutive years shall be granted one (1) anniversary day during the twelve (12) month period following each anniversary of his/her date of hire.

2.     Employees who have been employed for fifteen (15) or more consecutive years shall be granted two (2) anniversary days during the twelve (12) month period following each anniversary of his/her date of hire.

3.     Anniversary days are not accruable from year to year.

4.     Employees may request to take pay in lieu of time off.

5.     Anniversary days shall not be taken so as to create payment of overtime.

6.     Anniversary days shall be paid at the employee's straight time hourly rate plus any applicable differentials, not to exceed eight (8) hours.

7.     Use of anniversary days must be approved in advance by the employee's Department Director (or in the case of Department Directors, the appropriate Vice President) based on his/her sole judgment of the department's staffing needs.

8.     Employees that work sixteen (16) to nineteen (19) hours per week that have time in a grandfathered bank shall be able to use that accrued time until it is exhausted.

**Section 14.03 Sick Leave**

Section 1 All employees who are scheduled for twenty (20) hours per week or more are eligible for sick pay benefits. Full-time employees (forty (40) hours per week) accrue twelve (12) sick days per year earned in weekly increments, beginning with the first week of employment. Part-time employees who work twenty (20) to thirty-nine (39) hours accrue twelve (12) days on a prorated basis. Eligible full-time employees must be employed for a period of three (3) consecutive months before any accrued sick pay benefits become available for use. Eligible part-time employees must be employed for six (6) consecutive months before any accrued sick pay benefits become available for use.

Section 2 The maximum accrual for all employees is ninety (90) days. This includes all full-time employees and part-time employees working twenty (20) to thirty-nine (39) hours per week.

Section 3 Notification

1. On the day shift, an employee must notify the supervisor of his/her absence at least one (1) hour before the start of the shift. On the second shift, an employee must notify the supervisor of his/her absence at least three (3) hours before the start of the shift, and at least five (5) hours before the start of the third shift.

2. If an employee is absent for more than one (1) day, notification must be made on each day to the supervisor.

3. If an employee has a serious health condition that requires absence for longer than five (5) days, she/he must request a medical leave. If the employee is unavailable to complete the request, his/her supervisor/manager will complete the request and forward it to the Human Resources department.

Section 4 Payment and Administration

1. Sick pay benefits are **not** considered time worked for the purpose of computing overtime.

2. Weekend and shift differentials will be included in sick pay if the employee is regularly scheduled for days and shifts on which a differential is paid and is calling in sick on such a day. This does not include employees who work such days and shifts as part of a rotation schedule.

3. Sick pay benefits are not paid during a family care leave or a personal leave of absence. Sick pay benefits will be paid to employees on a medical or parental leave of absence.

4. If a supervisor questions the validity of any absence, he/she may request that the employee provide certification from a physician.

Section 5 Responsibility

1. It is the responsibility of the employee to properly notify his/her supervisor of any absence, and to furnish a medical certification upon the request of the supervisor. It is further the responsibility of the employee not to abuse the sick leave policy according to the attendance guidelines. Abuse of this policy could result in disciplinary action, up to and including termination.

2. It is the responsibility of the supervisor to review requests for sick leave pay, to apply the policy and follow the attendance guidelines.

**Article XVI Leaves of Absence**

**Section 16.01 Family and Medical Leave**

(c) Use of PTO Required During FMLA Leave

3. *Replace with the following:*

(c) Use of Vacation Required During FMLA Leave

Workers taking FMLA leave must use all available accrued vacation time during their FMLA leave. Workers who use all of their available accrued vacation time before the end of their FMLA leave must use available sick leave for the remainder of the FMLA leave. In the event that a worker has no available accrued vacation time or sick leave, the FMLA leave will be unpaid. Notwithstanding the foregoing, a female employee may choose to take the first eight (8) weeks of any FMLA leave taken for the birth, adoption, or placement of a child in foster care as an unpaid leave of absence.

**Section 16.02 Maternity/Paternity Leave**

*Replace with the following:*

Full-time workers who have completed their probation period, but are not eligible for leave under the Family and Medical Leave Act, will be entitled to eight weeks of unpaid maternity/paternity leave on the terms and conditions set forth in Mass. Gen. L. ch. 149, §105D. Eligible workers may use their paid vacation time during this leave, or may use their paid sick leave if they are prevented from working due to personal illness or injury.

**Section 16.03 Small Necessities Leave**

(c) Use of PTO Required During SNLA Leave

*Replace with the following:*

(c)   Use of Vacation Required During SNLA Leave
Workers taking SNLA leave must use all available accrued paid vacation time during their SNLA leave.  In the event that a worker has no available accrued paid vacation time, the SNLA leave will be unpaid.

**Section 16.04  Industrial Accident**

*Replace second sentence as follows:*

This leave of absence is unpaid, but workers on industrial accident leave may use accrued vacation or sick leave to supplement any workers' compensation benefits they receive in order to receive their full regular biweekly pay.

**Section 16.05  Bereavement Leave**

*Replace with the following:*

All full-time and part-time employees who work twenty (20) hours per week or more are eligible for bereavement leave.

Any eligible employee who suffers the death of an immediate family member will be compensated for the time lost from his/her regular scheduled work, not to exceed three (3) days within the seven (7) day period from the date of death.  Immediate family members include spouse, parents, children, siblings, parents-in-law, grandparents, grandchildren, brother-in-law, sister-in-law, or other family members residing in the employee's immediate household.

Any employee who suffers the death of aunt, uncle or any other relative may be granted (1) day off with pay for the purpose of attending the funeral.

Employees must be scheduled to work during days of leave in order to be eligible for payment.  Regular straight time is paid for each of these days.  Paid bereavement leave is not considered time worked for purposes of computing overtime.  Shift differential and/or weekend differentials will be included in bereavement pay if the employee is regularly scheduled for days and shifts on which a differential is paid and is taking bereavement leave on such a day.  This does not include employees who work such days and shifts as part of a rotation schedule.

Additional time off without pay, or charged to accrued vacation, may be granted by the supervisor for a reasonable period of time, based on departmental needs.

**Article XVIII  Training and Upgrading Fund**

The Hospital will begin contributing to the Training and Upgrading Fund effective May 15, 2014.  Any existing tuition reimbursement program or other existing provisions concerning education benefits or professional activities will continue until May 15, 2015, at which point they will cease.

**Article XXI  Layoff/Recall**

**Section 21.05  PTO Payment**

*Replace with the following:*

**Section 21.05  Vacation Payment**

A laid off worker will be paid all of his or her unused accrued vacation time on a biweekly basis as salary continuation at the worker's regular biweekly rate of pay on the regular payroll cycle until such unused accrued vacation is exhausted.

**Section 21.09  Rights Upon Recall**

*Replace with the following:*

Workers who are recalled will be re-credited with their pre-layoff seniority and that portion of their accrued paid vacation time that was not paid to them when they were laid off and their sick leave.

**Memorandum of Understanding Regarding Use of PTO and ESL During FMLA Leave**

*Replace with the following:*

**Memorandum of Understanding Regarding Use of Vacation and Sick Leave During FMLA Leave**

In order to accurately reflect the intent of the parties when they drafted Article 14 and Section 16.01 of the contract, Section 16.01(c) should be interpreted as permitting a worker who takes FMLA leave for his/her own serious health condition to use his/her sick leave during that FMLA leave rather than first exhausting his/her vacation and then using sick leave.  If a worker does not elect to use his/her sick leave (or has no available sick leave) for an FMLA leave taken for his/her own serious health condition, then the Hospital will charge that FMLA leave against the worker's vacation bank.  When a worker takes FMLA leave for any reason other than his/her own serious health condition, the worker must use all available paid vacation time during the FMLA leave.  Once a worker exhausts his/her vacation s/he must use sick leave.

**Memorandum of Understanding (May 10, 2010) (Regarding Transfers During Probation)**

*Replace with the following:*

As an addendum to the Collective Bargaining Agreement Article XX Job Openings, the parties agree that the following language regarding "transfers during probation" shall apply at all facilities recognized within the Agreement.

A worker cannot apply for a position transfer for a one (1) year period after the start of his/her probationary period, except for positions within his/her classification. With management approval, which will not be unreasonably withheld, a worker may also apply for a transfer to a position outside his/her classification during the one (1) year period after the start of his/her probationary period.

**Memorandum of Understanding Regarding Use of PTO and ESL During FMLA Leave**

*Replace with the following:*

**Memorandum of Understanding Regarding Use of Vacation and Sick Leave During FMLA Leave**

In order to accurately reflect the intent of the parties when they drafted Article 14 and Section 16.01 of the contract, Section 16.01(c) should be interpreted as permitting a worker who takes FMLA leave for his/her own serious health condition to use his/her sick leave during that FMLA leave rather than first exhausting his/her vacation and then using sick leave. If a worker does not elect to use his/her sick leave (or has no available sick leave) for an FMLA leave taken for his/her own serious health condition, then the Hospital will charge that FMLA leave against the worker's vacation bank. When a worker takes FMLA leave for any reason other than his/her own serious health condition, the worker must use all available paid vacation time during the FMLA leave. Once a worker exhausts his/her vacation s/he must use sick leave.

**Morton Rotation**

The parties agree to review, analyze, and assess the financial and operational impact of providing employees with at lease fifteen (15) years of service the ability to opt out of rotating to evening and nights. Accordingly, the parties will meet over the next ninety (90) days to ascertain what, if any, past practice existed, and, if so, whether we can implement any appropriate changes after the ninety (90) day review.

**<u>Morton Hospital Past Practices</u>**

**<u>General</u>**

1. Vacation Scheduling – Separate Agreement.
2. Subject to department staffing needs and with management approval the combining of breaks/lunch is allowed.
3. Subject to department staffing needs and with management approval, workers may be allowed to come in early in order to leave early on the same day.
4. Dietary department workers shall continue to receive free fountain (not bottled) drinks which include soda, juice, and coffee. This practice shall continue so long as it is economically feasible. If the Hospital decides to discontinue this practice, it agrees to notify 1199SEIU and bargain over the impact to affected workers.
5. Working supervisors who have been working weekends on call and/or holidays shall continue to do so.
6. The Hospital dress code policy shall continue.
7. For purposes of earning a weekend differential, the weekend shall continue to start at 11 p.m. on Friday night and end at 11 p.m. on Sunday night.
8. If management forces an employee to work a shift other than their regularly scheduled shift on a holiday, the employee will continue to receive any differential they would have received if they had worked their regular shift.
9. The Hospital will continue to provide uniforms for workers that work in the following departments:
   a. Transport
   b. Lab coats in the pharmacy
   c. Scrubs in the OR, Maternity and Interventional Radiology
10. Pharmacy workers will continue to receive one (1) paid education day every other year.
11. With the approval of management, rehabilitation workers will continue to receive paid education days for CEU credits and other courses that benefit the Hospital by improving the workers job related skills.
12. Call in for sick time shall continue to be one (1) hour for the day shift, three (3) hours for the evening shift and five (5) hours for the night shift.
13. Employees may be allowed to split holiday hours in those departments where is has previously occurred, with management approval.
14. Employees may continue to complete a draft-schedule in departments where it has previously occurred, however, management shall have sole discretion of approving the final schedule.

**<u>The following practices shall continue so long as they continue for all other Morton employees</u>:**

- Employee discounts on meals in the cafeteria.
- Free meal on Thanksgiving and Christmas.
- Donation of vacation time.

- Free parking.
- In a year that the Hospital sponsors an employee Christmas Party, the evening shift workers on duty the night of the party shall receive a free dinner meal that evening.

It is understood that the above past practices exist. If during the terms of the Agreement any further past practices are brought to light, the parties shall meet to discuss their inclusion in this list.

For Morton Hospital

For 1199SEIU

Morton Hospital/1199SEIU
Per Diem Commitment

In addition to the requirements set forth in Section 6.02 of the CBA, the following will serve as per diem requirements for all employees accepting Per Diem positions with Morton Hospital:

1. Availability shall be defined as the ability to work shifts that fulfill the needs of the Hospital.

2. All Per Diem staff must be available to work the equivalent of:
   - Twelve (12) weekend shifts per year, which may be in the form of on-call upon the needs of the department, and;
   - Two (2) holiday shifts per year, one summer (Memorial Day, Independence Day, or Labor Day), and one winter (Thanksgiving, Christmas, or New Year's), and;
   - Two (2) shifts per month

3. Per Diem staff will be called on a rotating basis to fill slots according to the skill required and actual job category within their department.

4. Per Diem staff may not agree to work at the request of a regular staff member without supervisor approval. Such requests shall not be arbitrarily denied.

5. Per Diems who are unavailable to work for two (2) months will be sent a letter from the Human Resources Department to determine if they wish to remain on the per diem list. If they remain unavailable for the third (3rd) month they will automatically be terminated. Any request for additional employment must be made through the formal reapplication process.

6. The Hospital reserves the right to terminate any Per Diem staff member who has three (3) occurrences in a twelve (12) month period where they have cancelled three (3) scheduled shifts. Should the Hospital terminate the Per Diem, any request for additional employment must be made through the formal reapplication process.

7. Notwithstanding paragraphs 2 & 5 above, Per Diem employees that will be unavailable to work for short term periods because of medical, personal or other similar reasons may remain on active Per Diem status so long as they keep the Hospital informed of their anticipated date of leave and date of return.

This agreement has been entered on this 22nd day of April, 2014 by the parties titled above.

Morton Hospital
DATE: 6/6/14

1199SEIU
DATE: 5/29/2014

**Memorandum of Agreement Between 1199SEIU United Healthcare Workers East and Morton Hospital Regarding Vacation Scheduling**

As a result of our Past Practice discussing, the following policy and procedures for requesting and scheduling vacations shall be adopted:

1. Vacation requests shall be submitted to the immediate supervisor of the worker or designees in advance of the requested vacation in accordance with the following schedule:

| REQUEST FOR VACATION | TO BE RECEIVED BY | TO BE DECIDED BY |
|---|---|---|
| a. January 2nd through Saturday before Memorial Day | November 15th | December 15th |
| b. Sunday before Memorial Day Through Saturday after Labor Day | March 15th | April 15th |
| c. Sunday after Labor Day Through January 1st | July 15th | August 15th |

Subject to the reservations in paragraph 3, vacation requests submitted according to the above guidelines shall be awarded based on seniority unless the affected workers reach a mutual understanding agreeable to the Hospital, or an exception is made for a "special request". Requests submitted outside of the above time frames shall be awarded on a first come, first served basis subject to departmental staffing needs.

2. Generally, a worker may take no more than two (2) weeks of vacation time. However, if workers desire to take more than two (2) weeks and their request for additional time does not interfere with requests of other workers, and is consistent with staffing and operating needs, they may be allowed additional time. Requests of weekly increments shall be considered before requests for single days.

3. Workers must submit their "special requests" preferences in writing at least five (5) weeks prior to posting the schedule. Such "special requests" must be submitted in writing to the applicable department director or designee. The Hospital will respond to such "special requests" within twenty-one (21) calendar days of receipt of the written requests and the Hospital shall notify the Union of such requests and its responses.

4. The Hospital reserves the right to schedule vacations in accordance with its operating requirements and schedules and to determine the number of employees who may be off at any one time.

5. Approved vacations apply only to the job that the worker holds at the time of the request. Workers who transfer to other positions (temporary or permanent) must re-request vacation time, the granting of which is subject to any vacations that may already have been scheduled in that classification/department. Workers' ability to take more

vacation time than accrued in a certain position (when entering a position in a new department or in a second department) is limited by the need to accommodate other workers' already granted legitimate requests for vacation time and operating needs of the Hospital.

Workers will be allowed to request vacation time in access of the current accrual if by their requested date they would accrue the amount of time requested.

6. If a worker is scheduled to work a holiday and requests that week off, in which the holiday occurs, they will still be responsible for coverage of the holiday. If an employee works a holiday during their vacation week, that employee will receive compensation time off pursuant to the Hospital's Holiday Compensatory Time Off policy. Extensions to the time limits to use the compensation day under that policy may be made by mutual agreement between the employee and management.

[signature] 10/9/13
For Morton Hospital

[signature] 10/9/13
For 1199SEIU

## WAGES - Morton Hospital

### MORTON HOSPITAL WAGES EFFECTIVE 2013

| Job Title | Grade | MIN | MID | MAX |
|---|---|---|---|---|
| Admitting Clerk | S125 | $11.75 | $16.92 | $22.08 |
| Cancer Program Coordinator | S135 | $13.69 | $19.60 | $25.50 |
| Cardiovascular Tech | M225 | $23.12 | $31.79 | $40.46 |
| Cashier/Fiscal Services | S125 | $11.75 | $16.92 | $22.08 |
| Central Supply Assistant | S120 | $11.75 | $15.96 | $20.16 |
| Centralized Scheduler | S125 | $11.75 | $16.92 | $22.08 |
| Certified Athletic Trainer | M420 | $19.37 | $26.63 | $33.90 |
| Certified Nursing Assistant | S120 | $11.75 | $15.96 | $20.16 |
| Certified Pharmacy Technician | M315 | $11.78 | $16.20 | $20.62 |
| Clinical Lab Assistant | S120 | $11.75 | $15.96 | $20.16 |
| Communication Assistant | S140 | $16.11 | $27.25 | $38.38 |
| Cook/Production Person | S120 | $11.75 | $15.96 | $20.16 |
| CT Scan Tech | M225 | $23.12 | $31.79 | $40.46 |
| Cytology Lab Assistant | S120 | $11.75 | $15.96 | $20.16 |
| Cytotechnologist | S150 | $21.88 | $30.09 | $38.29 |
| Department Secretary | S130 | $11.75 | $18.99 | $26.22 |
| Dietary Assistant | S115 | $11.75 | $16.37 | $20.99 |
| Discharge Analyst | S120 | $11.75 | $15.96 | $20.16 |
| Discharge Analyst II | S125 | $11.75 | $16.92 | $22.08 |
| Echo-Tech | M225 | $23.12 | $31.79 | $40.46 |
| EKG Technician I | S125 | $11.75 | $16.92 | $22.08 |
| EKG Technician II | S130 | $11.75 | $18.99 | $26.22 |
| Environmental Service Aide | S115 | $11.75 | $16.37 | $20.99 |
| Environmental Service Assistant I | S115 | $11.75 | $16.37 | $20.99 |
| Environmental Service Assistant II | S115 | $11.75 | $16.37 | $20.99 |
| Financial Counselor | S125 | $11.75 | $16.92 | $22.08 |
| Floor Equipment Handler | S120 | $11.75 | $15.96 | $20.16 |
| Food Service Aide | S115 | $11.75 | $16.37 | $20.99 |
| Food Service Steward | S130 | $11.75 | $18.99 | $26.22 |
| Greeter/Registration Clerk | S115 | $11.75 | $16.37 | $20.99 |
| Health Info Support Services Specialist | S150 | $21.88 | $30.09 | $38.29 |
| Interpreter | S130 | $11.75 | $18.99 | $26.22 |
| Inventory Coordinator | M315 | $11.78 | $16.20 | $20.62 |
| L.P.N. | S140 | $16.11 | $27.25 | $38.38 |
| Laboratory Clerk | S120 | $11.75 | $15.96 | $20.16 |
| Linen Assistant | S120 | $11.75 | $15.96 | $20.16 |
| Mammography Technologist | M225 | $23.12 | $31.79 | $40.46 |
| Medical Assistant | S125 | $11.75 | $16.92 | $22.08 |
| Medical Assistant | S125 | $11.75 | $16.92 | $22.08 |
| Medical Records Clerk | S115 | $11.75 | $16.37 | $20.99 |
| Medical Records Coder | S135 | $13.69 | $19.60 | $25.50 |
| Medical Record Correspondence Coord | S125 | $11.75 | $16.92 | $22.08 |
| Medical Secretary | S130 | $11.75 | $18.99 | $26.22 |
| Medical Staff Coordinator | S140 | $16.11 | $27.25 | $38.38 |
| Medical Staff Credentials Coordinator | S140 | $16.11 | $27.25 | $38.38 |
| Medical Transcriber/Medical Records | S130 | $11.75 | $18.99 | $26.22 |
| MRI Technologist | M225 | $23.12 | $31.79 | $40.46 |
| Multi Modality Technologist | M225 | $23.12 | $31.79 | $40.46 |

### MORTON HOSPITAL WAGES EFFECTIVE 2013
continued

| Job Title | Grade | MIN | MID | MAX |
|---|---|---|---|---|
| Nourishment Aide | S115 | $11.75 | $16.37 | $20.99 |
| Nuclear Medicine Technologist | M220 | $36.79 | $50.59 | $64.38 |
| Nurse Assistant | S120 | $11.75 | $15.96 | $20.16 |
| O.R. Equipment Coordinator | S135 | $13.69 | $19.60 | $25.50 |
| O.R. Scheduler | S125 | $11.75 | $16.92 | $22.08 |
| Observation Assistant | S115 | $11.75 | $16.37 | $20.99 |
| Office Coordinator | S130 | $11.75 | $18.99 | $26.22 |
| Pathology Assistant | S140 | $16.11 | $27.25 | $38.38 |
| Phlebotomist | S125 | $11.75 | $16.92 | $22.08 |
| Physical Therapy Assistant | M420 | $19.37 | $26.63 | $33.90 |
| Polysomnographic Tech | S140 | $16.11 | $27.25 | $38.38 |
| Radiologic Technologist | M215 | $21.68 | $29.81 | $37.94 |
| Radiology Clerk | S120 | $11.75 | $15.96 | $20.16 |
| Radiology Transcriber | S125 | $11.75 | $16.92 | $22.08 |
| Receiving Clerk | S120 | $11.75 | $15.96 | $20.16 |
| Rea Diagnostic Med Sonographer | M225 | $23.12 | $31.79 | $40.46 |
| Registered Poly. Tech. | S140 | $16.11 | $27.25 | $38.38 |
| Rehabilitation Service Aide | M415 | $11.75 | $16.16 | $20.56 |
| Reimbursement Coordinator | S125 | $11.75 | $16.92 | $22.08 |
| Respiratory Therapist | S155 | $23.23 | $31.94 | $40.65 |
| Scope Washer | S115 | $11.75 | $16.37 | $20.99 |
| Senior Lab Tech | S145 | $15.42 | $21.20 | $26.99 |
| Senior Laboratory Clerk | S125 | $11.75 | $16.92 | $22.08 |
| Staffing Assistant | S130 | $11.75 | $18.99 | $26.22 |
| Storeroom Clerk | S120 | $11.75 | $15.96 | $20.16 |
| Surgical Technician | S130 | $11.75 | $18.99 | $26.22 |
| Surgical Technician/1st Assist | S160 | $23.23 | $31.94 | $40.65 |
| Switchboard Operator | S120 | $11.75 | $15.96 | $20.16 |
| Technical Assistant - Radiology | S120 | $11.75 | $15.96 | $20.16 |
| Transportation Aide | S115 | $11.75 | $16.37 | $20.99 |
| Unit Clerk | S120 | $11.75 | $15.96 | $20.16 |
| Unit Clerk/Unit Assistant | S120 | $11.75 | $15.96 | $20.16 |
| Unit Coordinator | S125 | $11.75 | $16.92 | $22.08 |

### MORTON HOSPITAL WAGES EFFECTIVE 2014

| Job Title | Grade | MIN | MID | MAX |
|---|---|---|---|---|
| Admitting Clerk | S125 | $11.75 | $17.25 | $22.52 |
| Cancer Program Coordinator | S135 | $13.69 | $19.99 | $26.01 |
| Cardiovascular Tech | M225 | $23.12 | $32.43 | $41.27 |
| Cashier/Fiscal Services | S125 | $11.75 | $17.25 | $22.52 |
| Central Supply Assistant | S120 | $11.75 | $16.27 | $20.56 |
| Centralized Scheduler | S125 | $11.75 | $17.25 | $22.52 |
| Certified Athletic Trainer | M420 | $19.37 | $27.17 | $34.58 |
| Certified Nursing Assistant | S120 | $11.75 | $16.27 | $20.56 |

