# EXHIBIT B

## MEMORANDUM OF AGREEMENT

**Carney Hospital, Good Samaritan Medical Center, Norwood Hospital, St. Elizabeth's Medical Center, Holy Family Hospital at Methuen, Holy Family Hospital at Haverhill, Morton Hospital, Nashoba Valley Medical Center, and Saint Anne's Hospital and 1199SEIU United Healthcare Workers East**

### November 14, 2019

The following is the Memorandum of Agreement between and among Carney Hospital, Good Samaritan Medical Center, Norwood Hospital, St. Elizabeth's Medical Center, Holy Family Hospital at Methuen, Holy Family Hospital at Haverhill, Morton Hospital, Nashoba Valley Medical Center, and Saint Anne's Hospital (the "Hospitals") and 1199SEIU United Healthcare Workers East (the "Union")(collectively, the "Parties").  This Memorandum of Agreement adopts, renews, modifies and extends the Master Collective Bargaining Agreement between the Parties dated October 1, 2013 through October 31, 2016 and extended from November 1, 2016 through October 31, 2019, with certain additions and amendments, which are described below and in the attached Addenda (hereafter, the "Master Agreement") .

### Memorandum of Agreement

The Parties agree to adopt the Master Agreement and the accompanying Addenda as an introduction and preamble to a new, extended and revised Master Agreement.  Where there are differences between the terms of this Memorandum of Agreement with Addenda and the terms of the Master Agreement, the terms of this Memorandum of Agreement and/or Addenda shall govern.  This Memorandum of Agreement and accompanying Addenda shall cover the term of November 1, 2019 to October 31, 2024 (the "Term").  Having worked together for nearly eight months in an Interest Based Bargaining process, the Parties enter into this Memorandum of Agreement to advance the Strategic Alliance between them, and they intend that they will continue to work together in a collaborative manner and spirit to advance and protect the interests of workers, patients and the Steward Health Care System.

### Wages

To recognize the seniority of bargaining unit members and to enhance the Hospitals' ability to recruit and retain the best workers, the Parties agree to adopt and implement the new, 20-step wage scale that is attached to this Memorandum of Agreement as Appendix A.  The Parties further agree that there will be three region-specific versions of this wage scale, which shall apply as follows:

- The Suburban wage scale will apply at Holy Family Methuen, Holy Family Haverhill, Nashoba Valley Medical Center, and St. Anne's Hospital. [N.B.: For the purposes of the regional float pool only, St. Anne's shall be considered part of the Greater Boston region].
- The Greater Boston wage scale will apply at Morton Hospital, Good Samaritan Medical Center, and Norwood Hospital.
- The Boston wage scale will apply at St. Elizabeth's Medical Center and Carney Hospital.

The Parties also agree that each position in the bargaining unit is assigned a Job Grade of 9 through 35, as stated in Addendum B to this Memorandum of Agreement. For each Job Grade, there is a 20-step wage range, and bargaining unit members will be placed on the applicable wage scale based on their years of relevant experience. For Non-technical and Business Office Clerical and/or Service positions, years of relevant experience will be determined by the worker's Steward hire date. For those workers in Technical roles and licensed trades, years of relevant experience will be determined by the earlier of (a) licensure/certification or (b) relevant experience in an equivalent position requiring similar expertise (the preceding two definitions will each be referred to herein as "Experience").

When workers are promoted to a position with a higher Job Grade, their step placement will depend on the nature of the job. For promotions into Non-Technical and Business Office Clerical and/or Service positions, step placement will be determined by the worker's Steward hire date (*i.e., in most cases, the worker's step will remain the same). For a transfer into Technical roles and licensed trades that have a different Job Grade, step placement will be determined by the earlier of (a) date of licensure/certification or (b) relevant experience in an equivalent position requiring similar expertise.

Newly hired employees will be assigned to the appropriate step in the Job Grade for their position by the hospital based upon their Experience and equity with incumbent employees in the same job title at the time of their hire. If the hospital has the need to hire a new worker at a rate above the wage rate of one or more incumbent workers who are working in the same department and position and who have the same relevant Experience, then the hospital shall raise the rate(s) of such incumbent worker(s) to maintain internal equity within that department.

Employees who are hired into bargaining unit positions after November 1, 2019 will advance to the next step in the wage range associated with their position and Job Grade at the same time as the other bargaining unit employees (i.e., on their anniversary date).

Employees who transfer from one bargaining unit job title to another resulting in a promotion will be assigned to a job grade and step by the hospital based upon their Experience at the time of the transfer and will advance to the next step on their new anniversary date. When employees transfer, their anniversary date will change to the date on which they assume their new role and

job grade, but this will not change the worker's System Seniority date, but he worker's Hospital Seniority date may changes if the worker transfers from one Hospital to another.

### *Initial Wage Increases in January of 2020*

The Parties agree that, effective as of the first full pay period in January of 2020:

- Any worker whose wage rate is either: (a) below the wage range of their Job Grade by 2% or less; or (b) within the range associated with their Job Grade -- shall be placed on the scale at the next step closest to their current wage.  If this placement does not result in at least a 2% increase to the worker's wage rate, then he or she shall receive a one-time lump sum bonus that will equal the difference, calculated based on the differential percentage multiplied by the number of hours that he or she worked during the period of January 1, 2019 to December 31, 2019.
- Workers who have 20 or more years of Experience and whose current rate is at or above the 20-year step will receive a 2% increase to their wage rate.
- Workers who have fewer than 20 years of Experience and whose current wage rate is above the step associated with their years of Experience shall receive a 2.0% one-time lump sum bonus.  Such bonus will be calculated based on the number of hours worked during the period of January 1, 2019 to December 31, 2019.
- Workers whose current wage rate is more than 2% below the bottom of the scale for their job grade will receive a 2% increase to their wage rate.
- Consistent with the Parties' previous agreement, the minimum wage rate at Saint Anne's Hospital will increase to $15.00 per hour as of February 1, 2020.

### *Additional Increases on Anniversary Dates during January 1, 2020-December 31, 2024*

The Parties agree that, effective on each worker's anniversary date beginning in January 1, 2020, workers will move up through the applicable wage scale as follows:

| Distance from Experience Step | Step Movement Year 1 | Step Movement Year 2 | Step Movement Year 3 | Step Movement Year 4 | Step Movement Year 5 |
|---|---|---|---|---|---|
| 5+ | 2 | 2 | 2 | 2 | 2 |
| 4 | 1 | 2 | 2 | 2 | 2 |

3

| 3 | 1 | 1 | 2 | 2 | 2 |
|---|---|---|---|---|---|
| 2 | 1 | 1 | 1 | 2 | 2 |
| 1 | 1 | 1 | 1 | 1 | 2 |

Workers who are below the scale shall receive an increase of 4% per year until they reach the bottom step of the range associated with their Job Grade and then will follow the chart above for step movement, effective on the first regular full pay date following the worker's anniversary date.

Workers who have fewer than 20 years of Experience and whose rate is above their Experience step rate shall receive a 2.0% lump sum bonus on the first regular pay date following their anniversary date, and shall remain on that step on the scale until their years of Experience are equal to that step number. Such bonus shall be calculated on the basis of hours of work in the preceding 12-month period multiplied by the worker's base hourly rate.

Workers who have 20 or more years of Experience and whose rate is at step 20 or above shall receive a 2% wage increase, effective on the first regular pay date following the worker's anniversary date.

For the period of January 1, 2020 to December 31, 2020, no worker shall receive an aggregate increase in pay rate that is greater than 6% while working in the same job title. However, for workers whose rate was below $15.00 per hour and is being increased to $15.00 during that period, the aggregate increase may exceed 6% for that year.

The Parties agree that if there are workers whose wage rates do not correspond exactly to the rate of a step at the end of the Agreement, then they will devise a solution that will place their wage rates on the appropriate steps in the first year of the subsequent collective bargaining agreement.

Upon 60 days' notice to the Union, Steward may assign a higher Job Grade to a particular job title at one or more hospitals. Steward may also create additional, higher Job Grade(s)(i.e., 36 and beyond) or increase on call rates when necessary for a particular job title or unit at one or more hospitals. Such changes may be implemented at one or more hospitals, in Steward's discretion. In the event the Union wishes to discuss such changes or their impacts, the Parties will meet and confer in good faith.

**Differentials**

The Parties agree that, effective in the first full pay period in January of 2020, the following differentials will apply to all workers, except as noted below:

|  | Evening | Night | Weekend |
|---|---|---|---|
| Carney | $2.50 | $5.00 | $2.45 |
| SEMC | $2.50 | $5.00 | $2.45 |
| Good Sam | $2.35 | $5.00 | $2.30 |
| Morton | $2.35 | $5.00 | $2.30 |
| Norwood | $2.35 | $5.00 | $2.30 |
| HFH-M | $2.00 | $4.00 | $2.25 |
| HFH-H | $2.00 | $4.00 | $2.25 |
| NVMC | $2.00 | $4.00 | $2.25 |
| SAH | $2.00 | $4.00 | $2.25 |

The Parties agree to continue using the current differentials for Evening shift workers at Norwood Hospital who were hired before November 1, 2019, for the Term of this Memorandum of Agreement. All Norwood Hospital employees hired after November 1, 2019 will receive the differential rates in the above chart when they go into effect in January of 2020.

**On-Call Rate**

Effective January 1, 2020, the on call rate will be $5.25 for all workers on all shifts at all Hospitals. If a worker who is on-call is called into active service and required physically to report to a Hospital or other facility, then he or she will be paid a minimum of 2 hours at the overtime rate. Once the worker reports to work, the on-call pay will cease, and the overtime rate will apply for a minimum of 2 hours and until the worker is released.

The Parties agree to maintain the existing side letter agreements for on-call rates in certain hospitals and units.

**PTO Harmonization**

The Parties agree that, effective January 1, 2020, Steward will adopt and implement a consistent Paid Time Off ("PTO") program across all Hospitals, except as described below.  At all Hospitals, workers will accrue PTO according to the following schedule and will use PTO to cover absences for all purposes (vacation, sick, holiday, personal, etc.):

| | |
|---|---|
| PTO Accrual 0-5 years | 32 |
| PTO Accrual 5-10 years | 34 |
| PTO Accrual 10-15 years | 36 |
| PTO Accrual 15+ years | 43 |

Current employees at the four hospitals with pre-existing PTO programs with higher annual rates (Good Samaritan, St. Elizabeth's Medical Center, Norwood Hospital and Carney Hospital) will be grandfathered (i.e., maintain their current annual accruals) for the remainder of the contract period, but workers hired after November 1, 2019 at all Hospitals will be subject to the above accrual scale.

There will be the following 10 holidays at all Hospitals, which are included in the PTO accruals above: New Year's Eve, New Year's Day, Martin Luther King Day, Memorial Day, Independence Day, Labor Day, Veterans' Day, Thanksgiving, Christmas Eve, Christmas (*N.B.: SEMC will recognize Patriots' Day, rather than Martin Luther King Day, due to traffic and public transportation concerns).

