# EXHIBIT C

MA SOC   Filing Number: 201087326470   Date: 02/04/2010 5:28 AM



| | The Commonwealth of Massachusetts<br>William Francis Galvin<br><br>Secretary of the Commonwealth, Corporations Division<br>One Ashburton Place, 17th floor<br>Boston, MA 02108-1512<br>Telephone: (617) 727-9640 | **Minimum Fee: $15.00**<br><br>**Special Filing Instructions** |
|---|---|---|

**Annual Report**
(General Laws, Chapter 180)

**Federal Employer Identification Number:** 042780816 *(must be 9 digits)*

**Filing for November 1,** 2009

In compliance with the requirements of Section 26A of Chapter one hundred and eighty (180) of the General Laws:

**1. Exact name of the corporation:** MORTON HOSPITAL AND MEDICAL CENTER, INC.

**2. Location of its principal office:**
No. and Street:      88 WASHINGTON ST.
City or Town:        TAUNTON        State: MA        Zip: 02780        Country: USA

**3. DATE OF THE LAST ANNUAL MEETING:** 12/2/2009

**4.** State the names and street addresses of all officers, including all the directors of the corporation, and the date on which the term of office of each expires:

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration<br>of Term |
|---|---|---|---|
| DIRECTOR | DONALD L MCKINNON | 88 WASHINGTON ST.<br>TAUNTON, MA 02780 USA | SAME |
| DIRECTOR | ROBERT J MCNAMEE | 88 WASHINGTON ST.<br>TAUNTON, MA 02780 USA | SAME |
| DIRECTOR | JOSEPH I QUINN | 88 WASHINGTON ST.<br>TAUNTON, MA 02780 USA | SAME |
| DIRECTOR | LOUIS M RICCIARDI | 88 WASHINGTON ST.<br>TAUNTON, MA 02780 USA | SAME |
| DIRECTOR | EDWARD A ROSTER | 88 WASHINGTON ST.<br>TAUNTON, MA 02780 USA | SAME |
| DIRECTOR | VICTOR P SANTOS | 88 WASHINGTON ST.<br>TAUNTON, MA 02780 USA | SAME |
| DIRECTOR | BARRY S. SAPERIA | 88 WASHINGTON ST.<br>TAUNTON, MA 02780 USA | SAME |
| DIRECTOR | JEAN S SCARBOROUGH | 88 WASHINGTON ST.<br>TAUNTON, MA 02780 USA | SAME |
| DIRECTOR | MAUREEN SROCZYNSKI | 88 WASHINGTON ST.<br>TAUNTON, MA 02780 USA | SAME |
| DIRECTOR | DAVID A ST. YVES | 88 WASHINGTON ST. | SAME |

| | | | |
|---|---|---|---|
| | | TAUNTON, MA 02780 USA | |
| DIRECTOR | RICHARD H TAUS | 88 WASHINGTON ST. TAUNTON, MA 02780 USA | SAME |
| DIRECTOR | CHARLES A THAYER | 88 WASHINGTON ST. TAUNTON, MA 02780 USA | SAME |
| DIRECTOR | FRANK M TOMASE | 88 WASHINGTON ST. TAUNTON, MA 02780 USA | SAME |
| PRESIDENT | THOMAS C. PORTER | 88 WASHINGTON ST. TAUNTON, MA 02780 USA | 10/01/2009 |
| PRESIDENT | MAUREEN BRYANT | 88 WASHINGTON ST. TAUNTON, MA 02780 USA | UNTIL |
| TREASURER | LAWRENCE SECK | 88 WASHINGTON ST. TAUNTON, MA 02780 USA | SUCCESSOR |
| CLERK | DAVID T GAY | 88 WASHINGTON ST TAUNTON, MA 02780 USA | ELECTED |
| DIRECTOR | JOSEPH L AMARAL | 88 WASHINTON ST. TAUNTON, MA 02780 USA | SAME |
| DIRECTOR | MICHAEL G BROUTSAS | 88 WASHINGTON ST. TAUNTON, MA 02780 USA | SAME |
| DIRECTOR | ORLANDO F DEABREU | 88 WASHIGNTON ST. TAUNTON, MA 02780 USA | SAME |
| DIRECTOR | LOUISE A FREEMAN | 88 WASHINGTON ST. TAUNTON, MA 02780 USA | SAME |
| DIRECTOR | HENRY C GILL JR | 88 WASHINGTON STREET TAUNTON, MA 02780 USA | SAME |
| DIRECTOR | HAROLD GOREN | 88 WASHINGTON ST. TAUNTON, MA 02780 USA | SAME |
| DIRECTOR | A. WERNER HORLBECK | 88 WASHINGTON ST. TAUNTON, MA 02780 USA | SAME |
| DIRECTOR | JAMES P HOYE | 88 WASHINGTON ST. TAUNTON, MA 02780 USA | SAME |
| DIRECTOR | E DENNIS KELLY JR | 88 WASHINGTON ST. TAUNTON, MA 02780 USA | SAME |
| DIRECTOR | BARBARA LAFRANCE | 88 WASHINGTON ST. TAUNTON, MA 02780 USA | SAME |

**5. Check if the corporation is a cemetery corporation that does NOT hold perpetual care funds in trust. If the corporation is a cemetery corporation that holds perpetual care funds in trust, a copy of the written instrument establishing the trust and any amendments thereto must be attached, and the annual report must be filed by facsimile, mail or in person.    __**

**I, the undersigned, MAUREEN BRYANT of the above-named business entity, in compliance with the General Laws, Chapter 180, hereby certify that the above information is true and correct as of the dates shown. IN WITNESS WHEREOF AND UNDER PENALTIES OF PERJURY, I hereto sign my name on this 4 Day of February, 2010.**

© 2001 - 2010 Commonwealth of Massachusetts
All Rights Reserved

# THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears that the provisions of the General Laws relative to corporations have been complied with, and I hereby approve said articles; and the filing fee having been paid, said articles are deemed to have been filed with me on:

February 04, 2010 5:28 AM

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*

0-3726-0