**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>**Francis J. Von Malder**</u>

      Plaintiff

  V.                               CIVIL ACTION

                                        NO. <u>22-10201-ADB</u>

<u>**Morton Hospital, A Steward Family Hospital, Inc., et al.**</u>

      Defendant

### <u>ORDER OF DISMISSAL</u>

<u>Burroughs, D. J.</u>

    In accordance with the Electronic Order entered on <u>March 29, 2023</u> it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                                  By the Court,

<u>3/29/2023</u>                               <u>/s/Douglas Warnock</u>
    Date                                      Deputy Clerk