MORTON HOSPITAL WAGES EFFECTIVE 2014
continued

| Job Title | Grade | MIN | MID | MAX |
|---|---|---|---|---|
| Certified Pharmacy Technician | M315 | $11.78 | $16.52 | $21.03 |
| Clinical Lab Assistant | S120 | $11.75 | $16.27 | $20.56 |
| Communication Assistant | S140 | $16.11 | $27.79 | $39.15 |
| Cook/Production Person | S120 | $11.75 | $16.27 | $20.56 |
| CT Scan Tech | M225 | $23.12 | $32.43 | $41.27 |
| Cytology Lab Assistant | S120 | $11.75 | $16.27 | $20.56 |
| Cytotechnologist | S150 | $21.88 | $30.69 | $39.06 |
| Department Secretary | S130 | $11.75 | $19.36 | $26.74 |
| Dietary Assistant | S115 | $11.75 | $16.70 | $21.41 |
| Discharge Analyst | S120 | $11.75 | $16.27 | $20.56 |
| Discharge Analyst II | S125 | $11.75 | $17.25 | $22.52 |
| Echo-Tech | M225 | $23.12 | $32.43 | $41.27 |
| EKG Technician I | S125 | $11.75 | $17.25 | $22.52 |
| EKG Technician II | S130 | $11.75 | $19.36 | $26.74 |
| Environmental Service Aide | S115 | $11.75 | $16.70 | $21.41 |
| Environmental Service Assistant I | S115 | $11.75 | $16.70 | $21.41 |
| Environmental Service Assistant II | S115 | $11.75 | $16.70 | $21.41 |
| Financial Counselor | S125 | $11.75 | $17.25 | $22.52 |
| Floor Equipment Handler | S120 | $11.75 | $16.27 | $20.56 |
| Food Service Aide | S115 | $11.75 | $16.70 | $21.41 |
| Food Service Steward | S130 | $11.75 | $19.36 | $26.74 |
| Greeter/Registration Clerk | S115 | $11.75 | $16.70 | $21.41 |
| Health Info Support Services Specialist | S150 | $21.88 | $30.69 | $39.06 |
| Interpreter | S130 | $11.75 | $19.36 | $26.74 |
| Inventory Coordinator | M315 | $11.78 | $16.52 | $21.03 |
| L.P.N. | S140 | $16.11 | $27.79 | $39.15 |
| Laboratory Clerk | S120 | $11.75 | $16.27 | $20.56 |
| Linen Assistant | S120 | $11.75 | $16.27 | $20.56 |
| Mammography Technologist | M225 | $23.12 | $32.43 | $41.27 |
| Medical Assistant | S125 | $11.75 | $17.25 | $22.52 |
| Medical Assistant | S125 | $11.75 | $17.25 | $22.52 |
| Medical Records Clerk | S115 | $11.75 | $16.70 | $21.41 |
| Medical Records Coder | S135 | $13.69 | $19.99 | $26.01 |
| Medical Record Correspondence Coord | S125 | $11.75 | $17.25 | $22.52 |
| Medical Secretary | S130 | $11.75 | $19.36 | $26.74 |
| Medical Staff Coordinator | S140 | $16.11 | $27.79 | $39.15 |
| Medical Staff Credentials Coordinator | S140 | $16.11 | $27.79 | $39.15 |
| Medical Transcriber/Medical Records | S130 | $11.75 | $19.36 | $26.74 |
| MRI Technologist | M225 | $23.12 | $32.43 | $41.27 |
| Multi Modality Technologist | M225 | $23.12 | $32.43 | $41.27 |

MORTON HOSPITAL WAGES EFFECTIVE 2014
continued

| Job Title | Grade | MIN | MID | MAX |
|---|---|---|---|---|
| Nourishment Aide | S115 | $11.75 | $16.70 | $21.41 |
| Nuclear Medicine Technologist | M220 | $36.79 | $51.60 | $65.67 |
| Nurse Assistant | S120 | $11.75 | $16.27 | $20.56 |
| O.R. Equipment Coordinator | S135 | $13.69 | $19.99 | $26.01 |
| O.R. Scheduler | S125 | $11.75 | $17.25 | $22.52 |
| Observation Assistant | S115 | $11.75 | $16.70 | $21.41 |
| Office Coordinator | S130 | $11.75 | $19.36 | $26.74 |
| Pathology Assistant | S140 | $16.11 | $27.79 | $39.15 |
| Phlebotomist | S125 | $11.75 | $17.25 | $22.52 |
| Physical Therapy Assistant | M420 | $19.37 | $27.17 | $34.58 |
| Polysomnographic Tech | S140 | $16.11 | $27.79 | $39.15 |
| Radiologic Technologist | M215 | $21.68 | $30.41 | $38.70 |
| Radiology Clerk | S120 | $11.75 | $16.27 | $20.56 |
| Radiology Transcriber | S125 | $11.75 | $17.25 | $22.52 |
| Receiving Clerk | S120 | $11.75 | $16.27 | $20.56 |
| Rea Diagnostic Med Sonographer | M225 | $23.12 | $32.43 | $41.27 |
| Registered Poly. Tech. | S140 | $16.11 | $27.79 | $39.15 |
| Rehabilitation Service Aide | M415 | $11.75 | $16.48 | $20.97 |
| Reimbursement Coordinator | S125 | $11.75 | $17.25 | $22.52 |
| Respiratory Therapist | S155 | $23.23 | $32.58 | $41.47 |
| Scope Washer | S115 | $11.75 | $16.70 | $21.41 |
| Senior Lab Tech | S145 | $15.42 | $21.63 | $27.52 |
| Senior Laboratory Clerk | S125 | $11.75 | $17.25 | $22.52 |
| Staffing Assistant | S130 | $11.75 | $19.36 | $26.74 |
| Storeroom Clerk | S120 | $11.75 | $16.27 | $20.56 |
| Surgical Technician | S130 | $11.75 | $19.36 | $26.74 |
| Surgical Technician/1st Assist | S160 | $23.23 | $32.58 | $41.47 |
| Switchboard Operator | S120 | $11.75 | $16.27 | $20.56 |
| Technical Assistant - Radiology | S120 | $11.75 | $16.27 | $20.56 |
| Transportation Aide | S115 | $11.75 | $16.70 | $21.41 |
| Unit Clerk | S120 | $11.75 | $16.27 | $20.56 |
| Unit Clerk/Unit Assistant | S120 | $11.75 | $16.27 | $20.56 |
| Unit Coordinator | S125 | $11.75 | $17.25 | $22.52 |

MORTON HOSPITAL WAGES EFFECTIVE 2015

| Job Title | Grade | MIN | MID | MAX |
|---|---|---|---|---|
| Admitting Clerk | S125 | $11.75 | $17.60 | $22.97 |
| Cancer Program Coordinator | S135 | $13.69 | $20.39 | $26.53 |

| MORTON HOSPITAL WAGES EFFECTIVE 2015 continued | | | | |
|---|---|---|---|---|
| Job Title | Grade | MIN | MID | MAX |
| Cardiovascular Tech | M225 | $23.12 | $33.07 | $42.09 |
| Cashier/Fiscal Services | S125 | $11.75 | $17.60 | $22.97 |
| Central Supply Assistant | S120 | $11.75 | $16.60 | $20.97 |
| Centralized Scheduler | S125 | $11.75 | $17.60 | $22.97 |
| Certified Athletic Trainer | M420 | $19.37 | $27.71 | $35.27 |
| Certified Nursing Assistant | S120 | $11.75 | $16.60 | $20.97 |
| Certified Pharmacy Technician | M315 | $11.78 | $16.85 | $21.45 |
| Clinical Lab Assistant | S120 | $11.75 | $16.60 | $20.97 |
| Communication Assistant | S140 | $16.11 | $28.35 | $39.93 |
| Cook/Production Person | S120 | $11.75 | $16.60 | $20.97 |
| CT Scan Tech | M225 | $23.12 | $33.07 | $42.09 |
| Cytology Lab Assistant | S120 | $11.75 | $16.60 | $20.97 |
| Cytotechnologist | S150 | $21.88 | $31.30 | $39.84 |
| Department Secretary | S130 | $11.75 | $19.75 | $27.28 |
| Dietary Assistant | S115 | $11.75 | $17.03 | $21.84 |
| Discharge Analyst | S120 | $11.75 | $16.60 | $20.97 |
| Discharge Analyst Ii | S125 | $11.75 | $17.60 | $22.97 |
| Echo-Tech | M225 | $23.12 | $33.07 | $42.09 |
| EKG Technician I | S125 | $11.75 | $17.60 | $22.97 |
| EKG Technician II | S130 | $11.75 | $19.75 | $27.28 |
| Environmental Service Aide | S115 | $11.75 | $17.03 | $21.84 |
| Environmental Service Assistant I | S115 | $11.75 | $17.03 | $21.84 |
| Environmental Service Assistant II | S115 | $11.75 | $17.03 | $21.84 |
| Financial Counselor | S125 | $11.75 | $17.60 | $22.97 |
| Floor Equipment Handler | S120 | $11.75 | $16.60 | $20.97 |
| Food Service Aide | S115 | $11.75 | $17.03 | $21.84 |
| Food Service Steward | S130 | $11.75 | $19.75 | $27.28 |
| Greeter/Registration Clerk | S115 | $11.75 | $17.03 | $21.84 |
| Health Info Support Services Specialist | S150 | $21.88 | $31.30 | $39.84 |
| Interpreter | S130 | $11.75 | $19.75 | $27.28 |
| Inventory Coordinator | M315 | $11.78 | $16.85 | $21.45 |
| L.P.N. | S140 | $16.11 | $28.35 | $39.93 |
| Laboratory Clerk | S120 | $11.75 | $16.60 | $20.97 |
| Linen Assistant | S120 | $11.75 | $16.60 | $20.97 |
| Mammography Technologist | M225 | $23.12 | $33.07 | $42.09 |
| Medical Assistant | S125 | $11.75 | $17.60 | $22.97 |
| Medical Assistant | S125 | $11.75 | $17.60 | $22.97 |
| Medical Records Clerk | S115 | $11.75 | $17.03 | $21.84 |
| Medical Records Coder | S135 | $13.69 | $20.39 | $26.53 |
| Medical Record Correspondence Coord | S125 | $11.75 | $17.60 | $22.97 |

| MORTON HOSPITAL WAGES EFFECTIVE 2015 continued | | | | |
|---|---|---|---|---|
| Job Title | Grade | MIN | MID | MAX |
| Medical Secretary | S130 | $11.75 | $19.75 | $27.28 |
| Medical Staff Coordinator | S140 | $16.11 | $28.35 | $39.93 |
| Medical Staff Credentials Coordinator | S140 | $16.11 | $28.35 | $39.93 |
| Medical Transcriber/Medical Records | S130 | $11.75 | $19.75 | $27.28 |
| MRI Technologist | M225 | $23.12 | $33.07 | $42.09 |
| Multi Modality Technologist | M225 | $23.12 | $33.07 | $42.09 |
| Nourishment Aide | S115 | $11.75 | $17.03 | $21.84 |
| Nuclear Medicine Technologist | M220 | $36.79 | $52.63 | $66.98 |
| Nurse Assistant | S120 | $11.75 | $16.60 | $20.97 |
| O.R. Equipment Coordinator | S135 | $13.69 | $20.39 | $26.53 |
| O.R. Scheduler | S125 | $11.75 | $17.60 | $22.97 |
| Observation Assistant | S115 | $11.75 | $17.03 | $21.84 |
| Office Coordinator | S130 | $11.75 | $19.75 | $27.28 |
| Pathology Assistant | S140 | $16.11 | $28.35 | $39.93 |
| Phlebotomist | S125 | $11.75 | $17.60 | $22.97 |
| Physical Therapy Assistant | M420 | $19.37 | $27.71 | $35.27 |
| Polysomnographic Tech | S140 | $16.11 | $28.35 | $39.93 |
| Radiologic Technologist | M215 | $21.68 | $31.01 | $39.47 |
| Radiology Clerk | S120 | $11.75 | $16.60 | $20.97 |
| Radiology Transcriber | S125 | $11.75 | $17.60 | $22.97 |
| Receiving Clerk | S120 | $11.75 | $16.60 | $20.97 |
| Rea Diagnostic Med Sonographer | M225 | $23.12 | $33.07 | $42.09 |
| Registered Poly. Tech. | S140 | $16.11 | $28.35 | $39.93 |
| Rehabilitation Service Aide | M415 | $11.75 | $16.81 | $21.39 |
| Reimbursement Coordinator | S125 | $11.75 | $17.60 | $22.97 |
| Respiratory Therapist | S155 | $23.23 | $33.23 | $42.29 |
| Scope Washer | S115 | $11.75 | $17.03 | $21.84 |
| Senior Lab Tech | S145 | $15.42 | $22.06 | $28.08 |
| Senior Laboratory Clerk | S125 | $11.75 | $17.60 | $22.97 |
| Staffing Assistant | S130 | $11.75 | $19.75 | $27.28 |
| Storeroom Clerk | S120 | $11.75 | $16.60 | $20.97 |
| Surgical Technician | S130 | $11.75 | $19.75 | $27.28 |
| Surgical Technician/1st Assist | S160 | $23.23 | $33.23 | $42.29 |
| Switchboard Operator | S120 | $11.75 | $16.60 | $20.97 |
| Technical Assistant - Radiology | S120 | $11.75 | $16.60 | $20.97 |
| Transportation Aide | S115 | $11.75 | $17.03 | $21.84 |
| Unit Clerk | S120 | $11.75 | $16.60 | $20.97 |
| Unit Clerk/Unit Assistant | S120 | $11.75 | $16.60 | $20.97 |
| Unit Coordinator | S125 | $11.75 | $17.60 | $22.97 |

**EXHIBIT D-7**

**Norwood Hospital**

## Memorandum of Agreement

December 3, 2009

1199SEIU United Healthcare Workers East (the "Union") and Norwood Hospital agree to adopt the collective bargaining agreement between the Union and Carney Hospital, Good Samaritan Medical Center, Norwood Hospital, and St. Elizabeth's Medical Center for the period October 1, 2013 through October 31, 2016 and to adopt this document as an appendix to that collective bargaining agreement.

**Shift Differentials**
Shift differential is paid to a worker who works at least four (4) consecutive hours during any shift designated below.

When a worker's work schedule carries over into the next shift, the worker must work a minimum of four (4) hours into the following shift in order to receive the differential of the next shift. When less than four (4) hours is worked into the following shift, the worker continues to receive the differential of the former shift, if any.

A worker who is regularly scheduled to work the evening or night shift shall receive that differential on all paid time off. Weekend shift differential, however is paid only on hours actually worked unless regularly scheduled to work every weekend.

| **Differentials:** | 10/1/12 |
|---|---|
| Evening Shift | $2.80 |
| Low Night Shift | $5.00 |
| High Night Shift | $5.00 |
| Weekend Days | $2.30 |
| Weekend Evenings | $5.10 |
| Weekend Low Nights | $7.30 |
| Weekend High Nights | $7.30 |

**On-Call & Call-In** - Workers shall be paid five dollars and twenty-five cents ($5.25) per hour for being on-call. Workers who are called in shall receive a minimum of two (2) hours of pay at a rate of time and one half pay plus any applicable differential for each time called in to work. On-call pay shall not continue while the worker is actually working, but will resume when the worker goes off active duty again. Workers shall not be scheduled for on-call during their scheduled vacations, unless by mutual consent. It is the worker's responsibility to bring such situations to the attention of their manager.

**Emergency Call-In** - When a worker who is not "on call" is called into work on an emergency basis, such worker shall receive a minimum of two (2) hours pay at the rate of time and one half. The preceding sentence shall not apply in situations where a worker is called in to replace another scheduled worker, or where additional staffing is needed beyond the regular staffing level, or where a worker is called in, in a non-emergency situation.

Workers called in between the hours of 11:00 p.m. and 4:00 a.m. may, if the worker requests it and staffing permits as determined by the supervisor, be provided with unpaid hours off on the shift subsequent to the shift on which call was worked. The supervisor shall determine the number of hours off, if any, based on scheduling needs. The worker may also substitute paid time off for unpaid time.

**Preceptor Pay** - Workers who are assigned by their manager to precept a new employee for a least (4) hours shall be paid a preceptor bonus of ten dollars ($10.00) a day for each day assigned.

**Professional Advancement** - Any Technical worker who achieves ACLS certification and/or an advanced certification, registration or degree that is directly related to the worker's current position and, that is not required by the job description shall receive a fifty cents ($0.50)/hr differential upon providing documentation that the worker possesses such certification, registration, or degree.

The Hospital will provide paid professional days off for attending workshops, seminars and conferences which the Hospital approves, and is required by the Hospital.

**Paid Time Off** - Effective October 1, 2011, in addition to the forty (40) hours that can be cashed out under Section 14.03 of the collective bargaining agreement, each year during the month in which a worker's anniversary of employment falls, a worker may cash out up to another forty (40) hours of unused accrued PTO in eight-hour increments. Therefore, each worker may cash out a total of up to eighty (80) hours of unused accrued PTO in eight (8)-hour increments each year during the month in which her/his anniversary of employment falls.

**Side Letter Regarding Cardiac Cath Lab On-Call Pay at Norwood Hospital**

1199SEIU United Healthcare Workers East (the "Union") and Norwood Hospital agree that for the life of the collective bargaining agreement between the Union and Carney Hospital, Good Samaritan Medical Center, Norwood Hospital, and St. Elizabeth's Medical Center for the period October 1, 2013 through October 31, 2016, Norwood Hospital will pay Cardiac Cath Techs twn dollars ($10.00) per hour for time spent on-call. This side letter shall expire automatically upon the expiration of the collective bargaining agreement and shall not survive thereafter except with the written agreement of both Parties.

**Norwood Hospital Past Practices**

**General**

1. Vacation Scheduling – separate agreement.
   a. If a worker requests a vacation during the time they are pre-assigned to work a holiday that worker is still required to work that holiday. They will have the option to have another worker cover that holiday if available.
2. Combining breaks and/or lunch is allowed subject to department staffing.
3. Those workers currently working a straight eight (8) hr shift (ten (10) or twelve (12) hr shift) with a paid lunch will continue with the signing of a legal waiver.
4. Smoking area near the cafeteria
5. Subject to department staffing needs workers may be allowed to come in early in order to leave early, but may not make up the time on other day if it would have put them in an overtime situation.
6. If a worker is unable to work a full mandated shift, due to childcare issues, they may split the shift with another worker.
7. Hospital dress code policy shall continue
8. Day workers shall call in as early as possible ( sick they shall attempt to call in two (2) hours before the start of the scheduled shift).
9. Third shift workers shall call in as early as possible, but at least two (2) hours before the start of the scheduled shift.
10. Dietary workers who are out sick shall call in at least one (1) hour before the start of the scheduled shift.
11. Working supervisors who have been working weekends, on-call, and/or holidays shall continue the practice.
12. If a worker is called to cover for a sick absence and does not answer the call their name will go to the bottom of the rotation list.
13. If a worker is called and says no to the shift their name will go to the bottom of the rotation list.
14. If a worker is called and says yes to the shift their name goes to the bottom of the rotation list.
15. If a worker is not eligible for shift (already working or involves O.T., etc.) name stays where it is.
16. Surgical Techs, Endo Techs, L&D Techs who are called in on a holiday shall continue to receive the double time and ¼ pay rate.
17. Refer to the list of working supervisors for all departments.
18. A list of workers who have been hired into a position whose regular shift is longer than twelve (12) hours shall be identified.

**Coding**

1. Workers will be allowed to continue having flexibility in their scheduling.
2. Workers will be allowed to make up time on a weekend, to use for Dr. visits that can not be scheduled otherwise, and waive the weekend differential. A separate agreement will be drafted.
3. A worker may make up a sick day on a weekend, and they shall receive the applicable differential for the weekend.

4. Subject to the needs of the department workers may continue to do work from home. This practice will be re-evaluated on a yearly basis.

**Radiology**

1. The current method of scheduling holidays shall continue, except workers will be allowed to trade shifts among themselves. They shall also be allowed to offer up their assigned shift to be posted for volunteers, to be awarded by rotating seniority.
2. The current method of scheduling on-call shall continue, except workers will be allowed to trade shifts among themselves. They shall also be allowed to offer up their assigned shift to be posted for volunteers, to be awarded by rotating seniority. This will be piloted to insure that fairness is achieved.
3. Holidays will be prorated according to the number of hours scheduled. (Need specific hours).
4. Cardiac Cath, & Ultrasound (Ultrasound is being looked at by Dir.) shall continue to receive on-call pay once they are called in, in addition to the overtime rate.

For the Hospital 7/14/16 Carolyn P. Killian

For the Union

**Norwood Hospital Per Diem Commitment**

In addition to the requirements set forth in Section 6.02 of the CBA, the following will serve as per diem requirements for all employees accepting Per Diem positions with Norwood Hospital:

1. Availability shall be defined as the ability to work shifts that fulfill the needs of the Hospital.

2. All per diem staff must be available to work the equivalent of:
   - 12 weekend shifts per year, which may be in the form of on-call upon the needs of the department and;
   - 2 holiday shifts per year one summer (Memorial Day, Independence Day, or Labor day) and one winter (Thanksgiving, Christmas, or New Years) and;
   - 2 shifts per month

3. Per Diem staff will be called on a rotating basis to fill slots according to the skill required and actual job title within their department.

4. Regular staff may not ask per-diem employees to cover their assigned shifts until the schedule is completed and posted and must have supervisor approval. Such requests shall not be arbitrarily denied.

5. Per Diems who are unavailable to work for two months will be sent a letter from the Human Resource Department to determine if they wish to remain on the per diem list. If they remain unavailable for the third (3rd month) they will automatically be terminated. Any request for additional employment must be made through the formal reapplication process.

6. The hospital reserves the right to terminate any Per Diem staff member who has three occurrences in a 12 month period where they have canceled three scheduled shifts. Should the hospital terminate the per diem, any request for additional employment must be made through the formal reapplication process.

Notwithstanding paragraph 2 & 5 above, Per Diem employees that will be unavailable to work for short term periods because of medical, personal or other similar reasons may remain on active Per Diem status so long as they keep the Hospital informed of their anticipated date of leave and date of return.

For the Union

For the Hospital

Memorandum of Agreement

between

1199SEIU United Healthcare Workers East

&

Caritas Norwood Hospital

April 1, 2010

As a result of our "Past Practice" discussion, the following policy and procedure for requesting and scheduling vacations shall be adopted:

1. Vacation Requests
Vacation requests shall be submitted to the Immediate Supervisor of the worker or designee in advance of the requested vacation in accordance with the following schedule:

| REQUEST FOR VACATION | TO BE RECEIVED BY |
|---|---|
| January 2 through May 14 | November 15 |
| May 15 through September 15 | March 15 (for 2010 – April 15) |
| September 16 through January 1 | July 15 |

The Immediate Supervisor or designee shall respond to these requests within thirty (30) days after the above receipt dates. Worker requests submitted outside of the above timeframes shall be awarded on a first-come first serve basis subject to departmental staffing needs.

2. Amount of Vacation
Generally, a worker may take no more than two (2) weeks of vacation time. However, if workers desire to take more than two (2) weeks and their request for additional time does not interfere with requests of other workers, and is consistent with staffing and operating needs, they may be allowed additional time. Requests of weekly increments shall be considered before requests for single days.

3. Scheduling of Vacation
Subject to the reservations in (1) and (2) above, workers will be given preference in the scheduling of their vacation time based on seniority, unless the affected workers reach a mutual understanding agreeable to the Medical Center, or an exception is made for a "special request".

Workers must submit their "special requests" preferences in writing five (5) weeks prior to posting the schedule. Such " special requests" must be submitted in writing to the applicable Department Director or designee. The Hospital will respond to such "special requests" within twenty-one (21) calendar days of receipt of the written request, and the Hospital shall notify the Union of such "special requests" and its response.

The Medical Center reserves the right to schedule vacations in accordance with its operating requirements and scheduled and to determine the number of employees who may be off at any one time.