Upon separation from employment for any reason and under any circumstances, workers will be paid 100% of their accrued PTO. The maximum accrual for any worker will be the applicable annual accrual level plus 120 hours (e.g., for a worker with 5 years of service, the cap on accrual is 272 + 120 = 392 hours).

Workers will have the option to cash out up to 80 hours of PTO per year in their anniversary month.  However, to be eligible for a cash out, the worker must have and agree to leave at least 40 hours of accrued PTO in his or her account.

The Parties agree that Steward will maintain its Extended Sick Leave program and extend that ESL program to all Hospitals.  The Parties agree that, as of the Effective Date of this MOA, Steward will no longer make any matching contributions to the ESL.

Workers at Nashoba Valley Medical Center, Holy Family Hospital Haverhill and Morton Hospital may transfer all accrued sick leave into their ESL bank account, and for those workers and such transferred hours only, Steward will allow those workers to use up to 40 hours of their ESL accruals for other than their own illnesses and injuries (i.e., for purposes that qualify for statutory sick leave), and there will be no three-day waiting period in those instances.  Once a worker at the above hospitals has used 40 hours of ESL following November 1, 2019, he or she may only use ESL accruals for his or her own illness or injury.

**Retirement Savings**

The Parties agree that Steward shall maintain its current 401(k) savings program for members of the bargaining unit for the duration of this Agreement.  Employees hired before November 1, 2019 will be grandfathered under the tenure-based matching contribution scale (3, 4, or 5% employer matching contributions, depending on the worker's seniority).  All workers hired after November 1, 2019, will be eligible for a 3% Employer Match.

**Labor Management Project**

The Parties agree to establish and jointly participate in the SEIU Labor Management Project.  Steward will contribute $200,000 per year to the cost of the services of the LMP to the Steward/1199SEIU Strategic Alliance.  The Parties further agree jointly to select one full-time consultant from 1199's Labor Management Project (the "Consultant"), who will devote 100% of his or her time and energies to the Steward-1199 Strategic Alliance, with research and other support from other LMP personnel in various offices, as needed. The activities of the Consultant will be mutually determined by the Steward/1199SEIU Joint Strategy Committee.

Steward and the Union each will have the right to terminate the Consultant at any time if they are dissatisfied with his or her performance in the role.  The Parties agree to undertake the LMP for a three-year trial during the period of November 1, 2019 through October 31, 2022.  Prior to the expiration of that period, the Parties will meet and discuss whether to continue the LMP.  If either party desires to cancel the LMP after the three-year trial, then they may do so, which decision will not be subject to the grievance-arbitration process in the Master Agreement or any other claims-adjudication process.

The Parties also agree to the creation of an Incentive Compensation Pool of $400,000 per year ($100,000 per quarter), which will be available to be awarded to bargaining unit members for the achievement of metrics (by team, unit and/or hospital), as determined by the Labor Management Project and approved by the Joint Strategy Committee.

**Training and Upgrading Fund**

Steward will continue participating in the 1199SEIU Training and Upgrading Fund and will continue contributing to the TUF at the current rate of .5% of payroll per year.

**MA Paid Family Medical Leave**

The Parties agree that Steward and bargaining unit members will each contribute towards the new MA Paid Family Medical Leave benefits.  Steward will pay the amount it is required to contribute by law, and workers will contribute the remainder through payroll deductions (currently, .372% from Steward / .378% from workers).

Leave taken under PFML shall run concurrently with leave provided under all applicable federal and state laws, including the Family Medical Leave Act ("FMLA"), the Massachusetts Earned Sick Time Law and the Massachusetts Parental Leave Act, as well as other forms of leave provided under the Master Agreement (e.g., PTO and ESL).  Workers shall be permitted to take leave for up to the duration provided under the Master Agreement or PFML, whichever is longer, and in accordance with any applicable terms and conditions.

Subject to establishing a reasonable verification process, effective January 1, 2020, the definition of "family" for the purpose of continuous family medical leave shall include the worker's spouse, domestic partner, child (biological, adoptive, foster, step loco parentis, or ward), parent (biological, adoptive, step or foster), grandparent, grandchild, sibling (biological, adoptive, or step), parent of a spouse, parent of a domestic partner, a person who stood *in loco parentis* to the worker when the worker was a minor child, or any other family member for whose care the worker is permitted by the Master Agreement to take leave.

Effective January 1, 2020, if such protection is greater than that provided by the Master Agreement, workers who meet the eligibility requirements for a continuous leave of absence due to a serious illness that incapacitates them from work may take a leave of absence for up to twelve (12) weeks.  During such time, their job may be posted and filled in accordance with the Master Agreement, but if the worker is cleared to return to work during this period, the worker shall have the right to return to his or her prior job if it is available or, if the prior job is unavailable, he or she shall have the right to return to a comparable job.  For this purpose, a comparable job shall mean any position for which the worker is qualified that is the same shift and insurance benefits level of the worker's prior position.  Where the Hospital has chosen to fill the position on a temporary basis and such temporary position is filled by an incumbent worker who is displaced upon return of the worker taking protected leave, the temporary worker shall return to his or her former position.

Subject to establishing a reasonable verification and payment process, workers may use their accrued PTO or ESL, as applicable, and in accordance with the terms and conditions of such programs (except that workers may use PTO or ESL in hourly increments notwithstanding any term or condition in either program to the contrary) to supplement PFML up to 100% of base wages.

8

**Health Insurance**

The Parties have agreed to modest increases in worker contributions to health insurance premiums.  The rates for each year of the Agreement are listed in <u>Addendum C</u>.

**Early Retirement**

The Parties agree that Steward shall not be required to offer an early retirement program during this Agreement.

**Amendments to Master Agreement**

The Parties agree that the following provisions of the Master Agreement shall be amended in the manner stated below:

#### Article XVI, Section 16.05 Bereavement Leave

Workers will receive up to a total of five (5) days off with pay at the worker's regular compensation rate, including applicable differentials, provided they are scheduled to work on those days, for the death of the worker's spouse, parent, child, brother, sister grandparent who lives in the worker's home, or other member of the immediate household not mentioned in this section.

Workers will receive up to a total of three (3) days off with pay at the worker's regular compensation rate, including applicable differentials, provided they are scheduled to work on those days, for the death of the worker's grandparent who does not live in the worker's home, brother- or sister-in-law, parent-in-law, grandchild, aunt, uncle, niece or nephew.

Bereavement leave days do not necessarily need to be used consecutively, but, absent management or HR approval, they must be used within ninety (90) consecutive days following the death.  Management or HR may require reasonable verification of residence or death.

The Department Head or HR may approve the use of accrued paid time off to supplement the bereavement time allotted or grant an unpaid personal leave of absence, which may not be unreasonably denied.

### Article XXI. Lay-Off and Recall, and Section 10.02, Schedules

The Parties resolved the interpretation and application of the above sections of the Agreement.  The grid attached as <u>Addendum D</u> memorializes the Parties' agreement concerning conditions of employment that trigger certain employee rights and benefits.

### Article XXIV, Grievance and Arbitration

The Parties agree to amend this provision by stating that the Step 1 meeting with worker will occur within 14 working days.  The Step 3 Grievance must be filed within 1 year from the date of the alleged violation, and the grievant must have met the applicable deadlines for the Step 1 and 2 Grievances.

### Article XX, Job Openings. Add new Section 20.04

A worker who is working in one bargaining unit position but applies for and is awarded another bargaining unit position will be transferred to the new position within thirty (30) days of the award, absent extenuating circumstances.

### Article XIX, Seniority/System Mobility

**Section 19.01,** Through the joint Labor-Management Committees, the Parties will develop a grid explaining clearly the definitions and applications of Hospital and Health System seniority.

### Section 19.03. (C) Loss of seniority

A worker who commits his or her first "no call / no show" without sufficient mitigating circumstances beyond the control of the worker will receive a final written warning.  If the worker commits a second no call / no show without sufficient mitigating circumstances beyond the control of the worker, then he or she will be deemed to have resigned voluntary from his or her employment.  In the event of a grievance resulting in an arbitration under this Section, the arbitrator will only have jurisdiction to decide whether or not there was one or more no call / no shows without sufficient mitigating circumstances beyond the control of the worker.

**Carney Past Practices, page 55**

The Parties agree to delete the names of the OR Technicians.

**Carney Nursing Students, page 56**

The Parties agree to delete this page of the Carney Addendum to the Master Agreement.

**St. Elizabeth Medical Center Past Practices, page 169**

The Parties agree to add MRI technicians to the on call stipend in item number 7.

**Good Samaritan Past Practices, page 73**

The paid meal break shall continue for the second shift and weekend Mechanic, and for all shifts in the Boiler Room.

**Article XI. Discipline and Discharge, Section 11.01, Just Cause/Notification**

The Parties agree to replace the second paragraph in this Section with the following:

Before a meeting is held to discipline a worker, such worker shall be informed of the purpose of such meeting. He/she shall be informed of his/her right to have a delegate present, however, failure to do so shall not be grieveable or arbitrable. The Parties agree that reasonable efforts will be made to accommodate the worker's choice of delegate. However, if the worker's preferred delegate is not available and there is a legitimate need to proceed with an interview, the worker will be required to accept representation by an available delegate.

**Achieving High Performance**

Through the Interest Based Bargaining process, the Parties devised and agreed to a set of goals and programs intended to help workers, managers, Hospitals and hospital-licensed facilities to encourage, recognize and maintain the highest possible performance in the delivery of patient care. These goals and programs are memorialized in Addendum D to this Memorandum of Agreement.

**Workforce Development**

Through the Interest Based Bargaining process, the Parties devised and agreed to a set of goals and programs intended to create the best possible work environment, assist workers in the development of job-related skills, provide workers with relevant educational opportunities, and develop career ladders that will foster long-term careers in the Steward system. These goals and programs are memorialized in Addendum E to this Memorandum of Agreement. The Parties also agreed to a set of protections for workers to provide job security in the event of certain changes in the workplace. These protections are memorialized in the chart that is attached as Addendum F. This chart is intended to modify and supplement the language of Article XXI (Layoff/Recall), Section 10.02 (Schedules) of the Master Agreement, and the Severance policy that is attached as Exhibit G to the Parties' 2013-2019 Master Agreement. In the event of any conflict between the terms of this Memorandum of Agreement (including Addendum F thereto) and the above-referenced provisions of the Master Agreement, the terms of this Memorandum of Agreement (including Addenda) shall control.