Approved vacations apply only to the job that the worker holds at the time of the request. Workers who transfer to other positions (temporary or permanent) must re-request vacation time, the granting of which is subject to any vacations that may already have been scheduled in that classification. Workers' ability to take more vacation time than accrued in a certain position (when entering a position in a new department or in a second department) is limited by the need to accommodate other workers' already granted legitimate requests for vacation in they do not have sufficient PTO accrual to cover the time off.

4. Holiday During Vacation
If a worker is scheduled to work a holiday and requests that week off, in which the holiday occurs, they will still be responsible for coverage of the holiday. If a holiday off occurs during a vacation, and additional day off will be scheduled by mutual agreement, subject to the scheduling needs of the Medical Center.

For the Medical Center

For the Union

## WAGES - Norwood Hospital

### NORWOOD HOSPITAL WAGES EFFECTIVE 2013

| Labor Group | Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|---|
| Business Office Clerical | BIRTH REGISTRAR | CNH-206 | $12.87 | $15.81 | $18.75 |
| | H.I.M. COORDINATOR | CNH-206 | $12.87 | $15.81 | $18.75 |
| | DISCHARGE ANALYST | CNH-207 | $12.87 | $16.27 | $19.68 |
| | SWITCHBOARD OPERATOR | CNH-207 | $12.87 | $16.27 | $19.68 |
| | CASHIER | CNH-208 | $12.87 | $16.76 | $20.64 |
| | CORRESPONDENCE TECH | CNH-208 | $12.87 | $16.76 | $20.64 |
| | MPI COORDINATOR/FLOAT | CNH-208 | $12.87 | $16.76 | $20.64 |
| | BILLING COORDINATOR | CNH-209 | $12.87 | $17.64 | $22.41 |
| | CODING ASSISTANT | CNH-209 | $12.87 | $17.64 | $22.41 |
| | DEPARTMENT SECRETARY/SECT I | CNH-209 | $12.87 | $17.64 | $22.41 |
| | ED COLLECTOR/INSURANCE | CNH-209 | $12.87 | $17.64 | $22.41 |
| | HEAD CASHIER | CNH-209 | $12.87 | $17.64 | $22.41 |
| | INSURANCE VERIF. COORD. | CNH-209 | $12.87 | $17.64 | $22.41 |
| | REGISTRAR | CNH-209 | $12.87 | $17.64 | $22.41 |
| | ADM./BED PLACEMENT COORD. | CNH-210 | $13.33 | $18.41 | $23.50 |
| | ADMIN/MED SECRETARY/SECT II | CNH-210 | $13.33 | $18.41 | $23.50 |
| | CENTRALIZED SCHEDULER | CNH-210 | $13.33 | $18.41 | $23.50 |
| | FINANCIAL COUNSELOR | CNH-210 | $13.33 | $18.41 | $23.50 |
| | LEAD BILLING COORDINATOR | CNH-210 | $13.33 | $18.41 | $23.50 |
| | STAFFING COORDINATOR | CNH-210 | $13.33 | $18.41 | $23.50 |
| | ADMINISTRATIVE COORDINATOR | CNH-211 | $14.00 | $19.33 | $24.67 |
| | ASST. BUYER | CNH-211 | $14.00 | $19.33 | $24.67 |
| | LEAD SCHEDULER | CNH-211 | $14.00 | $19.33 | $24.67 |
| | MT EDITOR/QA TECH. | CNH-211 | $14.00 | $19.33 | $24.67 |
| | H.I.M. SUPERVISOR | CNH-213 | $15.40 | $21.27 | $27.15 |
| | OPERATIONS COORDINATOR | CNH-213 | $15.40 | $21.27 | $27.15 |
| | SR. RESOURCE MGMT.STAFF COORDINATOR | CNH-218 | $19.61 | $27.64 | $35.67 |
| Nonprofessional | FOOD SERVICE AIDE PD | CNH-202 | $12.87 | $14.17 | $15.46 |
| | MATERIALS DISTRIBUTOR | CNH-202 | $12.87 | $14.17 | $15.46 |
| | PARKING LOT ATTENDENT | CNH-202 | $12.87 | $14.17 | $15.46 |
| | STOCK ASSISTANT | CNH-202 | $12.87 | $14.17 | $15.46 |
| | UTILITY WORKER | CNH-202 | $12.87 | $14.55 | $16.22 |
| | COFFEE SHOP AIDE | CNH-203 | $12.87 | $14.55 | $16.22 |
| | ENVR SERV AIDE | CNH-203 | $12.87 | $14.55 | $16.22 |
| | FOOD SERVICE AIDE | CNH-203 | $12.87 | $14.55 | $16.22 |
| | OR/EVS AIDE | CNH-203 | $12.87 | $14.55 | $16.22 |
| | PATIENT OBSERVER | CNH-203 | $12.87 | $14.55 | $16.22 |
| | RADIOLOGY AIDE | CNH-203 | $12.87 | $14.55 | $16.22 |
| | REHAB. AIDE | CNH-203 | $12.87 | $14.95 | $17.03 |
| | CLERK | CNH-204 | $12.87 | $14.95 | $17.03 |
| | DRIVER | CNH-204 | $12.87 | $14.95 | $17.03 |
| | PATIENT TRANSPORTER | CNH-204 | $12.87 | $14.95 | $17.03 |
| | SR. EVS AIDE | CNH-204 | $12.87 | $15.37 | $17.87 |
| | COLD PREP | CNH-205 | $12.87 | $15.37 | $17.87 |

### NORWOOD HOSPITAL WAGES EFFECTIVE 2013
continued

| Labor Group | Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|---|
| Nonprofessional | EVS AIDE/TRANSPORTER | CNH-205 | $12.87 | $15.37 | $17.87 |
| | FILM LIBRARIAN | CNH-205 | $12.87 | $15.37 | $17.87 |
| | HOST/HOSTESS | CNH-205 | $12.87 | $15.81 | $18.75 |
| | PROJECT TECH | CNH-206 | $12.87 | $15.81 | $18.75 |
| | PROJECT TECH/TRANSPORTER | CNH-206 | $12.87 | $15.81 | $18.75 |
| | SHIPPER/RECEIVER | CNH-206 | $12.87 | $15.81 | $18.75 |
| | TRANSPORT DISPATCHER | CNH-206 | $12.87 | $16.27 | $19.68 |
| | INSTRUMENT TECH I | CNH-207 | $12.87 | $16.27 | $19.68 |
| | PAR TECH | CNH-207 | $12.87 | $16.76 | $20.64 |
| | ED TECH | CNH-208 | $12.87 | $16.76 | $20.64 |
| | NURSING ASSISTANT | CNH-208 | $12.87 | $16.76 | $20.64 |
| | OR ASSISTANT | CNH-208 | $12.87 | $16.76 | $20.64 |
| | STUDENT NURSE ASSISTANT | CNH-208 | $12.87 | $17.64 | $22.41 |
| | ANESTHESIA TECH | CNH-209 | $12.87 | $17.64 | $22.41 |
| | COOK | CNH-209 | $12.87 | $17.64 | $22.41 |
| | DEPARTMENT SECRETARY/SECT I | CNH-209 | $12.87 | $17.64 | $22.41 |
| | ENDOSCOPY TECHNICIAN | CNH-209 | $12.87 | $17.64 | $22.41 |
| | INSTRUMENT TECH II | CNH-209 | $12.87 | $17.64 | $22.41 |
| | MENTAL HEALTH ASST. | CNH-209 | $12.87 | $17.64 | $22.41 |
| | PERINATAL TECH | CNH-209 | $12.87 | $17.64 | $22.41 |
| | PHLEBOTOMIST | CNH-209 | $12.87 | $17.64 | $22.41 |
| | UNIT SECRETARY | CNH-209 | $12.87 | $18.18 | $23.50 |
| | ADMIN/MED SECRETARY/SECT II | CNH-210 | $13.33 | $18.41 | $23.50 |
| | OR SCHEDULER | CNH-210 | $13.33 | $18.41 | $23.50 |
| | OR SECRETARY/SCHEDULE FACILITATOR | CNH-210 | $13.33 | $18.41 | $23.50 |
| | TRANSCRIPTIONIST | CNH-210 | $13.33 | $18.41 | $23.50 |
| | UNIT SECRETARY/NURSING ASSISTANT | CNH-210 | $13.33 | $19.00 | $24.67 |
| | LAB ASSISTANT | CNH-211 | $14.00 | $19.33 | $24.67 |
| | LEAD TRANSCRIPTIONIST | CNH-211 | $14.00 | $19.33 | $24.67 |
| | SOUS CHEF | CNH-211 | $14.00 | $19.33 | $24.67 |
| | SPD SHIFT LEADER | CNH-211 | $14.00 | $20.57 | $27.15 |
| | DATA/INVENTORY SPEC. | CNH-213 | $15.40 | $21.27 | $27.15 |
| | INTERPRETER | CNH-213 | $15.40 | $21.27 | $27.15 |
| | LEAD SECRETARY | CNH-213 | $15.40 | $21.27 | $27.15 |
| | CHILDBIRTH EDUC/MFM CENTER COOR. | CNH-217 | $18.69 | $26.35 | $34.00 |
| | EEG TECHNICIAN | CNH-217 | $18.69 | $26.35 | $34.00 |
| Technical | EKG TECH | CNH-208 | $12.87 | $19.87 | $26.87 |
| | PHARMACY TECH. I | CNH-208 | $12.87 | $16.76 | $20.64 |
| | LAB STRESS TECH | CNH-209 | $12.87 | $17.64 | $22.41 |
| | LEAD EKG TECH | CNH-209 | $12.87 | $17.64 | $22.41 |
| | PHARMACY TECH II | CNH-209 | $12.87 | $17.64 | $22.41 |
| | CYTOLOGY LAB TECH. | CNH-211 | $14.00 | $19.33 | $24.67 |
| | EMT | CNH-211 | $14.00 | $19.33 | $24.67 |
| | EMS DISPATCHER | CNH-212 | $14.69 | $20.28 | $25.87 |
| | CODER | CNH-214 | $16.18 | $22.33 | $28.49 |
| | PT ASSISTANT | CNH-214 | $16.18 | $22.33 | $28.49 |
| | SURGICAL TECH | CNH-214 | $16.18 | $22.33 | $28.49 |

## NORWOOD HOSPITAL WAGES EFFECTIVE 2013
continued

| Labor Group | Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|---|
| Technical | CERTIFIED SURGICAL TECH. | CNH-215 | $16.97 | $23.43 | $29.90 |
| | HIM FISCAL CODER COORD. | CNH-215 | $16.97 | $23.43 | $29.90 |
| | PARAMEDIC | CNH-215 | $16.97 | $23.43 | $29.90 |
| | INPATIENT CODER | CNH-216 | $17.81 | $25.10 | $32.40 |
| | LPN | CNH-216 | $17.81 | $25.10 | $32.40 |
| | TECHNICIAN (MLT) | CNH-216 | $17.81 | $25.10 | $32.40 |
| | POLYSOMNOGRAPHY TECH.-UNCERTIFIED | CNH-217 | $18.69 | $26.35 | $34.00 |
| | POLYSOMNOGRAPHY TECH.-CERTIFIED | CNH-218 | $19.61 | $27.64 | $35.67 |
| | PULMONARY TECH (RESP) | CNH-218 | $19.61 | $27.64 | $35.67 |
| | RESP.THER.PRACT. (CRTT) | CNH-218 | $19.61 | $27.64 | $35.67 |
| | LEAD ECHOCARD TECH | CNH-219 | $20.98 | $29.57 | $38.16 |
| | POLYSOMNOGRAPHY TECH.-REGISTERED | CNH-219 | $20.98 | $29.57 | $38.16 |
| | REG. RESP. THER (RRT) | CNH-219 | $20.98 | $29.57 | $38.16 |
| | CLINICAL SPEC./RESP. | CNH-220 | $22.45 | $31.65 | $40.84 |
| | RADIOLOGY TECHNICIAN | CNH-220 | $22.45 | $31.65 | $40.84 |
| | CT TECHNOLOGIST | CNH-221 | $24.02 | $33.86 | $43.70 |
| | CARDIAC ULTRASOUND TECH | CNH-221 | $24.02 | $33.86 | $43.70 |
| | MAMMOGRAPHY TECH | CNH-221 | $24.02 | $33.86 | $43.70 |
| | MRI TECH | CNH-221 | $24.02 | $33.86 | $43.70 |
| | REG. NIVL TECH. | CNH-221 | $24.02 | $33.86 | $43.70 |
| | CARDIAC CATH TECH | CNH-221 | $24.02 | $33.86 | $43.70 |
| | ULTRASOUND TECH | CNH-221 | $24.02 | $33.86 | $43.70 |
| | NUCLEAR MED. TECH.(REG.) | CNH-222 | $25.71 | $36.23 | $46.76 |
| | PET IMAGING TECH. | CNH-222 | $25.71 | $36.23 | $46.76 |
| | RADIATION THERAPY TECH | CNH-222 | $25.71 | $36.23 | $46.76 |
| | LEAD PET TECH. | CNH-223 | $27.50 | $38.76 | $50.02 |
| | PET TECH II | CNH-223 | $27.50 | $38.76 | $50.02 |
| | LEAD PET TECH II | CNH-224 | $29.43 | $41.48 | $53.53 |
| | SR. DOSIMETRIST | CNH-225 | $31.19 | $44.24 | $57.28 |

## NORWOOD HOSPITAL WAGES EFFECTIVE 2014

| Labor Group | Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|---|
| Business Office Clerical | BIRTH REGISTRAR | CNH-206 | $12.87 | $16.12 | $19.12 |
| | H.I.M. COORDINATOR | CNH-206 | $12.87 | $16.12 | $19.12 |
| | DISCHARGE ANALYST | CNH-207 | $12.87 | $16.60 | $20.07 |
| | SWITCHBOARD OPERATOR | CNH-207 | $12.87 | $16.60 | $20.07 |
| | CASHIER | CNH-208 | $12.87 | $17.09 | $21.06 |
| | CORRESPONDENCE TECH | CNH-208 | $12.87 | $17.09 | $21.06 |
| | MPI COORDINATOR/FLOAT | CNH-208 | $12.87 | $17.09 | $21.06 |
| | BILLING COORDINATOR | CNH-209 | $12.87 | $17.99 | $22.85 |
| | CODING ASSISTANT | CNH-209 | $12.87 | $17.99 | $22.85 |
| | DEPARTMENT SECRETARY/SECT I | CNH-209 | $12.87 | $17.99 | $22.85 |
| | ED COLLECTOR/INSURANCE | CNH-209 | $12.87 | $17.99 | $22.85 |
| | HEAD CASHIER | CNH-209 | $12.87 | $17.99 | $22.85 |

## NORWOOD HOSPITAL WAGES EFFECTIVE 2014
continued

| Labor Group | Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|---|
| Business Office Clerical | INSURANCE VERIF. COORD. | CNH-209 | $12.87 | $17.99 | $22.85 |
| | REGISTRAR | CNH-209 | $12.87 | $17.99 | $22.85 |
| | ADM./BED PLACEMENT COORD. | CNH-210 | $13.33 | $18.78 | $23.97 |
| | ADMIN/MED SECRETARY/SECT II | CNH-210 | $13.33 | $18.78 | $23.97 |
| | CENTRALIZED SCHEDULER | CNH-210 | $13.33 | $18.78 | $23.97 |
| | FINANCIAL COUNSELOR | CNH-210 | $13.33 | $18.78 | $23.97 |
| | LEAD BILLING COORDINATOR | CNH-210 | $13.33 | $18.78 | $23.97 |
| | STAFFING COORDINATOR | CNH-210 | $13.33 | $18.78 | $23.97 |
| | ADMINISTRATIVE COORDINATOR | CNH-211 | $14.00 | $19.72 | $25.16 |
| | ASST. BUYER | CNH-211 | $14.00 | $19.72 | $25.16 |
| | LEAD SCHEDULER | CNH-211 | $14.00 | $19.72 | $25.16 |
| | MT EDITOR/QA TECH. | CNH-211 | $14.00 | $19.72 | $25.16 |
| | H.I.M. SUPERVISOR | CNH-213 | $15.40 | $21.70 | $27.69 |
| | OPERATIONS COORDINATOR | CNH-213 | $15.40 | $21.70 | $27.69 |
| | SR. RESOURCE MGMT STAFF COORDINATOR | CNH-218 | $19.61 | $28.19 | $36.39 |
| Nonprofessional | FOOD SERVICE AIDE PD | CNH-202 | $12.87 | $14.45 | $15.77 |
| | MATERIALS DISTRIBUTOR | CNH-202 | $12.87 | $14.45 | $15.77 |
| | PARKING LOT ATTENDENT | CNH-202 | $12.87 | $14.45 | $15.77 |
| | STOCK ASSISTANT | CNH-202 | $12.87 | $14.45 | $15.77 |
| | UTILITY WORKER | CNH-202 | $12.87 | $14.84 | $16.55 |
| | COFFEE SHOP AIDE | CNH-203 | $12.87 | $14.84 | $16.55 |
| | ENVR SERV AIDE | CNH-203 | $12.87 | $14.84 | $16.55 |
| | FOOD SERVICE AIDE | CNH-203 | $12.87 | $14.84 | $16.55 |
| | OR/EVS AIDE | CNH-203 | $12.87 | $14.84 | $16.55 |
| | PATIENT OBSERVER | CNH-203 | $12.87 | $14.84 | $16.55 |
| | RADIOLOGY AIDE | CNH-203 | $12.87 | $14.84 | $16.55 |
| | REHAB. AIDE | CNH-203 | $12.87 | $15.25 | $17.37 |
| | CLERK | CNH-204 | $12.87 | $15.25 | $17.37 |
| | DRIVER | CNH-204 | $12.87 | $15.25 | $17.37 |
| | PATIENT TRANSPORTER | CNH-204 | $12.87 | $15.25 | $17.37 |
| | SR. EVS AIDE | CNH-204 | $12.87 | $15.68 | $18.23 |
| | COLD PREP | CNH-205 | $12.87 | $15.68 | $18.23 |
| | EVS AIDE/TRANSPORTER | CNH-205 | $12.87 | $15.68 | $18.23 |
| | FILM LIBRARIAN | CNH-205 | $12.87 | $15.68 | $18.23 |
| | HOST/HOSTESS | CNH-205 | $12.87 | $16.12 | $19.12 |
| | PROJECT TECH | CNH-206 | $12.87 | $16.12 | $19.12 |
| | PROJECT TECH/TRANSPORTER | CNH-206 | $12.87 | $16.12 | $19.12 |
| | SHIPPER/RECEIVER | CNH-206 | $12.87 | $16.12 | $19.12 |
| | TRANSPORT DISPATCHER | CNH-206 | $12.87 | $16.60 | $20.07 |
| | INSTRUMENT TECH I | CNH-207 | $12.87 | $16.60 | $20.07 |
| | PAR TECH | CNH-207 | $12.87 | $17.09 | $21.06 |
| | ED TECH | CNH-208 | $12.87 | $17.09 | $21.06 |
| | NURSING ASSISTANT | CNH-208 | $12.87 | $17.09 | $21.06 |
| | OR ASSISTANT | CNH-208 | $12.87 | $17.09 | $21.06 |
| | STUDENT NURSE ASSISTANT | CNH-208 | $12.87 | $17.99 | $22.85 |
| | ANESTHESIA TECH | CNH-209 | $12.87 | $17.99 | $22.85 |
| | COOK | CNH-209 | $12.87 | $17.99 | $22.85 |

## NORWOOD HOSPITAL WAGES EFFECTIVE 2014
continued

| Labor Group | Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|---|
| Nonprofessional | DEPARTMENT SECRETARY/SECT I | CNH-209 | $12.87 | $17.99 | $22.85 |
| | ENDOSCOPY TECHNICIAN | CNH-209 | $12.87 | $17.99 | $22.85 |
| | INSTRUMENT TECH II | CNH-209 | $12.87 | $17.99 | $22.85 |
| | MENTAL HEALTH ASST. | CNH-209 | $12.87 | $17.99 | $22.85 |
| | PERINATAL TECH | CNH-209 | $12.87 | $17.99 | $22.85 |
| | PHLEBOTOMIST | CNH-209 | $12.87 | $17.99 | $22.85 |
| | UNIT SECRETARY | CNH-209 | $12.87 | $18.55 | $23.97 |
| | ADMIN/MED SECRETARY/SECT II | CNH-210 | $13.33 | $18.78 | $23.97 |
| | OR SCHEDULER | CNH-210 | $13.33 | $18.78 | $23.97 |
| | OR SECRETARY/SCHEDULE FACILITATOR | CNH-210 | $13.33 | $18.78 | $23.97 |
| | TRANSCRIPTIONIST | CNH-210 | $13.33 | $18.78 | $23.97 |
| | UNIT SECRETARY/NURSING ASSISTANT | CNH-210 | $13.33 | $19.38 | $25.16 |
| | LAB ASSISTANT | CNH-211 | $14.00 | $19.72 | $25.16 |
| | LEAD TRANSCRIPTIONIST | CNH-211 | $14.00 | $19.72 | $25.16 |
| | SOUS CHEF | CNH-211 | $14.00 | $19.72 | $25.16 |
| | SPD SHIFT LEADER | CNH-211 | $14.00 | $20.98 | $27.69 |
| | DATA/INVENTORY SPEC. | CNH-213 | $15.40 | $21.70 | $27.69 |
| | INTERPRETER | CNH-213 | $15.40 | $21.70 | $27.69 |
| | LEAD SECRETARY | CNH-213 | $15.40 | $21.70 | $27.69 |
| | CHILDBIRTH EDUC/MFM CENTER COOR. | CNH-217 | $18.69 | $26.87 | $34.68 |
| | EEG TECHNICIAN | CNH-217 | $18.69 | $26.87 | $34.68 |
| Technical | EKG TECH | CNH-208 | $12.87 | $20.27 | $27.41 |
| | PHARMACY TECH. I | CNH-208 | $12.87 | $17.09 | $21.06 |
| | LAB STRESS TECH | CNH-209 | $12.87 | $17.99 | $22.85 |
| | LEAD EKG TECH | CNH-209 | $12.87 | $17.99 | $22.85 |
| | PHARMACY TECH II | CNH-209 | $12.87 | $17.99 | $22.85 |
| | CYTOLOGY LAB TECH. | CNH-211 | $14.00 | $19.72 | $25.16 |
| | EMT | CNH-211 | $14.00 | $19.72 | $25.16 |
| | EMS DISPATCHER | CNH-212 | $14.69 | $20.69 | $26.39 |
| | CODER | CNH-214 | $16.18 | $22.78 | $29.06 |
| | PT ASSISTANT | CNH-214 | $16.18 | $22.78 | $29.06 |
| | SURGICAL TECH | CNH-214 | $16.18 | $22.78 | $29.06 |
| | CERTIFIED SURGICAL TECH. | CNH-215 | $16.97 | $23.90 | $30.49 |
| | HIM FISCAL CODER COORD. | CNH-215 | $16.97 | $23.90 | $30.49 |
| | PARAMEDIC | CNH-215 | $16.97 | $23.90 | $30.49 |
| | INPATIENT CODER | CNH-216 | $17.81 | $25.61 | $33.05 |
| | LPN | CNH-216 | $17.81 | $25.61 | $33.05 |
| | TECHNICIAN (MLT) | CNH-216 | $17.81 | $25.61 | $33.05 |
| | POLYSOMNOGRAPHY TECH.-UNCERTIFIED | CNH-217 | $18.69 | $26.87 | $34.68 |
| | POLYSOMNOGRAPHY TECH.-CERTIFIED | CNH-218 | $19.61 | $28.19 | $36.39 |
| | PULMONARY TECH (RESP) | CNH-218 | $19.61 | $28.19 | $36.39 |
| | RESP.THER.PRACT. (CRTT) | CNH-218 | $19.61 | $28.19 | $36.39 |
| | LEAD ECHOCARD TECH | CNH-219 | $20.98 | $30.16 | $38.92 |
| | POLYSOMNOGRAPHY TECH.-REGISTERED | CNH-219 | $20.98 | $30.16 | $38.92 |
| | REG. RESP. THER (RRT) | CNH-219 | $20.98 | $30.16 | $38.92 |
| | CLINICAL SPEC./RESP. | CNH-220 | $22.45 | $32.28 | $41.66 |
| | RADIOLOGY TECHNICIAN | CNH-220 | $22.45 | $32.28 | $41.66 |