IT IS SO AGREED, THIS _____ DAY OF DECEMEBER, 2019,

**Carney Hospital,**
**Good Samaritan Medical Center,**
**Norwood Hospital,**
**St. Elizabeth's Medical Center,**
**Morton Hospital,**
**Holy Family Hospital at Haverhill,**
**Holy Family Hospital at Methuen,**
**Saint Anne's Hospital and**
**Nashoba Valley Medical Center**                    **1199SEIU United Healthcare Workers East**


By:  Josiah M. Black, Deputy General Counsel          By:  Maryellen Leveille, VP Health Systems

## ADDENDUM A (Wage Scales)

| Percentile | 2.00% | 2.00% | 2.00% | 2.00% | 2.00% | 2.00% | 2.00% | 2.00% | 2.00% | 2.00% | 2.00% | 2.00% | 2.00% | 2.00% | 2.00% | 2.00% | 2.00% | 2.00% | 2.00% | 2.00% | 2.00% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Central Boston Scale - Years of Service/Relevant Experience | | | | | | | | | | | | |
| GRADE | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 9 | 15.00 | 15.30 | 15.61 | 15.92 | 16.24 | 16.56 | 16.89 | 17.23 | 17.57 | 17.93 | 18.28 | 18.65 | 19.02 | 19.40 | 19.79 | 20.19 | 20.59 | 21.00 | 21.42 | 21.85 | 22.29 |
| 10 | 15.20 | 15.50 | 15.81 | 16.13 | 16.45 | 16.78 | 17.12 | 17.46 | 17.81 | 18.17 | 18.53 | 18.90 | 19.28 | 19.66 | 20.06 | 20.46 | 20.87 | 21.28 | 21.71 | 22.14 | 22.59 |
| 11 | 15.59 | 15.90 | 16.22 | 16.54 | 16.88 | 17.21 | 17.56 | 17.91 | 18.27 | 18.63 | 19.00 | 19.38 | 19.77 | 20.17 | 20.57 | 20.98 | 21.40 | 21.83 | 22.27 | 22.71 | 23.17 |
| 12 | 16.37 | 16.70 | 17.03 | 17.37 | 17.72 | 18.07 | 18.44 | 18.80 | 19.18 | 19.56 | 19.95 | 20.35 | 20.76 | 21.18 | 21.60 | 22.03 | 22.47 | 22.92 | 23.38 | 23.85 | 24.32 |
| 13 | 17.19 | 17.53 | 17.88 | 18.24 | 18.61 | 18.98 | 19.36 | 19.74 | 20.14 | 20.54 | 20.95 | 21.37 | 21.80 | 22.23 | 22.68 | 23.13 | 23.60 | 24.07 | 24.55 | 25.04 | 25.54 |
| 14 | 18.05 | 18.41 | 18.78 | 19.15 | 19.54 | 19.93 | 20.32 | 20.73 | 21.15 | 21.57 | 22.00 | 22.44 | 22.89 | 23.35 | 23.81 | 24.29 | 24.78 | 25.27 | 25.78 | 26.29 | 26.82 |
| 15 | 18.95 | 19.33 | 19.72 | 20.11 | 20.51 | 20.92 | 21.34 | 21.77 | 22.20 | 22.65 | 23.10 | 23.56 | 24.03 | 24.51 | 25.00 | 25.50 | 26.01 | 26.53 | 27.07 | 27.61 | 28.16 |
| 16 | 19.90 | 20.30 | 20.70 | 21.12 | 21.54 | 21.97 | 22.41 | 22.86 | 23.31 | 23.78 | 24.26 | 24.74 | 25.23 | 25.74 | 26.25 | 26.78 | 27.32 | 27.86 | 28.42 | 28.99 | 29.57 |
| 17 | 20.89 | 21.31 | 21.74 | 22.17 | 22.61 | 23.07 | 23.53 | 24.00 | 24.48 | 24.97 | 25.47 | 25.98 | 26.50 | 27.03 | 27.57 | 28.12 | 28.68 | 29.25 | 29.84 | 30.44 | 31.05 |
| 18 | 21.94 | 22.38 | 22.82 | 23.28 | 23.75 | 24.22 | 24.70 | 25.20 | 25.70 | 26.22 | 26.74 | 27.28 | 27.82 | 28.38 | 28.95 | 29.52 | 30.11 | 30.72 | 31.33 | 31.96 | 32.60 |
| 19 | 23.03 | 23.49 | 23.96 | 24.44 | 24.93 | 25.43 | 25.94 | 26.46 | 26.99 | 27.53 | 28.08 | 28.64 | 29.21 | 29.80 | 30.39 | 31.00 | 31.62 | 32.25 | 32.90 | 33.56 | 34.23 |
| 20 | 24.19 | 24.67 | 25.16 | 25.67 | 26.18 | 26.70 | 27.24 | 27.78 | 28.34 | 28.90 | 29.48 | 30.07 | 30.67 | 31.29 | 31.91 | 32.55 | 33.20 | 33.87 | 34.54 | 35.23 | 35.94 |
| 21 | 25.39 | 25.90 | 26.42 | 26.95 | 27.49 | 28.04 | 28.60 | 29.17 | 29.75 | 30.35 | 30.96 | 31.58 | 32.21 | 32.85 | 33.51 | 34.18 | 34.86 | 35.56 | 36.27 | 37.00 | 37.74 |
| 22 | 26.66 | 27.20 | 27.74 | 28.30 | 28.86 | 29.44 | 30.03 | 30.63 | 31.24 | 31.87 | 32.50 | 33.15 | 33.82 | 34.49 | 35.18 | 35.89 | 36.60 | 37.34 | 38.08 | 38.85 | 39.62 |
| 23 | 28.00 | 28.56 | 29.13 | 29.71 | 30.31 | 30.91 | 31.53 | 32.16 | 32.80 | 33.46 | 34.13 | 34.81 | 35.51 | 36.22 | 36.94 | 37.68 | 38.44 | 39.20 | 39.99 | 40.79 | 41.60 |
| 24 | 29.40 | 29.99 | 30.59 | 31.20 | 31.82 | 32.46 | 33.11 | 33.77 | 34.44 | 35.13 | 35.84 | 36.55 | 37.28 | 38.03 | 38.79 | 39.57 | 40.36 | 41.16 | 41.99 | 42.83 | 43.68 |
| 25 | 30.87 | 31.48 | 32.11 | 32.76 | 33.41 | 34.08 | 34.76 | 35.46 | 36.17 | 36.89 | 37.63 | 38.38 | 39.15 | 39.93 | 40.73 | 41.54 | 42.37 | 43.22 | 44.09 | 44.97 | 45.87 |
| 26 | 32.41 | 33.06 | 33.72 | 34.39 | 35.08 | 35.78 | 36.50 | 37.23 | 37.97 | 38.73 | 39.51 | 40.30 | 41.10 | 41.93 | 42.77 | 43.62 | 44.49 | 45.38 | 46.29 | 47.22 | 48.16 |
| 27 | 34.03 | 34.71 | 35.41 | 36.11 | 36.84 | 37.57 | 38.33 | 39.09 | 39.87 | 40.67 | 41.48 | 42.31 | 43.16 | 44.02 | 44.90 | 45.80 | 46.72 | 47.65 | 48.61 | 49.58 | 50.57 |
| 28 | 35.73 | 36.45 | 37.18 | 37.92 | 38.68 | 39.45 | 40.24 | 41.05 | 41.87 | 42.70 | 43.56 | 44.43 | 45.32 | 46.22 | 47.15 | 48.09 | 49.05 | 50.04 | 51.04 | 52.06 | 53.10 |
| 29 | 37.52 | 38.27 | 39.04 | 39.82 | 40.61 | 41.42 | 42.25 | 43.10 | 43.96 | 44.84 | 45.74 | 46.65 | 47.58 | 48.54 | 49.51 | 50.50 | 51.51 | 52.54 | 53.59 | 54.66 | 55.75 |
| 30 | 39.40 | 40.18 | 40.99 | 41.81 | 42.64 | 43.50 | 44.37 | 45.25 | 46.16 | 47.08 | 48.02 | 48.98 | 49.96 | 50.96 | 51.98 | 53.02 | 54.08 | 55.16 | 56.27 | 57.39 | 58.54 |
| 31 | 41.37 | 42.19 | 43.04 | 43.90 | 44.78 | 45.67 | 46.58 | 47.52 | 48.47 | 49.44 | 50.42 | 51.43 | 52.46 | 53.51 | 54.58 | 55.67 | 56.79 | 57.92 | 59.08 | 60.26 | 61.47 |
| 32 | 43.43 | 44.30 | 45.19 | 46.09 | 47.01 | 47.95 | 48.91 | 49.89 | 50.89 | 51.91 | 52.95 | 54.00 | 55.08 | 56.19 | 57.31 | 58.46 | 59.63 | 60.82 | 62.03 | 63.27 | 64.54 |
| 33 | 45.61 | 46.52 | 47.45 | 48.40 | 49.36 | 50.35 | 51.36 | 52.39 | 53.43 | 54.50 | 55.59 | 56.70 | 57.84 | 59.00 | 60.18 | 61.38 | 62.61 | 63.86 | 65.14 | 66.44 | 67.77 |
| 34 | 47.89 | 48.84 | 49.82 | 50.82 | 51.83 | 52.87 | 53.93 | 55.01 | 56.11 | 57.23 | 58.37 | 59.54 | 60.73 | 61.95 | 63.18 | 64.45 | 65.74 | 67.05 | 68.39 | 69.76 | 71.16 |
| 35 | 50.28 | 51.29 | 52.31 | 53.36 | 54.42 | 55.51 | 56.62 | 57.76 | 58.91 | 60.09 | 61.29 | 62.52 | 63.77 | 65.04 | 66.34 | 67.67 | 69.02 | 70.40 | 71.81 | 73.25 | 74.71 |