## NORWOOD HOSPITAL WAGES EFFECTIVE 2014
continued

| Labor Group | Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|---|
| Technical | CT TECHNOLOGIST | CNH-221 | $24.02 | $34.54 | $44.57 |
| | CARDIAC ULTRASOUND TECH | CNH-221 | $24.02 | $34.54 | $44.57 |
| | MAMMOGRAPHY TECH | CNH-221 | $24.02 | $34.54 | $44.57 |
| | MRI TECH | CNH-221 | $24.02 | $34.54 | $44.57 |
| | REG. NIVL TECH. | CNH-221 | $24.02 | $34.54 | $44.57 |
| | CARDIAC CATH TECH | CNH-221 | $24.02 | $34.54 | $44.57 |
| | ULTRASOUND TECH | CNH-221 | $24.02 | $34.54 | $44.57 |
| | NUCLEAR MED. TECH.(REG.) | CNH-222 | $25.71 | $36.96 | $47.69 |
| | PET IMAGING TECH. | CNH-222 | $25.71 | $36.96 | $47.69 |
| | RADIATION THERAPY TECH | CNH-222 | $25.71 | $36.96 | $47.69 |
| | LEAD PET TECH. | CNH-223 | $27.50 | $39.53 | $51.02 |
| | PET TECH II | CNH-223 | $27.50 | $39.53 | $51.02 |
| | LEAD PET TECH II | CNH-224 | $29.43 | $42.31 | $54.60 |
| | SR. DOSIMETRIST | CNH-225 | $31.19 | $45.12 | $58.43 |

## NORWOOD HOSPITAL WAGES EFFECTIVE 2015

| Labor Group | Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|---|
| Business Office Clerical | BIRTH REGISTRAR | CNH-206 | $12.87 | $16.45 | $19.50 |
| | H.I.M. COORDINATOR | CNH-206 | $12.87 | $16.45 | $19.50 |
| | DISCHARGE ANALYST | CNH-207 | $12.87 | $16.93 | $20.47 |
| | SWITCHBOARD OPERATOR | CNH-207 | $12.87 | $16.93 | $20.47 |
| | CASHIER | CNH-208 | $12.87 | $17.43 | $21.48 |
| | CORRESPONDENCE TECH | CNH-208 | $12.87 | $17.43 | $21.48 |
| | MPI COORDINATOR/FLOAT | CNH-208 | $12.87 | $17.43 | $21.48 |
| | BILLING COORDINATOR | CNH-209 | $12.87 | $18.35 | $23.31 |
| | CODING ASSISTANT | CNH-209 | $12.87 | $18.35 | $23.31 |
| | DEPARTMENT SECRETARY/SECT I | CNH-209 | $12.87 | $18.35 | $23.31 |
| | ED COLLECTOR/INSURANCE | CNH-209 | $12.87 | $18.35 | $23.31 |
| | HEAD CASHIER | CNH-209 | $12.87 | $18.35 | $23.31 |
| | INSURANCE VERIF. COORD. | CNH-209 | $12.87 | $18.35 | $23.31 |
| | REGISTRAR | CNH-209 | $12.87 | $18.35 | $23.31 |
| | ADM./BED PLACEMENT COORD. | CNH-210 | $13.33 | $19.16 | $24.45 |
| | ADMIN/MED SECRETARY/SECT II | CNH-210 | $13.33 | $19.16 | $24.45 |
| | CENTRALIZED SCHEDULER | CNH-210 | $13.33 | $19.16 | $24.45 |
| | FINANCIAL COUNSELOR | CNH-210 | $13.33 | $19.16 | $24.45 |
| | LEAD BILLING COORDINATOR | CNH-210 | $13.33 | $19.16 | $24.45 |
| | STAFFING COORDINATOR | CNH-210 | $13.33 | $19.16 | $24.45 |
| | ADMINISTRATIVE COORDINATOR | CNH-211 | $14.00 | $20.12 | $25.66 |
| | ASST. BUYER | CNH-211 | $14.00 | $20.12 | $25.66 |
| | LEAD SCHEDULER | CNH-211 | $14.00 | $20.12 | $25.66 |
| | MT EDITOR/QA TECH. | CNH-211 | $14.00 | $20.12 | $25.66 |
| | H.I.M. SUPERVISOR | CNH-213 | $15.40 | $22.13 | $28.24 |
| | OPERATIONS COORDINATOR | CNH-213 | $15.40 | $22.13 | $28.24 |
| | SR. RESOURCE MGMT.STAFF COORDINATOR | CNH-218 | $19.61 | $28.76 | $37.11 |

NORWOOD HOSPITAL WAGES EFFECTIVE 2015
continued

| Labor Group | Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|---|
| Nonprofessional | FOOD SERVICE AIDE PD | CNH-202 | $12.87 | $14.74 | $16.08 |
| | MATERIALS DISTRIBUTOR | CNH-202 | $12.87 | $14.74 | $16.08 |
| | PARKING LOT ATTENDENT | CNH-202 | $12.87 | $14.74 | $16.08 |
| | STOCK ASSISTANT | CNH-202 | $12.87 | $14.74 | $16.08 |
| | UTILITY WORKER | CNH-202 | $12.87 | $15.13 | $16.88 |
| | COFFEE SHOP AIDE | CNH-203 | $12.87 | $15.13 | $16.88 |
| | ENVR SERV AIDE | CNH-203 | $12.87 | $15.13 | $16.88 |
| | FOOD SERVICE AIDE | CNH-203 | $12.87 | $15.13 | $16.88 |
| | OR/EVS AIDE | CNH-203 | $12.87 | $15.13 | $16.88 |
| | PATIENT OBSERVER | CNH-203 | $12.87 | $15.13 | $16.88 |
| | RADIOLOGY AIDE | CNH-203 | $12.87 | $15.13 | $16.88 |
| | REHAB. AIDE | CNH-203 | $12.87 | $15.55 | $17.72 |
| | CLERK | CNH-204 | $12.87 | $15.55 | $17.72 |
| | DRIVER | CNH-204 | $12.87 | $15.55 | $17.72 |
| | PATIENT TRANSPORTER | CNH-204 | $12.87 | $15.55 | $17.72 |
| | SR. EVS AIDE | CNH-204 | $12.87 | $15.99 | $18.59 |
| | COLD PREP | CNH-205 | $12.87 | $15.99 | $18.59 |
| | EVS AIDE/TRANSPORTER | CNH-205 | $12.87 | $15.99 | $18.59 |
| | FILM LIBRARIAN | CNH-205 | $12.87 | $15.99 | $18.59 |
| | HOST/HOSTESS | CNH-205 | $12.87 | $16.45 | $19.50 |
| | PROJECT TECH | CNH-206 | $12.87 | $16.45 | $19.50 |
| | PROJECT TECH/TRANSPORTER | CNH-206 | $12.87 | $16.45 | $19.50 |
| | SHIPPER/RECEIVER | CNH-206 | $12.87 | $16.45 | $19.50 |
| | TRANSPORT DISPATCHER | CNH-206 | $12.87 | $16.93 | $20.47 |
| | INSTRUMENT TECH I | CNH-207 | $12.87 | $16.93 | $20.47 |
| | PAR TECH | CNH-207 | $12.87 | $17.43 | $21.48 |
| | ED TECH | CNH-208 | $12.87 | $17.43 | $21.48 |
| | NURSING ASSISTANT | CNH-208 | $12.87 | $17.43 | $21.48 |
| | OR ASSISTANT | CNH-208 | $12.87 | $17.43 | $21.48 |
| | STUDENT NURSE ASSISTANT | CNH-208 | $12.87 | $18.35 | $23.31 |
| | ANESTHESIA TECH | CNH-209 | $12.87 | $18.35 | $23.31 |
| | COOK | CNH-209 | $12.87 | $18.35 | $23.31 |
| | DEPARTMENT SECRETARY/SECT I | CNH-209 | $12.87 | $18.35 | $23.31 |
| | ENDOSCOPY TECHNICIAN | CNH-209 | $12.87 | $18.35 | $23.31 |
| | INSTRUMENT TECH II | CNH-209 | $12.87 | $18.35 | $23.31 |
| | MENTAL HEALTH ASST. | CNH-209 | $12.87 | $18.35 | $23.31 |
| | PERINATAL TECH | CNH-209 | $12.87 | $18.35 | $23.31 |
| | PHLEBOTOMIST | CNH-209 | $12.87 | $18.35 | $23.31 |
| | UNIT SECRETARY | CNH-209 | $12.87 | $18.92 | $24.45 |
| | ADMIN/MED SECRETARY/SECT II | CNH-210 | $13.33 | $19.16 | $24.45 |
| | OR SCHEDULER | CNH-210 | $13.33 | $19.16 | $24.45 |
| | OR SECRETARY/SCHEDULE FACILITATOR | CNH-210 | $13.33 | $19.16 | $24.45 |
| | TRANSCRIPTIONIST | CNH-210 | $13.33 | $19.16 | $24.45 |
| | UNIT SECRETARY/NURSING ASSISTANT | CNH-210 | $13.33 | $19.77 | $25.66 |
| | LAB ASSISTANT | CNH-211 | $14.00 | $20.12 | $25.66 |
| | LEAD TRANSCRIPTIONIST | CNH-211 | $14.00 | $20.12 | $25.66 |
| | SOUS CHEF | CNH-211 | $14.00 | $20.12 | $25.66 |
| | SPD SHIFT LEADER | CNH-211 | $14.00 | $21.40 | $28.24 |

NORWOOD HOSPITAL WAGES EFFECTIVE 2015
continued

| Labor Group | Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|---|
| Nonprofessional | DATA/INVENTORY SPEC. | CNH-213 | $15.40 | $22.13 | $28.24 |
| | INTERPRETER | CNH-213 | $15.40 | $22.13 | $28.24 |
| | LEAD SECRETARY | CNH-213 | $15.40 | $22.13 | $28.24 |
| | CHILDBIRTH EDUC/MFM CENTER COOR. | CNH-217 | $18.69 | $27.41 | $35.37 |
| | EEG TECHNICIAN | CNH-217 | $18.69 | $27.41 | $35.37 |
| Technical | EKG TECH | CNH-208 | $12.87 | $20.67 | $27.96 |
| | PHARMACY TECH. I | CNH-208 | $12.87 | $17.43 | $21.48 |
| | LAB STRESS TECH | CNH-209 | $12.87 | $18.35 | $23.31 |
| | LEAD EKG TECH | CNH-209 | $12.87 | $18.35 | $23.31 |
| | PHARMACY TECH II | CNH-209 | $12.87 | $18.35 | $23.31 |
| | CYTOLOGY LAB TECH. | CNH-211 | $14.00 | $20.12 | $25.66 |
| | EMT | CNH-211 | $14.00 | $20.12 | $25.66 |
| | EMS DISPATCHER | CNH-212 | $14.69 | $21.10 | $26.92 |
| | CODER | CNH-214 | $16.18 | $23.24 | $29.64 |
| | PT ASSISTANT | CNH-214 | $16.18 | $23.24 | $29.64 |
| | SURGICAL TECH | CNH-214 | $16.18 | $23.24 | $29.64 |
| | CERTIFIED SURGICAL TECH. | CNH-215 | $16.97 | $24.38 | $31.10 |
| | HIM FISCAL CODER COORD. | CNH-215 | $16.97 | $24.38 | $31.10 |
| | PARAMEDIC | CNH-215 | $16.97 | $24.38 | $31.10 |
| | INPATIENT CODER | CNH-216 | $17.81 | $26.12 | $33.71 |
| | LPN | CNH-216 | $17.81 | $26.12 | $33.71 |
| | TECHNICIAN (MLT) | CNH-216 | $17.81 | $26.12 | $33.71 |
| | POLYSOMNOGRAPHY TECH.-UNCERTIFIED | CNH-217 | $18.69 | $27.41 | $35.37 |
| | POLYSOMNOGRAPHY TECH.-CERTIFIED | CNH-218 | $19.61 | $28.76 | $37.11 |
| | PULMONARY TECH (RESP) | CNH-218 | $19.61 | $28.76 | $37.11 |
| | RESP.THER.PRACT. (CRTT) | CNH-218 | $19.61 | $28.76 | $37.11 |
| | LEAD ECHOCARD TECH | CNH-219 | $20.98 | $30.77 | $39.70 |
| | POLYSOMNOGRAPHY TECH.-REGISTERED | CNH-219 | $20.98 | $30.77 | $39.70 |
| | REG. RESP. THER (RRT) | CNH-219 | $20.98 | $30.77 | $39.70 |
| | CLINICAL SPEC./RESP. | CNH-220 | $22.45 | $32.93 | $42.49 |
| | RADIOLOGY TECHNICIAN | CNH-220 | $22.45 | $32.93 | $42.49 |
| | CT TECHNOLOGIST | CNH-221 | $24.02 | $35.23 | $45.46 |
| | CARDIAC ULTRASOUND TECH | CNH-221 | $24.02 | $35.23 | $45.46 |
| | MAMMOGRAPHY TECH | CNH-221 | $24.02 | $35.23 | $45.46 |
| | MRI TECH | CNH-221 | $24.02 | $35.23 | $45.46 |
| | REG. NIVL TECH. | CNH-221 | $24.02 | $35.23 | $45.46 |
| | CARDIAC CATH TECH | CNH-221 | $24.02 | $35.23 | $45.46 |
| | ULTRASOUND TECH | CNH-221 | $24.02 | $35.23 | $45.46 |
| | NUCLEAR MED. TECH.(REG.) | CNH-222 | $25.71 | $37.70 | $48.64 |
| | PET IMAGING TECH. | CNH-222 | $25.71 | $37.70 | $48.64 |
| | RADIATION THERAPY TECH | CNH-222 | $25.71 | $37.70 | $48.64 |
| | LEAD PET TECH. | CNH-223 | $27.50 | $40.32 | $52.04 |
| | PET TECH II | CNH-223 | $27.50 | $40.32 | $52.04 |
| | LEAD PET TECH II | CNH-224 | $29.43 | $43.16 | $55.69 |
| | SR. DOSIMETRIST | CNH-225 | $31.19 | $46.02 | $59.60 |

**EXHIBIT D-8**

**St. Elizabeth's Medical Center**

## Memorandum of Agreement

November 2013

1199SEIU United Healthcare Workers East (the "Union") and St. Elizabeth's Medical Center agree to adopt the collective bargaining agreement between the Union and Carney Hospital, Good Samaritan Medical Center, Norwood Hospital, and St. Elizabeth's Medical Center for the period October 1, 2013 through October 31, 2016 and to adopt this document as an appendix to that collective bargaining agreement.

**Shift Differentials**
Shift differential is paid to a worker who works at least four (4) consecutive hours during any shift designated below.

When a worker's work schedule carries over into the next shift, the worker must work a minimum of four (4) hours into the following shift in order to receive the differential of the next shift. When less than four (4) hours is worked into the following shift, the worker continues to receive the differential of the former shift, if any.

A worker who is regularly scheduled to work the evening or night shift shall receive that differential on all paid time off. Weekend shift differential, however is paid only on hours actually worked unless regularly scheduled to work every weekend.

| Differentials[1]: | 10/1/12 |
|---|---|
| Permanent Evening Shift – | $2.50 |
| Standard Evening Shift – | $2.50 |
| Permanent Night Shift* – | $5.00 |
| Standard Night Shift – | $5.00 |
| Weekend – | $2.05 |

* Any worker who is mandated to work the night shift will be paid the permanent night shift differential for that mandated shift.

**On-Call & Call-In** - Workers shall be paid five dollars and twenty-five cents ($5.25) per hour for being on-call. Workers who are called in shall receive a minimum of two (2) hours of pay at a rate of time and one half pay plus any applicable differential for each time called in to work. On-call pay shall not continue while the worker is actually working, but will resume when the worker goes off active duty again. Workers shall not

[1] Only the following positions are eligible for the "Permanent" differentials: Pharmacy Tech; X-Ray, CT, Ultrasound, MRI, and Special Procedure Techs; and Respiratory Therapist (eligible for the permanent night shift differential, but not eligible for the permanent evening shift differential).

be scheduled for on-call during their scheduled vacations, unless by mutual consent. It is the worker's responsibility to bring such situations to the attention of their manager.

**Emergency Call-In** - When a worker who is not "on call" is called into work on an emergency basis, such worker shall receive a minimum of two (2) hours pay at the rate of time and one half. The preceding sentence shall not apply in situations where a worker is called in to replace another scheduled worker, or where additional staffing is needed beyond the regular staffing level, or where a worker is called in, in a non-emergency situation.

Workers called in between the hours of 11:00 p.m. and 4:00 a.m. may, if the worker requests it and staffing permits as determined by the supervisor, be provided with unpaid hours off on the shift subsequent to the shift on which call was worked. The supervisor shall determine the number of hours off, if any, based on scheduling needs. The worker may also substitute paid time off for unpaid time.

**Preceptor Pay** - Workers who are assigned by their manager to precept a new employee for a least (4) hours shall be paid a preceptor bonus of ten dollars ($10.00) a day for each day assigned.

**Professional Advancement** - Any Technical worker who achieves ACLS certification and/or an advanced certification, registration or degree that is directly related to the worker's current position and, that is not required by the job description shall receive a fifty centes ($0.50)/hr differential upon providing documentation that the worker possesses such certification, registration, or degree.

The Medical Center will provide paid professional days off for attending workshops, seminars and conferences which the Medical Center approves, and is required by the Medical Center.

**Respiratory Therapists Red Circled** - The following Respiratory Therapists at St. Elizabeth's Medical Center shall be "red circled" at their January 2014 wage rates for the life of the 2013 - 2016 Agreement:

Joyce Vitone
Renny Sanchez
Judith Hogan

**Side Letter Regarding Cardiac Cath Lab On-Call Pay at St. Elizabeth's Medical Center**

1199SEIU United Healthcare Workers East (the "Union") and St. Elizabeth's Medical Center agree that for the life of the collective bargaining agreement between the Union and Carney Hospital, Good Samaritan Medical Center, Norwood Hospital, and St. Elizabeth's Medical Center for the period October 1, 2013 through October 31, 2016, Good Samaritan will pay Cardiac Cath Techs ten dollars ($10.00) per hour for time spent on-call. This side letter shall expire automatically upon the expiration of the collective bargaining agreement and shall not survive thereafter except with the written agreement of both Parties.

**St. Elizabeth's Medical Center Past Practices**

**General**

1. Vacation Scheduling – separate agreement.
   a. For CNAs & MHWs who work eight (8) hr shifts and currently work every other weekend, they shall continue the practice of getting a "free weekend" per year in which they do not have to find coverage for it they request off. All other weekends would require them to find coverage.
2. Subject to department staffing and with management approval the combining breaks and/or lunch is allowed.
3. Those workers currently working a straight eight (8) hr shift (ten (10) or twelve (12) hr shift) with a paid lunch will continue with the signing of a legal waiver.
4. Subject to department staffing needs, and with management approval workers may be allowed to come in early in order to leave early, but may not make up the time on another day if it would have put them in an overtime situation.
5. Workers will be allowed to donate PTO time for other workers with serious illnesses, who are on an approved medical LOA for their own illness, and have depleted their own earned time.
6. Sleep time - For OR Techs who are on-call and called in during the night shift, an attempt shall be made to release such worker early the following day, for an equal number of hours in which they were called-in for, with straight pay, if the work load permits.
7. Ultrasound on-call stipend – Ultrasound Techs shall who are on-call between 11p – 7a shall continue the current practice. If called in they shall receive a four hundred dollar ($400) stipend and overtime pay at the rate of time and one-half for all hours worked, with a minimum of two (2) hours at that rate. They do not receive the five dollars and twenty-five cents ($5.25) contractual on-call rate.
8. Meal Vouchers for cardiac cath techs – one (1) per day on weekends for the Tech on-call who is required to remain on the premises due to the thirty (30) minute response time. This practice will be reviewed on a six (6) month basis to determine financial feasibility.
9. Call in time for sick calls – Workers who call in sick should do so as soon as possible but at least:
   - Day shift – 1 hours (2 hours for nursing)
   - Evening shift – 3 hours
   - Night shift – 4 hours

**The following practices shall continue so long as they continue for the general SEMC population.**

- MBTA passes
- On-site employee parking
- Employee discounts on meals in cafeteria
- Adoption insurance

 - Long term care insurance
- HIV insurance

**Items shall be left open for future discussion**

- Free meals for workers in the Kitchen

It is understood that the above past practices exist. If during the term of the current CBA any further past practices are brought to light, the parties shall meet to discuss their inclusion in this list.

For the Medical Center

For the Union 8/27/10

**St. Elizabeth Medical Center / 1199SEIU**
**Per Diem Commitment**

In addition to the requirements set forth in Section 6.02 of the CBA, the following will serve as per diem requirements for all employees accepting Per Diem positions with St. Elizabeth's medical Center.

7. Availability shall be defined as the ability to work shifts that fulfill the needs of the Medical Center.
8. All per diem staff must be available to work the equivalent of:
   - Twelve (12) weekend shifts per year, which may be in the form of on-call upon the needs of the department.
   - Two (2) holiday shifts per year one summer (Memorial Day, Independence Day, or Labor day) and one winter (Thanksgiving, Christmas, or New Year's)
   - Two (2) additional shifts per month
9. Per Diem staff will be called on a rotating basis to fill slots according to the skill required and actual job category within their department.
10. Per Diem staff may not agree to work at the request of a regular staff member without supervisor approval. Such requests shall not be arbitrarily denied.
11. The hospital reserves the right to terminate any Per Diem staff member who is unavailable to work all offered shifts over a three (3) month period and/or who cancels a scheduled shift more than once in a time schedule or three (3) times per year. Should the hospital terminate the per diem, any request for additional employment must be made through the formal reapplication process.
12. Notwithstanding paragraph 5 above, Per Diem employees that will be unavailable to work for short term periods because of medical, personal or other similar reasons may remain on active Per Diem status so long as they keep the Hospital informed of their anticipated date of leave and date of return.

Steward St. Elizabeth's Medical Center
5/19/14
Date

1199SEIU/UHWE
6/12/14
Date

Memorandum of Agreement
between
1199 SEIU United Healthcare Workers East
&
Caritas St. Elizabeth's Medical Center
April 1, 2010

As a result of our "Past Practice" discussion the following policy and procedure for requesting and scheduling vacations shall be adopted:

1. Vacation Requests
Vacation requests shall be submitted to the Immediate Supervisor of the worker or designee in advance of the requested vacation in accordance with the following schedule:

| REQUEST FOR VACATION DURING | TO BE RECEIVED BY |
|---|---|
| January 2 through May 14 | November 15 |
| May 15 through September 15 | March 15 - (for 2010 April 15) |
| September 16 - January 1 | July 15 |

The Immediate Supervisor or designee shall respond to these requests within thirty (30) days after the above receipt dates. Worker requests submitted outside of the above time-frames shall be awarded on a first-come first-serve basis subject to departmental staffing needs.

2. Amount of Vacation
Generally, a worker may take no more than two (2) weeks of vacation time. However, if workers desire to take more than two (2) weeks and their request for additional time does not interfere with requests of other workers, and is consistent with staffing and operating needs, they may be allowed additional time. Requests of weekly increments shall be considered before requests for single days.

3. Scheduling of Vacation
Subject to the reservations in (1) and (2) above, workers will be given preference in the scheduling of their vacation time based on seniority, unless the affected workers reach a mutual understanding agreeable to the Medical Center, or an exception is made for a "special request".

Workers must submit their "special requests" preferences in writing five (5) weeks prior to posting the schedule. Such "special requests" must be submitted in writing to the applicable Department Director or designee. The Hospital will respond to such "special requests" within twenty-one (21) calendar days of receipt of the written request, and the Hospital shall notify the Union of such "special requests" and its response.