| Percentile | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Greater Boston Area Scale: Years of Service / Relevant Experience | | | | | | | | | | | | |
| GRADE | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 9 | 15.00 | 15.30 | 15.61 | 15.92 | 16.24 | 16.56 | 16.89 | 17.23 | 17.57 | 17.93 | 18.28 | 18.65 | 19.02 | 19.40 | 19.79 | 20.19 | 20.59 | 21.00 | 21.42 | 21.85 | 22.29 |
| 10 | 15.20 | 15.50 | 15.81 | 16.13 | 16.45 | 16.78 | 17.12 | 17.46 | 17.81 | 18.17 | 18.53 | 18.90 | 19.28 | 19.66 | 20.06 | 20.46 | 20.87 | 21.28 | 21.71 | 22.14 | 22.59 |
| 11 | 15.40 | 15.71 | 16.02 | 16.34 | 16.67 | 17.00 | 17.34 | 17.69 | 18.04 | 18.40 | 18.77 | 19.15 | 19.53 | 19.92 | 20.32 | 20.73 | 21.14 | 21.56 | 21.99 | 22.43 | 22.88 |
| 12 | 15.55 | 15.86 | 16.18 | 16.50 | 16.83 | 17.17 | 17.51 | 17.86 | 18.22 | 18.59 | 18.96 | 19.34 | 19.72 | 20.12 | 20.52 | 20.93 | 21.35 | 21.78 | 22.21 | 22.66 | 23.11 |
| 13 | 16.33 | 16.66 | 16.99 | 17.33 | 17.67 | 18.03 | 18.39 | 18.76 | 19.13 | 19.51 | 19.90 | 20.30 | 20.71 | 21.12 | 21.55 | 21.98 | 22.42 | 22.86 | 23.32 | 23.79 | 24.26 |
| 14 | 17.15 | 17.49 | 17.84 | 18.19 | 18.56 | 18.93 | 19.31 | 19.69 | 20.09 | 20.49 | 20.90 | 21.32 | 21.74 | 22.18 | 22.62 | 23.08 | 23.54 | 24.01 | 24.49 | 24.98 | 25.48 |
| 15 | 18.00 | 18.36 | 18.73 | 19.10 | 19.49 | 19.88 | 20.27 | 20.68 | 21.09 | 21.51 | 21.95 | 22.38 | 22.83 | 23.29 | 23.75 | 24.23 | 24.71 | 25.21 | 25.71 | 26.23 | 26.75 |
| 16 | 18.90 | 19.28 | 19.67 | 20.06 | 20.46 | 20.87 | 21.29 | 21.71 | 22.15 | 22.59 | 23.04 | 23.50 | 23.97 | 24.45 | 24.94 | 25.44 | 25.95 | 26.47 | 27.00 | 27.54 | 28.09 |
| 17 | 19.85 | 20.24 | 20.65 | 21.06 | 21.48 | 21.91 | 22.35 | 22.80 | 23.25 | 23.72 | 24.19 | 24.68 | 25.17 | 25.68 | 26.19 | 26.71 | 27.25 | 27.79 | 28.35 | 28.91 | 29.49 |
| 18 | 20.84 | 21.26 | 21.68 | 22.12 | 22.56 | 23.01 | 23.47 | 23.94 | 24.42 | 24.91 | 25.40 | 25.91 | 26.43 | 26.96 | 27.50 | 28.05 | 28.61 | 29.18 | 29.76 | 30.36 | 30.97 |
| 19 | 21.88 | 22.32 | 22.77 | 23.22 | 23.69 | 24.16 | 24.64 | 25.14 | 25.64 | 26.15 | 26.67 | 27.21 | 27.75 | 28.31 | 28.87 | 29.45 | 30.04 | 30.64 | 31.25 | 31.88 | 32.52 |
| 20 | 22.98 | 23.44 | 23.90 | 24.38 | 24.87 | 25.37 | 25.88 | 26.39 | 26.92 | 27.46 | 28.01 | 28.57 | 29.14 | 29.72 | 30.32 | 30.92 | 31.54 | 32.17 | 32.82 | 33.47 | 34.14 |
| 21 | 24.13 | 24.61 | 25.10 | 25.60 | 26.11 | 26.64 | 27.17 | 27.71 | 28.27 | 28.83 | 29.41 | 30.00 | 30.60 | 31.21 | 31.83 | 32.47 | 33.12 | 33.78 | 34.46 | 35.15 | 35.85 |
| 22 | 25.33 | 25.84 | 26.35 | 26.88 | 27.42 | 27.97 | 28.53 | 29.10 | 29.68 | 30.27 | 30.88 | 31.50 | 32.13 | 32.77 | 33.42 | 34.09 | 34.77 | 35.47 | 36.18 | 36.90 | 37.64 |
| 23 | 26.60 | 27.13 | 27.67 | 28.23 | 28.79 | 29.37 | 29.95 | 30.55 | 31.16 | 31.79 | 32.42 | 33.07 | 33.73 | 34.41 | 35.10 | 35.80 | 36.51 | 37.24 | 37.99 | 38.75 | 39.52 |
| 24 | 27.93 | 28.49 | 29.06 | 29.64 | 30.23 | 30.83 | 31.45 | 32.08 | 32.72 | 33.38 | 34.04 | 34.72 | 35.42 | 36.13 | 36.85 | 37.59 | 38.34 | 39.11 | 39.89 | 40.69 | 41.50 |
| 25 | 29.32 | 29.91 | 30.51 | 31.12 | 31.74 | 32.38 | 33.02 | 33.68 | 34.36 | 35.05 | 35.75 | 36.46 | 37.19 | 37.93 | 38.69 | 39.47 | 40.26 | 41.06 | 41.88 | 42.72 | 43.57 |
| 26 | 30.79 | 31.41 | 32.03 | 32.68 | 33.33 | 34.00 | 34.68 | 35.37 | 36.08 | 36.80 | 37.53 | 38.28 | 39.05 | 39.83 | 40.63 | 41.44 | 42.27 | 43.11 | 43.98 | 44.86 | 45.75 |
| 27 | 32.33 | 32.98 | 33.64 | 34.31 | 35.00 | 35.69 | 36.41 | 37.14 | 37.88 | 38.64 | 39.41 | 40.20 | 41.00 | 41.82 | 42.66 | 43.51 | 44.38 | 45.27 | 46.18 | 47.10 | 48.04 |
| 28 | 33.95 | 34.63 | 35.32 | 36.02 | 36.74 | 37.48 | 38.23 | 38.99 | 39.77 | 40.57 | 41.38 | 42.21 | 43.05 | 43.91 | 44.79 | 45.69 | 46.60 | 47.53 | 48.48 | 49.45 | 50.44 |
| 29 | 35.64 | 36.36 | 37.08 | 37.83 | 38.58 | 39.35 | 40.14 | 40.94 | 41.76 | 42.60 | 43.45 | 44.32 | 45.20 | 46.11 | 47.03 | 47.97 | 48.93 | 49.91 | 50.91 | 51.93 | 52.96 |
| 30 | 37.43 | 38.17 | 38.94 | 39.72 | 40.51 | 41.32 | 42.15 | 42.99 | 43.85 | 44.73 | 45.62 | 46.53 | 47.47 | 48.41 | 49.38 | 50.37 | 51.38 | 52.41 | 53.45 | 54.52 | 55.61 |
| 31 | 39.30 | 40.08 | 40.88 | 41.70 | 42.54 | 43.39 | 44.26 | 45.14 | 46.04 | 46.96 | 47.90 | 48.86 | 49.84 | 50.84 | 51.85 | 52.89 | 53.95 | 55.03 | 56.13 | 57.25 | 58.39 |
| 32 | 41.26 | 42.09 | 42.93 | 43.79 | 44.66 | 45.56 | 46.47 | 47.40 | 48.35 | 49.31 | 50.30 | 51.30 | 52.33 | 53.38 | 54.44 | 55.53 | 56.64 | 57.78 | 58.93 | 60.11 | 61.31 |
| 33 | 43.33 | 44.19 | 45.08 | 45.98 | 46.90 | 47.83 | 48.79 | 49.77 | 50.76 | 51.78 | 52.81 | 53.87 | 54.95 | 56.05 | 57.17 | 58.31 | 59.48 | 60.67 | 61.88 | 63.12 | 64.38 |
| 34 | 45.49 | 46.40 | 47.33 | 48.28 | 49.24 | 50.23 | 51.23 | 52.26 | 53.30 | 54.37 | 55.45 | 56.56 | 57.69 | 58.85 | 60.03 | 61.23 | 62.45 | 63.70 | 64.97 | 66.27 | 67.60 |
| 35 | 47.77 | 48.72 | 49.70 | 50.69 | 51.70 | 52.74 | 53.79 | 54.87 | 55.97 | 57.08 | 58.23 | 59.39 | 60.58 | 61.79 | 63.03 | 64.29 | 65.57 | 66.88 | 68.22 | 69.59 | 70.98 |