The Medical Center reserves the right to schedule vacations in accordance with its operating requirements and schedules and to determine the number of employees who may be off at any one time.

Approved vacations apply only to the job that the worker holds at the time of the request. Workers who transfer to other positions (temporary or permanent) must re-request vacation time, the granting of which is subject to any vacations that may already have been scheduled in that classification. Workers' ability to take more vacation time than accrued in a certain position (when entering a position in a new department or in a second department) is limited by the need to accommodate other workers' already granted legitimate requests for vacation time and operating needs of the Medical Center. Workers may not be approved for vacation if they do not have sufficient PTO accrual to cover the time off.

4. Holiday During Vacation
If a worker is scheduled to work a holiday and requests that week off, in which the holiday occurs, they will still be responsible for coverage of the holiday. If a holiday off occurs during a vacation an additional day off will be scheduled by mutual agreement, subject to the scheduling needs of the Medical Center.

For the Medical Center

For the Union

## WAGES - St. Elizabeth's Medical Center

### ST. ELIZABETH'S MEDICAL CENTER WAGES EFFECTIVE 2013

| Labor Group | Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|---|
| Business Office Clerical | RECEPTIONIST | SEM-N27 | $12.87 | $16.74 | $20.61 |
| | LEAD RECEPTIONIST | SEM-N28 | $12.87 | $17.83 | $22.80 |
| | SWITCHBOARD OPER | SEM-N28 | $12.87 | $17.83 | $22.80 |
| | BILLING COORDINATOR | SEM-N29 | $13.55 | $19.87 | $26.19 |
| | BILLING SPECIALIST | SEM-N29 | $13.55 | $19.87 | $26.19 |
| | CASHIER/DATA ENTRY COORD | SEM-N29 | $13.55 | $19.87 | $26.19 |
| | FINANCIAL COORD | SEM-N29 | $13.55 | $19.87 | $26.19 |
| | FREE CARE COORD | SEM-N29 | $13.55 | $19.87 | $26.19 |
| | INS AUTHORIZ SPECIALIST | SEM-N29 | $13.55 | $19.87 | $26.19 |
| | LEAD OPERATOR | SEM-N29 | $13.55 | $19.87 | $26.19 |
| | PRE-TEST COORD | SEM-N29 | $13.55 | $19.87 | $26.19 |
| | PT ACCESS COORD I | SEM-N29 | $13.55 | $19.87 | $26.19 |
| | ADMINISTRATIVE ASSISTANT | SEM-N30 | $15.32 | $22.89 | $30.45 |
| | LEAD CASHIER/DATA ENTRY | SEM-N30 | $15.32 | $22.89 | $30.45 |
| | LEAD SUPPORT SERVICES REP | SEM-N30 | $15.32 | $22.89 | $30.45 |
| | PT ACCESS COORD II | SEM-N30 | $15.32 | $22.89 | $30.45 |
| | SCHEDULING COORD | SEM-N30 | $15.32 | $22.89 | $30.45 |
| | SECRETARY | SEM-N30 | $15.32 | $22.89 | $30.45 |
| | ADMINISTRATIVE ASSISTANT | SEM-N31 | $17.61 | $26.32 | $35.03 |
| | PT ACCESS REV COORD | SEM-N31 | $17.61 | $26.32 | $35.03 |
| | IRB COORDINATOR | SEM-N32 | $20.24 | $31.49 | $42.74 |
| Nonprofessional | CAFETERIA AIDE | SEM-N25 | $12.87 | $15.01 | $17.14 |
| | DIET AIDE | SEM-N25 | $12.87 | $15.01 | $17.14 |
| | GEN KITCHEN WORKER | SEM-N25 | $12.87 | $15.01 | $17.14 |
| | CATERING AIDE | SEM-N26 | $12.87 | $15.95 | $19.03 |
| | DISTRIBUTION AIDE | SEM-N26 | $12.87 | $15.95 | $19.03 |
| | FOOD SVCS AIDE | SEM-N26 | $12.87 | $15.95 | $19.03 |
| | HOUSEKEEPER | SEM-N26 | $12.87 | $15.95 | $19.03 |
| | LEAD DIET AIDE | SEM-N26 | $12.87 | $15.95 | $19.03 |
| | MAIL ROOM ASSISTANT | SEM-N26 | $12.87 | $15.95 | $19.03 |
| | MATERIALS ATTENDANT | SEM-N26 | $12.87 | $15.95 | $19.03 |
| | NUTRITION AIDE | SEM-N26 | $12.87 | $15.95 | $19.03 |
| | PEER COUNSELOR | SEM-N26 | $12.87 | $15.95 | $19.03 |
| | TRANSPORTER | SEM-N26 | $12.87 | $15.95 | $19.03 |
| | ANIMAL CARETAKER | SEM-N27 | $12.87 | $16.74 | $20.61 |
| | CASHIER - DIETARY | SEM-N27 | $12.87 | $16.74 | $20.61 |
| | CPR COORDINATOR | SEM-N27 | $12.87 | $16.74 | $20.61 |
| | CSST | SEM-N27 | $12.87 | $16.74 | $20.61 |
| | GI TECH | SEM-N27 | $12.87 | $16.74 | $20.61 |
| | INV CONTROL CLERK | SEM-N27 | $12.87 | $16.74 | $20.61 |
| | LEAD DIST AIDE | SEM-N27 | $12.87 | $16.74 | $20.61 |

### ST. ELIZABETH'S MEDICAL CENTER WAGES EFFECTIVE 2013 continued

| Labor Group | Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|---|
| Nonprofessional | LEAD TRANSPORTER | SEM-N27 | $12.87 | $16.74 | $20.61 |
| | MATERIALS COORD | SEM-N27 | $12.87 | $16.74 | $20.61 |
| | MEDICAL RECORDS CLK | SEM-N27 | $12.87 | $16.74 | $20.61 |
| | NUTRITION ASSISTANT | SEM-N27 | $12.87 | $16.74 | $20.61 |
| | OR ENV SVCS AIDE | SEM-N27 | $12.87 | $16.74 | $20.61 |
| | PACU TECH | SEM-N27 | $12.87 | $16.74 | $20.61 |
| | PATIENT LIASON | SEM-N27 | $12.87 | $16.74 | $20.61 |
| | PROGRAM ASSISTANT | SEM-N27 | $12.87 | $16.74 | $20.61 |
| | PROJECT TECHNICIAN | SEM-N27 | $12.87 | $16.74 | $20.61 |
| | RECEIVER | SEM-N27 | $12.87 | $16.74 | $20.61 |
| | SECRETARY | SEM-N27 | $12.87 | $16.74 | $20.61 |
| | SR MAIL CENTER ASST | SEM-N27 | $12.87 | $16.74 | $20.61 |
| | STORERM ASST/DRIVER | SEM-N27 | $12.87 | $16.74 | $20.61 |
| | AMB CARE COORD | SEM-N28 | $12.87 | $17.83 | $22.80 |
| | CLINICAL LAB ASSISTANT | SEM-N28 | $12.87 | $17.83 | $22.80 |
| | COOK | SEM-N28 | $12.87 | $17.83 | $22.80 |
| | CORRESPONDENCE CLERK | SEM-N28 | $12.87 | $17.83 | $22.80 |
| | GRILL COOK | SEM-N28 | $12.87 | $17.83 | $22.80 |
| | IMAGE CENTER REP | SEM-N28 | $12.87 | $17.83 | $22.80 |
| | LEAD CSST | SEM-N28 | $12.87 | $17.83 | $22.80 |
| | LEAD GI TECH | SEM-N28 | $12.87 | $17.83 | $22.80 |
| | LEAD RECEIVER | SEM-N28 | $12.87 | $17.83 | $22.80 |
| | MEDICAL REC ANALYST | SEM-N28 | $12.87 | $17.83 | $22.80 |
| | MEDICAL WASTE TECHNICIAN | SEM-N28 | $12.87 | $17.83 | $22.80 |
| | MPI COORD | SEM-N28 | $12.87 | $17.83 | $22.80 |
| | NURSING ASSISTANT | SEM-N28 | $12.87 | $17.83 | $22.80 |
| | NUTRITION ASSISTANT | SEM-N28 | $12.87 | $17.83 | $22.80 |
| | OR ASSISTANT | SEM-N28 | $12.87 | $17.83 | $22.80 |
| | PHLEBOTOMIST | SEM-N28 | $12.87 | $17.83 | $22.80 |
| | PHLEBOTOMIST OUTREACH | SEM-N28 | $12.87 | $17.83 | $22.80 |
| | RADIOLOGY AIDE | SEM-N28 | $12.87 | $17.83 | $22.80 |
| | RECEPTIONIST | SEM-N28 | $12.87 | $17.83 | $22.80 |
| | REGISTRATION COORD | SEM-N28 | $12.87 | $17.83 | $22.80 |
| | SR PROJECT TECHNICIAN | SEM-N28 | $12.87 | $17.83 | $22.80 |
| | STUDENT NURSING ASST | SEM-N28 | $12.87 | $17.83 | $22.80 |
| | UNIT SECRETARY | SEM-N28 | $12.87 | $17.83 | $22.80 |
| | ASST COUNSELOR | SEM-N29 | $13.55 | $19.87 | $26.19 |
| | BONE DENSITY TECH | SEM-N29 | $13.55 | $19.87 | $26.19 |
| | CENSUS COORD | SEM-N29 | $13.55 | $19.87 | $26.19 |
| | DATA ENTRY COORD | SEM-N29 | $13.55 | $19.87 | $26.19 |
| | ER TECH | SEM-N29 | $13.55 | $19.87 | $26.19 |
| | GENERAL SVCS COORD | SEM-N29 | $13.55 | $19.87 | $26.19 |
| | INTERPRETER | SEM-N29 | $13.55 | $19.87 | $26.19 |
| | LEAD IMAGE CENTER REP | SEM-N29 | $13.55 | $19.87 | $26.19 |

ST. ELIZABETH'S MEDICAL CENTER WAGES EFFECTIVE 2013
continued

| Labor Group | Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|---|
| Nonprofessional | LEAD PHLEBOTOMIST | SEM-N29 | $13.55 | $19.87 | $26.19 |
| | LEAD UNIT SECRETARY | SEM-N29 | $13.55 | $19.87 | $26.19 |
| | MED TRANSCRIBER | SEM-N29 | $13.55 | $19.87 | $26.19 |
| | MEDICAL ASSISTANT | SEM-N29 | $13.55 | $19.87 | $26.19 |
| | MHW | SEM-N29 | $13.55 | $19.87 | $26.19 |
| | PATIENT CARE ASSOC | SEM-N29 | $13.55 | $19.87 | $26.19 |
| | PERINATAL TECHNICIAN | SEM-N29 | $13.55 | $19.87 | $26.19 |
| | REFERRAL COORD | SEM-N29 | $13.55 | $19.87 | $26.19 |
| | SECRETARY | SEM-N29 | $13.55 | $19.87 | $26.19 |
| | SOUS CHEF | SEM-N29 | $13.55 | $19.87 | $26.19 |
| | UNIT COORDINATOR | SEM-N29 | $13.55 | $19.87 | $26.19 |
| | COMMUNITY COORD | SEM-N30 | $15.32 | $22.89 | $30.45 |
| | HOSPITALITY SVCS COORD | SEM-N30 | $15.32 | $22.89 | $30.45 |
| | INV/CASE CART COORD | SEM-N30 | $15.32 | $22.89 | $30.45 |
| | LEAD TRANSCRIBER | SEM-N30 | $15.32 | $22.89 | $30.45 |
| | OFFICE COORDINATOR | SEM-N30 | $15.32 | $22.89 | $30.45 |
| | SCHEDULING COORD | SEM-N30 | $15.32 | $22.89 | $30.45 |
| | SECRETARY | SEM-N30 | $15.32 | $22.89 | $30.45 |
| | SR MEDICAL ASSISTANT | SEM-N30 | $15.32 | $22.89 | $30.45 |
| | TEAM LEAD PHLEB OUTREACH | SEM-N30 | $15.32 | $22.89 | $30.45 |
| | TEAM LEADER SPEC PROC | SEM-N30 | $15.32 | $22.89 | $30.45 |
| | EXERCISE TECH | SEM-N31 | $17.61 | $26.32 | $35.03 |
| | MAINT COORDINATOR | SEM-N31 | $17.61 | $26.32 | $35.03 |
| | MULTI-LINGUAL ADVOCATE | SEM-N31 | $17.61 | $26.32 | $35.03 |
| | OR SCHEDULING COORD | SEM-N31 | $17.61 | $26.32 | $35.03 |
| | PATHOLOGY TECHNICIAN | SEM-N31 | $17.61 | $26.32 | $35.03 |
| | SR EEG/EMG TECH | SEM-N32 | $20.24 | $31.49 | $42.74 |
| | SR EXERCISE TECH | SEM-N32 | $20.24 | $31.49 | $42.74 |
| | NUTRITIONIST | SEM-X30 | $15.32 | $22.89 | $30.45 |
| | PHARM PURCH ASST | SEM-X30 | $15.32 | $22.89 | $30.45 |
| Technical | EKG TECHNICIAN | SEM-N28 | $12.87 | $17.83 | $22.80 |
| | PHARMACY TECH | SEM-N28 | $12.87 | $17.83 | $22.80 |
| | ANESTHESIA TECH | SEM-N29 | $13.55 | $19.87 | $26.19 |
| | LEAD EKG TECHNICIAN | SEM-N29 | $13.55 | $19.87 | $26.19 |
| | PHARM TECH CERT | SEM-N29 | $13.55 | $19.87 | $26.19 |
| | PHARMACY TECH II | SEM-N29 | $13.55 | $19.87 | $26.19 |
| | PHARMACY TECH III | SEM-N29 | $13.55 | $19.87 | $26.19 |
| | COTA | SEM-N30 | $15.32 | $22.89 | $30.45 |
| | ORTHOPEDIC TECH | SEM-N30 | $15.32 | $22.89 | $30.45 |
| | CHIEF ANESTH TECH | SEM-N31 | $17.61 | $26.32 | $35.03 |
| | CODER | SEM-N31 | $17.61 | $26.32 | $35.03 |
| | HISTOTECHNICIAN | SEM-N31 | $17.61 | $26.32 | $35.03 |
| | LPN | SEM-N31 | $17.61 | $26.32 | $35.03 |

ST. ELIZABETH'S MEDICAL CENTER WAGES EFFECTIVE 2013
continued

| Labor Group | Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|---|
| Technical | POLYSOMNOGRAM TECH | SEM-N31 | $17.61 | $26.32 | $35.03 |
| | SURGICAL TECH | SEM-N31 | $17.61 | $26.32 | $35.03 |
| | CODING VALIDATOR | SEM-N32 | $20.24 | $31.49 | $42.74 |
| | PULM FUNCT TECH | SEM-N32 | $20.24 | $31.49 | $42.74 |
| | RESPIRATORY THER NONREG | SEM-N32 | $20.24 | $31.49 | $42.74 |
| | RESPIRATORY THER REG | SEM-N32 | $20.24 | $31.49 | $42.74 |
| | CODING ABSTRACT/AUDITOR | SEM-N33 | $23.29 | $34.81 | $46.33 |
| | LEAD RESP THERAPIST | SEM-N33 | $23.29 | $34.81 | $46.33 |
| | NUCLEAR MED TECH | SEM-N33 | $23.29 | $34.81 | $46.33 |
| | X-RAY TECH REG | SEM-N33 | $23.29 | $34.81 | $46.33 |
| | CARDIAC CATH TECH | SEM-N34 | $26.77 | $40.01 | $53.25 |
| | CARDIAC ECHO TECH | SEM-N34 | $26.77 | $40.01 | $53.25 |
| | CT SCAN TECH | SEM-N34 | $26.77 | $40.01 | $53.25 |
| | EP TECHNOLOGIST | SEM-N34 | $26.77 | $40.01 | $53.25 |
| | MAMMOGRAPHY TECH | SEM-N34 | $26.77 | $40.01 | $53.25 |
| | MRI TECH | SEM-N34 | $26.77 | $40.01 | $53.25 |
| | RADIATION THER TECH | SEM-N34 | $26.77 | $40.01 | $53.25 |
| | ROBOTICS COORDINATOR | SEM-N34 | $26.77 | $40.01 | $53.25 |
| | ULTRASOUND TECH | SEM-N34 | $26.77 | $40.01 | $53.25 |
| | VASCULAR TECH | SEM-N34 | $26.77 | $40.01 | $53.25 |
| | X-RAY TECH REG II | SEM-N34 | $26.77 | $40.01 | $53.25 |
| | CHIEF CARD ECHO TECH | SEM-N35 | $30.22 | $46.03 | $61.85 |
| | CHIEF VASCULAR TECH | SEM-N35 | $30.22 | $46.03 | $61.85 |
| | LEAD CT SCAN TECH | SEM-N35 | $30.22 | $46.03 | $61.85 |
| | LEAD CV TECH | SEM-N35 | $30.22 | $46.03 | $61.85 |
| | LEAD MAMMOGRAPHY TECH | SEM-N35 | $30.22 | $46.03 | $61.85 |
| | LEAD RADIOLOGIC TECH | SEM-N35 | $30.22 | $46.03 | $61.85 |
| | LEAD SPEC PROC TECH | SEM-N35 | $30.22 | $46.03 | $61.85 |
| | LEAD ULTRASOUND TECH | SEM-N35 | $30.22 | $46.03 | $61.85 |
| | SR SPEC PROC TECH | SEM-N35 | $30.22 | $46.03 | $61.85 |

### ST. ELIZABETH'S MEDICAL CENTER WAGES EFFECTIVE 2014

| Labor Group | Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|---|
| Business Office Clerical | RECEPTIONIST | SEM-N27 | $12.87 | $17.07 | $21.02 |
| | LEAD RECEPTIONIST | SEM-N28 | $12.87 | $18.19 | $23.25 |
| | SWITCHBOARD OPER | SEM-N28 | $12.87 | $18.19 | $23.25 |
| | BILLING COORDINATOR | SEM-N29 | $13.55 | $20.27 | $26.72 |
| | BILLING SPECIALIST | SEM-N29 | $13.55 | $20.27 | $26.72 |
| | CASHIER/DATA ENTRY COORD | SEM-N29 | $13.55 | $20.27 | $26.72 |
| | FINANCIAL COORD | SEM-N29 | $13.55 | $20.27 | $26.72 |
| | FREE CARE COORD | SEM-N29 | $13.55 | $20.27 | $26.72 |
| | INS AUTHORIZ SPECIALIST | SEM-N29 | $13.55 | $20.27 | $26.72 |
| | LEAD OPERATOR | SEM-N29 | $13.55 | $20.27 | $26.72 |
| | PRE-TEST COORD | SEM-N29 | $13.55 | $20.27 | $26.72 |
| | PT ACCESS COORD I | SEM-N29 | $13.55 | $20.27 | $26.72 |
| | ADMINISTRATIVE ASSISTANT | SEM-N30 | $15.32 | $23.34 | $31.06 |
| | LEAD CASHIER/DATA ENTRY | SEM-N30 | $15.32 | $23.34 | $31.06 |
| | LEAD SUPPORT SERVICES REP | SEM-N30 | $15.32 | $23.34 | $31.06 |
| | PT ACCESS COORD II | SEM-N30 | $15.32 | $23.34 | $31.06 |
| | SCHEDULING COORD | SEM-N30 | $15.32 | $23.34 | $31.06 |
| | SECRETARY | SEM-N30 | $15.32 | $23.34 | $31.06 |
| | ADMINISTRATIVE ASSISTANT | SEM-N31 | $17.61 | $26.85 | $35.73 |
| | PT ACCESS REV COORD | SEM-N31 | $17.61 | $26.85 | $35.73 |
| | IRB COORDINATOR | SEM-N32 | $20.24 | $32.12 | $43.59 |
| Nonprofessional | CAFETERIA AIDE | SEM-N25 | $12.87 | $15.31 | $17.48 |
| | DIET AIDE | SEM-N25 | $12.87 | $15.31 | $17.48 |
| | GEN KITCHEN WORKER | SEM-N25 | $12.87 | $15.31 | $17.48 |
| | CATERING AIDE | SEM-N26 | $12.87 | $16.27 | $19.41 |
| | DISTRIBUTION AIDE | SEM-N26 | $12.87 | $16.27 | $19.41 |
| | FOOD SVCS AIDE | SEM-N26 | $12.87 | $16.27 | $19.41 |
| | HOUSEKEEPER | SEM-N26 | $12.87 | $16.27 | $19.41 |
| | LEAD DIET AIDE | SEM-N26 | $12.87 | $16.27 | $19.41 |
| | MAIL ROOM ASSISTANT | SEM-N26 | $12.87 | $16.27 | $19.41 |
| | MATERIALS ATTENDANT | SEM-N26 | $12.87 | $16.27 | $19.41 |
| | NUTRITION AIDE | SEM-N26 | $12.87 | $16.27 | $19.41 |
| | PEER COUNSELOR | SEM-N26 | $12.87 | $16.27 | $19.41 |
| | TRANSPORTER | SEM-N26 | $12.87 | $16.27 | $19.41 |
| | ANIMAL CARETAKER | SEM-N27 | $12.87 | $17.07 | $21.02 |
| | CASHIER - DIETARY | SEM-N27 | $12.87 | $17.07 | $21.02 |
| | CPR COORDINATOR | SEM-N27 | $12.87 | $17.07 | $21.02 |
| | CSST | SEM-N27 | $12.87 | $17.07 | $21.02 |
| | GI TECH | SEM-N27 | $12.87 | $17.07 | $21.02 |
| | INV CONTROL CLERK | SEM-N27 | $12.87 | $17.07 | $21.02 |
| | LEAD DIST AIDE | SEM-N27 | $12.87 | $17.07 | $21.02 |
| | LEAD TRANSPORTER | SEM-N27 | $12.87 | $17.07 | $21.02 |
| | MATERIALS COORD | SEM-N27 | $12.87 | $17.07 | $21.02 |