| Percentile | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GRADE | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 9 | 15.00 | 15.30 | 15.61 | 15.92 | 16.24 | 16.56 | 16.89 | 17.23 | 17.57 | 17.93 | 18.28 | 18.65 | 19.02 | 19.40 | 19.79 | 20.19 | 20.59 | 21.00 | 21.42 | 21.85 | 22.29 |
| 10 | 15.20 | 15.50 | 15.81 | 16.13 | 16.45 | 16.78 | 17.12 | 17.46 | 17.81 | 18.17 | 18.53 | 18.90 | 19.28 | 19.66 | 20.06 | 20.46 | 20.87 | 21.28 | 21.71 | 22.14 | 22.59 |
| 11 | 15.40 | 15.71 | 16.02 | 16.34 | 16.67 | 17.00 | 17.34 | 17.69 | 18.04 | 18.40 | 18.77 | 19.15 | 19.53 | 19.92 | 20.32 | 20.73 | 21.14 | 21.56 | 21.99 | 22.43 | 22.88 |
| 12 | 15.60 | 15.91 | 16.23 | 16.55 | 16.89 | 17.22 | 17.57 | 17.92 | 18.28 | 18.64 | 19.02 | 19.40 | 19.78 | 20.18 | 20.58 | 21.00 | 21.42 | 21.84 | 22.28 | 22.73 | 23.18 |
| 13 | 15.81 | 16.13 | 16.45 | 16.78 | 17.12 | 17.46 | 17.81 | 18.16 | 18.53 | 18.90 | 19.28 | 19.66 | 20.05 | 20.46 | 20.87 | 21.28 | 21.71 | 22.14 | 22.59 | 23.04 | 23.50 |
| 14 | 16.60 | 16.94 | 17.27 | 17.62 | 17.97 | 18.33 | 18.70 | 19.07 | 19.45 | 19.84 | 20.24 | 20.64 | 21.06 | 21.48 | 21.91 | 22.35 | 22.79 | 23.25 | 23.71 | 24.19 | 24.67 |
| 15 | 17.43 | 17.78 | 18.14 | 18.50 | 18.87 | 19.25 | 19.63 | 20.03 | 20.43 | 20.84 | 21.25 | 21.68 | 22.11 | 22.55 | 23.00 | 23.46 | 23.93 | 24.41 | 24.90 | 25.40 | 25.91 |
| 16 | 18.31 | 18.67 | 19.05 | 19.43 | 19.81 | 20.21 | 20.62 | 21.03 | 21.45 | 21.88 | 22.31 | 22.76 | 23.22 | 23.68 | 24.15 | 24.64 | 25.13 | 25.63 | 26.15 | 26.67 | 27.20 |
| 17 | 19.22 | 19.61 | 20.00 | 20.40 | 20.81 | 21.22 | 21.65 | 22.08 | 22.52 | 22.97 | 23.43 | 23.90 | 24.38 | 24.86 | 25.36 | 25.87 | 26.39 | 26.91 | 27.45 | 28.00 | 28.56 |
| 18 | 20.18 | 20.59 | 21.00 | 21.42 | 21.85 | 22.28 | 22.73 | 23.18 | 23.65 | 24.12 | 24.60 | 25.09 | 25.60 | 26.11 | 26.63 | 27.16 | 27.71 | 28.26 | 28.82 | 29.40 | 29.99 |
| 19 | 21.19 | 21.62 | 22.05 | 22.49 | 22.94 | 23.40 | 23.86 | 24.34 | 24.83 | 25.33 | 25.83 | 26.35 | 26.88 | 27.41 | 27.96 | 28.52 | 29.09 | 29.67 | 30.27 | 30.87 | 31.49 |
| 20 | 22.25 | 22.70 | 23.15 | 23.61 | 24.08 | 24.57 | 25.06 | 25.56 | 26.07 | 26.59 | 27.12 | 27.67 | 28.22 | 28.78 | 29.36 | 29.95 | 30.55 | 31.16 | 31.78 | 32.42 | 33.06 |
| 21 | 23.36 | 23.83 | 24.31 | 24.79 | 25.29 | 25.79 | 26.31 | 26.84 | 27.37 | 27.92 | 28.48 | 29.05 | 29.63 | 30.22 | 30.83 | 31.44 | 32.07 | 32.71 | 33.37 | 34.04 | 34.72 |
| 22 | 24.53 | 25.02 | 25.52 | 26.03 | 26.55 | 27.08 | 27.63 | 28.18 | 28.74 | 29.32 | 29.90 | 30.50 | 31.11 | 31.73 | 32.37 | 33.02 | 33.68 | 34.35 | 35.04 | 35.74 | 36.45 |
| 23 | 25.76 | 26.27 | 26.80 | 27.33 | 27.88 | 28.44 | 29.01 | 29.59 | 30.18 | 30.78 | 31.40 | 32.03 | 32.67 | 33.32 | 33.99 | 34.67 | 35.36 | 36.07 | 36.79 | 37.52 | 38.28 |
| 24 | 27.05 | 27.59 | 28.14 | 28.70 | 29.28 | 29.86 | 30.46 | 31.07 | 31.69 | 32.32 | 32.97 | 33.63 | 34.30 | 34.99 | 35.69 | 36.40 | 37.13 | 37.87 | 38.63 | 39.40 | 40.19 |
| 25 | 28.40 | 28.97 | 29.55 | 30.14 | 30.74 | 31.35 | 31.98 | 32.62 | 33.27 | 33.94 | 34.62 | 35.31 | 36.02 | 36.74 | 37.47 | 38.22 | 38.98 | 39.76 | 40.56 | 41.37 | 42.20 |
| 26 | 29.82 | 30.41 | 31.02 | 31.64 | 32.28 | 32.92 | 33.58 | 34.25 | 34.94 | 35.64 | 36.35 | 37.08 | 37.82 | 38.57 | 39.34 | 40.13 | 40.93 | 41.75 | 42.59 | 43.44 | 44.31 |
| 27 | 31.31 | 31.94 | 32.57 | 33.23 | 33.89 | 34.57 | 35.26 | 35.96 | 36.68 | 37.42 | 38.17 | 38.93 | 39.71 | 40.50 | 41.31 | 42.14 | 42.98 | 43.84 | 44.72 | 45.61 | 46.52 |
| 28 | 32.87 | 33.53 | 34.20 | 34.89 | 35.58 | 36.30 | 37.02 | 37.76 | 38.52 | 39.29 | 40.07 | 40.88 | 41.69 | 42.53 | 43.38 | 44.24 | 45.13 | 46.03 | 46.95 | 47.89 | 48.85 |
| 29 | 34.52 | 35.21 | 35.91 | 36.63 | 37.36 | 38.11 | 38.87 | 39.65 | 40.44 | 41.25 | 42.08 | 42.92 | 43.78 | 44.65 | 45.55 | 46.46 | 47.39 | 48.33 | 49.30 | 50.29 | 51.29 |
| 30 | 36.24 | 36.97 | 37.71 | 38.46 | 39.23 | 40.02 | 40.82 | 41.63 | 42.47 | 43.32 | 44.18 | 45.07 | 45.97 | 46.89 | 47.82 | 48.78 | 49.76 | 50.75 | 51.77 | 52.80 | 53.86 |
| 31 | 38.06 | 38.82 | 39.59 | 40.39 | 41.19 | 42.02 | 42.86 | 43.71 | 44.59 | 45.48 | 46.39 | 47.32 | 48.26 | 49.23 | 50.21 | 51.22 | 52.24 | 53.29 | 54.35 | 55.44 | 56.55 |
| 32 | 39.96 | 40.76 | 41.57 | 42.40 | 43.25 | 44.12 | 45.00 | 45.90 | 46.82 | 47.75 | 48.71 | 49.68 | 50.68 | 51.69 | 52.73 | 53.78 | 54.86 | 55.95 | 57.07 | 58.21 | 59.38 |
| 33 | 41.96 | 42.80 | 43.65 | 44.53 | 45.42 | 46.32 | 47.25 | 48.20 | 49.16 | 50.14 | 51.15 | 52.17 | 53.21 | 54.28 | 55.36 | 56.47 | 57.60 | 58.75 | 59.93 | 61.12 | 62.35 |
| 34 | 44.05 | 44.94 | 45.83 | 46.75 | 47.69 | 48.64 | 49.61 | 50.61 | 51.62 | 52.65 | 53.70 | 54.78 | 55.87 | 56.99 | 58.13 | 59.29 | 60.48 | 61.69 | 62.92 | 64.18 | 65.46 |
| 35 | 46.26 | 47.18 | 48.13 | 49.09 | 50.07 | 51.07 | 52.09 | 53.14 | 54.20 | 55.28 | 56.39 | 57.52 | 58.67 | 59.84 | 61.04 | 62.26 | 63.50 | 64.77 | 66.07 | 67.39 | 68.74 |

## ADDENDUM B (List of Job Grades)

**Steward 1199 Job Grades**

**9**

Activities Assistant

Cashier, Dietary

Clerical Coordinator

Dietary/Office Aide

Driver

Environmental Service Associate I

File Clerk

Food Service Associate

Food Service Worker

Inventory & Receiving Specialist

Mailroom Assistant

Materials Aide

Parking Lot Attendant

Pre-Admission Reviewer

**10**

Cashier

Collegiate Nurse Tech

Dispatcher

Driver, Lead

Environmental Service Associate II

Food Service Associate, Lead

General Services Coordinator

HIM Coordinator

Hospitality Liaison

Intake Coordinator

16

Inventory & Receiving Specialist, Lead
Inventory Control Clerk, OR
Mailroom Assistant, lead
Materials Aide, Lead
Nursing Assistant
Patient Safety Observer
Patient Transporter
Perinatal Technician
Pharmacy Technician, Trainee
Radiology Aide
Rehab Aide
Switchboard Operator

**11**

Birth Registrar
Buyer, Materials
Cashier, Lead
Certified Nursing Assistant
Environmental Service Associate III
Equipment Coordinator
HIM Processing Associate I
Lab Assistant I
Materials Coordinator
Mental Health Associate
Microbiology Assistant
OR Assistant
Patient Safety Sitter, Lead
Patient Transporter, Lead
Phlebotomist
Receptionist
Special Equipment Technician
Switchboard Operator, Lead

17

**12**

Certified Nursing Assistant Acute Care
Clinical Lab  Assistant I
Cook
Emergency Department Technician
EMT
Environmental Service Associate, Lead
HIM Processing Associate II
ICU Technician
Insurance Authorization Specialist
Lab Assistant II
Mental Health Counselor
OR Assistant, Lead
Patient Access Coordinator I
Pharmacy Technician, I
Phlebotomist, Lead
Print Room Tech
Receptionist, Lead
Unit Coordinator
Unit Secretary
Unit Secretary/Unit Assistant

**13**

Anesthesia Technician
Bed Placement Coordinator
Central Scheduler
Clinical Lab Assistant II
Department Secretary
EKG Technician
Emergency Department Technician,Lead
Endoscopy Aide
HIM Processing Associate, Lead

Medical Assistant
Office Coordinator
OR Equipment Coordinator
Patient Access Coordinator II
Referral Coordinator
Referral Coordinator/Receptionist
Scheduling Coordinator
Unit Secretary, Lead

**14**

Administrative Assistant I
Anesthesia Technician, Lead
Billing Specialist
Community Outreach Coordinator
Department Secretary II
Department Secretary, Lead
Department Secretary/Transcriber
EKG Technician, Lead
Endoscopy Technician
Financial Counselor
Groundskeeper
Medical Secretary/Assistant
Patient Access Coordinator, Lead
Pharmacy Technician, II
Scheduler, Operating Room
Sous Chef
Unit Secretary/Nursing Assistant

**15**

Administrative Assistant II
Department Secretary, Lead
Endoscopy Technician, Lead
Nursing Staff Coordinator

19

Sterile Processing Technician

**16**

Hemodialysis Technician, certified

HIM Revenue Coordinator

Maintenance Mechanic

Medical Staff Coordinator

Nursing Staff Coordinator, Lead

Paramedic

Sterile Processing Technician, Certified

Transcriber

**17**

Audiology Assistant

Interpreter

Orthopedic Technician

Pharmacy Technician, III

Sterile Processing Technician, Lead

Transcriber, Lead

Transcriptionist

**18**

Cancer Program Coordinator

Cancer Registrar

Certified Athletic Trainer

Pharmacy Technician, Lead

Triage Clinician

**19**

Cardiac Exercise Technician

Certified Occupational Therapy
Assistant

HIM Coder I

Hyperbaric Technician

LPN

Medical Laboratory Technician I
Painter
Physical Therapy Assistant
Speech Language Pathology Assistant
Therapy Activity Coordinator

**20**

Bio Med I
Cardiac Exercise Technician, Lead
HIM Coder II
Medical Laboratory Technician II
Polysomnogram Technician
Surgical Technologist

**21**

Bio Med II
HIM Coder, Lead
Medical Laboratory Technician II, Lead
Polysomnogram Technologist
Surgical Technologist, Certified

**22**

Bio Med III
Boiler Operator
Carpenter
EEG Technician
Histology Technician
Mechanic
Surgical Technician, CVOR
Surgical Technologist, First Assistant
Surgical Technologist, Lead

**23**

Bio Med, Lead

Boiler Operator, Lead

Dietician, Registered

EEG Technician, Lead

EEG/EMG Technician, Lead

Electrician

HVAC Mechanic

Pathology Grossing Technician

Plumber

**24**

Dietician, Registered Lead

Medical Technologist (BS degree)

Radiologic Technologist

**25**

Cardiovascular Technician

Cytotechnologist

Radiologic Technologist, Lead

Respiratory Therapist, Certified

Respiratory Therapist, Registered

**26**

Cardiovascular Technician, Lead

Echocardiographer

Pulmonary Function Technologist, Lead

Respiratory Therapist, Registered, Lead

Social Worker (LICSW)

Social Worker Care Coordinator (LCSW)

**27**

Echocardiographer, Lead
Electrophysiology Technologist
Social Worker, Lead (LCSW)

**28**

Cardiac Cath Technologist
Clinical Instructor, Radiology
Interventional Radiology Technologist
Mammography Technologist
MRI Technologist
NIVL Technologist, Registered
Nuclear Medicine Technologist
PET Technologist II
Radiation Therapist
Ultrasound Technologist
Vascular Technologist

**29**

CT Technologist
Mammography Technologist, Lead
MRI Technologist, Lead
Multi Modality Technologist
Nuclear Medicine Technologist, Lead
Occupational Therapist
Occupational Therapist, Clinical
Specialist
PET Technologist II, Lead
Radiation Therapist, Lead
Speech Language Pathologist, CCC
Ultrasound Technologist, Lead