### ST. ELIZABETH'S MEDICAL CENTER WAGES EFFECTIVE 2014
continued

| Labor Group | Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|---|
| Nonprofessional | MEDICAL RECORDS CLK | SEM-N27 | $12.87 | $17.07 | $21.02 |
| | NUTRITION ASSISTANT | SEM-N27 | $12.87 | $17.07 | $21.02 |
| | OR ENV SVCS AIDE | SEM-N27 | $12.87 | $17.07 | $21.02 |
| | PACU TECH | SEM-N27 | $12.87 | $17.07 | $21.02 |
| | PATIENT LIASON | SEM-N27 | $12.87 | $17.07 | $21.02 |
| | PROGRAM ASSISTANT | SEM-N27 | $12.87 | $17.07 | $21.02 |
| | PROJECT TECHNICIAN | SEM-N27 | $12.87 | $17.07 | $21.02 |
| | RECEIVER | SEM-N27 | $12.87 | $17.07 | $21.02 |
| | SECRETARY | SEM-N27 | $12.87 | $17.07 | $21.02 |
| | SR MAIL CENTER ASST | SEM-N27 | $12.87 | $17.07 | $21.02 |
| | STORERM ASST/DRIVER | SEM-N27 | $12.87 | $17.07 | $21.02 |
| | AMB CARE COORD | SEM-N28 | $12.87 | $18.19 | $23.25 |
| | CLINICAL LAB ASSISTANT | SEM-N28 | $12.87 | $18.19 | $23.25 |
| | COOK | SEM-N28 | $12.87 | $18.19 | $23.25 |
| | CORRESPONDENCE CLERK | SEM-N28 | $12.87 | $18.19 | $23.25 |
| | GRILL COOK | SEM-N28 | $12.87 | $18.19 | $23.25 |
| | IMAGE CENTER REP | SEM-N28 | $12.87 | $18.19 | $23.25 |
| | LEAD CSST | SEM-N28 | $12.87 | $18.19 | $23.25 |
| | LEAD GI TECH | SEM-N28 | $12.87 | $18.19 | $23.25 |
| | LEAD RECEIVER | SEM-N28 | $12.87 | $18.19 | $23.25 |
| | MEDICAL REC ANALYST | SEM-N28 | $12.87 | $18.19 | $23.25 |
| | MEDICAL WASTE TECHNICIAN | SEM-N28 | $12.87 | $18.19 | $23.25 |
| | MPI COORD | SEM-N28 | $12.87 | $18.19 | $23.25 |
| | NURSING ASSISTANT | SEM-N28 | $12.87 | $18.19 | $23.25 |
| | NUTRITION ASSISTANT | SEM-N28 | $12.87 | $18.19 | $23.25 |
| | OR ASSISTANT | SEM-N28 | $12.87 | $18.19 | $23.25 |
| | PHLEBOTOMIST | SEM-N28 | $12.87 | $18.19 | $23.25 |
| | PHLEBOTOMIST OUTREACH | SEM-N28 | $12.87 | $18.19 | $23.25 |
| | RADIOLOGY AIDE | SEM-N28 | $12.87 | $18.19 | $23.25 |
| | RECEPTIONIST | SEM-N28 | $12.87 | $18.19 | $23.25 |
| | REGISTRATION COORD | SEM-N28 | $12.87 | $18.19 | $23.25 |
| | SR PROJECT TECHNICIAN | SEM-N28 | $12.87 | $18.19 | $23.25 |
| | STUDENT NURSING ASST | SEM-N28 | $12.87 | $18.19 | $23.25 |
| | UNIT SECRETARY | SEM-N28 | $12.87 | $18.19 | $23.25 |
| | ASST COUNSELOR | SEM-N29 | $13.55 | $20.27 | $26.72 |
| | BONE DENSITY TECH | SEM-N29 | $13.55 | $20.27 | $26.72 |
| | CENSUS COORD | SEM-N29 | $13.55 | $20.27 | $26.72 |
| | DATA ENTRY COORD | SEM-N29 | $13.55 | $20.27 | $26.72 |
| | ER TECH | SEM-N29 | $13.55 | $20.27 | $26.72 |
| | GENERAL SVCS COORD | SEM-N29 | $13.55 | $20.27 | $26.72 |
| | INTERPRETER | SEM-N29 | $13.55 | $20.27 | $26.72 |
| | LEAD IMAGE CENTER REP | SEM-N29 | $13.55 | $20.27 | $26.72 |
| | LEAD PHLEBOTOMIST | SEM-N29 | $13.55 | $20.27 | $26.72 |
| | LEAD UNIT SECRETARY | SEM-N29 | $13.55 | $20.27 | $26.72 |

| ST. ELIZABETH'S MEDICAL CENTER WAGES EFFECTIVE 2014 continued | | | | | |
|---|---|---|---|---|---|
| **Labor Group** | **Job Title** | **Grade** | **Min** | **Mid** | **Max** |
| **Nonprofessional** | MED TRANSCRIBER | SEM-N29 | $13.55 | $20.27 | $26.72 |
| | MEDICAL ASSISTANT | SEM-N29 | $13.55 | $20.27 | $26.72 |
| | MHW | SEM-N29 | $13.55 | $20.27 | $26.72 |
| | PATIENT CARE ASSOC | SEM-N29 | $13.55 | $20.27 | $26.72 |
| | PERINATAL TECHNICIAN | SEM-N29 | $13.55 | $20.27 | $26.72 |
| | REFERRAL COORD | SEM-N29 | $13.55 | $20.27 | $26.72 |
| | SECRETARY | SEM-N29 | $13.55 | $20.27 | $26.72 |
| | SOUS CHEF | SEM-N29 | $13.55 | $20.27 | $26.72 |
| | UNIT COORDINATOR | SEM-N29 | $13.55 | $20.27 | $26.72 |
| | COMMUNITY COORD | SEM-N30 | $15.32 | $23.34 | $31.06 |
| | HOSPITALITY SVCS COORD | SEM-N30 | $15.32 | $23.34 | $31.06 |
| | INV/CASE CART COORD | SEM-N30 | $15.32 | $23.34 | $31.06 |
| | LEAD TRANSCRIBER | SEM-N30 | $15.32 | $23.34 | $31.06 |
| | OFFICE COORDINATOR | SEM-N30 | $15.32 | $23.34 | $31.06 |
| | SCHEDULING COORD | SEM-N30 | $15.32 | $23.34 | $31.06 |
| | SECRETARY | SEM-N30 | $15.32 | $23.34 | $31.06 |
| | SR MEDICAL ASSISTANT | SEM-N30 | $15.32 | $23.34 | $31.06 |
| | TEAM LEAD PHLEB OUTREACH | SEM-N30 | $15.32 | $23.34 | $31.06 |
| | TEAM LEADER SPEC PROC | SEM-N30 | $15.32 | $23.34 | $31.06 |
| | EXERCISE TECH | SEM-N31 | $17.61 | $26.85 | $35.73 |
| | MAINT COORDINATOR | SEM-N31 | $17.61 | $26.85 | $35.73 |
| | MULTI-LINGUAL ADVOCATE | SEM-N31 | $17.61 | $26.85 | $35.73 |
| | OR SCHEDULING COORD | SEM-N31 | $17.61 | $26.85 | $35.73 |
| | PATHOLOGY TECHNICIAN | SEM-N31 | $17.61 | $26.85 | $35.73 |
| | SR EEG/EMG TECH | SEM-N32 | $20.24 | $32.12 | $43.59 |
| | SR EXERCISE TECH | SEM-N32 | $20.24 | $32.12 | $43.59 |
| | NUTRITIONIST | SEM-X30 | $15.32 | $23.34 | $31.06 |
| | PHARM PURCH ASST | SEM-X30 | $15.32 | $23.34 | $31.06 |
| **Technical** | EKG TECHNICIAN | SEM-N28 | $12.87 | $18.19 | $23.25 |
| | PHARMACY TECH | SEM-N28 | $12.87 | $18.19 | $23.25 |
| | ANESTHESIA TECH | SEM-N29 | $13.55 | $20.27 | $26.72 |
| | LEAD EKG TECHNICIAN | SEM-N29 | $13.55 | $20.27 | $26.72 |
| | PHARM TECH CERT | SEM-N29 | $13.55 | $20.27 | $26.72 |
| | PHARMACY TECH II | SEM-N29 | $13.55 | $20.27 | $26.72 |
| | PHARMACY TECH III | SEM-N29 | $13.55 | $20.27 | $26.72 |
| | COTA | SEM-N30 | $15.32 | $23.34 | $31.06 |
| | ORTHOPEDIC TECH | SEM-N30 | $15.32 | $23.34 | $31.06 |
| | CHIEF ANESTH TECH | SEM-N31 | $17.61 | $26.85 | $35.73 |
| | CODER | SEM-N31 | $17.61 | $26.85 | $35.73 |
| | HISTOTECHNICIAN | SEM-N31 | $17.61 | $26.85 | $35.73 |
| | LPN | SEM-N31 | $17.61 | $26.85 | $35.73 |
| | POLYSOMNOGRAM TECH | SEM-N31 | $17.61 | $26.85 | $35.73 |
| | SURGICAL TECH | SEM-N31 | $17.61 | $26.85 | $35.73 |

| ST. ELIZABETH'S MEDICAL CENTER WAGES EFFECTIVE 2014 continued | | | | | |
|---|---|---|---|---|---|
| **Labor Group** | **Job Title** | **Grade** | **Min** | **Mid** | **Max** |
| **Technical** | CODING VALIDATOR | SEM-N32 | $20.24 | $32.12 | $43.59 |
| | PULM FUNCT TECH | SEM-N32 | $20.24 | $32.12 | $43.59 |
| | RESPIRATORY THER NONREG | SEM-N32 | $20.24 | $32.12 | $43.59 |
| | RESPIRATORY THER REG | SEM-N32 | $20.24 | $32.12 | $43.59 |
| | CODING ABSTRACT/AUDITOR | SEM-N33 | $23.29 | $35.51 | $47.26 |
| | LEAD RESP THERAPIST | SEM-N33 | $23.29 | $35.51 | $47.26 |
| | NUCLEAR MED TECH | SEM-N33 | $23.29 | $35.51 | $47.26 |
| | X-RAY TECH REG | SEM-N33 | $23.29 | $35.51 | $47.26 |
| | CARDIAC CATH TECH | SEM-N34 | $26.77 | $40.81 | $54.32 |
| | CARDIAC ECHO TECH | SEM-N34 | $26.77 | $40.81 | $54.32 |
| | CT SCAN TECH | SEM-N34 | $26.77 | $40.81 | $54.32 |
| | EP TECHNOLOGIST | SEM-N34 | $26.77 | $40.81 | $54.32 |
| | MAMMOGRAPHY TECH | SEM-N34 | $26.77 | $40.81 | $54.32 |
| | MRI TECH | SEM-N34 | $26.77 | $40.81 | $54.32 |
| | RADIATION THER TECH | SEM-N34 | $26.77 | $40.81 | $54.32 |
| | ROBOTICS COORDINATOR | SEM-N34 | $26.77 | $40.81 | $54.32 |
| | ULTRASOUND TECH | SEM-N34 | $26.77 | $40.81 | $54.32 |
| | VASCULAR TECH | SEM-N34 | $26.77 | $40.81 | $54.32 |
| | X-RAY TECH REG II | SEM-N34 | $26.77 | $40.81 | $54.32 |
| | CHIEF CARD ECHO TECH | SEM-N35 | $30.22 | $46.95 | $63.08 |
| | CHIEF VASCULAR TECH | SEM-N35 | $30.22 | $46.95 | $63.08 |
| | LEAD CT SCAN TECH | SEM-N35 | $30.22 | $46.95 | $63.08 |
| | LEAD CV TECH | SEM-N35 | $30.22 | $46.95 | $63.08 |
| | LEAD MAMMOGRAPHY TECH | SEM-N35 | $30.22 | $46.95 | $63.08 |
| | LEAD RADIOLOGIC TECH | SEM-N35 | $30.22 | $46.95 | $63.08 |
| | LEAD SPEC PROC TECH | SEM-N35 | $30.22 | $46.95 | $63.08 |
| | LEAD ULTRASOUND TECH | SEM-N35 | $30.22 | $46.95 | $63.08 |
| | SR SPEC PROC TECH | SEM-N35 | $30.22 | $46.95 | $63.08 |

**ST. ELIZABETH'S MEDICAL CENTER WAGES EFFECTIVE 2015**

| Labor Group | Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|---|
| Business Office Clerical | RECEPTIONIST | SEM-N27 | $12.87 | $17.41 | $21.44 |
| | LEAD RECEPTIONIST | SEM-N28 | $12.87 | $18.55 | $23.72 |
| | SWITCHBOARD OPER | SEM-N28 | $12.87 | $18.55 | $23.72 |
| | BILLING COORDINATOR | SEM-N29 | $13.55 | $20.68 | $27.25 |
| | BILLING SPECIALIST | SEM-N29 | $13.55 | $20.68 | $27.25 |
| | CASHIER/DATA ENTRY COORD | SEM-N29 | $13.55 | $20.68 | $27.25 |
| | FINANCIAL COORD | SEM-N29 | $13.55 | $20.68 | $27.25 |
| | FREE CARE COORD | SEM-N29 | $13.55 | $20.68 | $27.25 |
| | INS AUTHORIZ SPECIALIST | SEM-N29 | $13.55 | $20.68 | $27.25 |
| | LEAD OPERATOR | SEM-N29 | $13.55 | $20.68 | $27.25 |
| | PRE-TEST COORD | SEM-N29 | $13.55 | $20.68 | $27.25 |
| | PT ACCESS COORD I | SEM-N29 | $13.55 | $20.68 | $27.25 |
| | ADMINISTRATIVE ASSISTANT | SEM-N30 | $15.32 | $23.81 | $31.68 |
| | LEAD CASHIER/DATA ENTRY | SEM-N30 | $15.32 | $23.81 | $31.68 |
| | LEAD SUPPORT SERVICES REP | SEM-N30 | $15.32 | $23.81 | $31.68 |
| | PT ACCESS COORD II | SEM-N30 | $15.32 | $23.81 | $31.68 |
| | SCHEDULING COORD | SEM-N30 | $15.32 | $23.81 | $31.68 |
| | SECRETARY | SEM-N30 | $15.32 | $23.81 | $31.68 |
| | ADMINISTRATIVE ASSISTANT | SEM-N31 | $17.61 | $27.39 | $36.45 |
| | PT ACCESS REV COORD | SEM-N31 | $17.61 | $27.39 | $36.45 |
| | IRB COORDINATOR | SEM-N32 | $20.24 | $32.76 | $44.46 |
| Nonprofessional | CAFETERIA AIDE | SEM-N25 | $12.87 | $15.61 | $17.83 |
| | DIET AIDE | SEM-N25 | $12.87 | $15.61 | $17.83 |
| | GEN KITCHEN WORKER | SEM-N25 | $12.87 | $15.61 | $17.83 |
| | CATERING AIDE | SEM-N26 | $12.87 | $16.59 | $19.80 |
| | DISTRIBUTION AIDE | SEM-N26 | $12.87 | $16.59 | $19.80 |
| | FOOD SVCS AIDE | SEM-N26 | $12.87 | $16.59 | $19.80 |
| | HOUSEKEEPER | SEM-N26 | $12.87 | $16.59 | $19.80 |
| | LEAD DIET AIDE | SEM-N26 | $12.87 | $16.59 | $19.80 |
| | MAIL ROOM ASSISTANT | SEM-N26 | $12.87 | $16.59 | $19.80 |
| | MATERIALS ATTENDANT | SEM-N26 | $12.87 | $16.59 | $19.80 |
| | NUTRITION AIDE | SEM-N26 | $12.87 | $16.59 | $19.80 |
| | PEER COUNSELOR | SEM-N26 | $12.87 | $16.59 | $19.80 |
| | TRANSPORTER | SEM-N26 | $12.87 | $16.59 | $19.80 |
| | ANIMAL CARETAKER | SEM-N27 | $12.87 | $17.41 | $21.44 |
| | CASHIER - DIETARY | SEM-N27 | $12.87 | $17.41 | $21.44 |
| | CPR COORDINATOR | SEM-N27 | $12.87 | $17.41 | $21.44 |
| | CSST | SEM-N27 | $12.87 | $17.41 | $21.44 |
| | GI TECH | SEM-N27 | $12.87 | $17.41 | $21.44 |
| | INV CONTROL CLERK | SEM-N27 | $12.87 | $17.41 | $21.44 |
| | LEAD DIST AIDE | SEM-N27 | $12.87 | $17.41 | $21.44 |
| | LEAD TRANSPORTER | SEM-N27 | $12.87 | $17.41 | $21.44 |
| | MATERIALS COORD | SEM-N27 | $12.87 | $17.41 | $21.44 |

**ST. ELIZABETH'S MEDICAL CENTER WAGES EFFECTIVE 2015**
**continued**

| Labor Group | Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|---|
| Nonprofessional | MEDICAL RECORDS CLK | SEM-N27 | $12.87 | $17.41 | $21.44 |
| | NUTRITION ASSISTANT | SEM-N27 | $12.87 | $17.41 | $21.44 |
| | OR ENV SVCS AIDE | SEM-N27 | $12.87 | $17.41 | $21.44 |
| | PACU TECH | SEM-N27 | $12.87 | $17.41 | $21.44 |
| | PATIENT LIASON | SEM-N27 | $12.87 | $17.41 | $21.44 |
| | PROGRAM ASSISTANT | SEM-N27 | $12.87 | $17.41 | $21.44 |
| | PROJECT TECHNICIAN | SEM-N27 | $12.87 | $17.41 | $21.44 |
| | RECEIVER | SEM-N27 | $12.87 | $17.41 | $21.44 |
| | SECRETARY | SEM-N27 | $12.87 | $17.41 | $21.44 |
| | SR MAIL CENTER ASST | SEM-N27 | $12.87 | $17.41 | $21.44 |
| | STORERM ASST/DRIVER | SEM-N27 | $12.87 | $17.41 | $21.44 |
| | AMB CARE COORD | SEM-N28 | $12.87 | $18.55 | $23.72 |
| | CLINICAL LAB ASSISTANT | SEM-N28 | $12.87 | $18.55 | $23.72 |
| | COOK | SEM-N28 | $12.87 | $18.55 | $23.72 |
| | CORRESPONDENCE CLERK | SEM-N28 | $12.87 | $18.55 | $23.72 |
| | GRILL COOK | SEM-N28 | $12.87 | $18.55 | $23.72 |
| | IMAGE CENTER REP | SEM-N28 | $12.87 | $18.55 | $23.72 |
| | LEAD CSST | SEM-N28 | $12.87 | $18.55 | $23.72 |
| | LEAD GI TECH | SEM-N28 | $12.87 | $18.55 | $23.72 |
| | LEAD RECEIVER | SEM-N28 | $12.87 | $18.55 | $23.72 |
| | MEDICAL REC ANALYST | SEM-N28 | $12.87 | $18.55 | $23.72 |
| | MEDICAL WASTE TECHNICIAN | SEM-N28 | $12.87 | $18.55 | $23.72 |
| | MPI COORD | SEM-N28 | $12.87 | $18.55 | $23.72 |
| | NURSING ASSISTANT | SEM-N28 | $12.87 | $18.55 | $23.72 |
| | NUTRITION ASSISTANT | SEM-N28 | $12.87 | $18.55 | $23.72 |
| | OR ASSISTANT | SEM-N28 | $12.87 | $18.55 | $23.72 |
| | PHLEBOTOMIST | SEM-N28 | $12.87 | $18.55 | $23.72 |
| | PHLEBOTOMIST OUTREACH | SEM-N28 | $12.87 | $18.55 | $23.72 |
| | RADIOLOGY AIDE | SEM-N28 | $12.87 | $18.55 | $23.72 |
| | RECEPTIONIST | SEM-N28 | $12.87 | $18.55 | $23.72 |
| | REGISTRATION COORD | SEM-N28 | $12.87 | $18.55 | $23.72 |
| | SR PROJECT TECHNICIAN | SEM-N28 | $12.87 | $18.55 | $23.72 |
| | STUDENT NURSING ASST | SEM-N28 | $12.87 | $18.55 | $23.72 |
| | UNIT SECRETARY | SEM-N28 | $12.87 | $18.55 | $23.72 |
| | ASST COUNSELOR | SEM-N29 | $13.55 | $20.68 | $27.25 |
| | BONE DENSITY TECH | SEM-N29 | $13.55 | $20.68 | $27.25 |
| | CENSUS COORD | SEM-N29 | $13.55 | $20.68 | $27.25 |
| | DATA ENTRY COORD | SEM-N29 | $13.55 | $20.68 | $27.25 |
| | ER TECH | SEM-N29 | $13.55 | $20.68 | $27.25 |
| | GENERAL SVCS COORD | SEM-N29 | $13.55 | $20.68 | $27.25 |
| | INTERPRETER | SEM-N29 | $13.55 | $20.68 | $27.25 |
| | LEAD IMAGE CENTER REP | SEM-N29 | $13.55 | $20.68 | $27.25 |
| | LEAD PHLEBOTOMIST | SEM-N29 | $13.55 | $20.68 | $27.25 |
| | LEAD UNIT SECRETARY | SEM-N29 | $13.55 | $20.68 | $27.25 |

ST. ELIZABETH'S MEDICAL CENTER WAGES EFFECTIVE 2015
continued

| Labor Group | Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|---|
| Nonprofessional | MED TRANSCRIBER | SEM-N29 | $13.55 | $20.68 | $27.25 |
| | MEDICAL ASSISTANT | SEM-N29 | $13.55 | $20.68 | $27.25 |
| | MHW | SEM-N29 | $13.55 | $20.68 | $27.25 |
| | PATIENT CARE ASSOC | SEM-N29 | $13.55 | $20.68 | $27.25 |
| | PERINATAL TECHNICIAN | SEM-N29 | $13.55 | $20.68 | $27.25 |
| | REFERRAL COORD | SEM-N29 | $13.55 | $20.68 | $27.25 |
| | SECRETARY | SEM-N29 | $13.55 | $20.68 | $27.25 |
| | SOUS CHEF | SEM-N29 | $13.55 | $20.68 | $27.25 |
| | UNIT COORDINATOR | SEM-N29 | $13.55 | $20.68 | $27.25 |
| | COMMUNITY COORD | SEM-N30 | $15.32 | $23.81 | $31.68 |
| | HOSPITALITY SVCS COORD | SEM-N30 | $15.32 | $23.81 | $31.68 |
| | INV/CASE CART COORD | SEM-N30 | $15.32 | $23.81 | $31.68 |
| | LEAD TRANSCRIBER | SEM-N30 | $15.32 | $23.81 | $31.68 |
| | OFFICE COORDINATOR | SEM-N30 | $15.32 | $23.81 | $31.68 |
| | SCHEDULING COORD | SEM-N30 | $15.32 | $23.81 | $31.68 |
| | SECRETARY | SEM-N30 | $15.32 | $23.81 | $31.68 |
| | SR MEDICAL ASSISTANT | SEM-N30 | $15.32 | $23.81 | $31.68 |
| | TEAM LEAD PHLEB OUTREACH | SEM-N30 | $15.32 | $23.81 | $31.68 |
| | TEAM LEADER SPEC PROC | SEM-N30 | $15.32 | $23.81 | $31.68 |
| | EXERCISE TECH | SEM-N31 | $17.61 | $27.39 | $36.45 |
| | MAINT COORDINATOR | SEM-N31 | $17.61 | $27.39 | $36.45 |
| | MULTI-LINGUAL ADVOCATE | SEM-N31 | $17.61 | $27.39 | $36.45 |
| | OR SCHEDULING COORD | SEM-N31 | $17.61 | $27.39 | $36.45 |
| | PATHOLOGY TECHNICIAN | SEM-N31 | $17.61 | $27.39 | $36.45 |
| | SR EEG/EMG TECH | SEM-N32 | $20.24 | $32.76 | $44.46 |
| | SR EXERCISE TECH | SEM-N32 | $20.24 | $32.76 | $44.46 |
| | NUTRITIONIST | SEM-X30 | $15.32 | $23.81 | $31.68 |
| | PHARM PURCH ASST | SEM-X30 | $15.32 | $23.81 | $31.68 |
| Technical | EKG TECHNICIAN | SEM-N28 | $12.87 | $18.55 | $23.72 |
| | PHARMACY TECH | SEM-N28 | $12.87 | $18.55 | $23.72 |
| | ANESTHESIA TECH | SEM-N29 | $13.55 | $20.68 | $27.25 |
| | LEAD EKG TECHNICIAN | SEM-N29 | $13.55 | $20.68 | $27.25 |
| | PHARM TECH CERT | SEM-N29 | $13.55 | $20.68 | $27.25 |
| | PHARMACY TECH II | SEM-N29 | $13.55 | $20.68 | $27.25 |
| | PHARMACY TECH III | SEM-N29 | $13.55 | $20.68 | $27.25 |
| | COTA | SEM-N30 | $15.32 | $23.81 | $31.68 |
| | ORTHOPEDIC TECH | SEM-N30 | $15.32 | $23.81 | $31.68 |
| | CHIEF ANESTH TECH | SEM-N31 | $17.61 | $27.39 | $36.45 |
| | CODER | SEM-N31 | $17.61 | $27.39 | $36.45 |
| | HISTOTECHNICIAN | SEM-N31 | $17.61 | $27.39 | $36.45 |
| | LPN | SEM-N31 | $17.61 | $27.39 | $36.45 |
| | POLYSOMNOGRAM TECH | SEM-N31 | $17.61 | $27.39 | $36.45 |
| | SURGICAL TECH | SEM-N31 | $17.61 | $27.39 | $36.45 |

ST. ELIZABETH'S MEDICAL CENTER WAGES EFFECTIVE 2015
continued

| Labor Group | Job Title | Grade | Min | Mid | Max |
|---|---|---|---|---|---|
| Technical | CODING VALIDATOR | SEM-N32 | $20.24 | $32.76 | $44.46 |
| | PULM FUNCT TECH | SEM-N32 | $20.24 | $32.76 | $44.46 |
| | RESPIRATORY THER NONREG | SEM-N32 | $20.24 | $32.76 | $44.46 |
| | RESPIRATORY THER REG | SEM-N32 | $20.24 | $32.76 | $44.46 |
| | CODING ABSTRACT/AUDITOR | SEM-N33 | $23.29 | $36.22 | $48.20 |
| | LEAD RESP THERAPIST | SEM-N33 | $23.29 | $36.22 | $48.20 |
| | NUCLEAR MED TECH | SEM-N33 | $23.29 | $36.22 | $48.20 |
| | X-RAY TECH REG | SEM-N33 | $23.29 | $36.22 | $48.20 |
| | CARDIAC CATH TECH | SEM-N34 | $26.77 | $41.63 | $55.40 |
| | CARDIAC ECHO TECH | SEM-N34 | $26.77 | $41.63 | $55.40 |
| | CT SCAN TECH | SEM-N34 | $26.77 | $41.63 | $55.40 |
| | EP TECHNOLOGIST | SEM-N34 | $26.77 | $41.63 | $55.40 |
| | MAMMOGRAPHY TECH | SEM-N34 | $26.77 | $41.63 | $55.40 |
| | MRI TECH | SEM-N34 | $26.77 | $41.63 | $55.40 |
| | RADIATION THER TECH | SEM-N34 | $26.77 | $41.63 | $55.40 |
| | ROBOTICS COORDINATOR | SEM-N34 | $26.77 | $41.63 | $55.40 |
| | ULTRASOUND TECH | SEM-N34 | $26.77 | $41.63 | $55.40 |
| | VASCULAR TECH | SEM-N34 | $26.77 | $41.63 | $55.40 |
| | X-RAY TECH REG II | SEM-N34 | $26.77 | $41.63 | $55.40 |
| | CHIEF CARD ECHO TECH | SEM-N35 | $30.22 | $47.89 | $64.34 |
| | CHIEF VASCULAR TECH | SEM-N35 | $30.22 | $47.89 | $64.34 |
| | LEAD CT SCAN TECH | SEM-N35 | $30.22 | $47.89 | $64.34 |
| | LEAD CV TECH | SEM-N35 | $30.22 | $47.89 | $64.34 |
| | LEAD MAMMOGRAPHY TECH | SEM-N35 | $30.22 | $47.89 | $64.34 |
| | LEAD RADIOLOGIC TECH | SEM-N35 | $30.22 | $47.89 | $64.34 |
| | LEAD SPEC PROC TECH | SEM-N35 | $30.22 | $47.89 | $64.34 |
| | LEAD ULTRASOUND TECH | SEM-N35 | $30.22 | $47.89 | $64.34 |
| | SR SPEC PROC TECH | SEM-N35 | $30.22 | $47.89 | $64.34 |

EXHIBIT E



**U.S. Department of Labor**
Wage and Hour Division
(Revised January 2009)

**Fact Sheet #28: The Family and Medical Leave Act of 1993**

The U.S. Department of Labor's Employment Standards Administration, Wage and Hour Division, administers and enforces the Family and Medical Leave Act (FMLA) for all private, state and local government employee and some federal employees. Most federal and certain congressional employees are also covered by the law and are subject to the jurisdiction of the U.S. Office of Personnel Management or the Congress. See Fact Sheet 28A.