23

**30**

   CT Technologist, Lead

   Pathology Assistant

   Physical Therapist

**33**

   Dosimetrist

   Pharmacist

**34**

   Dosimetrist, Senior

## ADDENDUM C (Health Insurance Premiums)

### 2020 EPO Contributions

| Entity | Wage Band | 2020 Full-time Employee $$ Contribution (Monthly) | | |
|---|---|---|---|---|
| | | Indiv | EE+1 | Family |
| All | <$16.50 | $6.84 | $24.91 | $46.41 |
| All | $16.51-33.00 | $22.43 | $46.54 | $66.82 |
| All | >$33.00 | $34.37 | $59.63 | $85.96 |

| $$ increase year over year | | |
|---|---|---|
| Indiv | EE+1 | Family |
| $2.00 | $3.00 | $5.00 |
| $3.00 | $4.00 | $6.00 |
| $4.00 | $5.00 | $7.00 |

| Entity | Wage Band | 2020 Part-time Employee $$ Contribution (Monthly) | | |
|---|---|---|---|---|
| | | Indiv | EE+1 | Family |
| All | <$16.50 | $14.74 | $49.68 | $90.60 |
| All | $16.51-33.00 | $44.91 | $92.08 | $130.44 |
| All | >$33.00 | $67.75 | $117.42 | $167.93 |

| $$ increase year over year | | |
|---|---|---|
| Indiv | EE+1 | Family |
| $5.00 | $6.00 | $8.00 |
| $6.00 | $7.00 | $9.00 |
| $7.00 | $8.00 | $10.00 |

### 2021 EPO Contributions

| Entity | Wage Band | 2021 Full-time Employee $$ Contribution (Monthly) | | |
|---|---|---|---|---|
| | | Indiv | EE+1 | Family |
| All | <$16.50 | $8.34 | $26.41 | $47.91 |
| All | $16.51-33.00 | $23.93 | $48.04 | $68.32 |
| All | >$33.00 | $35.87 | $61.13 | $87.46 |

| $$ increase year over year | | |
|---|---|---|
| Indiv | EE+1 | Family |
| $1.50 | $1.50 | $1.50 |
| $1.50 | $1.50 | $1.50 |
| $1.50 | $1.50 | $1.50 |

| Entity | Wage Band | 2021 Part-time Employee $$ Contribution (Monthly) | | |
|---|---|---|---|---|
| | | Indiv | EE+1 | Family |
| All | <$16.50 | $16.24 | $51.18 | $92.10 |
| All | $16.51-33.00 | $46.41 | $93.58 | $131.94 |
| All | >$33.00 | $69.25 | $118.92 | $169.43 |

| $$ increase year over year | | |
|---|---|---|
| Indiv | EE+1 | Family |
| $1.50 | $1.50 | $1.50 |
| $1.50 | $1.50 | $1.50 |
| $1.50 | $1.50 | $1.50 |

**2022 EPO Contributions**

| Entity | Wage Band | 2022 Full-time Employee $$ Contribution (Monthly) | | |
|---|---|---|---|---|
| | | Indiv | EE+1 | Family |
| All | <$16.50 | $9.84 | $27.91 | $49.41 |
| All | $16.51-33.00 | $25.43 | $49.54 | $69.82 |
| All | >$33.00 | $37.37 | $62.63 | $88.96 |

| $$ increase year over year | | |
|---|---|---|
| Indiv | EE+1 | Family |
| $1.50 | $1.50 | $1.50 |
| $1.50 | $1.50 | $1.50 |
| $1.50 | $1.50 | $1.50 |

| Entity | Wage Band | 2022 Part-time Employee $$ Contribution (Monthly) | | |
|---|---|---|---|---|
| | | Indiv | EE+1 | Family |
| All | <$16.50 | $17.74 | $52.68 | $93.60 |
| All | $16.51-33.00 | $47.91 | $95.08 | $133.44 |
| All | >$33.00 | $70.75 | $120.42 | $170.93 |

| $$ increase year over year | | |
|---|---|---|
| Indiv | EE+1 | Family |
| $1.50 | $1.50 | $1.50 |
| $1.50 | $1.50 | $1.50 |
| $1.50 | $1.50 | $1.50 |

**2023 EPO Contributions**

| Entity | Wage Band | 2023 Full-time Employee $$ Contribution (Monthly) | | |
|---|---|---|---|---|
| | | Indiv | EE+1 | Family |
| All | <$16.50 | $11.34 | $29.41 | $50.91 |
| All | $16.51-33.00 | $26.93 | $51.04 | $71.32 |
| All | >$33.00 | $38.87 | $64.13 | $90.46 |

| $$ increase year over year | | |
|---|---|---|
| Indiv | EE+1 | Family |
| $1.50 | $1.50 | $1.50 |
| $1.50 | $1.50 | $1.50 |
| $1.50 | $1.50 | $1.50 |

| Entity | Wage Band | 2023 Part-time Employee $$ Contribution (Monthly) | | |
|---|---|---|---|---|
| | | Indiv | EE+1 | Family |
| All | <$16.50 | $19.24 | $54.18 | $95.10 |
| All | $16.51-33.00 | $49.41 | $96.58 | $134.94 |
| All | >$33.00 | $72.25 | $121.92 | $172.43 |

| $$ increase year over year | | |
|---|---|---|
| Indiv | EE+1 | Family |
| $1.50 | $1.50 | $1.50 |
| $1.50 | $1.50 | $1.50 |
| $1.50 | $1.50 | $1.50 |

### 2024 EPO Contributions

| Entity | Wage Band | 2024 Full-time Employee $$ Contribution (Monthly) | | |
|---|---|---|---|---|
| | | Indiv | EE+1 | Family |
| All | <$16.50 | $12.84 | $30.91 | $52.41 |
| All | $16.51-33.00 | $28.43 | $52.54 | $72.82 |
| All | >$33.00 | $40.37 | $65.63 | $91.96 |

| $$ increase year over year | | |
|---|---|---|
| Indiv | EE+1 | Family |
| $1.50 | $1.50 | $1.50 |
| $1.50 | $1.50 | $1.50 |
| $1.50 | $1.50 | $1.50 |

| Entity | Wage Band | 2024 Part-time Employee $$ Contribution (Monthly) | | |
|---|---|---|---|---|
| | | Indiv | EE+1 | Family |
| All | <$16.50 | $20.74 | $55.68 | $96.60 |
| All | $16.51-33.00 | $50.91 | $98.08 | $136.44 |
| All | >$33.00 | $73.75 | $123.42 | $173.93 |

| $$ increase year over year | | |
|---|---|---|
| Indiv | EE+1 | Family |
| $1.50 | $1.50 | $1.50 |
| $1.50 | $1.50 | $1.50 |
| $1.50 | $1.50 | $1.50 |

### DPO Contributions 2020-2024

| Entity | Wage Band | Full-time Employee % Contribution (Monthly) | | |
|---|---|---|---|---|
| | | Indiv | EE+1 | Family |
| Merrimack | All | 22% | 25% | 22% |
| Carney | All | 22% | 25% | 26% |
| Good Samaritan | All | 26% | 29% | 26% |
| Morton | All | 26% | 29% | 26% |
| Norwood | All | 26% | 29% | 26% |
| Holy Family | All | 29% | 33% | 29% |
| Nashoba | All | 29% | 33% | 29% |
| Saint Anne's | All | 29% | 33% | 29% |
| St. Elizabeths | All | 29% | 33% | 29% |

| Entity | Wage Band | Part-time Employee % Contribution (Monthly) | | |
|---|---|---|---|---|
| | | Indiv | EE+1 | Family |
| Morton | All | 31% | 35% | 31% |
| Norwood | All | 31% | 35% | 31% |
| Merrimack | All | 35% | 39% | 35% |
| Carney | All | 49% | 55% | 49% |
| Good Samaritan | All | 49% | 55% | 49% |
| St. Elizabeths | All | 49% | 55% | 49% |
| Holy Family | All | 57% | 65% | 57% |
| Saint Anne's | All | 57% | 65% | 57% |
| Nashoba | All | 57% | 65% | 57% |

## ADDENDUM D (Achieving High Performance)

**PURPOSE**

Steward Health Care Systems LLC, Northeast Division ("Steward") and 1199 SEIU United Healthcare Workers East / Massachusetts ("1199") recognize that our health systems have for several years now been making efforts to shift from the old fee-for service system to a new system that pays for value instead of volume, meaning pay for positive outcomes instead of paying for services regardless of outcomes for patients.  These trends are designed to make health care more affordable by the simultaneous and systemic improvement of the individual patient experience and the health of the population. This means shifting to a system based on prevention and patient education with a focus on reducing risk factors for chronic disease, eliminating medical and all forms of waste and error, and implementation of the best care and the best practice, every time.  **For both Steward and 1199, providing the best possible care and experience for patients is the very highest priority.**

We must take JOINT RESPONSIBILITY for the direction of health care if is it to become equitable and accessible.  As we discuss our work for the coming years, we must transform our organizations to meet the challenges of the 21st century. This will require transformation of the way we think about collective bargaining and health care delivery.

We must learn to partner in a new and collaborative way, working together on not just traditional subjects of bargaining (wages, hours, terms and conditions of employment) but also on other important topics, such as voice in quality, staffing, strategy, and all forms of change in the delivery of care to our hospital patients.  We want to be pro-active, not reactive.  We want to learn to collaborate to create and maintain long-term careers, as opposed to only jobs.  We want to work together to anticipate and manage changes to the business and the workplace.  Our joint effort requires continuous learning and adoption of new ideas.

Based on the transformed environment in which we operate,   *Steward and 1199 believe that now is the time to enter into a new way of doing business.* Now is the time to unite around our common purposes and work together to most effectively deliver high quality health care and prevail in our new, highly competitive environment.

Our common goals are to provide the best possible patient care and, at the same time, to make Steward the pre-eminent provider of health care in our region. It is further our goal to demonstrate by any measure that labor-management collaboration produces superior health care outcomes, market-leading competitive performance, and a superior workplace for Steward employees.

In this spirit and with this intent, Steward and 1199 agree to establish a Strategic Alliance, including on-going dialogue and sustainable progress toward our mutual objectives to:

- Improve quality health care for Steward patients and the communities we serve;
- Assist Steward in achieving and maintaining market-leading patient-centered performance;
- Make Steward facilities the best places to work, building on our pride and commitment as having the best jobs in our region;
- Expand access to Steward facilities to greater and greater numbers of patients who need our services;
- Provide Steward employees with competitive employment;
- Engage employees and their union in decisions;
- Jointly develop patient-centered improvement teams, processes, and methods.

The following amendments and additions to the Master Agreement reflect agreements made in Interest Based Bargaining in 2019 under the Bargaining Category:

### I.    Achieving High Performance

**Amendments to: Article XXIII  Labor-Management Committee, Section 23.01 System-Wide Committee**

(New) Pursuant to and in the spirit of the above Mission Statement, the parties will create a system to jointly assess the functionality of each hospital LMT.  Such assessment will be completed as soon as possible after the execution of this new Agreement, and recommendations for enhanced functionality pursuant to the Mission Statement herein shall be acted upon forthwith.