The FMLA became effective on August 5, 1993 for most employers and entitles eligible employees to take up to 12 weeks of unpaid, job-protected leave in a 12-month period for specified family and medical reasons. Amendments to the FMLA by the National Defense Authorization Act for FY 2008 (NDAA), Public Law 110-181, expanded the FMLA to allow eligible employees to take up to 12 weeks of job-protected leave in the applicable 12-month period for any "qualifying exigency" arising out of the fact that a covered military member is on active duty, or has been notified of an impending call or order to active duty, in support of a contingency operation. The NDAA also amended the FMLA to allow eligible employees to take up to 26 weeks of job-protected leave in a "single 12-month period" to care for a covered service member with a serious injury or illness.

**EMPLOYER COVERAGE**

FMLA applies to all public agencies, including state, local and federal employers, local education agencies (schools), **and** private-sector employers who employed 50 or more employees in 20 or more workweeks in the current or preceding calendar year, including joint employers and successors of covered employers.

**EMPLOYEE ELIGIBILITY**

To be eligible for FMLA benefits, an employee **must**:

- work for a covered employer;
- have worked for the employer for a total of 12 months;
- have worked at least 1,250 hours over the previous 12 months; and
- work at a location in the United States or in any territory or possession of the United States where at least 50 employees are employed by the employer within 75 miles.

While the 12 months of employment need not be consecutive, employment periods prior to a break in service of **seven** years or more need not be counted unless the break is occasioned by the employee's fulfillment of his or her National Guard or Reserve military obligation (as protected under the Uniformed Services Employment and Reemployment Rights Act (USERRA)), or a written agreement, including a collective bargaining agreement, exists concerning the employer's intention to rehire the employee after the break in service. *See*, special rules for returning reservists under USERRA.

**LEAVE ENTITLEMENT**

A covered employer must grant an eligible employee up to a total of **12 workweeks** of **unpaid** leave during any 12-month period for one or more of the following reasons:

- for the birth and care of a newborn child of the employee;
- for placement with the employee of a son or daughter for adoption or foster care;
- to care for a spouse, son, daughter, or parent with a serious health condition;
- to take medical leave when the employee is unable to work because of a serious health condition; **or**
- for qualifying exigencies arising out of the fact that the employee's spouse, son, daughter, or parent is on active duty or call to active duty status as a member of the National Guard or Reserves in support of a contingency operation.

A covered employer also must grant an eligible employee who is a spouse, son, daughter, parent, or next of kin of a current member of the Armed Forces, including a member of the National Guard or Reserves, with a serious injury or illness up to a total of **26 workweeks** of **unpaid** leave during a "single 12-month period" to care for the service member. *See* Fact Sheet 28A for specific information regarding military family leave.

Spouses employed by the same employer are limited in the **amount of** family leave they may take for the birth and care of a newborn child, placement of a child for adoption or foster care, or to care for a parent who has a serious health condition to a combined total of 12 weeks (or 26 weeks if leave to care for a covered service member with a serious injury or illness is also used). Leave for birth and care, or placement for adoption or foster care, must conclude within 12 months of the birth or placement.

Under some circumstances, employees may take FMLA leave intermittently – taking leave in separate blocks of time for a single qualifying reason – or on a reduced leave schedule – reducing the employee's usual weekly or daily work schedule. When leave is needed for planned medical treatment, the employee must make a reasonable effort to schedule treatment so as not to unduly disrupt the employer's operation. If FMLA leave is for birth and care, or placement for adoption or foster care, use of intermittent leave is subject to the employer's approval.

Under certain conditions, employees **or** employers may choose to "substitute" (run concurrently) accrued **paid** leave (such as sick or vacation leave) to cover some or all of the FMLA leave. An employee's ability to substitute accrued paid leave is determined by the terms and conditions of the employer's normal leave policy.

"**Serious health condition**" means an illness, injury, impairment, or physical or mental condition that involves either:

- Inpatient care (*i.e.*, an overnight stay) in a hospital, hospice, or residential medical-care facility, including any period of incapacity (*i.e.*, inability to work, attend school, or perform other regular daily activities) or subsequent treatment in connection with such inpatient care; **or**

- Continuing treatment by a health care provider, which includes:

(1) A period of incapacity lasting more than three consecutive, full calendar days, and any subsequent treatment or period of incapacity relating to the same condition, that **also** includes:

- treatment two or more times by or under the supervision of a health care provider (*i.e.*, in-person visits, the first within 7 days and both within 30 days of the first day of incapacity); **or**
- one treatment by a health care provider (*i.e.*, an in-person visit within 7 days of the first day of incapacity) with a continuing regimen of treatment (*e.g.*, prescription medication, physical therapy); **or**

(2) Any period of incapacity related to pregnancy or for prenatal care. A visit to the health care provider is not necessary for each absence; **or**

(3) Any period of incapacity or treatment for a chronic serious health condition which continues over an extended period of time, requires periodic visits (at least twice a year) to a health care provider, and may involve occasional episodes of incapacity. A visit to a health care provider is not necessary for each absence; **or**

(4) A period of incapacity that is permanent or long-term due to a condition for which treatment may not be effective. Only supervision by a health care provider is required, rather than active treatment; **or**

(5) Any absences to receive multiple treatments for restorative surgery or for a condition that would likely result in a period of incapacity of more than three days if not treated.

**MAINTENANCE OF HEALTH BENEFITS**

A covered employer is required to maintain group health insurance coverage for an employee on FMLA leave whenever such insurance was provided before the leave was taken and on the same terms as if the employee had continued to work. If applicable, arrangements will need to be made for employees to pay their share of health insurance premiums while on leave. In some instances, the employer may recover premiums it paid to maintain health coverage for an employee who fails to return to work from FMLA leave.

**JOB RESTORATION**

Upon return from FMLA leave, an employee must be restored to the employee's original job, or to an equivalent job with equivalent pay, benefits, and other terms and conditions of employment. An employee's use of FMLA leave cannot result in the loss of any employment

benefit that the employee earned or was entitled to **before** using FMLA leave, nor be counted against the employee under a "no fault" attendance policy. If a bonus or other payment, however, is based on the achievement of a specified goal such as hours worked, products sold, or perfect attendance, and the employee has not met the goal due to FMLA leave, payment may be denied unless it is paid to an employee on equivalent leave status for a reason that does not qualify as FMLA leave.

An employee has no greater right to restoration or to other benefits and conditions of employment than if the employee had been continuously employed.

**NOTICE AND CERTIFICATION**

Employee Notice

Employees seeking to use FMLA leave are required to provide 30-day advance notice of the need to take FMLA leave when the need is foreseeable and such notice is practicable. If leave is foreseeable less than 30 days in advance, the employee must provide notice as soon as practicable – generally, either the same or next business day. When the need for leave is not foreseeable, the employee must provide notice to the employer as soon as practicable under the facts and circumstances of the particular case. Absent unusual circumstances, employees must comply with the employer's usual and customary notice and procedural requirements for requesting leave.

Employees must provide sufficient information for an employer reasonably to determine whether the FMLA may apply to the leave request. Depending on the situation, such information may include that the employee is incapacitated due to pregnancy, has been hospitalized overnight, is unable to perform the functions of the job, and/or that the employee or employee's qualifying family member is under the continuing care of a health care provider.

When an employee seeks leave for a FMLA-qualifying reason for the **first** time, the employee need not expressly assert FMLA rights or even mention the FMLA. When an employee seeks leave, however, due to a FMLA-qualifying reason for which the employer has previously provided the employee FMLA-protected leave, the employee **must** specifically reference either the qualifying reason for leave or the need for FMLA leave.

Employer Notice

Covered employers must post a notice approved by the Secretary of Labor explaining rights and responsibilities under FMLA. An employer that willfully violates this posting requirement may be subject to a fine of up to $110 for each separate offense. Additionally, employers must either include this general notice in employee handbooks or other written guidance to employees concerning benefits, or must distribute a copy of the notice to each new employee upon hiring.

When an employee requests FMLA leave or the employer acquires knowledge that leave may be for a FMLA purpose, the employer must notify the employee of his or her eligibility to take leave, and inform the employee of his/her rights and responsibilities under FMLA. When the employer has enough information to determine that leave is being taken for a FMLA-qualifying reason, the employer must notify the employee that the leave is designated and will be counted as FMLA leave.

Certification
Employers may require that an employee's request for leave due to a serious health condition affecting the employee or a covered family member be supported by a certification from a health care provider. An employer may require second or third medical opinions (at the employer's expense) and periodic recertification of a serious health condition. An employer may use a health care provider, a human resource professional, a leave administrator, or a management official – but not the employee's direct supervisor – to authenticate or clarify a medical certification of a serious health condition. An employer may have a uniformly-applied policy requiring employees returning from leave for their own serious health condition to submit a certification that they are able to resume work. If reasonable safety concerns exist, an employer may, under certain circumstances, require such a certification for employees returning from intermittent FMLA leave.

**UNLAWFUL ACTS**

It is unlawful for any employer to interfere with, restrain, or deny the exercise of any right provided by FMLA. It is also unlawful for an employer to discharge or discriminate against any individual for opposing any practice, or because of involvement in any proceeding, related to FMLA.

**ENFORCEMENT**

The Wage and Hour Division investigates complaints. If violations cannot be satisfactorily resolved, the U.S. Department of Labor may bring action in court to compel compliance. Individuals may also be able to bring a private civil action against an employer for violations.

**OTHER PROVISIONS**

Special rules apply to employees of local education agencies. Generally, these rules apply to intermittent leave or when leave is required near the end of a school term.

Salaried executive, administrative, and professional employees of covered employers who meet the Fair Labor Standards Act (FLSA) criteria for exemption from minimum wage and overtime under Regulations, 29 CFR Part 541, do not lose their FLSA-exempt status by using any unpaid FMLA leave. This special exception to the "salary basis" requirements for FLSA's exemption extends only to an "eligible" employee's use of leave required by FMLA.

**For additional information, visit our Wage and Hour Division Website: http://www.wagehour.dol.gov and/or call our toll-free information and helpline, available 8 a.m. to 5 p.m. in your time zone, 1-866-4USWAGE (1-866-487-9243).**
This publication is for general information and is not to be considered in the same light as official statements of position contained in the regulations.

**U.S. Department of Labor**
Frances Perkins Building
200 Constitution Avenue, NW
Washington, DC 20210

**1-866-4-USWAGE**
TTY: 1-866-487-9243
Contact Us

**EXHIBIT F -1**

**Training and Upgrading Fund**

1199SEIU United Healthcare Workers East, Carney Hospital, Good Samaritan Medical Center, Norwood Hospital, and St. Elizabeth's Medical Center and the health care workers covered by the collective bargaining agreement between them are committed to providing the best care possible.

In furtherance of that commitment, the parties agree to:

1. Within 60 days of ratification of this agreement the parties will establish a joint labor management committee composed of equal numbers of management and union members to expand education, training and career ladder advancement at Carney Hospital, Good Samaritan Medical Center, Norwood Hospital, and St. Elizabeth's Medical Center. The committee will:
   a. Identify hard to fill positions and potential career paths necessary to fill positions.
   b. Identify skill sets and needs designed to meet the challenges of the workplace
   c. Develop clearly defined and accessible career ladder programs within patient care, administrative and technical areas.
   d. Develop and disseminate information regarding career paths and educational requirements needed for advancement by occupation.

2. Each covered employer shall contribute an amount equal to one-half of one percent of the total gross payroll of bargaining unit employees to the 1199SEIU Training and Upgrading Fund (the "Training Fund") according to the following schedule:
   a. Effective the May 1, 2009 payroll – Good Samaritan Medical Center
   b. Effective the October 1, 2009 payroll – Carney Hospital, Norwood Hospital, and St. Elizabeth's Medical Center

3. This side letter will replace any existing tuition reimbursement program at Carney Hospital, Good Samaritan Medical Center, Norwood Hospital, and St. Elizabeth's Medical Center with the commencement of Training Fund benefits according to the following schedule:
   a. Effective the Fall Semester 2009 – Good Samaritan Medical Center
   b. Effective the January 2010 Semester – Carney Hospital, Norwood Hospital, and St. Elizabeth's Medical Center

   In the event the TUF does not cover CEUs and/or conference fees, the employer will maintain its practice as of the date of ratification of this Agreement. Part time workers who work less than 24 hours per week will continue to receive tuition reimbursement consistent with the practice in place on the date of ratification of this Agreement.

4. The Trustees of the Training Fund or their designees, in addition to monies received from Employers, shall attempt to secure additional funds as may be available from public or private sources. In addition the Trustees of the Training fund or their designees shall seek community cooperation in such programs.

5. The employer will make an effort to adjust schedules so that employees can take training courses.

The employer and union will work together to build partnerships with area educational institutions.

**EXHIBIT F -2**

**Training and Upgrading Fund for Holy Family Hospital**

1199SEIU United Healthcare Workers East (the "Union") and Holy Family Hospital (the "Hospital") and the health care workers employed by the Hospital and represented by the Union are committed to providing the best care possible.

In furtherance of that commitment, the parties agree to:

1. Within 45 days of execution of this agreement the parties will establish a joint labor management committee composed of equal numbers of management and union members to expand education, training and career ladder advancement at the Hospital. The committee will
   a. Identify hard to fill positions and potential career paths necessary to fill positions;
   b. Identify skill sets and needs designed to meet the challenges of the workplace;
   c. Develop clearly defined and accessible career ladder programs within patient care, administrative and technical areas; and
   d. Develop and disseminate information regarding career paths and educational requirements needed for advancement by occupation.

2. Effective on May 1, 2011, the Hospital shall each month contribute an amount equal to one-half of one percent of the total gross payroll of bargaining unit employees to the SEIU 1199 Training and Upgrading Fund (the "TUF").

3. This Memorandum of Agreement will replace any existing tuition reimbursement program at the Hospital for members of the bargaining units represented by the Union. In the event the TUF does not cover CEU's and/or conference fees, the Hospital will maintain its practice as of the date of execution of this Agreement. Part time workers who work less than 24 hours per week will continue to receive tuition reimbursement consistent with the practice in place on the date of execution of this Agreement.

4. The Trustees of the TUF or their designees, in addition to monies received from the Hospital, shall attempt to secure additional funds as may be available from public or private sources. In addition the Trustees of the TUF or their designees shall seek community cooperation in such programs.

5. The Hospital will make an effort to adjust schedules so that employees can take training courses.

6. The Hospital and the Union will work together to build partnerships with area educational institutions.

7. This Agreement shall expire automatically on April 30, 2012 if the parties have not by that date ratified a collective bargaining agreement providing that the Hospital will contribute to the TUF.

**EXHIBIT G**

**Steward Health Care System Severance Policy**
**THIS SEMC SEVERANCE POLICY APPLIES TO ALL 1199SEIU REPRESENTED STEWARD FACILITIES**

**St. Elizabeth's Medical Center**
A STEWARD FAMILY HOSPITAL

Steward

## Severance Policy

Policy Number: Human Resources 5-75
Policy Date: October 2009

## Policy

St. Elizabeth's Medical Center is committed to providing an employment relationship with employees that is representative of Catholic healthcare "fair and just workplace" practices. St. Elizabeth's Medical Center believes that it is often appropriate to provide transitional assistance to employees whose employment is terminated due to reasons set forth below in this policy.

This policy does not apply to employees covered by a collective bargaining agreement.

This policy and the accompanying procedure are not intended to be and are not a contract and do not alter the at-will status of the employment relationship between St. Elizabeth's Medical Center and its employees. St. Elizabeth's Medical Center reserves the sole discretion to determine when or if these benefits will be provided to any employee. St. Elizabeth's Medical Center also reserves the right to modify and/or eliminate this policy and procedure at any time without prior notice.

## Purpose

The purpose of this policy is to establish guidelines for the circumstances under which St. Elizabeth's Medical Center may provide severance benefits and guidance on the appropriate amount of severance benefits to provide.

## Procedure

A. Eligibility

1. Eligibility extends to all St. Elizabeth's Medical Center employees who are classified as regular full-time or regular part-time employees and whose employment is being terminated due to one of more of the following circumstances:

- A merger and/or acquisition involving a change in control
- A reduction in force due to a decrease in the organization's activity/business
- A change in organizational structure that results in a substantive change in title, scope of responsibilities, and/or compensation
- Outsourcing of a function or position
- A closing or significant change in the business of a facility
- The elimination of a specific position

Eligibility also applies when a reduction in the full-time equivalency for a position results in the incumbent losing benefit eligibility.

2. This policy also applies to regular full-time and regular part-time employees who are being laid off. Length of service is defined as continuous employment with St. Elizabeth's Medical Center or one of its member organizations as a regular part-time or regular full-time employees, as those terms are defined by St. Elizabeth's Medical Center.

3. This policy does not apply to employees under the following circumstances:
   - Resignations or terminations based on unsatisfactory work performance
   - Voluntary resignations
   - Employees who decline equivalent employment within the Steward System. Equivalent employment is a position that pays no less than 90% of the previous wage or salary and is within a 30 mile radius of the worksite of origin
   - Employees who are eligible for another form of transition assistance outside of this policy, such as severance set forth in an offer letter, that exceeds the provisions of this policy
   - Divestitures, outsourcing, or changes in management control that do not result in the employee's loss of equivalent employment by the acquiring organization
   - Employees who are covered under a collective bargaining agreement
   - Expiration of contractual employment when the contract specifies the length of employment
   - Employees hired in a position funded by a grant who will be considered for severance on a case by case basis

B. Notice Period

The notice period is the period during which eligible employees receive some combination of a period of notice of termination and/or pay in lieu of notice of termination. The notice period will begin when the employee is informed of his/her separation date. The structuring of the notice period is left solely to the discretion of St. Elizabeth's Medical Center and could include any of the following:

- Continue to work through the notice period
- Continue to work for a portion of the notice period and receive pay in lieu of notice for the remaining portion of the notice period

- Cease active employment at the point of the initial announcement and receive pay for the entire notice period

C. Severance Pay

1. In exchange for signing a release of claim, all eligible employees will be provided severance benefits based on the following schedule. No employee will be eligible for severance pay under this policy without signing a release. Employees with less than one year of service automatically get one year of service credit for severance purposes only.

| | Severance Period | Minimum Benefit | Maximum Benefit |
|---|---|---|---|
| Staff | 1 week per year of completed service | 4 weeks | 26 weeks |
| Manager | 1 week per year of completed service | 8 weeks | 26 weeks |

2. Severance pay is subject to offset for compensation earned during the severance pay period.

3. Payments are calculated using the employee's base pay rate as of the employee's last day of active employment (separation date). Base pay is the employee's hourly rate of pay times the weekly authorized hours. Base pay does not include any premium pay such as shift differential, weekend differential, overtime, bonuses, on-call pay, or any other form of compensation.

4. If an employee resigns prior to the projected last day of active employment, the employee will no longer be eligible to receive any remaining payments or benefits under this policy. If St. Elizabeth's Medical Center terminates an employee for job performance that does not meet St. Elizabeth's Medical Center's expectations or inappropriate conduct prior to the end of the notice period, the employee will no longer be eligible to receive any remaining payments or benefits under this policy.

D. Impact on Benefits

1. Continuation of Medical and Dental Insurance – The last day of active employment is an event that triggers an employee's right to continue insurance under the Federal law known as COBRA. If an employee elects t continue participation in the St. Elizabeth's Medical Center medical and dental plans under COBRA, then during the severance period, St. Elizabeth's Medical Center will pay the same share of costs as it does for active employees toward the COBRA costs for the employee and eligible dependent(s). The employee's share of the cost of these benefits may change with the change in the plan year, and/or changes in plan design. Eligibility for continued coverage after the separation period will be determined in accordance with COBRA.

2. Long term disability coverage will continue through the last day of active employment.

3. Life insurance coverage will continue through the last day of active employment. Employees have 31 days to convert coverage to an individual policy, if desired.

4. Sick pay and/or short term disability coverage will continue through the last day of active employment.

5. Paid time off (vacation and holidays) will accrue up through the last day of active employment and will be paid out consistent with St. Elizabeth's Medical Center's policy.

6. Retirement plan benefits and/or contributions will continue through the last day of active employment subject to the provisions of the applicable plan.

7. The impact on any other benefits unique to the organization and not specifically mentioned in this policy will be determined at the discretion of St. Elizabeth's Medical Center and the applicable policy governing the benefit plan.

8. Employees who are receiving short or long term disability benefits at the time of his/her separation will continue to receive disability benefits for that condition only as long as they meet the requirements of the plan.

E. Method of Payments

1. All severance pay will be paid out in bi-weekly installments on St. Elizabeth's Medical Center's regular payroll cycle for the entire notice and severance periods of time regardless of what portion, if any, of the notice period the employee actually performs work for St. Elizabeth's Medical Center.