The parties shall create and maintain a standing system-wide Labor-Management Committee, which shall be renamed the Labor Management Team (LMT) with mutually agreed numbers of representatives, which shall include representatives from the Union, Union staff, frontline management and the SLT. The System-wide and Facility-based committees shall have co-chairs. The system-wide Labor Management Team shall meet quarterly for the purposes of creating and overseeing System-wide initiatives, sharing best practices across the hospitals, assessing System-wide compliance issues, and addressing matters of mutual concern. The committee shall also review educational initiatives and utilization of the 1199SEIU Training and Upgrading Fund. CARES shall be a standing item on all LMT agendas. Committee members shall meet without loss of pay, and members' release time for meetings shall be ensured. The committee shall be responsible for overseeing and implementing training and orientation of hospital labor management committees.

### Section 23.02 Facility Labor Management Committee

The parties shall create and maintain a standing Labor-Management Committee, which shall be renamed the Labor Management Team (LMT) at each represented facility with mutually agreed numbers of representatives, which shall include representatives from the Union, Union staff, frontline management and the SLT. The Facility Based LMTs may consider whether to have staggered rotation of people through committees and consider whether participation by Department should be encouraged. The Labor Management Committees shall meet monthly for the purposes of addressing matters of mutual concern, including that CARES shall be a standing item on all LMT agendas. The facility based LMT will have the discretion to establish and take responsibility for determining the strategic creation of Unit Based Teams (UBTs). The purpose of UBTs is to take up projects that improve efficiency and otherwise advance joint strategic performance improvement initiatives. The monthly meeting will not be cancelled unless both parties mutually agree to cancel the meeting, or one party cancels the meeting for a compelling reason such as an agency visit, etc... In the event of a cancellation not mutually agreed on, the parties will reschedule the meeting as soon as possible. The Labor-Management Team at each facility will adopt or amend current bylaws to include a provision for a mutually agreed upon standing agenda which shall include a review of the mission, quality scores, compliance matters, and ongoing fiscal issues including updates on specific industry and funding challenges as well as current topics. Each LMT will establish a Service Recovery Program into its responsibilities, and establish training and education to make Service Recovery a skill and expectation of all employees. The parties shall endeavor to schedule meetings to insure participation, and ensure release time for meetings. In the event a member is scheduled to be off, and his/her designee is unavailable, the attending employee shall be compensated.

The parties shall jointly communicate to the hospital the progress and ongoing work of the committee following each meeting.

### Section 23.03 Quality Work Task Force (QWTF)

The parties recognize the importance of joint labor management work in improving the quality of care and increasing the financial success of the individual hospitals and Steward System. 1199SEIU and Hospital management will explore the viability of establishing task forces in each of the hospitals on an as needed basis.

The parties shall endeavor to schedule meetings to insure participation. In the event a member is scheduled to be off, and his/her designee is unavailable, the attending employee shall be compensated.

31

(New) Facility Level LMTs shall determine whether or not to implement employee suggestion boxes to improve quality and related matters to overall improved performance

(NEW) The parties to this Agreement establish that the success of the CARES program is essential to achieve sustained high performance.  Towards this end, the parties agree to:

- Integrate CARES into all job descriptions and evaluations
- Integrate CARES into the new hire orientation
- Emphasize to all workers and managers that CARES applies to all interactions between all employees, doctors, managers, nurses, vendors, and all third parties doing business with or providing services to the facilities covered under this Agreement
- Incorporate CARES values in all huddles and staff meetings

(NEW) In the interest of promoting the best performance outcomes for our patients and our community, the parties shall promote peer-to-peer input on position/job applicants.

(NEW) The parties shall establish in-house cross-retraining for new positions

(NEW)  In the interest of promoting the best performance outcomes for our patients and our community, while respecting long standing union rights and privileges as established through collective bargaining, the parties have established new opportunities and approaches to establish reasonable flexibility in certain job functions and job characteristics as follows:

(NEW) The parties agree to establish a "Staffing Pool (Float Pool) for Cross-hospital coverage".  Such cross-hospital float pool shall be voluntary for SEIU members. The parties shall jointly determine incentives/increased compensation for staff to cover other job positions or travel as the option of last resort.  All members of this Float Pool shall have appropriate training for the departments they are expected to float to, and such training shall be on-site.

The Parties have agreed that the Labor Management Team should devise and agree to a set of safeguards and incentives for staff to cover other positions or shifts at more than one hospital or facility, including the following issues and general principles: orientation on site at new the facility; insurance  (malpractice/professional liability insurance); badges/access; licenses; parking; substitute transportation when needed; Mileage (beyond normal commute); pay for travel time beyond the normal commute; publicizing the

needs list; review in Staffing Committee; 4 hour minimum; one float per 24 hour scheduled shift (unless volunteer); If mandated, only one trip per shift (once mandated to go to second site, employee choice to remain at second site through end of shift or return to home base); travel differential; regionally (unless volunteer); job titles, all inclusive; In same Hospital UBT and/or Staffing Committee (STF) review of utilization; not above core weekly hours (unless volunteer).

The Parties have further established a progression that hospital management and staffing offices will use before mandating staff to cover/travel:

1. Volunteers, regular, part time, per diem from same facility (follow Contract Section 10.07)
2. Assign employees from same facility (follow Contract Section 10.07)
3. Float pool (once established, endeavor to do so ASAP, with kick-off meeting no later than _____) and/or Volunteers from other facilities
4. Mandatory Travel (OWN SHIFT)
5. Mandatory OT

The Parties agree to emergency travel to other hospitals with "urgent and unforeseen" being the criteria for such emergency travel. Such utilization of float pools shall be to augment staffing as needed.  Volunteers will first be sought before workers are required to travel for such emergencies whenever possible.

(NEW) Scheduling:

The Parties agree that predictability in scheduling is in the mutual interest of Workers and hospital management, and the Parties will endeavor to enhance the predictability of scheduling when possible, consistent with the needs of patients and fluctuating volume in hospitals and other facilities.  The Parties also agree to allow "swing shifts" that do not fall into the ranges normally associated with Day, Evening and Night shifts (e.g. 11A-7P)

(NEW)  The Parties agree that enhanced employee engagement is essential to achieve high performance and create the best place to work.  Towards this end the parties will consider the following steps and processes:
  o Highlight success
  o Develop and execute a "kick-off event" for this new Agreement
  o Create Unit Based Teams (UBTs), pursuant to Section 23.02 of the Agreement

○ The Joint Steering Committee will travel to hospitals and engage and interact with the LMT and UBTs to ensure that the LMTs and UBTs are advancing the Mission and principles of the Strategic Alliance

○ Delegates, SLT, and employees will work together at each facility to create interactive programs to enhance skills and commitments to performance improvement and for a high functioning LMT.

○ Each Facility based LMT will educate all stakeholders about the purpose and functioning of the Strategic Alliance and the Mission Statement

○ The Strategic Alliance and Mission Statement will be included as part of employee orientation and presented jointly by labor and management

○ Delegates shall round to other departments to educate employees about the Strategic Alliance

○ The parties commit to the creation of multiple feedback and employee response about the Strategic Alliance's functionality and success.

○ All communication will take place in a safe environment to best solicit and receive feedback including constructive criticism.

(NEW) The parties considered approaches to improved overall labor-management and employee-management relationships.  The approaches include:

○ A shared commitment to create psychological, physical, and emotional support for all employees.  The Facility Based LMT will take responsibility for making assessments and understanding the needs of employees related to physical and emotional health.  The parties will jointly develop specific programs based on data and other relevant information that is gathered.

○ As needed, the facility based LMT may provide updated familiarization with HR functions and roles and about HR services and functions.

○ Delegates and managers should establish regular communication for the purpose of resolving emerging issues and promote problem solving and dispute resolution prior to disputes developing.

○ The parties will seek the best and most efficient methods to allow Delegate training.  There is a joint recognition that Delegates have responsibilities both legal and practical which, when done well, will enhance opportunities for dispute resolution and reduce conflict in the workplace.

○ The facility based LMT will promote and expect peer-to-peer dialogue that is not confrontational and promote a  problem-solving  work environment, as well as continuously improving delegate, manager, and HR communications.  Such communications may include monthly rounding by HR and departmental open houses.

○ Each facility based LMT is encouraged to hold monthly staff meetings to enhance knowledge of the workforce regarding the state of facility performance and seek constructive input to enhance such performance.

○ The System Wide LMT working in conjunction with Facility Based LMTs will establish escalation processes to remove gridlock

from disputes.  If necessary, ultimate decision-making for unresolved disputes shall be resolved by the Joint Steering Committee.

(NEW) The parties agree that incident reports are designed to be non-punitive, and for the express purpose of improving quality and safety for patients and employees.  Facility Based LMTs will determine if additional training regarding the use of incident reports is necessary and in the best interest of all stakeholders.

## ADDENDUM E (Workforce Development)

(NEW)  The Parties have agreed to jointly improve efforts to recruit employees to Steward facilities in recognition of the highly competitive labor market in which the Parties have a mutual interest to recruit and retain the highest performing and most engaged employees in order to achieve continuous high performance for our patients and the communities we serve.  In this spirit the Parties commit to:

- Through facility based LMTs, develop methods to increase staff participation in recruiting events and joint Steward/1199 recruiting events, including members of the union in career days and job fairs
- Increase communication about the total compensation package
- Coordinate with schools and jointly provide written materials promoting employment advantages of Steward facilities
- Have the 1199SEIU Training and Upgrading Fund ("TUF") participate in internal and external recruitment events
- Jointly improve effectiveness of job fairs which will highlight "critical openings" and encourage job shadowing.
- Celebrate "Job Week" with presentations and department walk-throughs
- Work with TUF and the Union to expand internships
- Increase visibility to the community and charity groups about employment opportunities at Steward
- During the hiring process, when possible, provide new candidates the opportunity to visit departments and engage staff about non-confidential information
- Jointly develop plans to increase worker/member engagement in social media and biographies to promote jobs within the system
- Improve the job opportunity options in the orientation process
- Jointly develop a bonus program for recruiting and participation in recruitment events when success is achieved
- Jointly develop a System wide referral and recruitment bonus system

## Amendments to Side Letter Regarding Annual Workforce Summit

Steward and 1199SEIU are committed to the development of a workforce that meets the future needs of healthcare. To this end, the Parties will establish a working group of union delegates and management that commits to the following:

- The parties will hold an annual summit consistent with the terms of the new Agreement no later than December 31, 2020. The Summit anticipates future workforce needs of Steward. Among other things the Summit will emphasize retention as a priority.

- The Parties will review changes and trends in the healthcare industry, including an urgent assessment of needs and develop the capability of enhanced speed of recruitment and hiring.
- The Summit will establish key metrics, timetables, and deliverables to improve recruitment and retention
- The Parties will review Steward's strategic plan.
- The Parties will review Steward's existing strategy for future certification needs and cross training.
- The Parties will develop community partnerships to create a career development program
- The Parties will develop a robust and effective job forecasting (identify the right jobs and identify the right talent)
- The Summit shall engage a cross section of union delegates, hospital management, corporate management, and outside experts.