2. All benefits under this policy will cease on the first day of work if an employee becomes re-employed.

## On-Line Edition

While we make every effort to keep this policy up-to-date, you should consider the on-line edition to be the most current. To view the on-line edition, launch your Internet browser and go to the St, Elizabeth's Medical Center's My Steward site:

***http://mycaritas/C4/StElizabeth/default.aspx***
**and then navigate as follows:**
***Policies & Procedures – Human Resources – Employee Relations – Severance Policy***

Please contact your supervisor or Information Services if you are unable to view this page.

## Review and Approval

The following Steward Health Care personnel originated and approved this policy:

| Contact | Senior Vice President, Human Resources, Caritas Christi Health Care | |
|---|---|---|
| Policy effective date | November 2008 | |
| Replaces policy | Severance Policy | September 2008<br>May 2007 |
| Approved by | Senior Vice President, Human Resources, Caritas Christi Health Care, Richard P. Kropp, Jr., Ed.D. | December 2008<br>September 2008<br>May 2007 |

## MEMORANDUM OF AGREEMENT

**May 17, 2016**

The following is the Memorandum of Agreement (MOA) between Carney Hospital, Good Samaritan Medical Center, Norwood Hospital, St. Elizabeth's Medical Center, Holy Family Hospital at Methuen, Holy Family Hospital at Haverhill, Morton Hospital, and Nashoba Valley Medical Center and 1199SEIU United Healthcare Workers East.

This MOA adopts and renews the Master Collective Bargaining Agreement between the parties, including, by reference, the MOA between Nashoba Valley Medical Center and 1199SEIU United Healthcare Workers East, except as described below, and adds the following language to the end of the Master Agreement. The parties agree to adopt this document and to extend the terms of the October 1, 2013 through October 31, 2016 Collective Bargaining Agreement to November 1, 2016 through October 31, 2019. Where there are differences between the terms of this MOA and the terms of the Collective Bargaining Agreement, the terms of this MOA shall govern. All other terms and conditions as set forth in the Master Collective Bargaining Agreement shall remain the same.

**Wage increases for ALL WORKERS** shall be as follows:

**Section 12.01 Wages**

(a) Effective on November 1, 2016, all workers will receive a 2% wage increase to their regular rate of pay.

(b) Effective on November 1, 2017, all workers will receive a 1.5% wage increase to their regular rate of pay.

(c) Effective on November 1, 2018, all workers will receive a 2% wage increase to their regular rate of pay.

(d) Effective on November 1, 2018, the minimum hourly rate for every job grade at Carney Hospital, Good Samaritan Medical Center, Norwood Hospital, St. Elizabeth's Medical Center, and Morton Hospital, shall be at least $15.00. Employees earning less than $15.00 per hour at these facilities on October 31, 2016, shall receive the greater of $15.00 or 2% effective November 1, 2018 (as described in (c) above).

The minimum hourly rates shall remain $12.87 for Carney Hospital, Good Samaritan Medical Center, Norwood Hospital, and St. Elizabeth's Medical Center, from November 1, 2016, through October 31, 2018. **On November 1, 2018, the minimum hourly rate shall become $15.00 at Carney Hospital, Good**

**Samaritan Medical Center, Norwood Hospital, St. Elizabeth's Medical Center, and Morton Hospital.**

The minimum hourly rate shall remain $11.75 at Holy Family Hospital at Methuen, Holy Family Hospital at Haverhill, and Nashoba Valley Medical Center, until October 31, 2019, unless changed by agreement of the parties following the process outlined in 12.01A (a) of the Agreement.

**Section 15.06**
Modify paragraph 3 to state "The employer shall offer an early retirement plan package no later than the last day of this agreement, October 31, 2019 ..." (continues as written)

**Carney Hospital,**
**Good Samaritan Medical Center,**
**Norwood Hospital,**
**St. Elizabeth's Medical Center,**
**Morton Hospital,**
**Holy Family Hospital at Haverhill,**
**Holy Family Hospital at Methuen,**
**Nashoba Valley Medical Center**

David Morales
EVP, Chief Strategy Officer

**1199SEIU United Healthcare Workers East**

Tyrek Lee
Executive Vive President

## INDEX

Administrative Leave – Holy Family ..... 102
Administrative Leave – Merrimack Valley ..... 120
Adoption Insurance – St. Elizabeth's ..... 169
Advocacy Day ..... 33
Agreement ..... 1, 6, 37, 200
Agreement – Carney ..... 53
Agreement – Good Samaritan SM ..... 68
Agreement – Good Samaritan TSC ..... 75
Agreement – Holy Family ..... 94
Agreement – Merrimack Valley ..... 113
Agreement – Morton ..... 127
Agreement – Norwood ..... 150
Agreement – St. Elizabeth's ..... 166
Anniversary Days – Morton ..... 133
Annual Workforce Summit ..... 40
Arbitration ..... 34, 35
Arbitrator's Authority ..... 35
ASRT Registration for Rad Techs – Good Samaritan ..... 83
Awarding of Positions ..... 29
Bargaining Units – Carney ..... 2
Bargaining Units – Good Samaritan ..... 2
Bargaining Units – Holy Family ..... 4
Bargaining Units – Merrimack Valley ..... 4
Bargaining Units – Morton Hospital ..... 5
Bargaining Units – Norwood Hospital ..... 3
Bargaining Units – St. Elizabeth's ..... 1
Beeper Pay – Good Samaritan SM ..... 70
Bereavement Leave ..... 25
Bereavement Leave – Merrimack Valley ..... 118
Bereavement Leave – Morton ..... 136
Boiler Room Schedules – Good Samaritan SM ..... 73
Breaks ..... 13
Bridging Policy – Holy Family ..... 101
Bulletin Boards ..... 33
Cafeteria Workers Holiday Meals – Merrimack Valley ..... 120
Call Back Pay – Good Samaritan SM ..... 69
Call In on a Holiday – Norwood ..... 153
Call In Pay – Good Samaritan SM ..... 73
Call-In ..... 16
Call-In – Carney ..... 53
Call-In – Good Samaritan SM ..... 70
Call-In – Good Samaritan TSC ..... 75
Call-In – Holy Family ..... 95
Call-In – Merrimack Valley ..... 114

Call-In – Morton ..... 128
Call-In – Norwood ..... 150
Call-In – St.Elizabeth's ..... 166
Cardiac Cath Lab On-Call Pay – Good Samaritan ..... 78
Cardiac Cath Lab On-Call Pay – Norwood ..... 152
Cardiac Cath Lab On-Call Pay – St. Elizabeth's ..... 168
Career Ladder Advancement – Holy Family ..... 193
Cash Out of Earned Time – Holy Family ..... 98
Categories of Workers ..... 9
Categories of Workers – Holy Family ..... 94
Charge Pay – Good Samaritan ..... 83
Charge Pay – Holy Family ..... 102
Check-Off ..... 7, 8, 50, 51
Christmas Party, Free Meals for Workers on Duty – Morton ..... 140
Coffee, Juice, & Milk for OR Staff – Carney ..... 55
Cold Weather Gear – Good Samaritan SM ..... 71
Combining of Breaks ..... 13
Combining of Breaks – Carney ..... 55
Combining of Breaks – Good Samaritan ..... 83
Combining of Breaks – Holy Family ..... 101
Combining of Breaks – Merrimack Valley ..... 120
Combining of Breaks – Morton ..... 139
Combining of Breaks – Norwood ..... 153
Combining of Breaks – St. Elizabeth's ..... 169
Compensation ..... 14
Compensation – Holy Family ..... 94
Compensation – Merrimack Valley ..... 113
Contingency Pool ..... 9
Court Time Subpoenaed ..... 26
Delegate ..... 6, 14, 32, 33, 34, 35
Dental Insurance ..... 21
Differentials ..... 15, 17
Differentials – Carney ..... 53
Differentials – Good Samaritan SM ..... 69
Differentials – Good Samaritan TSC ..... 75
Differentials – Holy Family ..... 94, 99
Differentials – Merrimack Valley ..... 113
Differentials – Morton ..... 128
Differentials – Norwood ..... 150
Differentials – St. Elizabeth's ..... 166
Discipline and Discharge ..... 14
Discounts for Employees – Holy Family ..... 102
Discounts on Cafeteria Meals – Good Samaritan ..... 83
Discounts on Cafeteria Meals – St. Elizabeth's ..... 169
Discretionary Leave ..... 26
Discrimination ..... 6

Donating Earned Time – Holy Family ........ 98
Dress Code Policy – Good Samaritan ........ 83
Dress Code Policy – Holy Family ........ 102
Dress Code Policy – Merrimack Valley ........ 120
Dress Code Policy – Morton ........ 139
Dress Code Policy – Norwood ........ 153
Dues ........ 7, 50
Duration/Reopener ........ 39
Early Arrival for Early Departure – Good Samaritan ........ 83
Early Arrival for Early Departure – Holy Family ........ 101
Early Arrival for Early Departure – Merrimack Valley ........ 120
Early Arrival for Early Departure – Norwood ........ 153
Early Arrival for Early Departure – St. Elizabeth's ........ 169
Early Retirement Plan Package ........ 201
Earned Time Off – Holy Family ........ 96
Earned Time, Unscheduled – Holy Family ........ 97
Emergency Call – Norwood ........ 151
Emergency Call-In – Carney ........ 53
Emergency Call-In – Holy Family ........ 95
Employee BBQ/Ice Cream Sundae Day/Discounts – Carney ........ 55
Employee Discounts on Cafeteria Meals – Morton ........ 139
Employee Parking – Good Samaritan ........ 83
Employee Parking – Holy Family ........ 102
Employee Parking – Merrimack Valley ........ 120
Employee Parking – St. Elizabeth's ........ 169
Employer Grievance ........ 35
Equal Employment Opportunity ........ 6
ETA Bank – Carney ........ 54
Extended Sick Leave Bank ........ 18
Facility Labor Management Committee ........ 33
Family and Medical Leave Act (FMLA) ........ 23, 186
Family and Medical Leave Act (FMLA) – Merrimack Valley ........ 118, 119
Family and Medical Leave Act (FMLA) – Morton ........ 135
Flex Down ........ 13
Flex Down – Merrimack Valley ........ 113
Flex Down – Morton ........ 127
Flexible Scheduled Workers ........ 10
Flexible Scheduled Workers – Holy Family ........ 94
Flexible Scheduled Workers – Merrimack Valley ........ 113
Flexible Scheduled Workers – Morton ........ 127
Floating ........ 13
Floating Holidays – Merrimack Valley ........ 117
Floating Holidays – Morton ........ 133
FMLA Leave, Use of PTO and ESL During ........ 47
Footwear and Glasses – Good Samaritan SM ........ 71
Formal Grievance Procedure ........ 34

Free Fountain Drinks for Dietary Dept – Holy Family ........ 101
Free Fountain Drinks for Dietary Dept – Morton ........ 139
Free Holiday Meals, Thanksgiving & Christmas – Morton ........ 139
Free Parking – Morton ........ 140
Grievance ........ 32, 34
Grievance and Arbitration Joint Education Program ........ 41
Health and Safety ........ 38
Health and Safety Information/Reporting Mechanisms ........ 41
Health Insurance ........ 18
HIV Insurance – St. Elizabeth's ........ 170
Holiday Hours Prorated – Norwood ........ 154
Holiday Hours, Splitting – Morton ........ 139
Holiday Period ........ 49
Holiday Rotation – Good Samaritan SM ........ 70
Holiday Rotations – Good Samaritan SM ........ 73
Holiday Scheduling – Norwood ........ 154
Holiday, Forced to Work – Morton ........ 139
Holidays ........ 17
Holidays – Good Samaritan SM ........ 70
Holidays – Good Samaritan TSC ........ 77
Holidays – Holy Family ........ 95
Holidays – Merrimack Valley ........ 115
Holidays – Morton ........ 128
Home Facility ........ 27
Hospital Health and Safety Committee ........ 38
Hours of Work ........ 12
Hours of Work – Morton ........ 127
Human Rights Officer (HRO) – Holy Family ........ 102
Industrial Accident Leave ........ 24
Industrial Accident Leave – Holy Family ........ 102
Industrial Accident Leave – Merrimack Valley ........ 118
Industrial Accident Leave – Morton ........ 136
Informal Resolution of Issues ........ 34
Insurance ........ 18
Insurance, Additional – Holy Family ........ 102
Insurance Policies ........ 22
Job Openings ........ 28
Joint Advocacy on Medicare Supplement ........ 42
Jury Duty ........ 25
Just Cause ........ 14
Labor-Management Committee ........ 33
Late Arrival or Early Departure – Carney ........ 55
Layoff ........ 29
Layoff/Recall – Merrimack Valley ........ 119
Layoff/Recall – Morton ........ 137
Leaves of Absence ........ 23

Leaves of Absence – Good Samaritan SM ........ 72
Leaves of Absence – Merrimack Valley ........ 118
Leaves of Absence – Morton ........ 135
Limited Part Time ........ 9
Lockouts ........ 36
Long Term Care Insurance – St. Elizabeth's ........ 170
Long Term Disability Insurance ........ 21
Long Term Illness (LTI) Bank – Holy Family ........ 98
Management Rights ........ 11
Mandatory Overtime ........ 15
Master Workforce Plan ........ 40
Maternity Leave ........ 24
Maternity Leave – Merrimack Valley ........ 118
Maternity Leave – Morton ........ 135
MBTA Passes – St. Elizabeth's ........ 169
Meal Periods ........ 13
Meal Vouchers for Cardiac Cath Techs – St. Elizabeth's ........ 169
Meals for Kitchen Workers – St. Elizabeth's ........ 170
Medicare Supplement for Retirees ........ 42
Meetings, Union ........ 32
Mileage Reimbursement ........ 26
Military Leave ........ 25
Minimum Hourly Rates ........ 200, 201
Miscellaneous Benefits ........ 26
Mission Critical Positions ........ 44
Modification of Agreement ........ 37
Movement of Bargaining Unit Work to New Facility ........ 41
Moving to New Facilities ........ 6
No Lockouts ........ 36
No Strikes ........ 36
Non-Discrimination ........ 6
Normal Workweek ........ 12
Notification ........ 6, 14
On-Call ........ 16
On-Call – Carney ........ 53
On-Call – Good Samaritan SM ........ 70
On-Call – Good Samaritan TSC ........ 75
On-Call – Holy Family ........ 95
On-Call – Merrimack Valley ........ 114
On-Call – Morton ........ 128
On-Call – Norwood ........ 150
On-Call – St. Elizabeth's ........ 166
On-Call Pay for Cardiac Cath & Ultrasound – Norwood ........ 154
On-Call Scheduling – Norwood ........ 154
On-Call Stipend for Ultrasound Techs – St. Elizabeth's ........ 169
OR Staffing and Scheduling Policy – Holy Family ........ 102

OR Tech On-Call Rate – Carney ........ 55
OR Tech Second Call – Carney ........ 55
OR Techs Sleep Time/On Call/2nd Call – Holy Family ........ 101
OR Techs, Sleep Time – St. Elizabeth's ........ 169
Orientation ........ 6
Outsourcing ........ 11
Overtime ........ 14
Overtime – Good Samaritan SM ........ 68
Overtime – Good Samaritan SM ........ 69
Overtime – Holy Family ........ 94
Overtime – Morton ........ 127
Overtime Rate ........ 15
Overtime Rate – Merrimack Valley ........ 113
Overtime, Mandatory ........ 15
PAC ........ 8, 51
Paid Lunch – Carney ........ 55
Paid Lunch – Good Samaritan ........ 83
Paid Meal Breaks – Good Samaritan SM ........ 73
Paid Time Off ........ 17
Paid Time Off – Good Samaritan TSC ........ 76
Paid Time Off – Merrimack Valley ........ 116
Paid Time Off – Morton ........ 130
Paid Time Off – Norwood ........ 151
Paid Uniforms ........ 16
Past Practices ........ 37
Past Practices – Carney ........ 55
Past Practices – Good Samaritan ........ 83
Past Practices – Good Samaritan SM ........ 73
Past Practices – Holy Family ........ 101
Past Practices – Merrimack Valley ........ 120
Past Practices – Morton ........ 139
Past Practices – Norwood ........ 153
Past Practices – St. Elizabeth's ........ 169
Paternity Leave ........ 24
Paternity Leave – Merrimack Valley ........ 118
Paternity Leave – Morton ........ 135
Pay After Job Change ........ 16
Pay for Holidays Worked ........ 17
Pay for Holidays Worked – Holy Family ........ 95
Per Diem ........ 9
Per Diem Commitment – Carney ........ 57
Per Diem Commitment – Good Samaritan ........ 79
Per Diem Commitment – Holy Family ........ 103
Per Diem Commitment – Merrimack Valley ........ 121
Per Diem Commitment – Morton ........ 141
Per Diem Commitment – Norwood ........ 155

Per Diem Commitment – St. Elizabeth's ........ 171
Per Diems, Core Competency – Holy Family ........ 101
Permanent Workers ........ 9
Personal Days – Holy Family ........ 99
Personal Days – Merrimack Valley ........ 117
Personal Days – Morton ........ 133
Personnel Files ........ 14
Pharmacy Workers, Paid Education Day – Morton ........ 139
Political Action Committee Fund (PAC) Deduction ........ 8, 51
Posting of Positions ........ 28
Preceptor Pay ........ 17
Preceptor Pay – Carney ........ 54
Preceptor Pay – Good Samaritan TSC ........ 76
Preceptor Pay – Norwood ........ 151
Preceptor Pay – St. Elizabeth's ........ 167
Preceptor Selection – Holy Family ........ 101
Probation ........ 10
Professional Advancement – Carney ........ 54
Professional Advancement – Good Samaritan TSC ........ 76
Professional Advancement – Norwood ........ 151
Professional Advancement – St. Elizabeth's ........ 167
PTO Cash Out ........ 18
PTO Donation – Good Samaritan ........ 83
PTO Donation – St. Elizabeth's ........ 169
Pyramiding ........ 16
Quality Work Task Force (QWTF) ........ 34
Radiology Tech, Back to Back Shifts – Carney ........ 55
Rates of Pay – Good Samaritan SM ........ 69
Recall from Layoff ........ 31
Recognition Awards – Holy Family ........ 101
Recognition Awards – Merrimack Valley ........ 120
Recognition of the Union ........ 1
Regular Full Time ........ 9
Regular Part Time ........ 9
Rehabilitation Workers, Paid Education Days – Morton ........ 139
Relief in Higher Classification ........ 16
Relief in Higher Classification – Good Samaritan TSC ........ 76
Remote Coding – Holy Famliy ........ 101
Remote Coding – Merrimack Valley ........ 120
Reopener ........ 39
Reporting Pay – Good Samaritan SM ........ 69
Retirement ........ 18, 22, 201
Rotation – Morton ........ 138
Rotation to Offsite Facilities – Holy Family ........ 101
Safety and Health ........ 38
Schedule, Draft by Employees – Morton ........ 139

Schedules ........ 12
Scheduling Flexibility for Workers – Norwood ........ 153
Scope of the Agreement ........ 37
Secondary Job Codes ........ 40
Self Scheduling – Holy Family ........ 101
Seniority ........ 27, 48
Seniority upon Rehire – Carney ........ 55
Seniority upon Rehire – Good Samaritan ........ 83
Shift Differentials – Good Samaritan SM ........ 73
Shift Differentials – Holy Family ........ 94, 97, 99
Shift Differentials – Morton ........ 128
Shift Differentials – Norwood ........ 150
Shift Differentials as Part of Holiday Pay – Holy Family ........ 96
Shifts Exceeding 12 hours – Carney ........ 55
Shifts Exceeding 12 hours – Norwood ........ 153
Short Term Disability Insurance ........ 21
Sick Absence, Call Rotation List – Norwood ........ 153
Sick Leave – Merrimack Valley ........ 117
Sick Leave – Morton ........ 134
Sick Leave Bank ........ 18
Sick Time – Call In Early – Norwood ........ 153
Sick Time – Call In Early – Morton ........ 139
Sick Time – Call In Early – Good Samaritan ........ 83
Sick Time – Call In Early – St. Elizabeth's ........ 169
Small Necessities Leave Act ........ 24
Small Necessities Leave Act (SNLA) – Merrimack Valley ........ 118
Small Necessities Leave Act (SNLA) – Morton ........ 135
Smoking Area – Norwood ........ 153
Snow Removal – Good Samaritan SM ........ 71
Splitting Shifts for Childcare Issues – Good Samaritan ........ 83
Splitting Shifts for Childcare Issues – Norwood ........ 153
Staffing Task Force ........ 40
Start Pay ........ 16
Steward Severance Policy ........ 195
Straight Shift with Paid Lunch ........ 153
Straight Shift with Paid Lunch – Holy Family ........ 101
Straight Shift with Paid Lunch – Merrimack Valley ........ 120
Straight Shift with Paid Lunch – St. Elizabeth's ........ 169
Strategic Alliance ........ 1
Strikes ........ 36
Subcontracting ........ 11
Subpoenaed Court Time ........ 26
Successor ........ 37
Surgi-Center Agreement – Good Samaritan ........ 83
System Mobility ........ 27, 28, 48
System-Wide Labor Relations Committee ........ 33

Termination and PTO ..... 18
Time Limits for Arbitration ..... 36
Trading Shifts – Norwood ..... 154
Training & Upgrading Fund ..... 26, 191
Training & Upgrading Fund – Holy Family ..... 193
Training & Upgrading Fund – Morton ..... 136
Transfer of Work ..... 11
Transfers During Probation ..... 46
Transfers During Probation – Morton ..... 137
Travel Reimbursement – Good Samaritan SM ..... 70
Trial Periods ..... 45
Two Positions ..... 29
Uniforms – Morton ..... 139
Union Delegate ..... 6, 14, 32, 33, 34, 35
Union Dues ..... 7, 50
Union Leave ..... 25
Union Representative ..... 32, 33
Union Security ..... 6
Unpaid Time Off Policy ..... 101
Vacation ..... 17
Vacation – Good Samaritan TSC ..... 76
Vacation – Holy Family ..... 97
Vacation – Merrimack Valley ..... 116
Vacation – Morton ..... 131
Vacation and Sick Leave During FMLA Leave – Morton ..... 137, 138
Vacation Scheduling – Carney ..... 58
Vacation Scheduling – Good Samaritan ..... 84
Vacation Scheduling – Holy Family ..... 104
Vacation Scheduling – Merrimack Valley ..... 122
Vacation Scheduling – Morton ..... 142
Vacation Scheduling – Norwood ..... 156
Vacation Scheduling – St. Elizabeth's ..... 172
Vacation Time Donation – Morton ..... 139
Volunteers for Layoff ..... 30
Wages ..... 14, 200
Wages – Carney ..... 60
Wages – Good Samaritan Maintenance ..... 74
Wages – Good Samaritan Technical and Service/Clerical ..... 85
Wages – Holy Family ..... 106
Wages – Merrimack Valley ..... 124
Wages – Morton ..... 144
Wages – Norwood ..... 158
Wages – St. Elizabeth's ..... 174
Weather Emergency ..... 16
Weekend Differential – Good Samaritan SM ..... 70
Weekend Differential – Morton ..... 139

Weekend Differential – Norwood ..... 150
Weekend Differential – Holy Family ..... 95, 97, 99
Weekend Work to Make-up Time for Dr. Appts or Sick Day – Norwood ..... 153
Weekends ..... 12
Work From Home – Norwood ..... 154
Work Out of Classification – Good Samaritan SM ..... 69
Work Week ..... 12, 13
Workforce Plan ..... 40
Workforce Summit ..... 40
Working Supervisors ..... 43
Working Supervisors – Carney ..... 55
Working Supervisors – Good Samaritan ..... 83
Working Supervisors – Holy Family ..... 101
Working Supervisors – Merrimack Valley ..... 120
Working Supervisors – Morton ..... 139
Working Supervisors – Norwood ..... 153

**1199SEIU**
United Healthcare Workers East

150 Mt. Vernon St., 3rd Floor
Dorchester, MA 02125

Phone: 617-284-1199
Toll Free: 877-409-1199
Fax: 617-474-7150

1199SEIU.org/mass

FB.com/1199SEIU.mass

@1199mass

@1199massESP (Español)

@1199mass

Text SEIU to 30644 (standard rates may apply)