**Amendments to Side Letter Regarding Master Workforce Plan**

Within ninety days of ratification, the Parties shall create a "master workforce plan" taskforce composed of union delegates, the 1199SEIU Training and Upgrading Fund, Corporate, and HR management. The taskforce is charged with:

- An inventory of hard-to-fill jobs
- A review hospital by hospital of demographics and potential retirements within the given year
- Interview industry experts as to anticipated changes in workforce needs
- Identify potential landing spots (within the system) for employees looking for career change
- Jointly develop a program for student retention/recruitment (take a multi-generational approach to recruitment and retention)
- The Parties will improve communication in the job-bidding process

(NEW)  Enhancement of the TUF in Workforce Development.  The parties have developed the following concepts to enhance the mission and practice of the TUF for the mutual interest of Steward and 1199 SEIU members:

- Enhance the role of TUF in the hospitals and the System to identify and support employees' educational growth
- Include TUF presentations in regular meetings of the facility and System LMTs
- Explore the feasibility of use of the System Intranet page to highlight career pathways and TUF benefits
- Continue TUF participation by Steward and provide data regarding participation and success pursuant to all legal parameters
- Improve all communication about the TUF

- Enhance/increase TUF ambassadors;  include them in orientation and have them be hospital based
- Joint Steering Committee will meet with the TUF to improve communication and education to employees about accessibility to  and further understanding of  all its programs
- Collaboration between facility based and a system based LMTs to create career pathways and development plans
- Highlight TUF as part of total compensation

(NEW)  Continue the Compensation Committee task to complete Job Description standardization across the system

(NEW)  The parties will jointly endeavor to increase the consistency of the precepting program.

(NEW)  The Compensation Committee will explore additional career ladders. When career ladders are created they will include clear Key Performance Indicators (KPI's)

(NEW)  The parties will encourage cross-union communication and collaboration in the interest of achieving high performance and making Steward the best place to work

(NEW)  The parties will jointly establish systems for reward and recognition for high performance:

- Based on the establishment of jointly determined goals and metrics
- Expand non-monetary recognition opportunities
- Evaluate and develop monetary recognition opportunities for high-performing employees (not individuals)
- Continue and expand peer recognition programs (non-monetary)

### Amendments Article XXVIII.  Health and Safety

#### Section 28.01 Commitment to Safety

Steward Health Care is committed to providing and maintaining a safe and healthful work environment for all employees. This commitment will be implemented with attention to the Mission Statement of the Strategic Alliance. Steward Health Care adheres to all applicable federal, state and local safety regulations as well as recognized safe work practices in the healthcare industry. Steward Health Care's business is conducted with the highest regard for the safety and well- being of all of its employees.

**Section 28.02 Hospital Health and Safety Committee**

Each Steward Health Care hospital has an established committee which serves as the forum to address health and safety issues. At each hospital, one seat on this committee shall be reserved for a designated bargaining unit member to serve as the membership's representative, or designee. The committee shall meet at the times currently established at each hospital, the schedule of which may be amended from time to time. The membership's designated committee representative shall be released to meet without loss of pay and the release of the committee member shall not be unreasonably withheld. The Union representative (or designee) from the committee shall be a liaison to the hospital Labor-Management Committee and attend LMC meetings to give regular updates.

The parties shall endeavor to schedule meetings to insure participation. In the event a member is scheduled to be off, and his/her designee is unavailable, the attending employee shall be compensated.

## ADDENDUM F (Schedules, Layoff/Recall and Severance)

**Amendments to Section 10.02, Article XXI, and Exhibit G**

The Parties recognize that job protection and predictability of work schedules are of utmost important to workers in the 1199SEIU bargaining units within the Hospitals.  To that end, the Parties have agreed to a number of amendments to Section 10.02 (Schedules), Article XXI (Layoff/Recall), and Exhibit G (Severance Policy) of the Master Agreement.  In the event of any conflict between the terms of this Memorandum of Agreement (with Addenda) and the terms in the sections of the Master Agreement that are referenced in the preceding sentence, the terms of the Memorandum of Agreement (including the Addenda) shall control.

As an initial matter, the Parties intend to maintain the current system of job bidding that has existed under the Master Agreement. More specifically, in each of the job circumstances described below, 1199SEIU bargaining unit members have the right to bid on other positions within the bargaining unit, subject to the terms and conditions of the Master Agreement.  Nothing in this Memorandum of Agreement is intended to alter those provisions.  Moreover, the Parties mutually intend that, in all of the job circumstances described below, the Employers should seek volunteers in the affected Hospitals, units, department, and positions. The Parties also acknowledge and agree that they will engage in bargaining over the impact of Position Elimination, Reduction in Hours, Reorganization Impacting Hours, Reorganization Not Impacting Hours, and Qualifying Change in Start Time, as each is defined below (collectively, "Job Circumstances").

## DEFINITIONS

The following definitions shall apply to this section of Addendum E of the Memorandum of Agreement:

"**Position Elimination**" shall mean any circumstance in which the employment of a worker covered by the Master Agreement is terminated for reasons other than Just Cause, which includes the elimination of a single position and the elimination of multiple positions in a System-, Hospital-, or unit-wide reduction in force.

"**Reduction in Hours**" shall mean the permanent reduction of the regularly scheduled total weekly hours of a worker covered by the Master Agreement by more than 10%, not including temporary or short-term changes necessitated by fluctuations in patient volume or other operational considerations.

40

"**Reorganization Impacting Hours**" shall mean the reorganization of one or more Hospitals or units within any Hospital that results in a Reduction in Hours, as defined above.

"**Reorganization Not Impacting Hours**" shall mean a reorganization as described above that does not result in a Reduction in Hours, as defined above.

"**Qualifying Change in Start Time**" shall mean the permanent change in the regularly scheduled start time on one or more days of the week for any worker that is more than three hours earlier or later than the previous regularly scheduled start time on such day(s).  This definition does not apply to workers who are working in "variable shift" roles.

"**Bench Program**" shall mean a program under which a worker impacted by any of the circumstances described below may elect to transition to an inactive status but remain employed and eligible for health insurance participation on the same terms as are afforded to actively employed workers for a period of up to sixty (60) days.  Workers in the Bench Program will not report to work, perform any duties or be paid during such period.

"**Comparable Position**" shall mean a position within the 1199SEIU bargaining unit which, as compared with a worker's present position, entails: (1) a similar type of work; (2) total regularly scheduled work hours that are within 10% of the worker's current weekly total; (3) regularly scheduled start time(s) that are no more than 3 hours earlier or later; (4) a work location that is within 30 miles of the worker's current primary work location; and (5) an hourly rate that is at least 90% of the worker's current rate.

"**Uncontested Unemployment**" shall mean that if a worker within the 1199SEIU bargaining unit decides to accept a Position Elimination or Reduction in Hours (each as defined above), rather than exercise the other alternatives available to him or her, and the worker elects to file a claim for unemployment insurance benefits, the Employer will take no action to contest such claim, other than truthfully reporting information in response to a request by the Massachusetts Division of Unemployment Assistance.

"**Vacancy Freeze**" shall mean that, in the event of a Position Elimination or Reduction in Hours, the Employers will -- for a period of 72 hours following notification of the union by the Employer and on a regional basis -- not take any action to recruit or hire anyone for open vacancies who is not already employed by the System or an applicant who already has received an offer of employment.

"**Bumping Rights**" shall mean the right of a worker who experiences a Position Elimination to "displace any less senior worker in the unit, the department or the Hospital bargaining unit as long as the displacing worker is qualified.  For greater clarity, Bumping

41

Rights are only available in the event of a Position Elimination.  They are not available in the event of a Reduction in Hours, Reorganization Impacting Hours, Reorganization Not Impacting Hours, or a Qualifying Change in Start Time.

## JOB CIRCUMSTANCES AND AVAILABLE OPTIONS

The Parties agree that in each of the Job Circumstances, the following options will be available to workers in the 1199SEIU bargaining units within the Hospitals:

A.  Position Elimination:  In the event of a Position Elimination, the affected worker(s) will have the following options:

(1) Accept the Position Elimination and receive severance, in amount determined under the Severance policy that is attached as Exhibit G to the Master Agreement (the "Severance Policy"), except that the severance will be available unless the hourly rate of the Comparable Position offered to the worker is equal to or greater than the worker's hourly rate at the time (*in other words, the 90% qualifier in Section A(3) of the above-referenced Severance policy will not apply in this Job Circumstance); the other terms and conditions in the Severance Policy, including but not limited to the execution of a separation agreement containing a general release and wavier of claims, shall apply;
(2) Fill any vacant position for which he or she is qualified;
(3) Participate in the Bench Program; or
(4) Exercise Bumping Rights.

B.  Reduction in Hours:  In the event of a Reduction in Hours, the affected worker(s) will have the following options:

(1) Accept the Reduction in Hours and continue working in the worker's present position;
(2) Fill any vacant position for which the worker is qualified;
(3) Participate in the Bench Program; or
(4) Voluntarily resign and receive a severance that is 3/4 of the amount set forth in the Severance Policy, subject to the terms of the Severance Policy, including but not limited to the execution of a separation agreement containing a general release and waiver of claims.

C.  Reorganization Impacting Hours:  In the event of a Reorganization Impacting Hours, the affected worker(s) will have the following options:

42

(1) Accept the Reorganization Impacting Hours and continue working in the worker's new role and schedule;
(2) Fill any vacant position for which the worker is qualified;
(3) Participate in the Bench Program; or
(4) Voluntarily resign and receive a severance that is ½ of the amount set forth in the Severance Policy, subject to the terms of the Severance policy, including but not limited to the execution of a separation agreement containing a general release and waiver of claims.

D. Reorganization Not Impacting Hours: In the event of a Reorganization Not Impacting Hours, the affected worker(s) will have the following options:

(1) Accept the Reorganization Not Impacting Hours and continue working in the worker's new role;
(2) Fill any vacant position for which the worker is qualified; or
(3) Participate in the Bench Program.

E. Qualifying Change in Start Time: In the event of a Qualifying Change in Start Time, the affected worker(s) will have the following options:

(1) Accept the Qualifying Change in Start Time and continue working in the same position with the new schedule;
(2) Fill any vacant position for which the worker is qualified;
(3) Participate in the Bench Program; or
(4) Voluntarily resign and receive a severance that is ½ of the amount set forth in the Severance Policy, subject to the terms of the Severance policy, including but not limited to the execution of a separation agreement containing a general release and waiver of claims.

**NOTICE PERIOD**

In the event of a Position Elimination, Reduction in Hours, Reorganization Impacting Hours, or Reorganization, the Employer will provide at least three weeks' advance notice to the union and at least two weeks' advance notice to the affected employee(s). In the event of a Qualifying Change in Start Time, the Employer will give the employee at least thirty (30) calendar days of advance

notice before the Change takes effect.

## VACANCY FREEZE

In the event of a Position Elimination or Reduction in Hours, the Employers will implement a Vacancy Freeze, as defined above.  The purpose of the Vacancy Freeze is to give bargaining unit members who have experienced one of the Job Circumstances described below a chance to apply for another position in the same region for which the worker is qualified.  After the 72 hour Vacancy Freeze has expired, the Hospitals may resume their normal recruitment and hiring practices.  Vacancy Freezes will be implemented on a regional basis, which means that they will only take effect in the region(s) (i.e., Boston, Greater Boston, and/or Suburban) in which a Job Circumstance has occurred.